UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANNE POPE, et al.,

               Plaintiffs,

    v.

COUNTY OF ALBANY, et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 11-CV-0736 (LEK) (DRH)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Declarations of Paul DerOhannesian II, Kathy Sheehan, Aaron Mair, Wanda Willingham, Lucille McKnight, Anne Pope, Sam Coleman, Janis Gonzalez, Bill Cooper, Baodong Liu, Alice Green, Carlos Gonzalez, Ingrid Allard, Noelene Smith, Joe Gomez, Barry Walston, and Corey Ellis, with annexed exhibits, and the accompanying memorandum of law, dated July 15, 2011, and all prior papers and proceedings had herein, plaintiffs Anne Pope, Wanda Willingham, and Janis Gonzalez (collectively, the "Plaintiffs") will move this Court, on August 3, 2011, at 10:00 a.m., before the Honorable Lawrence E. Kahn, in Courtroom 1, fourth floor, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, for an order granting Plaintiffs a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, preliminarily enjoining and restraining the defendants County of Albany and Albany County Board of Elections (collectively, the "Defendants"), their officers, agents, attorneys, employees and successors in office as well as all persons in active concert with them from conducting the petition process, gathering signatures for elections, holding and conducting any further primary or general elections, or implementing or certifying elections in the districts under the current scheme

implemented in 2004 or those created by Local Law C for any term of office commencing January 1, 2012, and granting such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order dated July 1, 2011, opposition papers, if any, to Plaintiffs' motion, shall be served on undersigned counsel on or before July 29, 2011.

Dated:   New York, New York
         July 15, 2011

        GIBSON, DUNN & CRUTCHER LLP

        By:  /s/ Mitchell A. Karlan
            Mitchell A. Karlan

        mkarlan@gibsondunn.com
        200 Park Avenue
        New York, New York 10166-0193
        Telephone: 212.351.4000
        Fax: 212.351.4035
        Bar Roll No. 511874677

        DEROHANNESIAN & DEROHANNESIAN
        Paul DerOhannesian II
        derolaw@verizon.net
        677 Broadway, Suite 202
        Albany, New York 12207-2996
        Telephone: 518.465.6420
        Fax: 518.427.0614
        Bar Roll No. 104792

        Attorneys for Plaintiffs

OF COUNSEL:

    Jeana Bisnar Maute, Esq.
    Molly M. Claflin, Esq.
    Brendon S. Fleming, Esq.
    Teresa R. Kung, Esq.
    Aric H. Wu, Esq.