# Exhibit 3



Subscribe to Times Union
Customer Care Center
Place an Ad
Get TV Weekly Magazine

Weather  Traffic  Mobile site  E-Edition  **Register**  **Sign In**

Tuesday, July 12, 2011
83 °F  Albany, NY
Partly Cloudy





○ Search   ● timesunion.com   ○ Web Search by YAHOO!   ○ Businesses

HOME | NEWS | SPORTS | BUSINESS | OPINION | ENTERTAINMENT | LIVING | BLOGS | PHOTOS | JOBS | HOMES | CARS | CLASSIFIEDS | HELP | INDEX

**Local**  Your Town  Capitol Confidential  State  Nation  World  Technology  The Advocate  Databases  Special Reports  7-Day Archive  School Closings

## Search for police boss

By Jordan Carleo-Evangelist Staff writer
Published 01:00 a.m., Tuesday, December 1, 2009

**CIRQUE DU SOLEIL**
Wed., Sep. 28
**Click here for all event tickets**

VIEW: **LARGER**  |  HIDE                    1 of 5    ◀ PREV  NEXT ▶



Kevin Tuffey (SKIP DICKSTEIN)

    





As the task force charged with finding the city's next police chief seeks the public's help this week, Deputy Chief Steven Krokoff said Monday he wants the job.

Krokoff, 39, has been widely discussed as a likely candidate since Chief James Tuffey abruptly retired in September amid allegations he used a racial slur. Tuffey's departure in the middle of a heated mayoral primary prompted Mayor Jerry Jennings to call for a national search for his replacement.

The news of Krokoff's interest comes at a time when the task force appointed by Jennings for the search is preparing to solicit public input at a meeting Thursday night. Both the eight-member task force and the meeting are unprecedented in Albany.



**Photo Galleries**

  

Local photos   National photos   Weather photos

**Your Town**
Get expanded coverage of news and events targeted to your community.

**Top Jobs**

**Print Production Branch**
Manager Blumberg Excelsior Inc., a national leader in offset, engr...  more »

**Second Shift Manufacturing**
Supervisor The position requires 3-6 years of management and super...  more »

**OFFICE SUPPORT ASSISTANT Large**
area law firm seeks a motivated, articulate, conscientious individ...  more »

**Driver CDL-A, FT career**
position w/ benefits. Clean driver's lic. Apply in person: Albany ...  more »

**MORE »**

**Latest News**

Search for police boss - Times Union
Page 2 of 3
Case 1:11-cv-00736-LEK-CFH   Document 13-3   Filed 07/15/11   Page 3 of 4

Until now the chief has served at the pleasure of the mayor. But the next chief, the sixth appointed under Jennings, will be the first whose hiring is subject to the Common Council's consent, a fact that likely loomed large in Jennings' decision to appoint a broad-based panel to vet candidates early in the process.

Jennings has in the past been faulted by critics for too often tapping close friends to fill important posts, an accusation that followed him throughout Tuffey's tumultuous three-plus years as chief.

Thursday's meeting will be the task force's much-anticipated first public step.

"The committee wanted to ensure that the public had an opportunity to express its suggestions to us prior to our interviewing any candidates," said Larry Rosen, the task force's chairman and a retired Albany County judge.

Rosen said the task force has not yet formally advertised the job because it wanted to include public input in the job description. The committee, he said, tentatively plans to accept resumes through the end of December, conduct interviews throughout January and, ideally, forward one or more names to the mayor in February.

The chief — who would be scheduled to make $103,954 next year — oversees a nearly $46 million budget.

A number of resumes have already come in unsolicited, Rosen said — though Krokoff, one of the department's two deputy chiefs, said his is not yet one of them.

Krokoff, who started as a patrol officer in West Hill in 1993 and is currently studying at night for his master's of business administration at the University at Albany, is the first candidate to publicly declare his interest.

Foremost on his list of priorities, Krokoff said, would be repairing ties between the department and the city's neighborhoods, where residents have voiced increasing concerns about safety despite statistical declines in violent crime.

Krokoff said recent moves toward data-driven policing have been "extremely effective in reducing crime" but acknowledged those gains ring hollow to people living in fear of being victimized.

