# Exhibit 5

Albany Police Department

Coalition of Officers against Racism and Bigotry

Honorable Mayor Gerald D. Jennings

24 Eagle St. City Hall.

Albany NY 12202

Mayor Jennings:

We want to inform you that a coalition of black and white Albany police officers is being created to fight racism within this police department. It is known throughout the department that Chief James Tuffey made a hurtful and disgusting racial comment to Assistant Chief Anthony Bruno after a community meeting held at headquarters. While in a stairwell Chief Tuffey said "What's wrong, what's wrong? I'll tell you what's wrong Tony! This wasn't just some spook that was killed." As you already know this comment was made after the murder of Mr. Bailey. Mr. Bailey's homicide is painful for everyone including the departments black and minority officers. Our hearts go out to his whole family and his many friends. Since you have refused to take any action, and as a result of your complicity in this insult to all people regardless of race, we are coming together to make sure that the rights of everyone within the police department and the people we protect and serve outside are preserved. It is obvious that for you and Chief James Tuffey the value of human life is determined solely by the color of a person's skin. It is our intention to enlist community and legal support to bring this incident to light. Mr. Mayor, there can be no cover up; this demands full acknowledgement on the part of Chief Tuffey and yourself.

E Pluribus Unum- "From Many, One"

Albany Police Department

Coalition against Racism and Bigotry

cc. Common Council Members

   Center for Law and Justice

   David Soars, Albany County District Attorney

   NY ACLU Capitol Region Chapter

   Brendan Lyons Albany Times Union