UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
ANNE POPE, et al.,                                        :
:
                Plaintiffs,    :
:
     -against-                                            :  No. 11-cv-0736 (LEK) (DRH)
:
COUNTY OF ALBANY, et al.,                                 :
:
                Defendants.    :
:
:
-----------------------------------------------------------x

## DECLARATION OF ANNE POPE

I, Anne Pope, hereby declare the following:

1.      I am a black woman over the age of eighteen residing in Albany, New York. I give this declaration based upon personal knowledge.

2.      I am currently serving as the Northeastern Regional Director for the National Association for the Advancement of Colored People ("NAACP").

3.      I am a registered voter residing in District 1 under both the redistricting plan recently adopted by the Albany County Legislature ("Local Law C") and under the plan developed by Arbor Hill Environmental Justice and presented by the Plaintiffs in this action ("AHEJ plan").

4.      I promptly asked the Albany County Redistricting Commission for a copy of the proposed redistricting plan and the background data upon which the plan relied shortly after the plan was presented for the first time at a public meeting on or around May 9, 2011. My intention

was to send the plan to the national office of the NAACP. I contacted Thomas Marcelle, Counsel to the Republican Minority, but did not receive the information.

5. At a public meeting of the Redistricting Commission on May 17, 2011, I brought to the attention of the Redistricting Commission that I had asked for and not received information about the proposed plan. I still did not receive the requested information.

6. At a public meeting of the Redistricting Commission on May 17, 2011, I asked about creating a fifth majority-minority district. John Merrill said he had tried to create a fifth minority district, but he could not do so while "keeping the numbers high enough."

7. On May 23, 2011, at a public meeting of the Legislature, Aaron Mair showed the Albany County Legislature an alternative plan that included a fifth majority-minority district without sacrificing the total population numbers. Shawn Morse and some others questioned the quality of the plan but did not engage in discussion about it.

8. During the public meetings of the redistricting process, Shawn Morse was overtly uninterested in concerns of members of the minority community. When I spoke at a public meeting on May 23, 2011, he spoke over me and engaged in conversation with others during my speaking time to undermine attention paid to my speech. He also said he believed that Albany County was already in compliance with the law and with the "judge's decision," presumably referring to the report and recommendation produced by Judge Homer in the litigation surrounding the County's 2003 redistricting efforts, in which Judge Homer approved a redistricting plan to remedy the County's violation of the Voting Rights Act.

9. There are no black Department Heads in Albany County or the City of Albany. Blacks and other minorities generally are not included in City or County planning.

10. Upon information and belief, no public meetings of the Redistricting Commission were held in a minority community or majority-minority district.

11. The existence of the public meetings regarding the redistricting was not publicized in minority communities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2011

*Anne Pope*
Anne Pope