UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE POPE, et al., | : |
| Plaintiffs, | : |
| vs. | : No. 11-cv-0736 (LEK) (DRH) |
| COUNTY OF ALBANY, et al., | : |
| Defendants. | : |

## DECLARATION OF KATHY SHEEHAN

I, Kathy Sheehan, hereby declare the following:

1. I am a Caucasian woman over the age of eighteen residing in Albany City, New York. I give this declaration based upon personal knowledge.

2. I am currently serving as the Treasurer for the City of Albany (the "City"), a position that I have held since January 1, 2010. As the City Treasurer, I am responsible for the payment of all vouchers, claims, payroll and other authorized disbursements.

3. In May 2010, the Albany Common Council, which is the legislative body responsible for setting the governing policies of the City, asked me to produce a report showing, among other things, a breakdown of the City's employees by demographic and department, and their respective payroll figures.

4. My findings showed payroll disparities among minorities and whites in the City's workforce.

5. In 2009, Blacks constituted 16% of the City's total employees, and 11% of its total payroll. Whites constituted 81% of the City's total employees and 87% of its total payroll.

1

6.      In 2009, Blacks constituted 15% of the City's Police Department, and 10% of its total payroll.  Whites constituted 82% of the Police Department's total employees, and 88% of its total payroll.

7.      In 2009, Blacks constituted 27% of the City's Department of General Services and 23% of its total payroll.  Whites constituted 69% of General Services' total employees, and 73% of its total payroll.

8.      In 2009, Blacks constituted 29% of the City's Department of Recreation, and 21% of its total payroll.  Whites constituted 69% of Recreation's total employees, and 76% of its total payroll.

9.      In 2009, Blacks constituted 17% of the City's Department of Youth & Workforce Services, and 13% of its total payroll.  Whites constituted 79% of Youth & Workforce Services' total employees, and 83% of its total payroll.

10.     In 2009, the City's Water and Fire Departments were the only departments without a payroll-to-workforce population disparity of more than 2% for Blacks.  These departments employ the lowest percentages of Blacks of all major department workforces, at 13% and 5% respectively.

11.     In 2009, Blacks constituted 16% of all departments in the City other than those aforementioned (consistently of mostly administrative positions at City Hall), and 12% of its total payroll.  Whites constituted 81% of the total employees in all departments in the City other than those aforementioned, and 86% of its total payroll.

12.     In July 2010, I presented a report of my findings to the Albany Common Council, pursuant to their request.  A true and correct copy of this report is attached as Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 15, 2011

Kathy Sheehan