# Exhibit 1

**Demographic Report 2009**

### 2009 W2 Amounts for Employees on Payroll in 2010

|  | All Ethnicities | | African American | | White | | Hispanic | | Other Ethnicity | | Female | | Male | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll | $ 77,651,802.00 | 100% | $ 8,579,761.00 | 11% | $ 67,289,632.00 | 87% | $ 1,285,005.00 | 2% | $ 497,404.00 | 1% | $ 10,628,891.00 | 14% | $ 67,022,912.00 | 86% |
| Total Employees | 1,388 | 100% | 220 | 16% | 1,128 | 81% | 30 | 2% | 10 | 1% | 281 | 20% | 1,107 | 80% |

### Albany Police Department

|  | All Ethnicities | | African American | | White | | Hispanic | | Other Ethnicity | | Female | | Male | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll | $ 34,885,293.00 | 100% | $ 3,499,132.00 | 10% | $ 30,588,812.00 | 88% | $ 483,689.00 | 1% | $ 313,661.00 | 1% | $ 4,783,213.00 | 14% | $ 30,102,079.00 | 86% |
| Total Employees | 529 | 100% | 80 | 15% | 434 | 82% | 10 | 2% | 5 | 1% | 130 | 25% | 399 | 75% |

### Albany Fire Department

|  | All Ethnicities | | African American | | White | | Hispanic | | Other Ethnicity | | Female | | Male | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll | $ 18,399,282.00 | 100% | $ 803,490.00 | 4% | $ 17,348,979.00 | 94% | $ 246,813.00 | 1% | $ - | 0% | $ 800,020.00 | 4% | $ 17,599,262.00 | 96% |
| Total Employees | 259 | 100% | 12 | 5% | 243 | 94% | 4 | 2% | - | 0% | 14 | 5% | 245 | 95% |

### Department of General Services

|  | All Ethnicities | | African American | | White | | Hispanic | | Other Ethnicity | | Female | | Male | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll | $ 8,077,757.00 | 100% | $ 1,878,749.00 | 23% | $ 5,910,894.00 | 73% | $ 210,608.00 | 3% | $ 77,506.00 | 1% | $ 690,715.00 | 9% | $ 7,387,042.00 | 91% |
| Total Employees | 186 | 100% | 50 | 27% | 128 | 69% | 6 | 3% | 2 | 1% | 22 | 12% | 164 | 88% |

### Recreation

|  | All Ethnicities | | African American | | White | | Hispanic | | Other Ethnicity | | Female | | Male | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll | $ 3,643,764.00 | 100% | $ 768,301.00 | 21% | $ 2,775,363.00 | 76% | $ 100,100.00 | 3% | $ - | 0% | $ 270,135.00 | 7% | $ 3,373,629.00 | 93% |
| Total Employees | 119 | 100% | 34 | 29% | 82 | 69% | 3 | 3% | - | 0% | 12 | 10% | 107 | 90% |

### Water

|  | All Ethnicities | | African American | | White | | Hispanic | | Other Ethnicity | | Female | | Male | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll | $ 4,839,068.00 | 100% | $ 693,868.00 | 14% | $ 4,005,576.00 | 83% | $ 139,623.00 | 3% | $ - | 0% | $ 522,502.00 | 11% | $ 4,316,565.00 | 89% |
| Total Employees | 121 | 100% | 16 | 13% | 100 | 83% | 5 | 4% | - | 0% | 15 | 12% | 106 | 88% |

### Youth & Workforce Services

|  | All Ethnicities | | African American | | White | | Hispanic | | Other Ethnicity | | Female | | Male | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll | $ 1,164,346.00 | 100% | $ 156,561.00 | 13% | $ 970,070.00 | 83% | $ - | 0% | $ 37,714.00 | 3% | $ 448,002.00 | 38% | $ 716,344.00 | 62% |
| Total Employees | 29 | 100% | 5 | 17% | 23 | 79% | - | 0% | 1 | 3% | 11 | 38% | 18 | 62% |

### All Other Departments

|  | All Ethnicities | | African American | | White | | Hispanic | | Other Ethnicity | | Female | | Male | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll | $ 6,642,292.00 | 100% | $ 779,660.00 | 12% | $ 5,689,937.00 | 86% | $ 104,172.00 | 2% | $ 68,524.00 | 1% | $ 3,114,303.00 | 47% | $ 3,527,989.00 | 53% |
| Total Employees | 145 | 100% | 23 | 16% | 118 | 81% | 2 | 1% | 2 | 1% | 77 | 53% | 68 | 47% |

**Demographic Report 2009**