# Exhibit 3

# RESOLUTION NO. 161

## ADOPTING EMPLOYMENT RECRUITING PROCEDURES FOR THE COUNTY OF ALBANY

By The Albany County Legislature:

WHEREAS, The County of Albany has a moral and legal obligation to insure that members of the protected class have a sufficient opportunity to secure employment with the County, and

WHEREAS, The County of Albany has heretofore established the position of Affirmative Action Coordinator for the purposes of ensuring equal access to employment with county government for members of the protected class, and

WHEREAS, The Affirmative Action Coordinator's report has revealed that there are fourteen (14) Administrative Units within the county which do not have any minority employees, and

WHEREAS, The Albany County Nursing Home and the Ann Lee Home and Albany County Health Department have taken the lead indicating successful recruitment practices and maintaining minority employees, and

WHEREAS, The Albany County Affirmative Action Plan previously adopted by the Affirmative Action Advisory Council is in need of revision to provide the basis for a more consistent effort on the part of all Administrative Units in the recruitment of minority employees and

WHEREAS, There appears to be a continuing reluctance on the part of some members of the County management structure to make a good faith effort in recruiting minorities for vacant positions in the exempt and non-competitive classes, now, therefore be it

RESOLVED, The following recruiting procedures be initiated with respect with filling positions as they become vacant in the exempt and non-competitive classifications in the County of Albany:

1. The Affirmative Action Coordinator must be given notice of **any/all** vacancies in the exempt or non-competitive classifications, a job description and allow three weeks recruitment time within which to identify qualified minority candidates;

2. Prior to all interview processes the Affirmative Action Coordinator will forward resumes of qualified candidates to the interviewing Department Head or appropriate staff person;

3. The interviewing person(s) shall:

   a. Provide the Affirmative Action Coordinator with a list of recommended candidates and their resumes;

   b. Provide the Affirmative Action Coordinator with a list of all minority candidates not recommended for the vacant position; and

   c. Obtain the approval of the Affirmative Action Coordinator as to the review process;

4. Upon the completion of the interview process the decision maker of hiring the qualified candidate in question, shall:

   a. Advise the Affirmative Action Coordinator of the results of the selection process;

   b. Provide a brief explanation why this candidate was chosen for the vacant position;

   c. Provide a brief explanation why any protected class candidate was not chosen;

   d. Obtain the approval of the Affirmative Action Coordinator that the process was undertaken in good faith prior to any person being hired for the vacancy;

and, be it further

RESOLVED, That the Clerk of the County Legislature be and hereby is directed to forward certified copies of this resolution to the appropriate County Officials.

*****

*On roll call vote the following voted in favor: Messrs. Clouse, Collins, Commisso, Conners, Ms. Connolly, Messrs. Crummey, Darbyshire, Domalewicz, Donohue, Dukes, Ethier, Garufi, Houghtaling, Joyce, Kansas, Maikels, Ms. McKnight, Messrs. McNulty, Morelli, Moss, Nichols, Nowicki, Perkinson, Prentiss, Reilly, Richardson, Mrs. Robinson, Messrs. Ross, Russo, Ryan, Scaringe, Sherman, Mrs. Springer, Mr. Stackrow, Mrs. Wiley--35.*

*Those opposed: 0.*

*Resolution was adopted.*