# Exhibit 4

## RESOLUTION NO. 26

## ADOPTING THE ALBANY COUNTY AFFIRMATIVE ACTION PLAN

Introduced: 1/8/96
By Mss. McKnight, Robinson and Mr. Riddick:

WHEREAS, This Honorable Body has indicated a need for the development of a policy and procedure regarding discrimination of all types, and

WHEREAS, It is the commitment of the Albany County Legislature to ensure that equal opportunity is extended to all persons without regard to race, color, religion, age, national origin, marital status, sex or disability, and

WHEREAS, In order to act on its commitment, this Legislature has requested the Affirmative Action Director to develop the Albany County Affirmative Action Plan, and

WHEREAS, The Affirmative Action Director, through diligent and hard work, has developed and filed with the Clerk of the Legislature a thorough and well-balanced plan to ensure that equal opportunity is extended to all persons regardless of race, color, religion, age, national origin, marital status, sex or disability, now, therefore be it

RESOLVED, That the Albany County Legislature approves and adopts the Affirmative Action Plan filed by the Affirmative Action Director with the Legislative Clerk, and, be it further

RESOLVED, That the Affirmative Action Plan shall take effect immediately, and, be it further

RESOLVED, That the Clerk of the County Legislature is directed to forward certified copies of this resolution to the appropriate County Officials.

*Referred to Personnel Committee. 1/8/96*
*Adopted by voice vote. 6/10/96*