**Exhibit 1**

**Estimated Racial Support for Black Candidate in County-Wide Elections**

The 2010 County Surrogate Judge Democratic primary (Helena Heath-Roland)

| % of non-African American voters | % of African American voters |
|---|---|
| 24.99 | 80.17 |

The 2010 County Surrogate Judge General Election (Helena Heath-Roland)

| % of non-African American voters | % of African American voters |
|---|---|
| 7.76 | 59.00 |