## Exhibit 2

## Estimated Racial Support for Black Candidate in Albany Mayoral Elections

The 2005 Mayoral Democratic primary (Archie Goodbee Jr.)

| % of non-African American voters | % of African American voters |
|---|---|
| 21.29 | 73.92 |

The 2005 Mayoral General Election (Alice Green)

| % of non-African American voters | % of African American voters |
|---|---|
| 7.44 | .85 |

The 2009 Mayoral Democratic primary (Corey Ellis)

| % of non-African American voters | % of African American voters |
|---|---|
| 37.76 | 74.96 |