# Exhibit 3

## Estimated Racial Support for Black Candidate
## in Common Council President and City Treasurer Elections

The 2005 Common Council Democratic primary (Sarah Curry Cobb)

| % of non-African American voters | % of African American voters |
|---|---|
| 11.23 | 77.70 |

The 2009 City Treasurer Democratic Primary (Betty Barnette)

| % of non-African American voters | % of African American voters |
|---|---|
| 28.09 | 76.48 |