**Exhibit 4**

**Estimated Racial Support for Black Candidate in
County Legislature Democratic Primary Elections**

The 2004 County Legislature District 1 (NellStokes-Holmes)

| % of non-African American voters | % of African American voters |
|---|---|
| 20.50 | 53.36 |

The 2004 County Legislature District 4 (Ward Dewitt)

| % of non-African American voters | % of African American voters |
|---|---|
| 34.75 | 94.95 |

The 2007 County Legislature District 4 (Clifton Dixon and Jacqueline Jones)

| % of non-African American voters | % of African American voters |
|---|---|
| 16.51 | 82.44 |