**Exhibit 5**

**Estimated Racial Support for Black Candidate in
County Legislature Republican Primary Elections**

The 2005 County Legislature District 7 (Ford Mclain)

| % of non-African American voters | % of African American voters |
|---|---|
| 73.17 | 40.30 |

The 2005 County Legislature District 8 (Annette Delavallade)

| % of non-African American voters | % of African American voters |
|---|---|
| 63.72 | 46.22 |