# Exhibit 6
# Homogeneous Precinct Analysis

| Candidate | African American Precincts | African American Ranking | Non-Hispanic White Precincts | Non-Hispanic White Ranking |
|---|---|---|---|---|
| **Board of Education Election, 2005** | | | | |
| Jenkins-Cox (BC) | 21.88% | 1 | 13.94% | 5 |
| McLaughlin (BC) | 21.88% | 1 | 15.14% | 4 |
| Cohen | 20.31% | 3 | 16.12% | 3 |
| Morris | 17.19% | 4 | 13.33% | 6 |
| Doesschate | 10.94% | 5 | 18.37% | 2 |
| Gaffuri | 7.81% | 6 | 23.09% | 1 |
| **Board of Education Election, 2010** | | | | |
| Green (BC) | 35.05% | 1 | 16.12% | 3 |
| Walston (BC) | 29.90% | 2 | 14.78% | 5 |
| Leet | 11.34% | 3 | 18.10% | 2 |
| Morris | 10.31% | 4 | 15.65% | 4 |
| Streznewski | 8.00% | 5 | 23.93% | 1 |
| Lembo | 5.15% | 6 | 11.43% | 6 |

Note: BC=Black Candidate