## ALBANY 1

| | Population | | White | Black | Indian | Asian | Hawaiian | Other | 2+ Races |
|---|---|---|---|---|---|---|---|---|---|
| **Census 2010 Total** | 304,204 | | 237,873 | 38,609 | 654 | 14,579 | 98 | 4,744 | 7,647 |
| | | | 78% | 13% | 0% | 5% | 0% | 2% | 3% |
| Non-Hispanic | 289,287 | 95% | 231,152 | 36,396 | 453 | 14,500 | 88 | 569 | 6,129 |
| Hispanic | 14,917 | 5% | 6,721 | 2,213 | 201 | 79 | 10 | 4,175 | 1,518 |
| | | | | | | | | | |
| Age 18+ Total | 243,573 | 80% | 197,006 | 27,495 | 505 | 11,041 | 81 | 3,376 | 4,069 |
| Age 18+ Non-Hispanic | 233,549 | 96% | 192,347 | 26,196 | 375 | 10,980 | 71 | 341 | 3,239 |
| Age 18+ Hispanic | 10,024 | 4% | 4,659 | 1,299 | 130 | 61 | 10 | 3,035 | 830 |
| | | | | | | | | | |
| **Census 2000 Total** | 294,565 | | 245,060 | 32,624 | 605 | 8,090 | 84 | 3,102 | 5,000 |
| | | | 83% | 11% | 0% | 3% | 0% | 1% | 2% |
| Non-Hispanic | 285,486 | 97% | 240,913 | 31,514 | 487 | 8,022 | 72 | 434 | 4,044 |
| Hispanic | 9,079 | 3% | 4,147 | 1,110 | 118 | 68 | 12 | 2,668 | 956 |
| | | | | | | | | | |
| Age 18+ Total | 228,088 | 77% | 194,894 | 21,619 | 455 | 6,214 | 70 | 2,073 | 2,763 |
| Age 18+ Non-Hispanic | 222,227 | 97% | 192,093 | 21,020 | 381 | 6,168 | 62 | 234 | 2,269 |
| Age 18+ Hispanic | 5,861 | 3% | 2,801 | 599 | 74 | 46 | 8 | 1,839 | 494 |
| | | | | | | | | | |
| **Increase/Decrease** | 9,639 | | -7,187 | 5,985 | 49 | 6,489 | 14 | 1,642 | 2,647 |
| | 3.3% | | -2.9% | 18.3% | 8.1% | 80.2% | 16.7% | 52.9% | 52.9% |
| Non-Hispanic | 3,801 | | -9,761 | 4,882 | -34 | 6,478 | 16 | 135 | 2,085 |
| Hispanic | 5,838 | | 2,574 | 1,103 | 83 | 11 | -2 | 1,507 | 562 |
| | | | | | | | | | |
| Age 18+ Total | 15,485 | | 2,112 | 5,876 | 50 | 4,827 | 11 | 1,303 | 1,306 |
| Age 18+ Non-Hispanic | 11,322 | | 254 | 5,176 | -6 | 4,812 | 9 | 107 | 970 |
| Age 18+ Hispanic | 4,163 | | 1,858 | 700 | 56 | 15 | 2 | 1,196 | 336 |

| ALBANY | 1 | | Albany city | 1000 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Population | | White | Black | Indian | Asian | Hawaiian | Other | 2+ Races |

| | Population | | White | Black | Indian | Asian | Hawaiian | Other | 2+ Races |
|---|---|---|---|---|---|---|---|---|---|
| **Census 2010 Total** | 97,856 | | 55,783 | 30,110 | 295 | 4,890 | 55 | 3,100 | 3,623 |
| | | | 57% | 31% | 0% | 5% | 0% | 3% | 4% |
| Non-Hispanic | 89,460 | 91% | 52,857 | 28,479 | 191 | 4,850 | 47 | 296 | 2,740 |
| Hispanic | 8,396 | 9% | 2,926 | 1,631 | 104 | 40 | 8 | 2,804 | 883 |
| Age 18+ Total | 80,300 | 82% | 50,430 | 21,140 | 238 | 4,032 | 49 | 2,261 | 2,150 |
| Age 18+ Non-Hispanic | 74,502 | 93% | 48,231 | 20,215 | 164 | 4,000 | 41 | 207 | 1,644 |
| Age 18+ Hispanic | 5,798 | 7% | 2,199 | 925 | 74 | 32 | 8 | 2,054 | 506 |
| **Census 2000 Total** | 95,658 | | 60,383 | 26,915 | 301 | 3,116 | 34 | 2,060 | 2,849 |
| | | | 63% | 28% | 0% | 3% | 0% | 2% | 3% |
| Non-Hispanic | 90,309 | 94% | 58,459 | 26,042 | 233 | 3,089 | 27 | 217 | 2,242 |
| Hispanic | 5,349 | 6% | 1,924 | 873 | 68 | 27 | 7 | 1,843 | 607 |
| Age 18+ Total | 76,573 | 80% | 53,037 | 17,562 | 225 | 2,666 | 30 | 1,403 | 1,650 |
| Age 18+ Non-Hispanic | 73,053 | 95% | 51,651 | 17,100 | 182 | 2,642 | 24 | 135 | 1,319 |
| Age 18+ Hispanic | 3,520 | 5% | 1,386 | 462 | 43 | 24 | 6 | 1,268 | 331 |
| **Increase/Decrease** | 2,198 | | -4,600 | 3,195 | -6 | 1,774 | 21 | 1,040 | 774 |
| | 2.3% | | -7.6% | 11.9% | -2.0% | 56.9% | 61.8% | 50.5% | 27.2% |
| Non-Hispanic | -849 | | -5,602 | 2,437 | -42 | 1,761 | 20 | 79 | 498 |
| Hispanic | 3,047 | | 1,002 | 758 | 36 | 13 | 1 | 961 | 276 |
| Age 18+ Total | 3,727 | | -2,607 | 3,578 | 13 | 1,366 | 19 | 858 | 500 |
| Age 18+ Non-Hispanic | 1,449 | | -3,420 | 3,115 | -18 | 1,358 | 17 | 72 | 325 |
| Age 18+ Hispanic | 2,278 | | 813 | 463 | 31 | 8 | 2 | 786 | 175 |