# Selected Socio-Economic Data

## Albany County, New York

### African American and White, Not Hispanic

### Data Set: 2006-2008 American Community Survey 3-Year Estimates

www.fairvote2020.org

www.fairdata2000.com

29-Dec-09

**C02003. RACE - Universe:  TOTAL POPULATION**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | |
| --- | --- | --- | --- |
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **298,631** | ***** | **100.0%** |
| Population of one race: | 292,746 | 961 | 98.0% |
| White | 240,383 | 740 | 80.5% |
| Black or African American | 33,510 | 867 | 11.2% |
| American Indian and Alaska Native | 675 | 226 | 0.2% |
| Asian alone | 12,022 | 250 | 4.0% |
| Native Hawaiian and Other Pacific Islander | 42 | 51 | 0.0% |
| Some other race | 6,114 | 745 | 2.0% |
| Population of two or more races: | 5,885 | 961 | 2.0% |
| Two races including Some other race | 571 | 241 | 0.2% |
| Two races excluding Some other race, and three or more races | 5,314 | 937 | 1.8% |
| Population of two races: | 5,640 | 927 | 1.9% |
| White; Black or African American | 3,213 | 719 | 1.1% |
| White; American Indian and Alaska Native | 594 | 202 | 0.2% |
| White; Asian | 708 | 300 | 0.2% |
| Black or African American; American Indian and Alaska Native | 460 | 229 | 0.2% |
| All other two race combinations | 665 | 244 | 0.2% |
| Population of three races | 245 | 171 | 0.1% |
| Population of four or more races | 0 | 158 | 0.0% |

Note: Hispanics may be of any race. See Table C03002 and chart.

Source: U.S. Census Bureau, 2006-2008 American Community Survey

NOTE. Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Population by Race

## Albany County, New York



Source:   C02003. RACE - Universe:  TOTAL POPULATION
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **298,631** | ***** | **100.0%** |
| Not Hispanic or Latino: | 286,904 | ***** | 96.1% |
| White alone | 235,956 | 187 | 79.0% |
| Black or African American alone | 32,614 | 838 | 10.9% |
| American Indian and Alaska Native alone | 601 | 205 | 0.2% |
| Asian alone | 12,022 | 250 | 4.0% |
| Native Hawaiian and Other Pacific Islander alone | 26 | 46 | 0.0% |
| Some other race alone | 757 | 392 | 0.3% |
| Two or more races: | 4,928 | 881 | 1.7% |
| Two races including Some other race | 168 | 128 | 0.1% |
| Two races excluding Some other race, and three or more races | 4,760 | 853 | 1.6% |
| Hispanic or Latino | 11,727 | ***** | 3.9% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

NOTE. Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Non-Hispanic by Race and Hispanic Population

## Albany County, New York



Source:   C03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B03002. HISPANIC OR LATINO ORIGIN BY RACE**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| Hispanic or Latino: | 11,727 | ***** | **100.0%** |
| White alone | 4,427 | 686 | 37.8% |
| Black or African American alone | 896 | 326 | 7.6% |
| American Indian and Alaska Native alone | 74 | 101 | 0.6% |
| Asian alone | 0 | 158 | 0.0% |
| Native Hawaiian and Other Pacific Islander alone | 16 | 26 | 0.1% |
| Some other race alone | 5,357 | 614 | 45.7% |
| Two or more races: | 957 | 370 | 8.2% |
| Two races including Some other race | 403 | 222 | 3.4% |
| Two races excluding Some other race, and three or more races | 554 | 287 | 4.7% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

NOTE. Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Hispanic or Latino Origin by Race

## Albany County, New York



Source:   B03002. HISPANIC OR LATINO ORIGIN BY RACE
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C01001. SEX BY AGE**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **33,510** | **867** | **100.0%** | **235,956** | **187** | **100.0%** |
| Under 18 years | 10,133 | NC | 30.2% | 41,815 | NC | 17.7% |
| 18 to 64 years | 21,184 | NC | 63.2% | 157,168 | NC | 66.6% |
| 65 years and over | 2,193 | NC | 6.5% | 36,973 | NC | 15.7% |
| Male: | 15,847 | 571 | 47.3% | 113,425 | 82 | 48.1% |
| Under 18 years | 5,028 | 435 | 15.0% | 21,567 | 32 | 9.1% |
| 18 to 64 years | 9,961 | 364 | 29.7% | 77,222 | 74 | 32.7% |
| 65 years and over | 858 | 93 | 2.6% | 14,636 | 158 | 6.2% |
| Female: | 17,663 | 571 | 52.7% | 122,531 | 82 | 51.9% |
| Under 18 years | 5,105 | 335 | 15.2% | 20,248 | 55 | 8.6% |
| 18 to 64 years | 11,223 | 370 | 33.5% | 79,946 | 112 | 33.9% |
| 65 years and over | 1,335 | 75 | 4.0% | 22,337 | 39 | 9.5% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

