# Population Summary Report

**Local Law 2 for 2004 Revision -- 2010 Census**

| District | Pop. | Dev. | % Dev. | Minority | % Minority | 18+ Pop | 18+ Black | % 18+ Black | 18+ NH DOJ Black | %18+ NH DOJ Black | 18+ Any Part Black | %18+ Any Part Black | 18+ Hispanic | % 18+ Hispanic | 18+ Minority | % 18+ Minority | Quarters College Dorms | Group Quarters Incarcerated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7385 | -415 | -5.32% | 3747 | 50.74% | 5541 | 1917 | 34.60% | 1882 | 33.96% | 2010 | 36.28% | 403 | 7.27% | 2506 | 45.23% | 0 | 0 |
| 2 | 7368 | -432 | -5.54% | 5592 | 75.90% | 5328 | 2919 | 54.79% | 2860 | 53.68% | 3071 | 57.64% | 649 | 12.18% | 3753 | 70.44% | 0 | 0 |
| 3 | 7888 | 88 | 1.13% | 5838 | 74.01% | 5822 | 3234 | 55.55% | 3161 | 54.29% | 3376 | 57.99% | 507 | 8.71% | 3933 | 67.55% | 0 | 0 |
| 4 | 8059 | 259 | 3.32% | 6202 | 76.96% | 5684 | 3384 | 59.54% | 3334 | 58.66% | 3507 | 61.70% | 489 | 8.60% | 4040 | 71.08% | 0 | 0 |
| 5 | 7254 | -546 | -7.00% | 5700 | 78.58% | 5145 | 2835 | 55.10% | 2795 | 54.32% | 2981 | 57.94% | 552 | 10.73% | 3779 | 73.45% | 0 | 0 |
| 6 | 7143 | -657 | -8.42% | 2749 | 38.49% | 6363 | 1204 | 18.92% | 1193 | 18.75% | 1314 | 20.65% | 427 | 6.71% | 2164 | 34.01% | 0 | 0 |
| 7 | 8657 | 857 | 10.99% | 3461 | 39.98% | 7164 | 1338 | 18.68% | 1322 | 18.45% | 1421 | 19.84% | 447 | 6.24% | 2454 | 34.25% | 745 | 0 |
| 8 | 8086 | 286 | 3.67% | 2634 | 32.57% | 7415 | 1078 | 14.54% | 1053 | 14.20% | 1184 | 15.97% | 576 | 7.77% | 2143 | 28.90% | 1655 | 0 |
| 9 | 7592 | -208 | -2.67% | 1896 | 24.97% | 6400 | 676 | 10.56% | 686 | 10.72% | 759 | 11.86% | 281 | 4.39% | 1393 | 21.77% | 0 | 0 |
| 10 | 7570 | -230 | -2.95% | 1225 | 16.18% | 6284 | 378 | 6.02% | 376 | 5.98% | 413 | 6.57% | 161 | 2.56% | 864 | 13.75% | 0 | 0 |
| 11 | 7573 | -227 | -2.91% | 1139 | 15.04% | 6543 | 322 | 4.92% | 328 | 5.01% | 355 | 5.43% | 204 | 3.12% | 890 | 13.60% | 0 | 0 |
| 12 | 7977 | 177 | 2.27% | 1965 | 24.63% | 7189 | 674 | 9.38% | 650 | 9.04% | 752 | 10.46% | 575 | 8.00% | 1791 | 24.91% | 3674 | 0 |
| 13 | 8758 | 958 | 12.28% | 2116 | 24.16% | 7786 | 685 | 8.80% | 668 | 8.58% | 740 | 9.50% | 357 | 4.59% | 1717 | 22.05% | 1503 | 0 |
| 14 | 7538 | -262 | -3.36% | 2427 | 32.20% | 6383 | 779 | 12.20% | 770 | 12.06% | 855 | 13.39% | 367 | 5.75% | 1827 | 28.62% | 23 | 0 |
| 15 | 7432 | -368 | -4.72% | 1765 | 23.75% | 6055 | 554 | 9.15% | 545 | 9.00% | 602 | 9.94% | 188 | 3.10% | 1256 | 20.74% | 0 | 0 |
| 16 | 7785 | -15 | -0.19% | 1817 | 23.34% | 6333 | 553 | 8.73% | 548 | 8.65% | 613 | 9.68% | 288 | 4.55% | 1225 | 19.34% | 0 | 0 |
| 17 | 7901 | 101 | 1.29% | 1145 | 14.49% | 6242 | 321 | 5.14% | 321 | 5.14% | 362 | 5.80% | 192 | 3.08% | 714 | 11.44% | 0 | 0 |
| 18 | 7555 | -245 | -3.14% | 1007 | 13.33% | 5936 | 271 | 4.57% | 293 | 4.94% | 328 | 5.53% | 185 | 3.12% | 579 | 9.75% | 0 | 0 |
| 19 | 7913 | 113 | 1.45% | 828 | 10.46% | 6418 | 189 | 2.94% | 206 | 3.21% | 229 | 3.57% | 162 | 2.52% | 544 | 8.48% | 4 | 0 |
