

AHEJC Plan
Five Majority-Minority Districts