# Population Summary Report

## AHEJC Plan

| District | Pop. | Dev. | % Dev. | Minority | % Minority | 18+ Pop | 18+ Black | % 18+ Black | 18+ NH DOJ Black | %18+ NH DOJ Black | 18+ Any Part Black | %18+ Any Part Black | 18+ Hispanic | % 18+ Hispanic | 18+ Minority | % 18+ Minority | Quarters College Dorms | Group Quarters Incarcerated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ND01 | 7726 | -74 | -0.95% | 5703 | 73.82% | 5526 | 2924 | 52.91% | 2883 | 52.17% | 3062 | 55.41% | 581 | 10.51% | 3761 | 68.06% | 0 | 0 |
| ND02 | 7805 | 5 | 0.06% | 5580 | 71.49% | 5769 | 3095 | 53.65% | 3038 | 52.66% | 3182 | 55.16% | 450 | 7.80% | 3719 | 64.47% | 0 | 0 |
| ND03 | 7762 | -38 | -0.49% | 5923 | 76.31% | 5553 | 2977 | 53.61% | 2925 | 52.67% | 3122 | 56.22% | 494 | 8.90% | 3911 | 70.43% | 0 | 0 |
| ND04 | 7760 | -40 | -0.51% | 5807 | 74.83% | 5575 | 2858 | 51.26% | 2812 | 50.44% | 3014 | 54.06% | 643 | 11.53% | 3864 | 69.31% | 0 | 0 |
| ND05 | 7871 | 71 | 0.91% | 2583 | 32.82% | 7088 | 1090 | 15.38% | 1070 | 15.10% | 1186 | 16.73% | 446 | 6.29% | 2045 | 28.85% | 0 | 0 |
| ND06 | 7800 | 0 | 0.00% | 5720 | 73.33% | 6049 | 3177 | 52.52% | 3119 | 51.56% | 3348 | 55.35% | 578 | 9.56% | 4105 | 67.86% | 0 | 0 |
| ND07 | 7802 | 2 | 0.03% | 2614 | 33.50% | 7047 | 987 | 14.01% | 980 | 13.91% | 1091 | 15.48% | 510 | 7.24% | 2084 | 29.57% | 916 | 0 |
| ND08 | 7797 | -3 | -0.04% | 2000 | 25.65% | 6493 | 709 | 10.92% | 710 | 10.93% | 782 | 12.04% | 279 | 4.30% | 1438 | 22.15% | 745 | 0 |
| ND09 | 7774 | -26 | -0.33% | 2295 | 29.52% | 6353 | 850 | 13.38% | 820 | 12.91% | 911 | 14.34% | 333 | 5.24% | 1534 | 24.15% | 0 | 0 |
| ND10 | 7730 | -70 | -0.90% | 1211 | 15.67% | 6416 | 391 | 6.09% | 395 | 6.16% | 427 | 6.66% | 174 | 2.71% | 900 | 14.03% | 0 | 0 |
| ND11 | 7800 | 0 | 0.00% | 2110 | 27.05% | 7248 | 749 | 10.33% | 723 | 9.98% | 830 | 11.45% | 600 | 8.28% | 1914 | 26.41% | 3674 | 0 |
| ND12 | 7741 | -59 | -0.76% | 1723 | 22.26% | 7063 | 690 | 9.77% | 670 | 9.49% | 747 | 10.58% | 368 | 5.21% | 1453 | 20.57% | 1503 | 0 |
| ND13 | 7762 | -38 | -0.49% | 2102 | 27.08% | 6728 | 705 | 10.48% | 711 | 10.57% | 792 | 11.77% | 379 | 5.63% | 1598 | 23.75% | 762 | 0 |
| ND14 | 7859 | 59 | 0.76% | 1929 | 24.55% | 6370 | 591 | 9.28% | 582 | 9.14% | 636 | 9.98% | 194 | 3.05% | 1379 | 21.65% | 0 | 0 |
| ND15 | 7826 | 26 | 0.33% | 1788 | 22.85% | 6359 | 532 | 8.37% | 527 | 8.29% | 592 | 9.31% | 284 | 4.47% | 1200 | 18.87% | 0 | 0 |
| ND16 | 7824 | 24 | 0.31% | 1147 | 14.66% | 6180 | 324 | 5.24% | 323 | 5.23% | 364 | 5.89% | 193 | 3.12% | 714 | 11.55% | 0 | 0 |
| ND17 | 7813 | 13 | 0.17% | 1112 | 14.23% | 6152 | 311 | 5.06% | 330 | 5.36% | 373 | 6.06% | 204 | 3.32% | 647 | 10.52% | 0 | 0 |
| ND18 | 7822 | 22 | 0.28% | 742 | 9.49% | 6343 | 148 | 2.33% | 168 | 2.65% | 184 | 2.90% | 150 | 2.36% | 490 | 7.73% | 4 | 0 |
| ND19 | 7838 | 38 | 0.49% | 1247 | 15.91% | 5892 | 183 | 3.11% | 193 | 3.28% | 209 | 3.55% | 121 | 2.05% | 799 | 13.56% | 0 | 0 |
