

Illustrative Plan 1 — Five Majority-Minority Districts — 7/6/11