

Illustrative Plan 2
Six Majority-Minority Districts
7/6/11