# Population Summary Report

**Illustrative Plan 2**

| District | Pop. | Dev. | % Dev. | Minority | % Minority | 18+ Pop | 18+ Black | % 18+ Black | 18+ NH DOJ Black | %18+ NH DOJ Black | 18+ Any Part Black | %18+ Any Part Black | 18+ Hispanic | % 18+ Hispanic | 18+ Minority | % 18+ Minority | Quarters College Dorms | Group Quarters Incarcerated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7556 | -244 | -3.13% | 5459 | 72.25% | 5382 | 2719 | 50.52% | 2670 | 49.61% | 2849 | 52.94% | 577 | 10.72% | 3542 | 65.81% | 0 | 0 |
| 2 | 7424 | -376 | -4.82% | 5224 | 70.37% | 5513 | 2875 | 52.15% | 2816 | 51.08% | 2957 | 53.64% | 438 | 7.94% | 3484 | 63.20% | 0 | 0 |
| 3 | 7578 | -222 | -2.85% | 5476 | 72.26% | 5559 | 2781 | 50.03% | 2745 | 49.38% | 2908 | 52.31% | 446 | 8.02% | 3680 | 66.20% | 0 | 0 |
| 4 | 7592 | -208 | -2.67% | 5382 | 70.89% | 5755 | 2894 | 50.29% | 2833 | 49.23% | 3028 | 52.62% | 548 | 9.52% | 3707 | 64.41% | 0 | 0 |
| 5 | 7545 | -255 | -3.27% | 2239 | 29.68% | 6950 | 946 | 13.61% | 948 | 13.64% | 1037 | 14.92% | 387 | 5.57% | 1842 | 26.50% | 0 | 0 |
| 6 | 7695 | -105 | -1.35% | 5652 | 73.45% | 5838 | 2937 | 50.31% | 2877 | 49.28% | 3105 | 53.19% | 663 | 11.36% | 3980 | 68.17% | 0 | 0 |
| 7 | 7878 | 78 | 1.00% | 4547 | 57.72% | 6243 | 2004 | 32.10% | 1975 | 31.64% | 2155 | 34.52% | 612 | 9.80% | 3133 | 50.18% | 0 | 0 |
| 8 | 8014 | 214 | 2.74% | 2183 | 27.24% | 6650 | 746 | 11.22% | 752 | 11.31% | 828 | 12.45% | 308 | 4.63% | 1548 | 23.28% | 745 | 0 |
| 9 | 8159 | 359 | 4.60% | 1895 | 23.23% | 6748 | 659 | 9.77% | 646 | 9.57% | 712 | 10.55% | 235 | 3.48% | 1302 | 19.29% | 0 | 0 |
| 10 | 7971 | 171 | 2.19% | 1311 | 16.45% | 6804 | 466 | 6.85% | 467 | 6.86% | 514 | 7.55% | 227 | 3.34% | 1008 | 14.81% | 0 | 0 |
| 11 | 8158 | 358 | 4.59% | 1551 | 19.01% | 6968 | 456 | 6.54% | 460 | 6.60% | 489 | 7.02% | 241 | 3.46% | 1174 | 16.85% | 0 | 0 |
| 12 | 7654 | -146 | -1.87% | 2262 | 29.55% | 7455 | 946 | 12.69% | 907 | 12.17% | 1045 | 14.02% | 707 | 9.48% | 2171 | 29.12% | 5177 | 0 |
| 13 | 8164 | 364 | 4.67% | 2243 | 27.47% | 7247 | 774 | 10.68% | 762 | 10.51% | 869 | 11.99% | 456 | 6.29% | 1788 | 24.67% | 1678 | 0 |
| 14 | 8046 | 246 | 3.15% | 1840 | 22.87% | 6486 | 565 | 8.71% | 555 | 8.56% | 613 | 9.45% | 195 | 3.01% | 1313 | 20.24% | 0 | 0 |
| 15 | 8044 | 244 | 3.13% | 1844 | 22.92% | 6537 | 557 | 8.52% | 552 | 8.44% | 618 | 9.45% | 293 | 4.48% | 1239 | 18.95% | 0 | 0 |
| 16 | 8127 | 327 | 4.19% | 1163 | 14.31% | 6416 | 324 | 5.05% | 325 | 5.07% | 366 | 5.70% | 194 | 3.02% | 723 | 11.27% | 0 | 0 |
| 17 | 7478 | -322 | -4.13% | 1063 | 14.22% | 5860 | 301 | 5.14% | 320 | 5.46% | 360 | 6.14% | 191 | 3.26% | 611 | 10.43% | 0 | 0 |
| 18 | 8105 | 305 | 3.91% | 787 | 9.71% | 6593 | 158 | 2.40% | 177 | 2.68% | 196 | 2.97% | 163 | 2.47% | 524 | 7.95% | 4 | 0 |
| 19 | 7867 | 67 | 0.86% | 1248 | 15.86% | 5919 | 186 | 3.14% | 196 | 3.31% | 212 | 3.58% | 124 | 2.09% | 800 | 13.52% | 0 | 0 |
