# Exhibit 3

Case 1:11-cv-00736-LEK-CFH   Document 26-3   Filed 07/15/11   Page 2 of 3

# CAPITAL REGION

**Greenway grants**
The Greenway Conservancy's Small Grant Program will support the Hoosick River Greenway, $5,000; town of Stillwater trail study, $10,000; Open Space Institute, Saratoga County, Westney Property canal towpath construction, $5,900.

**Holiday gift certificates**
100 area veterans and families of those serving overseas can get a gift certificate for a free turkey or ham by stopping by Tully Rinckey, 441 New Karner Road, Albany, 8:30 a.m. -5:30 p.m. Nov. 22-23. Bring ID. 218-7100.

**Projects updated**
The Saratoga Springs Land Use Board meets 7 p.m. Tuesday, Nov. 30, at 474 Broadway, 3rd Floor, Music Hall. Presentations include: Southern Route 50 Gateway Study; Spa State Park Master Plan; Geyser Road Bicycle-Pedestrian Trail.

Religion B3
Obituaries B5
Business B8

**EXECUTIVE CITY EDITOR**
Teresa Buckley
454-5630
tbuckley@timesunion.com



**TIMES UNION**    SUNDAY, NOVEMBER 21, 2010

# Blog comment spurs calls to resign

**Albany County legislator says colleague's remark racist, he says it's not**

By JORDAN CARLEO-EVANGELIST
Staff writer

ALBANY — Black leaders in the city are calling on Albany County Legislator Brian Scavo to resign in the wake of a comment he posted on a timesunion.com blog that Legislator Wanda Willingham believes was a racist reference to segregation and slavery directed at her.

The comment, left under Scavo's own name Tuesday on the newspaper's Local Politics blog, was attached to a post that featured a photo of Willingham, who is black, and discussed her efforts to consolidate power in the City of Albany Democratic Committee.

Scavo also referenced Albany County Democratic Chairman Dan McCoy, who is white, and concluded the comment by saying "back of the bus sister, so sayest king MC coy, let us bow before master MC coy."

After Willingham announced a news conference to condemn him, Scavo — whose first term on the Legislature has been marked by controversy — issued a statement apologizing, saying his remarks were not meant to be racial and were directed not at Willingham but at McCoy.

But his apology fell short for Willingham and others, including Anne Pope, director of the Northeastern Region of the New York State NAACP.

"My suggestion," Pope said at a news conference Friday, "is that he goes to the front of the bus, gets off, goes to the legislature and resigns."

Willingham, who was born in Mississippi, said Scavo's remarks evoked racial discrimination she experienced as a child.



SCAVO    WILLINGHAM

**On the Web**
Read the blog post and Albany County Legislator Brian Scavo's full comment at http://blog.timesunion.com/localpolitics/

"I remember going into a department store and getting in the wrong line because, unbeknownst to me above my head was a sign that said 'whites only,'" said Willingham, who is in her third term represent-

Please see **SCAVO** B7 ▶

## SCAVO

▼ CONTINUED FROM B1

ing Arbor Hill and North Albany.

Willingham was joined by members of the city's black clergy as well other elected officials at the news conference at the site of the former Washington Avenue YMCA, which is now a community center. Among those attending were Willingham's sister, Common Council President Carolyn McLaughlin, and fellow County Legislator Phil Steck.

Scavo, who recently sponsored legislation that made cyber bullying against the law, fired back, his conciliatory tone turning angry when he was told of what was said at the press conference.

"Never," he said of the request that he step down. "I'm calling on her to resign for making these false and slanderous accusations," said Scavo, who represents the 7th District around Delaware Avenue. "This is character assassination at its worst. This is petty, partisan, political politics, the dirtiest I've ever seen in Albany County."

Reacting to how the news conference was described to him by reporters, he said: "They had the rope waiting for Scavo. They had the tar and feathers."

Scavo accused Willingham of using him to get publicity for her bid to run for chairwoman of the city's Democratic organization.

"I think she's crossed the line from demanding an apology to madness," he said.

He also noted that President Barack Obama recently caught criticism leading up to this month's election for making an analogy between the nation's economy and a beat-up car, saying that if Republicans were going roll they were going to have to "sit in back." The comments were widely misreported to be referring to a bus.

Since his election in 2007, Scavo has been accused of stalking and harassment — both charges ultimately dismissed from court — as well as allegations from then-Common Council President Shawn Morris that he acted inappropriately toward her teenaged daughter.

In each case, Scavo denied wrongdoing.

This is not the first time Willingham and Scavo have locked horns over race. In 2008, Willingham, speaking on the floor of the legislature, said that, after years of trying to drum up support for gun buyback programs in the city, "I resent the fact it took a white man to do it when I couldn't."

Scavo responded by chiding Willingham to "Keep color out of it."

Steck, the county legislator in the audience at the press conference, said "there's no question the remarks were racist in nature." Asked about Scavo's future with the legislature, Steck said Scavo's "level of professionalism is probably not appropriate for the body."

Another legislator, Lucille McKnight, said that while Scavo's remarks were ill-advised, she doesn't believe he should have to quit.

"I don't think it rises to the level of resignation," said McKnight, who is black and represents the South End. "But it's bad. I'm a Southern girl, West Virginia-born, a coal miner's daughter, and I was raised in a segregated area. ... He should be censured. He should be called out and publicly rebuked."

▶ Reach Jordan Carleo-Evangelist at 454-5445 or by e-mail at jcarleo-evangelist@timesunion.com