UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

Anne Pope, Janis Gonzalez, and Wanda : 
Willingham, :
:
                Plaintiffs, :
:
vs. :    No. 11-cv-0736 (LEK) (DRH)
:
County of Albany, and the Albany County Board :
of Elections, :
:
                Defendants. :
:

---

## DECLARATION OF COREY ELLIS

I, Corey Ellis, hereby declare the following:

1. I am a black man over the age of eighteen residing in the City of Albany, New York (the "City"). I give this declaration based upon personal knowledge.

2. I am a former Council Member of the Albany City Common Council, having represented the Third Ward from 2005 to 2009.

3. In 2009 I was a candidate for Mayor in the Democratic Primary and in the General Election ran on the Working Families Party line.

4. As Council Member, one of my concerns was minority hiring in the Albany Fire Department as a result of the 1997 Federal Court Consent Decree which sought to increase the hiring of minorities in the City's Fire Department "in view of the imbalance between the percentages of white and black firefighters in the City of Albany Fire Department." (Consent Decree, Paragraph 20) A copy of that decree is attached as Exhibit A.

5. Part of my involvement was to increase the percentage of minority hiring in the Fire Department because the City of Albany never met the targeted percentage of hiring the Court Decree required. The Decree's goal that minority hiring reflect the percentage of blacks within the City of Albany has not been met.

6. In addition, I became concerned about the County of Albany's hiring of a Commissioner for Family and Youth Services from the Midwest. As a result, myself, a representative of the NAACP (McKinley Jones), and another Albany Common Council Member (Barbara Smith) met with the Albany County Executive to discuss our concerns about the County hiring individuals in management positions who would understand and be concerned with minority needs. As a result, an individual was placed in charge of minority hiring but left. There were no plans or policies to facilitate the recruiting of minorities.

7. While running for Mayor in the Democratic Primary in 2009, I learned that several registered minority voters who had been registered in the Democratic Party were told they were no longer registered and therefore unable to vote. There was no explanation of how they had lost their registration status.

8. In June of 2006, Jerry Jennings, the Mayor of Albany, handpicked a 45-member committee to examine the City's future. Of the 45 members initially chosen, only one was African American. Two-thirds of the committee did not live in the City. I commented at the time, during a news conference at the Center for Law and Justice, saying "we feel left out of the process once again… we were neglected and disrespected." Only after receiving pressure and scrutiny from the media and community did Mayor Jennings add three African American members to the committee. For me, the troubled creation of this committee further revealed the attitude toward minorities in Albany politics: one of denial.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2011

_____
Corey Ellis