# Exhibit 4

Share    Report Abuse    Next Blog»                    Create Blog    Sign In

# Albany Citizen One

**"Be the change you want to see in the world." - Gandhi**

## Follow by Email

Submit



## Your Blogger



Being the Change.

## Support Albany Citizen One



Sunday, May 15, 2011

### Chasing Down Albany County Redistricting

I just spent a whole bunch of time on the County website, ya know, where Scarff told me to go to keep up with meeting schedules for the redistricting committee. I just wanted to see how easily found the announcement that the Charter Altering legislation would be open to public comment this Tuesday.

On the County's home page I discovered that there were several public meetings scheduled:

> PUBLIC NOTICE: Albany County Planning Board Meeting - MAY 19
> JCAB Training: A Restorative Approach to Address Juvenile Crime - June 11, 2011
> PUBLIC MEETING: Stormwater Coalition 2011 Draft Joint Annual Report - May 17
> Stormwater Coalition DRAFT Joint Annual Report (2011)

There were some website updates:

> 2010 State of the Fisc [PDF*]
> Legislative Meeting Agenda: Monday, May 9, 2011 [PDF*]
> Soil & Water Conservation District: Spring Newsletter & Fish Order Form [PDF*]
> Adopted Resolutions & Local Laws: April 2011
> Albany County Sewer District 2010 Annual Report [PDF*]

But, no where was a Public Hearing on the Charter Altering Redistricting Legisltion. I figured I'd visit the Redistricting page but I couldn't find a direct link from the home page…so, then I thought, I'll check the legislative page which you can get to when you click on "County Government." Then click on "County Legislature," from there, go to the seventh listing on the menu "2011 Redistricting Commission." When you get there you may or may not be surprised that there is still absolutely NO mention of a public hearing on Tuesday night.

So, next up, I decided to try the Evangelist…nope, no mention of a Redistricting Public Hearing…just a notice of a Public Hearing on Local Law C. Hmmm… click. There it was…after the second click…Local Law C was actually the Redistricting Legislation.



### Share it

 Share this on Facebook

 Tweet this

Get more gadgets for your site

### Visit ACO at Suite 101



### Popular Posts

**Surrogate Court Forum Over At The APL**
Tonight I'm joining the NAACP and moderator, Greg Owens, Director of Special Projects for OCFS. That intro was a lot shorter than his actual…
**School Board: Meet The Candidates**
Last night, I skipped out on the County AND the City meetings to attend the NAACP Meet the Board of Education Candidates forum at the Albany…

 **From The Planning Board…and St. Teresa's**
New Year's Eve Eve and hangin' with Albany's Planning Board where, with the exception of one case, it's all Hershberg all the time. I love t…
**Surrogate Court Judge: Debunking The Myths**

---

Now, I'm a seasoned veteran of public meetings and I must say, the County Legislature is, by far, the least citizen-friendly legislative body with which I've been familiar. And, they wonder why no one shows up for the public hearings!

Here's the legally required public notice of the Redistricting Commission Public Hearing in case you feel like showing up on Tuesday.

> LEGAL NOTICE
> RESOLUTION NO. 209
> PUBLIC HEARING ON PROPOSED
> LOCAL LAW NO. "C"
> FOR 2011
> Introduced: 5/9/11
> By Mr. Morse:
> RESOLVED, By the County Legislature of the County of Albany
> that a public hearing on proposed Local Law No. "C" for 2011, "A Local
> Law of the County of Albany, New York Amending the Albany County
> Charter For The Purpose of Establishing Legislative Districts
> Based On The 2010 Census", beheld by the County Legislature in the
> first floor Cahill Room, 112 State Street, Albany, New York at 7:15 p.m.
> on Tuesday, May 17, 2011 and the Clerk of the County Legislature is
> directed to cause notice of such hearing to be published containing the
> necessary information in accordance with the applicable provisions of law.
> EV 5/12/11

Posted by albanycitizenone at 11:28 AM

Reactions:   funny (0)   interesting (0)   cool (0)

### 1 comments:

**Anonymous said...**

"And, they wonder why no one shows up for the public hearings!"

Nope. They take steps to ensure no one shows.

