# Exhibit 5

**Minutes of Albany County Redistricting Commission Public Hearing**

**Tuesday, April 5, 2011**

**Coeymans Town Hall**
**Coeymans New York**

**Present: Shawn Morse, Chairman**
**            Commissioner Christine Benedict**
**            Commissioner Thomas Cotrofeld**
**            Commissioner Norma Chapman**

**Absent: Commissioner Thomas Nardacci**
**            Commissioner Peter Kermani**

**Chairman Morse called the meeting to order at 7:15pm.**

**Chairman Morse introduced the members of the commission that were present for this hearing. He then proceeded to give an overview of the process of redistricting In Albany County based on the census tracts and numbers that resulted from the 2010 census.**

**Mr. Morse mentioned that much of the questions at previous public hearings centered on the size of the legislature. He said that this is not an issue that is part of the mission of the redistricting commission, but rather an issue that will be dealt with by the full legislature, if at all.**

**Chairman Morse introduced the newest map that was generated by the commission. This map shows the disparity among the various legislative districts concerning + or – 5% of the desired number of 7800 residents per district.**
**According to the map, Coeymans (District 37) has a much smaller number of residents than the 7800 means number.**

**It was suggested by many in the audience that the 6th District that was removed from this LD in 2001 be redrawn back into it in order to rectify the disparity. Members of the commission took this under advisement, and will look at the demos, etc to make a determination.**

**A discussion of "Communities of Interest' was held emphasizing the fact that there are a variety of different interests in the Ravena, Coeymans and Selkirk area that are unique to that section of the county.\**

**It was suggested that the entire Town of Coeymans should remain in one legislative district to preserve the community of interest. It was agreed by the Commission that it would be the desirable thing to do if at all possible.**

**A question was asked about the 1% variation that Governor Cuomo desires when drawing district lines. Chairman Morse said that the commission would like to get as close to the 1% as possible, but it will certainly be within the 5% that is legally required.**

**The meeting was adjourned at 7:25 pm.**