"I believe that the missing piece is our link to the community," he said, "Are you going to tell the person on the street, 'I'm sorry, you're wrong to feel that you are not safe?' "

Alice Green, executive director of the Center for Law and Justice and a member of the task force, said it's vital that the public feel involved in the selection.

"To make this a really credible search, we have to have the input from the community," Green said, noting that it's equally important that officers on the 338-member force have a voice in the process.

Christian Mesley, president of the Albany Police Officers Union, which represents about 275 patrol officers and detectives, echoed that sentiment and noted that union members were surprised not to have been included in the task force.

The next chief will have to be adept at dealing with the union. Tuffey, a former APOU president, had a fractious relationship with its leadership. He was brought in because of his strong management style but was accused by the union of being a bully.

The new chief also will have to be a resident of the city, another new requirement stemming from a law passed by the Common Council earlier this year.

For Krokoff, who lives in Clifton Park, that would mean a move. But he said he and his wife have already begun looking at houses in the city.

Jordan Carleo-Evangelist can be reached at 454-5445 or by e-mail at jcarleo-evangelist@timesunion.com.

| Printable Version | Email This | 0 tweet |

UAlbany to build new football stadium 06:17 p.m.

Former Maginn star Buie charged in court Wednesday 05:09 p.m.

Man jailed for rape in Glenville 05:08 p.m.

Police: Woman stabbed man at their Castleton home 02:22 p.m.

FROM OUR HOMEPAGE


Caylee's Law to be offered


A soldier, a father, a son, a big brother


SEEN: The New York City Ballet Gala at SPAC



**We Recommend**
- Heroin bust in Albany
- Macy's employee charged with stealing more than $42,000 in jewelry
- Man drugged girls for porn
- 19th-century Albany church collapsing
- New turf for NY's Ralph Wilson Stadium
- Time to depose Norquist

**From Around the Web**
- 8 secrets about your debit card *(BankRate.com)*
- 10 Subtle Signs of Bipolar Disorder *(Health.com)*
- Fan Lopez 'stunned' at report of fat tax bill *(ESPN)*
- NYPD Begin Crack Down on Illegal Motorcycles *(NearSay)*
- Household Insecticides May Be Linked to Autoimmune Diseases *(Health.com)*

[what's this?]

### World and national news
Displaying 1-4 of 12

 Belfast police, Catholics clash at end of parades

 Official guided walks are a first at San Xavier

 Clinic tied to Bachmann questioned over therapies

 Moon over Brooklyn is no big deal

**Strange Fruit Burns Fat**
Lose 8 Pounds and 2 Inches of Belly Fat in 28 Days.
HealthDiscoveriesMag.com

**#1 Penny Stock Newsletter**
News and Views on the Hottest OTC Stocks. Join Now Free!
WallStreetsHottestStocks.com

**Internet Satellite TV**
Watch 3000+ channels On your PC. No Dish, No Fees, 100% Legal.
www.StopPayingCableBills.com

Ads by Yahoo!

| TIMES UNION | Business | Obituaries | TOPICS | MARKETPLACE | SERVICES |
|---|---|---|---|---|---|
| Home | Technology | Births | 518 Moms | Cars | Help/Contact Us |
| News | Entertainment | Weddings/Celebrations | Pets | Find Albany jobs | Hope Fund |
| Local News | Living | Travel/Explore | Life @ Home | Homes | Copyright/Reprint |
| Your Town | Blogs | Photos and Video | Healthy Life | Classifieds | Classroom Enrichment |
| Capitol Confidential | Weather | Comics | Savings Source | Business Directory | Purchase Photos |
| Nation | Traffic | Games | | Shopping/Coupons | |
| World | Calendar | Contests | HOME DELIVERY | Source Card | OTHER EDITIONS |
| Opinion | Restaurants | Data Center | Newspaper Subscription | Today's Print Ads | Mobile site |
| Sports | Movies | Full Archives | Customer Care | Place an Ad | E-Edition |
| High School Sports | Television | 7-Day Archive | Deliver the Paper | Info for Advertisers | E-mail Alerts |

© 2011 Hearst Communications Inc.
HEARST newspapers