NOTE. Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Population by Age

## Albany County, New York



Source:   C01001. SEX BY AGE
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B05003. SEX BY AGE BY CITIZENSHIP STATUS**

Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total by Age | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total by Age |
| Total: | **33,510** | **867** | **100.0%** | **235,956** | **187** | **100.0%** |
| **Under 18 years:** | **10,133** | **NC** | **100.0%** | **41,815** | **NC** | **100.0%** |
| Native | 10,083 | NC | 99.5% | 41,498 | NC | 99.2% |
| Foreign born: | 50 | NC | 0.5% | 317 | NC | 0.8% |
| Naturalized U.S. citizen | 11 | NC | 0.1% | 150 | NC | 0.4% |
| Not a U.S. citizen | 39 | NC | 0.4% | 167 | NC | 0.4% |
| **18 years and over:** | **23,377** | **NC** | **100.0%** | **194,141** | **NC** | **100.0%** |
| Native | 21,072 | NC | 90.1% | 185,198 | NC | 95.4% |
| Foreign born: | 2,305 | NC | 9.9% | 8,943 | NC | 4.6% |
| Naturalized U.S. citizen | 1,327 | NC | 5.7% | 5,748 | NC | 3.0% |
| Not a U.S. citizen | 978 | NC | 4.2% | 3,195 | NC | 1.6% |
| **Male:** | 15,847 | 571 | 47.3% | 113,425 | 82 | 48.1% |
| **Under 18 years:** | **5,028** | **435** | **100.0%** | **21,567** | **32** | **100.0%** |
| Native | 5,028 | 435 | 100.0% | 21,480 | 76 | 99.6% |
| Foreign born: | 0 | 158 | 0.0% | 87 | 68 | 0.4% |
| Naturalized U.S. citizen | 0 | 158 | 0.0% | 54 | 56 | 0.3% |
| Not a U.S. citizen | 0 | 158 | 0.0% | 33 | 40 | 0.2% |
| **18 years and over:** | **10,819** | **388** | **100.0%** | **91,858** | **74** | **100.0%** |
| Native | 9,543 | 524 | 88.2% | 87,726 | 650 | 95.5% |
| Foreign born: | 1,276 | 351 | 11.8% | 4,132 | 663 | 4.5% |
| Naturalized U.S. citizen | 675 | 262 | 6.2% | 2,762 | 561 | 3.0% |
| Not a U.S. citizen | 601 | 244 | 5.6% | 1,370 | 314 | 1.5% |

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA by Age | White, Not Hispanic | Margin of Error (+/-) | % of NHW by Age |
| **Female:** | 17,663 | 538 | 52.7% | 122,531 | 140 | 51.9% |
| **Under 18 years:** | **5,105** | **335** | **100.0%** | **20,248** | **55** | **100.0%** |
| Native | 5,055 | 338 | 99.0% | 20,018 | 133 | 98.9% |
| Foreign born: | 50 | 54 | 1.0% | 230 | 137 | 1.1% |
| Naturalized U.S. citizen | 11 | 20 | 0.2% | 96 | 70 | 0.5% |
| Not a U.S. citizen | 39 | 49 | 0.8% | 134 | 110 | 0.7% |
| **18 years and over:** | **12,558** | **378** | **100.0%** | **102,283** | **129** | **100.0%** |
| Native | 11,529 | 494 | 91.8% | 97,472 | 683 | 95.3% |
| Foreign born: | 1,029 | 346 | 8.2% | 4,811 | 692 | 4.7% |
| Naturalized U.S. citizen | 652 | 244 | 5.2% | 2,986 | 467 | 2.9% |
| Not a U.S. citizen | 377 | 204 | 3.0% | 1,825 | 507 | 1.8% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Citizenship Status of Voting Age Population (18 and Over)

### Albany County, New York



Source:   B05003. SEX BY AGE BY CITIZENSHIP STATUS
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE - Universe:  POPULATION 1 YEAR AND OVER IN THE UNITED STATES**

Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Total: | **32,929** | **830** | **100.0%** | **233,971** | **389** | **100.0%** |
| Same house 1 year ago | 25,750 | 1,472 | 78.2% | 202,080 | 1,934 | 86.4% |
| Moved within same county | 4,223 | 1,157 | 12.8% | 16,040 | 1,444 | 6.9% |
| Moved from different county within same state | 2,126 | 934 | 6.5% | 11,228 | 1,385 | 4.8% |
| Moved from different state | 662 | 376 | 2.0% | 3,430 | 732 | 1.5% |
| Moved from abroad | 168 | 116 | 0.5% | 1,193 | 455 | 0.5% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Geographical Mobility in the Past Year (Population 1 Year and Over)