| 20 | 8295 | 495 | 6.35% | 1297 | 15.64% | 6252 | 189 | 3.02% | 199 | 3.18% | 216 | 3.45% | 133 | 2.13% | 832 | 13.31% | 0 | 0 |
| 21 | 7963 | 163 | 2.09% | 1599 | 20.08% | 6353 | 301 | 4.74% | 297 | 4.67% | 326 | 5.13% | 145 | 2.28% | 1098 | 17.28% | 0 | 0 |
| 22 | 8960 | 1160 | 14.87% | 1012 | 11.29% | 7714 | 143 | 1.85% | 148 | 1.92% | 170 | 2.20% | 204 | 2.64% | 782 | 10.14% | 2440 | 0 |
| 23 | 7353 | -447 | -5.73% | 1238 | 16.84% | 5862 | 531 | 9.06% | 530 | 9.04% | 549 | 9.37% | 139 | 2.37% | 974 | 16.62% | 0 | 680 |
| 24 | 7855 | 55 | 0.71% | 1364 | 17.36% | 6549 | 365 | 5.57% | 372 | 5.68% | 391 | 5.97% | 187 | 2.86% | 990 | 15.12% | 0 | 0 |
| 25 | 7177 | -623 | -7.99% | 1079 | 15.03% | 5671 | 179 | 3.16% | 186 | 3.28% | 200 | 3.53% | 138 | 2.43% | 740 | 13.05% | 0 | 0 |
| 26 | 7487 | -313 | -4.01% | 945 | 12.62% | 5866 | 203 | 3.46% | 223 | 3.80% | 244 | 4.16% | 152 | 2.59% | 594 | 10.13% | 0 | 0 |
| 27 | 7365 | -435 | -5.58% | 1099 | 14.92% | 5925 | 254 | 4.29% | 256 | 4.32% | 278 | 4.69% | 120 | 2.03% | 777 | 13.11% | 0 | 0 |
| 28 | 7620 | -180 | -2.31% | 1108 | 14.54% | 6127 | 357 | 5.83% | 357 | 5.83% | 399 | 6.51% | 189 | 3.08% | 769 | 12.55% | 0 | 0 |
| 29 | 8567 | 767 | 9.83% | 978 | 11.42% | 6414 | 121 | 1.89% | 125 | 1.95% | 146 | 2.28% | 159 | 2.48% | 620 | 9.67% | 0 | 0 |
| 30 | 7675 | -125 | -1.60% | 1487 | 19.37% | 6284 | 258 | 4.11% | 263 | 4.19% | 297 | 4.73% | 162 | 2.58% | 1068 | 17.00% | 0 | 0 |
| 31 | 7845 | 45 | 0.58% | 658 | 8.39% | 6096 | 82 | 1.35% | 91 | 1.49% | 99 | 1.62% | 113 | 1.85% | 410 | 6.73% | 0 | 0 |
| 32 | 8120 | 320 | 4.10% | 1638 | 20.17% | 6801 | 415 | 6.10% | 395 | 5.81% | 465 | 6.84% | 316 | 4.65% | 1323 | 19.45% | 1595 | 0 |
| 33 | 8266 | 466 | 5.97% | 568 | 6.87% | 6234 | 54 | 0.87% | 54 | 0.87% | 64 | 1.03% | 107 | 1.72% | 345 | 5.53% | 0 | 0 |
| 34 | 7724 | -76 | -0.97% | 647 | 8.38% | 5931 | 132 | 2.23% | 138 | 2.33% | 153 | 2.58% | 116 | 1.96% | 393 | 6.63% | 0 | 0 |
| 35 | 9065 | 1265 | 16.22% | 915 | 10.09% | 6504 | 98 | 1.51% | 104 | 1.60% | 125 | 1.92% | 139 | 2.14% | 532 | 8.18% | 0 | 0 |
| 36 | 7585 | -215 | -2.76% | 910 | 12.00% | 5881 | 293 | 4.98% | 290 | 4.93% | 310 | 5.27% | 157 | 2.67% | 616 | 10.47% | 0 | 0 |
| 37 | 7085 | -715 | -9.17% | 709 | 10.01% | 5455 | 141 | 2.58% | 149 | 2.73% | 167 | 3.06% | 213 | 3.90% | 440 | 8.07% | 0 | 0 |
| 38 | 7434 | -366 | -4.69% | 320 | 4.30% | 5829 | 28 | 0.48% | 30 | 0.51% | 42 | 0.72% | 64 | 1.10% | 188 | 3.23% | 0 | 0 |
| 39 | 7329 | -471 | -6.04% | 228 | 3.11% | 5794 | 40 | 0.69% | 50 | 0.86% | 55 | 0.95% | 61 | 1.05% | 163 | 2.81% | 0 | 0 |
| **Total** | **304204** | | **25.39%** | **73052** | **24.01%** | **243573** | **27495** | **11.29%** | **27248** | **11.19%** | **29568** | **12.14%** | **10024** | **4.12%** | **51226** | **21.03%** | **11639** | **680** |

Note: Group quarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011