| ND20 | 7846 | 46 | 0.59% | 1531 | 19.51% | 6278 | 287 | 4.57% | 283 | 4.51% | 310 | 4.94% | 140 | 2.23% | 1060 | 16.88% | 0 | 0 |
| ND21 | 7811 | 11 | 0.14% | 807 | 10.33% | 6714 | 118 | 1.76% | 123 | 1.83% | 142 | 2.11% | 186 | 2.77% | 631 | 9.40% | 2440 | 0 |
| ND22 | 7825 | 25 | 0.32% | 1601 | 20.46% | 6286 | 569 | 9.05% | 571 | 9.08% | 593 | 9.43% | 180 | 2.86% | 1206 | 19.19% | 0 | 680 |
| ND23 | 7751 | -49 | -0.63% | 906 | 11.69% | 6288 | 209 | 3.32% | 211 | 3.36% | 232 | 3.69% | 139 | 2.21% | 649 | 10.32% | 0 | 0 |
| ND24 | 7809 | 9 | 0.12% | 973 | 12.46% | 6432 | 274 | 4.26% | 282 | 4.38% | 299 | 4.65% | 137 | 2.13% | 643 | 10.00% | 0 | 0 |
| ND25 | 7847 | 47 | 0.60% | 1021 | 13.01% | 6067 | 187 | 3.08% | 207 | 3.41% | 232 | 3.82% | 167 | 2.75% | 638 | 10.52% | 0 | 0 |
| ND26 | 7854 | 54 | 0.69% | 1614 | 20.55% | 6394 | 368 | 5.76% | 369 | 5.77% | 400 | 6.26% | 202 | 3.16% | 1180 | 18.45% | 0 | 0 |
| ND27 | 7811 | 11 | 0.14% | 1117 | 14.30% | 6242 | 327 | 5.24% | 329 | 5.27% | 362 | 5.80% | 167 | 2.68% | 775 | 12.42% | 0 | 0 |
| ND28 | 7814 | 14 | 0.18% | 1441 | 18.44% | 6198 | 223 | 3.60% | 223 | 3.60% | 254 | 4.10% | 144 | 2.32% | 1027 | 16.57% | 0 | 0 |
| ND29 | 7807 | 7 | 0.09% | 915 | 11.72% | 5882 | 93 | 1.58% | 98 | 1.67% | 115 | 1.96% | 163 | 2.77% | 582 | 9.89% | 0 | 0 |
| ND30 | 7813 | 13 | 0.17% | 1487 | 19.03% | 6378 | 255 | 4.00% | 260 | 4.08% | 294 | 4.61% | 164 | 2.57% | 1066 | 16.71% | 0 | 0 |
| ND31 | 7832 | 32 | 0.41% | 405 | 5.17% | 6158 | 67 | 1.09% | 78 | 1.27% | 83 | 1.35% | 71 | 1.15% | 255 | 4.14% | 0 | 0 |
| ND32 | 7826 | 26 | 0.33% | 1481 | 18.92% | 6507 | 416 | 6.39% | 397 | 6.10% | 461 | 7.08% | 304 | 4.67% | 1205 | 18.52% | 1595 | 0 |
| ND33 | 7743 | -57 | -0.73% | 651 | 8.41% | 5905 | 93 | 1.57% | 97 | 1.64% | 115 | 1.95% | 118 | 2.00% | 405 | 6.86% | 0 | 0 |
| ND34 | 7757 | -43 | -0.55% | 578 | 7.45% | 5848 | 96 | 1.64% | 99 | 1.69% | 109 | 1.86% | 101 | 1.73% | 328 | 5.61% | 0 | 0 |
| ND35 | 7735 | -65 | -0.83% | 795 | 10.28% | 5576 | 89 | 1.60% | 99 | 1.78% | 112 | 2.01% | 107 | 1.92% | 496 | 8.90% | 0 | 0 |
| ND36 | 7731 | -69 | -0.88% | 964 | 12.47% | 5928 | 311 | 5.25% | 303 | 5.11% | 326 | 5.50% | 171 | 2.88% | 637 | 10.75% | 0 | 0 |
| ND37 | 7752 | -48 | -0.62% | 765 | 9.87% | 5948 | 150 | 2.52% | 161 | 2.71% | 179 | 3.01% | 224 | 3.77% | 471 | 7.92% | 0 | 0 |
| ND38 | 7730 | -70 | -0.90% | 393 | 5.08% | 6008 | 33 | 0.55% | 32 | 0.53% | 39 | 0.65% | 79 | 1.31% | 232 | 3.86% | 0 | 0 |
| ND39 | 7998 | 198 | 2.54% | 271 | 3.39% | 6332 | 39 | 0.62% | 47 | 0.74% | 59 | 0.93% | 79 | 1.25% | 185 | 2.92% | 0 | 0 |
| **Total** | **304204** | | **3.49%** | **73052** | **24.01%** | **243573** | **27495** | **11.29%** | **27248** | **11.19%** | **29568** | **12.14%** | **10024** | **4.12%** | **51226** | **21.03%** | **11639** | **680** |

Note:   Group quarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011