| 20 | 7999 | 199 | 2.55% | 1609 | 20.12% | 6377 | 301 | 4.72% | 297 | 4.66% | 326 | 5.11% | 145 | 2.27% | 1105 | 17.33% | 0 | 0 |
| 21 | 8187 | 387 | 4.96% | 886 | 10.82% | 7028 | 113 | 1.61% | 120 | 1.71% | 138 | 1.96% | 189 | 2.69% | 695 | 9.89% | 2440 | 0 |
| 22 | 7792 | -8 | -0.10% | 1616 | 20.74% | 6193 | 589 | 9.51% | 592 | 9.56% | 612 | 9.88% | 171 | 2.76% | 1226 | 19.80% | 0 | 680 |
| 23 | 7778 | -22 | -0.28% | 906 | 11.65% | 6359 | 197 | 3.10% | 198 | 3.11% | 219 | 3.44% | 133 | 2.09% | 641 | 10.08% | 0 | 0 |
| 24 | 7934 | 134 | 1.72% | 1376 | 17.34% | 6614 | 365 | 5.52% | 372 | 5.62% | 391 | 5.91% | 190 | 2.87% | 999 | 15.10% | 0 | 0 |
| 25 | 8135 | 335 | 4.29% | 1062 | 13.05% | 6380 | 218 | 3.42% | 238 | 3.73% | 262 | 4.11% | 168 | 2.63% | 669 | 10.49% | 0 | 0 |
| 26 | 7437 | -363 | -4.65% | 1195 | 16.07% | 5941 | 266 | 4.48% | 265 | 4.46% | 293 | 4.93% | 152 | 2.56% | 816 | 13.74% | 0 | 0 |
| 27 | 7704 | -96 | -1.23% | 1110 | 14.41% | 6187 | 360 | 5.82% | 360 | 5.82% | 403 | 6.51% | 187 | 3.02% | 777 | 12.56% | 0 | 0 |
| 28 | 7422 | -378 | -4.85% | 1379 | 18.58% | 5862 | 160 | 2.73% | 166 | 2.83% | 185 | 3.16% | 127 | 2.17% | 968 | 16.51% | 0 | 0 |
| 29 | 7438 | -362 | -4.64% | 828 | 11.13% | 5577 | 84 | 1.51% | 86 | 1.54% | 103 | 1.85% | 150 | 2.69% | 528 | 9.47% | 0 | 0 |
| 30 | 7675 | -125 | -1.60% | 1487 | 19.37% | 6284 | 258 | 4.11% | 263 | 4.19% | 297 | 4.73% | 162 | 2.58% | 1068 | 17.00% | 0 | 0 |
| 31 | 7692 | -108 | -1.38% | 399 | 5.19% | 6083 | 70 | 1.15% | 80 | 1.32% | 87 | 1.43% | 73 | 1.20% | 253 | 4.16% | 0 | 0 |
| 32 | 7772 | -28 | -0.36% | 1471 | 18.93% | 6458 | 413 | 6.40% | 394 | 6.10% | 458 | 7.09% | 304 | 4.71% | 1197 | 18.54% | 1595 | 0 |
| 33 | 7538 | -262 | -3.36% | 416 | 5.52% | 5779 | 38 | 0.66% | 42 | 0.73% | 48 | 0.83% | 94 | 1.63% | 259 | 4.48% | 0 | 0 |
| 34 | 7840 | 40 | 0.51% | 601 | 7.67% | 5927 | 116 | 1.96% | 117 | 1.97% | 133 | 2.24% | 105 | 1.77% | 341 | 5.75% | 0 | 0 |
| 35 | 7463 | -337 | -4.32% | 724 | 9.70% | 5402 | 85 | 1.57% | 95 | 1.76% | 108 | 2.00% | 102 | 1.89% | 453 | 8.39% | 0 | 0 |
| 36 | 7594 | -206 | -2.64% | 940 | 12.38% | 5823 | 282 | 4.84% | 275 | 4.72% | 297 | 5.10% | 164 | 2.82% | 618 | 10.61% | 0 | 0 |
| 37 | 7915 | 115 | 1.47% | 773 | 9.77% | 6074 | 152 | 2.50% | 163 | 2.68% | 181 | 2.98% | 226 | 3.72% | 476 | 7.84% | 0 | 0 |
| 38 | 7849 | 49 | 0.63% | 641 | 8.17% | 6012 | 98 | 1.63% | 97 | 1.61% | 111 | 1.85% | 100 | 1.66% | 391 | 6.50% | 0 | 0 |
| 39 | 7985 | 185 | 2.37% | 264 | 3.31% | 6290 | 36 | 0.57% | 45 | 0.72% | 55 | 0.87% | 77 | 1.22% | 177 | 2.81% | 0 | 0 |
| **Total** | **304204** | | **9.81%** | **73052** | **24.01%** | **243573** | **27495** | **11.29%** | **27248** | **11.19%** | **29568** | **12.14%** | **10024** | **4.12%** | **51226** | **21.03%** | **11639** | **680** |

Note: Group quarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011