May 15, 2011 3:41 PM

**Post a Comment**

While I love campaigns and I love my judges, the judicial race for Surrogate Court in Albany wasn't on my radar screen. Ya see, I'm fine wit…

 **4201 Schools: This is REALLY What Democracy Looks Like**
In stark contrast to yesterday's staged and financed protest at the State Capitol, today I stumbled across the quietest and most dignified p…



## Pages

Home
ACO Photos
ACO Videos
ACO Docs

Email Albany Citizen One

## Blog Archive

▼ 2011 (470)
  ► July (33)
  ► June (103)
  ▼ May (84)
    CON Justifies Nursing Palace
    The Exec's Public Hearing
    Missing Some Vacant Buildings
    Talking Trash
    Googly: Lip-synching the News…Finally…Almost
    No Rest For the Wicked
    APL Board Expands Polling Sites
    Library Election Silence
    "Invisible" Candidate For County Executive
    Stop the Suppression of the Vote!
    Bar Wars Brewing
    Unions, I mean, Dems Announce County Nominations
    Last Chance To Be Heard on Redistricting

**Comment as:** Select profile...

[Post Comment]  [Preview]

Newer Post        Home        Older Post

Subscribe to: Post Comments (Atom)

website tracking

NY Senate Speed Round…And They're Off
Tax Cap Trumps Revote?
To Ban or Not to Ban
County Initiates Plan to Stop EBT Fraud
Ban of Tobacco Sales
Holiday Gas Prices
County Redistricting…Ulterior Motives?
Redistricting Denouement…or is it?
Wolf's 111 Expands to Arena
Mixed Martial Arts in Senate
More Taxes for Everyone
Good-bye Neon
Whew Hoo!! My Favorite Water!!
Dem Endorsements
Progressive Recycling
Sustainable Capitalism
Political Positioning in Albany County
Albany County Up For Bid
Library Do Overs
Redistricting: The Hill Folks Return
Come On Down: New Lines In The Sand
Evolution of the Minority Voice
Guv Steps Up Steps
Ft. Orange Fence Approved….Finally
Advancing on the Vacant Buildings
Too Close to The Truth?
APL Goes Down Swinging
Redistricting Public Hearing: Did it Really Happen…
DSS Top Dog Departs
Malpractice Litigation Changes On the Horizon
Budget Vote Propoganda
Silliness: "Illegitimate" Press
Tax Abatements for Energy Production
The Great Christmas Tree Debate
Vote On Tuesday
The Legacy
**Chasing Down Albany County Redistricting**
Craft Beer…4 Ounces at a Time
A Visit in the South End
Behind the Mayor's Back
The Mayor's Back
Chicken Veto…Finally
Washington Park…Be There
Easy as 106123…I DID!
What About the Children?
County Ledge Gets Busy
,Magic in Redistricing As Citizens Speak Out
Albany County's State of the Fisc
Marriage Equality NOW!

The Library Presents…Mendoza
If A Tree Falls….
Tulips and Chickens
More Than a Fishy Smell
Albany's Summer Youth Program
Another Convenient and Fact Filled Redistricting M…
Albany's Finance Committee Talks Bonding
Albany's Public Access Board
Ancients Deny FOC Again…Majority Doesn't Rule
Albany Officers Down
Another Albany Gang Problem
Cost Reductions for Insurance
State Constitutional Amendment Proposed
Chicken Finale…or is it?
Enjoyed The Chicken Show
Chicken Opinion In the 6th
The Cost of the Egg
Mayor Restores Youth Employment Funds
Government Consolidation…Here We Come!
Residential Parking Limbo
Cost of Chickens to the Taxpayers
Albany Chicken Facts

► April (56)
► March (80)
► February (62)
► January (52)

► 2010 (647)
► 2009 (631)
► 2008 (37)

## My Blog List

**ACO: WRGB CBS 6 Albany**
Khan: No Show in City Court Trial
*6 months ago*

**Albany County Democratic Committee**

**albanyweblog.com**

**Center Square Pub**
Welcome to the Center Square Pub
*7 months ago*

**Cyberbullying: An Example**
Legislator Scavo's accuser Robert Allen 3 time convicted felon sent to NYS prison.
*4 months ago*

**Dave Lucas**
Pop Clips » 14 July 11

*2 hours ago*

**Patriotic Resistance**

**Re-Elect Kate Doyle**

**The Albany Observer**
Obama Speech. University of Arizona, Tucson. January 12, 2011

*6 months ago*

**The Empire Center for New York State Policy**

**The Official Site of the City of Albany, NY**

## Search This Blog

Search

powered by