## Albany County, New York



Source:   B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE - Universe:  POPULATION 1 YEAR AND OVER IN THE UNITED STATE
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **13,623** | **871** | **100.0%** | **123,180** | **1,660** | **100.0%** |
| Car, truck, or van - drove alone | 7,585 | 789 | 55.7% | 99,096 | 1,977 | 80.4% |
| Car, truck, or van - carpooled | 1,127 | 351 | 8.3% | 9,797 | 947 | 8.0% |
| Public transportation (excluding taxicab) | 2,887 | 543 | 21.2% | 3,540 | 568 | 2.9% |
| Taxicab, motorcycle, bicycle, walked, or other means | 1,847 | 532 | 13.6% | 6,163 | 772 | 5.0% |
| Worked at home | 177 | 130 | 1.3% | 4,584 | 533 | 3.7% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Means of Transportation to Work (Workers 16 Years and Over)

### Albany County, New York



Source:   C08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C11002. HOUSEHOLD TYPE FOR POPULATION IN HOUSEHOLDS**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **30,255** | **1,498** | **100.0%** | **227,654** | **2,537** | **100.0%** |
| In family households | 24,536 | 1,472 | 81.1% | 171,725 | 2,866 | 75.4% |
| In nonfamily households | 5,719 | 832 | 18.9% | 55,929 | 2,226 | 24.6% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

# Household Type for Population in Households

## Albany County, New York



Source:   C11002. HOUSEHOLD TYPE FOR POPULATION IN HOUSEHOLDS
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **25,551** | **619** | **100.0%** | **202,761** | **168** | **100.0%** |
| Never married | 15,065 | 823 | 59.0% | 72,679 | 2,696 | 35.8% |
| Now married (except separated) | 6,002 | 788 | 23.5% | 94,457 | 2,610 | 46.6% |
| Separated | 1,227 | 321 | 4.8% | 3,565 | 510 | 1.8% |
| Widowed | 1,120 | 267 | 4.4% | 13,566 | 1,291 | 6.7% |
| Divorced | 2,137 | 374 | 8.4% | 18,494 | 1,162 | 9.1% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

# Marital Status for the Population 15 Years and Over

# Albany County, New York



Source:   C12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **18,675** | **477** | **100.0%** | **164,628** | **127** | **100.0%** |
| Less than high school diploma | 3,490 | NC | 18.7% | 12,543 | NC | 7.6% |
| High school graduate, GED, or alternative | 5,594 | NC | 30.0% | 45,722 | NC | 27.8% |
| Some college or associate's degree | 5,952 | NC | 31.9% | 43,240 | NC | 26.3% |
| Bachelor's degree or higher | 3,639 | NC | 19.5% | 63,123 | NC | 38.3% |
| Male: | 8,529 | 329 | 45.7% | 76,974 | 50 | 46.8% |
| Less than high school diploma | 1,586 | 295 | 8.5% | 5,575 | 592 | 3.4% |
| High school graduate, GED, or alternative | 2,385 | 365 | 12.8% | 21,706 | 1,096 | 13.2% |
| Some college or associate's degree | 2,708 | 430 | 14.5% | 19,236 | 1,127 | 11.7% |
| Bachelor's degree or higher | 1,850 | 393 | 9.9% | 30,457 | 1,188 | 18.5% |
| Female: | 10,146 | 298 | 54.3% | 87,654 | 102 | 53.2% |
| Less than high school diploma | 1,904 | 399 | 10.2% | 6,968 | 647 | 4.2% |
| High school graduate, GED, or alternative | 3,209 | 483 | 17.2% | 24,016 | 1,262 | 14.6% |
| Some college or associate's degree | 3,244 | 461 | 17.4% | 24,004 | 1,120 | 14.6% |
| Bachelor's degree or higher | 1,789 | 380 | 9.6% | 32,666 | 1,320 | 19.8% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Educational Attainment for the Population 25 Years and Older

## Albany County, New York



Source:   C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER**

Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **30,744** | **798** | **100.0%** | **226,033** | **172** | **100.0%** |
| Speak only English | 28,805 | NC | 93.7% | 211,877 | NC | 93.7% |
| Speak another language | 1,939 | NC | 6.3% | 14,156 | NC | 6.3% |
| Speak English "very well" | 1,310 | NC | 4.3% | 9,683 | NC | 4.3% |
| Speak English "less than well" | 629 | NC | 2.0% | 4,473 | NC | 2.0% |
| Native: | 28,405 | 957 | 92.4% | 216,861 | 1,124 | 95.9% |
| Speak only English | 27,322 | 1,012 | 88.9% | 208,759 | 1,529 | 92.4% |
| Speak another language | 1,083 | 462 | 3.5% | 8,102 | 822 | 3.6% |
| Speak English "very well" | 693 | 249 | 2.3% | 6,269 | 661 | 2.8% |
| Speak English "less than well" | 390 | 396 | 1.3% | 1,833 | 409 | 0.8% |
| Foreign born: | 2,339 | 580 | 7.6% | 9,172 | 1,147 | 4.1% |
| Speak only English | 1,483 | 428 | 4.8% | 3,118 | 474 | 1.4% |
| Speak another language | 856 | 362 | 2.8% | 6,054 | 1,022 | 2.7% |
| Speak English "very well" | 617 | 275 | 2.0% | 3,414 | 657 | 1.5% |
| Speak English "less than well" | 239 | 191 | 0.8% | 2,640 | 667 | 1.2% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Speak English "Less than Well" (Population 5 Years and Over)

## Albany County, New York



Source:   B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS**

Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **7,394** | **573** | **100.0%** | **57,838** | **1,406** | **100.0%** |
| Income in the past 12 months below poverty level: | 1,743 | 363 | 23.6% | 2,306 | 411 | 4.0% |
| Married-couple family: | 183 | 129 | 2.5% | 807 | 215 | 1.4% |
| With related children under 18 years | 183 | 129 | 2.5% | 450 | 154 | 0.8% |
| Other family: | 1,560 | 364 | 21.1% | 1,499 | 341 | 2.6% |
| Male householder, no wife present | 61 | 79 | 0.8% | 334 | 205 | 0.6% |
| With related children under 18 years | 61 | 79 | 0.8% | 292 | 199 | 0.5% |
| Female householder, no husband present | 1,499 | 354 | 20.3% | 1,165 | 300 | 2.0% |
| With related children under 18 years | 1,383 | 324 | 18.7% | 1,112 | 292 | 1.9% |
| Income in the past 12 months at or above poverty level: | 5,651 | 582 | 76.4% | 55,532 | 1,374 | 96.0% |
| Married-couple family: | 2,091 | 364 | 28.3% | 44,237 | 1,339 | 76.5% |
| With related children under 18 years | 1,036 | 260 | 14.0% | 17,335 | 893 | 30.0% |
| Other family: | 3,560 | 495 | 48.1% | 11,295 | 865 | 19.5% |
| Male householder, no wife present | 761 | 279 | 10.3% | 3,390 | 551 | 5.9% |
| With related children under 18 years | 521 | 249 | 7.0% | 1,795 | 423 | 3.1% |
| Female householder, no husband present | 2,799 | 440 | 37.9% | 7,905 | 661 | 13.7% |
| With related children under 18 years | 2,297 | 466 | 31.1% | 4,347 | 510 | 7.5% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Family Households Below Poverty in the Past 12 Months

## Albany County, New York



Source:   C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2006-2008 American Community Survey 3-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

## Albany County, New York



Source:   C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA By Age | White, Not Hispanic | Margin of Error (+/-) | % of NHW By Age |
| **Total:** | **31,743** | **969** | **100.0%** | **226,046** | **1,409** | **100.0%** |
| Income in the past 12 months below poverty level: | 9,730 | 1,625 | 30.7% | 19,282 | 2,283 | 8.5% |
| Under 18 years | 3,958 | 853 | 39.9% | 3,101 | 648 | 7.6% |
| 18 to 64 years | 5,431 | 983 | 27.4% | 12,766 | 1,260 | 8.5% |
| 65 years and over | 341 | 139 | 17.0% | 3,415 | 1,580 | 9.7% |
| Income in the past 12 months at or above poverty level: | 22,013 | 1,634 | 69.3% | 206,764 | 2,571 | 91.5% |
| Under 18 years | 5,972 | 844 | 60.1% | 37,598 | 845 | 92.4% |
| 18 to 64 years | 14,373 | 997 | 72.6% | 137,217 | 1,619 | 91.5% |
| 65 years and over | 1,668 | 202 | 83.0% | 31,949 | 1,532 | 90.3% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Population Below Poverty in the Past 12 Months

## Albany County, New York



Source:   C17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **12,209** | **677** | **100.0%** | **101,447** | **1,406** | **100.0%** |
| Less than $ 10,000 | 1,708 | 401 | 14.0% | 5,586 | 681 | 5.5% |
| $ 10,000 to $ 14,999 | 939 | 273 | 7.7% | 4,065 | 493 | 4.0% |
| $ 15,000 to $ 24,999 | 1,616 | 335 | 13.2% | 8,332 | 724 | 8.2% |
| $ 25,000 to $ 34,999 | 1,844 | 457 | 15.1% | 9,349 | 833 | 9.2% |
| $ 35,000 to $ 49,999 | 2,506 | 472 | 20.5% | 14,674 | 974 | 14.5% |
| $ 50,000 to $ 74,999 | 1,785 | 411 | 14.6% | 18,080 | 1,087 | 17.8% |
| $ 75,000 to $ 99,999 | 980 | 308 | 8.0% | 16,003 | 1,125 | 15.8% |
| $ 100,000 to $ 149,999 | 657 | 250 | 5.4% | 15,869 | 890 | 15.6% |
| $ 150,000 to $ 199,999 | 65 | 53 | 0.5% | 5,328 | 610 | 5.3% |
| $ 200,000 or more | 109 | 110 | 0.9% | 4,161 | 482 | 4.1% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Household Income in the Past 12 Months

## Albany County, New York



Source:   C19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | |
|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median household income in the past 12 months (in 2008 inflation-adjusted dollars) | $ 34,986 | $ 2,367 | $ 61,417 | $ 1,696 |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Median Household Income in the Past 12 Months

## Albany County, New York



Source:   B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **7,394** | **573** | **100.0%** | **57,838** | **1,406** | **100.0%** |
| Less than $ 10,000 | 640 | 238 | 8.7% | 1,134 | 280 | 2.0% |
| $ 10,000 to $ 14,999 | 459 | 198 | 6.2% | 744 | 259 | 1.3% |
| $ 15,000 to $ 24,999 | 1,255 | 306 | 17.0% | 2,486 | 400 | 4.3% |
| $ 25,000 to $ 34,999 | 1,319 | 376 | 17.8% | 3,453 | 503 | 6.0% |
| $ 35,000 to $ 49,999 | 1,161 | 350 | 15.7% | 7,122 | 725 | 12.3% |
| $ 50,000 to $ 74,999 | 1,261 | 336 | 17.1% | 10,417 | 812 | 18.0% |
| $ 75,000 to $ 99,999 | 674 | 268 | 9.1% | 10,991 | 781 | 19.0% |
| $ 100,000 to $ 149,999 | 498 | 232 | 6.7% | 13,063 | 857 | 22.6% |
| $ 150,000 to $ 199,999 | 34 | 42 | 0.5% | 4,763 | 563 | 8.2% |
| $ 200,000 or more | 93 | 107 | 1.3% | 3,665 | 484 | 6.3% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Family Income in the Past 12 Months

## Albany County, New York



Source:   C19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median family income in the past 12 months (in 2008 inflation-adjusted dollars) | $ 35,170 | $ 3,863 | $ 82,386 | $ 2,406 |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Median Family Income in the Past 12 Months

## Albany County, New York



Source:  B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)**

Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | |
|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median nonfamily household income in the past 12 months (in 2008 inflation-adjusted dollars) | $ 27,449 | $ 6,006 | $ 37,952 | $ 1,683 |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Median Non-Family Income in the Past 12 Months

### Albany County, New York



Median nonfamily household income in the past 12 months (in 2008 inflation-adjusted dollars)

Source:   B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Per capita income in the past 12 months (in 2008 inflation-adjusted dollars) | $ 17,243 | $ 1,254 | $ 33,887 | $ 822 |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Per capita Income in the Past 12 Months

## Albany County, New York



Source:   B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS)
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median earnings in the past 12 months (in 2008 inflation-adjusted dollars) -- | | | | |
|   Total: | $ 24,788 | $ 1,473 | $ 34,483 | $ 957 |
|   Male -- | | | | |
|     Total | $ 27,635 | $ 2,366 | $ 41,402 | $ 1,312 |
|     Worked full-time, year-round in the past 12 months | $ 36,907 | $ 4,458 | $ 53,655 | $ 1,214 |
|     Other | $ 7,825 | $ 2,909 | $ 10,427 | $ 862 |
|   Female -- | | | | |
|     Total | $ 22,841 | $ 1,628 | $ 30,503 | $ 801 |
|     Worked full-time, year-round in the past 12 months | $ 29,536 | $ 2,723 | $ 42,511 | $ 1,255 |
|     Other | $ 8,497 | $ 1,907 | $ 11,171 | $ 925 |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Median earnings in the Past 12 Months (16 Years and Over with Earnings)

## Albany County, New York



Source:   B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER**

Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **24,682** | **691** | **100.0%** | **199,442** | **387** | **100.0%** |
| Worked full-time, year-round in the past 12 months: | 10,135 | NC | 41.1% | 86,711 | NC | 43.5% |
| No earnings | 0 | NC | 0.0% | 20 | NC | 0.0% |
| With earnings: | 10,135 | NC | 41.1% | 86,691 | NC | 43.5% |
| $ 1 to $ 9,999 or loss | 132 | NC | 0.5% | 1,018 | NC | 0.5% |
| $ 10,000 to $ 19,999 | 1,122 | NC | 4.5% | 4,525 | NC | 2.3% |
| $ 20,000 to $ 29,999 | 2,949 | NC | 11.9% | 11,095 | NC | 5.6% |
| $ 30,000 to $ 49,999 | 3,465 | NC | 14.0% | 28,681 | NC | 14.4% |
| $ 50,000 to $ 74,999 | 1,585 | NC | 6.4% | 22,362 | NC | 11.2% |
| $ 75,000 or more | 882 | NC | 3.6% | 19,010 | NC | 9.5% |
| Other: | 14,547 | NC | 58.9% | 112,731 | NC | 56.5% |
| No earnings | 7,377 | NC | 29.9% | 54,718 | NC | 27.4% |
| With earnings: less than full time, year-round | 7,170 | NC | 29.0% | 58,013 | NC | 29.1% |
| $ 1 to $ 9,999 or loss | 3,988 | NC | 16.2% | 27,605 | NC | 13.8% |
| $ 10,000 to $ 19,999 | 1,624 | NC | 6.6% | 11,501 | NC | 5.8% |
| $ 20,000 to $ 29,999 | 675 | NC | 2.7% | 6,896 | NC | 3.5% |
| $ 30,000 to $ 49,999 | 649 | NC | 2.6% | 6,277 | NC | 3.1% |
| $ 50,000 to $ 74,999 | 154 | NC | 0.6% | 3,531 | NC | 1.8% |
| $ 75,000 or more | 80 | NC | 0.3% | 2,203 | NC | 1.1% |
| Male: | 11,579 | 442 | 46.9% | 94,479 | 272 | 47.4% |
| Worked full-time, year-round in the past 12 months: | 4,967 | 508 | 20.1% | 48,205 | 1,051 | 24.2% |
| No earnings | 0 | 158 | 0.0% | 20 | 35 | 0.0% |
| With earnings: | 4,967 | 508 | 20.1% | 48,185 | 1,053 | 24.2% |
| $ 1 to $ 9,999 or loss | 31 | 52 | 0.1% | 463 | 244 | 0.2% |
| $ 10,000 to $ 19,999 | 472 | 237 | 1.9% | 2,162 | 442 | 1.1% |
| $ 20,000 to $ 29,999 | 1,067 | 339 | 4.3% | 5,433 | 705 | 2.7% |
| $ 30,000 to $ 49,999 | 1,804 | 420 | 7.3% | 13,175 | 873 | 6.6% |
| $ 50,000 to $ 74,999 | 1,106 | 289 | 4.5% | 13,598 | 874 | 6.8% |
| $ 75,000 or more | 487 | 242 | 2.0% | 13,354 | 930 | 6.7% |

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Other: | 6,612 | 598 | 26.8% | 46,274 | 1,071 | 23.2% |
| No earnings | 3,534 | 539 | 14.3% | 21,274 | 802 | 10.7% |
| With earnings: | 3,078 | 508 | 12.5% | 25,000 | 989 | 12.5% |
| $ 1 to $ 9,999 or loss | 1,713 | 384 | 6.9% | 12,151 | 837 | 6.1% |
| $ 10,000 to $ 19,999 | 706 | 283 | 2.9% | 4,825 | 611 | 2.4% |
| $ 20,000 to $ 29,999 | 322 | 195 | 1.3% | 2,579 | 519 | 1.3% |
| $ 30,000 to $ 49,999 | 208 | 174 | 0.8% | 2,743 | 469 | 1.4% |
| $ 50,000 to $ 74,999 | 83 | 72 | 0.3% | 1,442 | 317 | 0.7% |
| $ 75,000 or more | 46 | 58 | 0.2% | 1,260 | 285 | 0.6% |
| Female: | 13,103 | 413 | 53.1% | 104,963 | 271 | 52.6% |
| Worked full-time, year-round in the past 12 months: | 5,168 | 483 | 20.9% | 38,506 | 1,280 | 19.3% |
| No earnings | 0 | 158 | 0.0% | 0 | 158 | 0.0% |
| With earnings: | 5,168 | 483 | 20.9% | 38,506 | 1,280 | 19.3% |
| $ 1 to $ 9,999 or loss | 101 | 75 | 0.4% | 555 | 211 | 0.3% |
| $ 10,000 to $ 19,999 | 650 | 245 | 2.6% | 2,363 | 465 | 1.2% |
| $ 20,000 to $ 29,999 | 1,882 | 423 | 7.6% | 5,662 | 568 | 2.8% |
| $ 30,000 to $ 49,999 | 1,661 | 369 | 6.7% | 15,506 | 1,077 | 7.8% |
| $ 50,000 to $ 74,999 | 479 | 219 | 1.9% | 8,764 | 764 | 4.4% |
| $ 75,000 or more | 395 | 268 | 1.6% | 5,656 | 558 | 2.8% |
| Other: | 7,935 | 531 | 32.1% | 66,457 | 1,338 | 33.3% |
| No earnings | 3,843 | 423 | 15.6% | 33,444 | 1,049 | 16.8% |
| With earnings: | 4,092 | 545 | 16.6% | 33,013 | 1,337 | 16.6% |
| $ 1 to $ 9,999 or loss | 2,275 | 474 | 9.2% | 15,454 | 1,032 | 7.7% |
| $ 10,000 to $ 19,999 | 918 | 298 | 3.7% | 6,676 | 722 | 3.3% |
| $ 20,000 to $ 29,999 | 353 | 185 | 1.4% | 4,317 | 591 | 2.2% |
| $ 30,000 to $ 49,999 | 441 | 170 | 1.8% | 3,534 | 458 | 1.8% |
| $ 50,000 to $ 74,999 | 71 | 71 | 0.3% | 2,089 | 383 | 1.0% |
| $ 75,000 or more | 34 | 41 | 0.1% | 943 | 212 | 0.5% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Employment and Earnings in in the Past 12 Months (16 Years and Over)

### Albany County, New York



Source:   C20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS (IN 2008 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **23,377** | **608** | **100.0%** | **193,907** | **236** | **100.0%** |
| Veteran | 1,750 | NC | 7.5% | 21,120 | NC | 10.9% |
| Nonveteran | 21,627 | NC | 92.5% | 172,787 | NC | 89.1% |
| Male: | 10,819 | 388 | 46.3% | 91,677 | 150 | 47.3% |
| 18 to 64 years: | 9,961 | 364 | 42.6% | 77,041 | 150 | 39.7% |
| Veteran | 1,193 | 367 | 5.1% | 10,776 | 719 | 5.6% |
| Nonveteran | 8,768 | 497 | 37.5% | 66,265 | 741 | 34.2% |
| 65 years and over: | 858 | 93 | 3.7% | 14,636 | 158 | 7.5% |
| Veteran | 356 | 91 | 1.5% | 9,222 | 529 | 4.8% |
| Nonveteran | 502 | 117 | 2.1% | 5,414 | 529 | 2.8% |
| Female: | 12,558 | 378 | 53.7% | 102,230 | 140 | 52.7% |
| 18 to 64 years: | 11,223 | 370 | 48.0% | 79,893 | 137 | 41.2% |
| Veteran | 201 | 129 | 0.9% | 601 | 257 | 0.3% |
| Nonveteran | 11,022 | 417 | 47.1% | 79,292 | 295 | 40.9% |
| 65 years and over: | 1,335 | 75 | 5.7% | 22,337 | 39 | 11.5% |
| Veteran | 0 | 158 | 0.0% | 521 | 206 | 0.3% |
| Nonveteran | 1,335 | 75 | 5.7% | 21,816 | 197 | 11.3% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Veterans in the Civilian Population 18 Years and Over

### Albany County, New York



Source:   C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B22005. RECEIPT OF FOOD STAMPS IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **12,209** | **677** | **100.0%** | **101,447** | **1,406** | **100.0%** |
| Household received Food Stamps in the past 12 months | 3,059 | 498 | 25.1% | 4,294 | 554 | 4.2% |
| Household did not receive Food Stamps in the past 12 months | 9,150 | 624 | 74.9% | 97,153 | 1,437 | 95.8% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Receipt of Food Stamps in the Past 12 Months by Household

## Albany County, New York



Source:   B22005. RECEIPT OF FOOD STAMPS IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **24,682** | **691** | **100.0%** | **199,442** | **387** | **100.0%** |
| In labor force: | 15,876 | NC | 64.3% | 132,914 | NC | 66.6% |
| In Armed Forces | 0 | NC | 0.0% | 234 | NC | 0.1% |
| Civilian: | 15,562 | NC | 63.0% | 127,665 | NC | 64.0% |
| Employed | 14,231 | NC | 57.7% | 126,642 | NC | 63.5% |
| Unemployed | 1,645 | NC | 6.7% | 6,038 | NC | 3.0% |
| Not in labor force | 8,806 | NC | 35.7% | 66,528 | NC | 33.4% |
| Male: | 11,579 | 442 | 46.9% | 94,479 | 272 | 47.4% |
| 16 to 64 years: | 10,721 | 422 | 43.4% | 79,843 | 272 | 40.0% |
| In labor force: | 7,148 | 559 | 29.0% | 65,472 | 892 | 32.8% |
| In Armed Forces | 0 | 158 | 0.0% | 181 | 127 | 0.1% |
| Civilian: | 7,148 | 559 | 29.0% | 65,291 | 911 | 32.7% |
| Employed | 6,437 | 564 | 26.1% | 61,807 | 949 | 31.0% |
| Unemployed | 711 | 212 | 2.9% | 3,484 | 568 | 1.7% |
| Not in labor force | 3,573 | 560 | 14.5% | 14,371 | 899 | 7.2% |
| 65 years and over: | 858 | 93 | 3.5% | 14,636 | 158 | 7.3% |
| In labor force: | 161 | 72 | 0.7% | 2,619 | 389 | 1.3% |
| Employed | 161 | 72 | 0.7% | 2,607 | 392 | 1.3% |
| Unemployed | 0 | 158 | 0.0% | 12 | 19 | 0.0% |
| Not in labor force | 697 | 109 | 2.8% | 12,017 | 389 | 6.0% |

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Female: | 13,103 | 413 | 53.1% | 104,963 | 271 | 52.6% |
| 16 to 64 years: | 11,768 | 406 | 47.7% | 82,626 | 269 | 41.4% |
| In labor force: | 8,414 | 578 | 34.1% | 62,427 | 1,110 | 31.3% |
| In Armed Forces | 0 | 158 | 0.0% | 53 | 86 | 0.0% |
| Civilian: | 8,414 | 578 | 34.1% | 62,374 | 1,100 | 31.3% |
| Employed | 7,480 | 608 | 30.3% | 59,880 | 1,169 | 30.0% |
| Unemployed | 934 | 312 | 3.8% | 2,494 | 492 | 1.3% |
| Not in labor force | 3,354 | 444 | 13.6% | 20,199 | 1,131 | 10.1% |
| 65 years and over: | 1,335 | 75 | 5.4% | 22,337 | 39 | 11.2% |
| In labor force: | 153 | 76 | 0.6% | 2,396 | 350 | 1.2% |
| Employed | 153 | 76 | 0.6% | 2,348 | 346 | 1.2% |
| Unemployed | 0 | 158 | 0.0% | 48 | 56 | 0.0% |
| Not in labor force | 1,182 | 98 | 4.8% | 19,941 | 352 | 10.0% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Employment Status for the Population 16 years and over

### Albany County, New York



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2006-2008 American Community Survey 3-Year Estimates

## Unemployment of Working Age Population  (Ages 16 to 64)
## (As a Percent of 16-64 Civilian Labor Force)

### Albany County, New York



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **14,231** | **875** | **100.0%** | **126,642** | **1,579** | **100.0%** |
| Management, professional, and related occupations | 4,158 | NC | 29.2% | 56,696 | NC | 44.8% |
| Service occupations | 3,688 | NC | 25.9% | 17,263 | NC | 13.6% |
| Sales and office occupations | 4,137 | NC | 29.1% | 35,679 | NC | 28.2% |
| Farming, fishing, and forestry occupations | 0 | NC | 0.0% | 70 | NC | 0.1% |
| Construction, extraction, maintenance, and repair occupations | 549 | NC | 3.9% | 7,352 | NC | 5.8% |
| Production, transportation, and material moving occupations | 1,699 | NC | 11.9% | 9,582 | NC | 7.6% |
| Male: | 6,598 | 578 | 46.4% | 64,414 | 1,045 | 50.9% |
| Management, professional, and related occupations | 1,970 | 388 | 13.8% | 27,744 | 1,259 | 21.9% |
| Service occupations | 1,339 | 411 | 9.4% | 8,788 | 846 | 6.9% |
| Sales and office occupations | 1,400 | 361 | 9.8% | 12,564 | 912 | 9.9% |
| Farming, fishing, and forestry occupations | 0 | 158 | 0.0% | 63 | 62 | 0.0% |
| Construction, extraction, maintenance, and repair occupations | 549 | 251 | 3.9% | 7,113 | 752 | 5.6% |
| Production, transportation, and material moving occupations | 1,340 | 353 | 9.4% | 8,142 | 717 | 6.4% |
| Female: | 7,633 | 609 | 53.6% | 62,228 | 1,232 | 49.1% |
| Management, professional, and related occupations | 2,188 | 461 | 15.4% | 28,952 | 1,115 | 22.9% |
| Service occupations | 2,349 | 469 | 16.5% | 8,475 | 900 | 6.7% |
| Sales and office occupations | 2,737 | 432 | 19.2% | 23,115 | 1,102 | 18.3% |
| Farming, fishing, and forestry occupations | 0 | 158 | 0.0% | 7 | 12 | 0.0% |
| Construction, extraction, maintenance, and repair occupations | 0 | 158 | 0.0% | 239 | 117 | 0.2% |
| Production, transportation, and material moving occupations | 359 | 199 | 2.5% | 1,440 | 305 | 1.1% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Occupation for the Civilian Employed 16 Years and Over Population

### Albany County, New York



Source:   C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B25003. TENURE - Universe: OCCUPIED HOUSING UNITS**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **12,209** | **677** | **100.0%** | **101,447** | **1,406** | **100.0%** |
| Owner occupied | 3,454 | 457 | 28.3% | 66,319 | 1,485 | 65.4% |
| Renter occupied | 8,755 | 702 | 71.7% | 35,128 | 1,282 | 34.6% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.ht

# Home Owners and Renters by Household

## Albany County, New York



Source:   B25003. TENURE - Universe: OCCUPIED HOUSING UNITS
Data Set: 2006-2008 American Community Survey 3-Year Estimates

**B25014. OCCUPANTS PER ROOM  -  Universe: OCCUPIED HOUSING UNITS**
Data Set: 2006-2008 American Community Survey 3-Year Estimates

| | Albany County, New York | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **12,209** | **677** | **100.0%** | **101,447** | **1,406** | **100.0%** |
| 1.00 or less occupants per room | 11,883 | 680 | 97.3% | 100,526 | 1,413 | 99.1% |
| 1.01 or more occupants per room | 326 | 169 | 2.7% | 921 | 378 | 0.9% |

Source: U.S. Census Bureau, 2006-2008 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.ht

## More than One Person per Room (Crowding) by Household

## Albany County, New York



Source:   B25014. OCCUPANTS PER ROOM  -   Universe: OCCUPIED HOUSING UNITS
Data Set: 2006-2008 American Community Survey 3-Year Estimates