# Exhibit 6


Subscribe to Times Union
Customer Care Center
Place an Ad
Get TV Weekly Magazine

 77 °F
Monday, June 27, 2011
Albany, NY
Scattered Clouds

Weather   Traffic   Mobile site   E-Edition   Register   Sign In



Search  ○ timesunion.com  ○ Web Search by YAHOO!  ○ Businesses

HOME | NEWS | SPORTS | BUSINESS | OPINION | ENTERTAINMENT | LIVING | BLOGS | PHOTOS | JOBS | HOMES | CARS | CLASSIFIEDS | HELP | INDEX

**Local**  Your Town  Capitol Confidential  State  Nation  World  Technology  The Advocate  Databases  Special Reports  7-Day Archive  School Closings

## New lines draw critics

**County lawmakers add a new minority district, but process is questioned**
by carol demare Staff writer
Published 12:01 a.m., Tuesday, May 10, 2011



ALBANY -- The redrawing of lines for the 39 districts of the Albany County Legislature, required by the 2010 census which showed a shift in population, has spawned four predominantly minority districts from its current three, according to maps released Monday night.

The public can view the redistricting maps at the office of the clerk of the legislature and comment at a public hearing on May 17 at 7:15 p.m. in the first floor Cahill Room at 112 State St., the county office building.

The minority wards are the first, second, third and fourth in the city of Albany.


Larger | Smaller
Printable Version
Email This
Font

0 tweets
tweet

About a half dozen speakers addressed the legislature Monday, most of them dissatisfied over what they said was a lack of significant input from the public into the redistricting. Legislators fired back there were nearly a dozen meetings of the redistricting committee and the turnout from the public was poor.

Aaron Mair, a leader in the minority community who was involved with civil rights groups that won a federal lawsuit in 2003 against the county for not fairly representing the minority population in the neighborhoods, was critical of the new maps.

"A poor reapportionment plan has a direct impact on communities of color moving into the middle class," and into neighborhoods where the tax dollars go, Mair said.

He found fault with the redistricting committee which was comprised of lawmakers, saying it should have been "a truly independent" committee with outsiders, such as the League of Women Voters.

Letting lawmakers know this redistricting is the third time Mair has been involved, he blasted them, saying, "this county has a lot of shame to clean up."

An angry Cohoes Democrat Shawn Morse, chairman of the redistricting committee, jumped to his feet, saying, "I will not stand for anybody saying I hoodwinked or misled or lied or manipulated" the reapportionment process. "Every day of my life I want to see people out of poverty and into the middle class."

Ron Bailey, who represents the 3rd Ward on the Common Council, said he looked at the maps on Friday and it appeared the lines had been manipulated to edge out potential candidates who couldn't run because they no longer lived in those districts, "but today I am pleased to see it was changed back to how it had been."


Knicks vs. Celtics
Sat., Oct. 15
Click here for all event tickets



**Photo Galleries**

  
Local photos    National photos    Weather photos

**Your Town**
Get expanded coverage of news and events targeted to your community.

**Top Jobs**

**Print Production Branch**
Manager Blumberg Excelsior Inc., a national leader in offset, engr... more »

**Activism: SUMMER JOBS FOR THE**
ENVIRONMENT NYPIRG is now hiring for an urgent campaign to protect... more »

MORE »

**Latest News**

**Judge tosses woman's murder conviction**  12:28 p.m.

**Body of Cohoes woman found in Florida**  11:14 a.m.

**Sex abuse trial begins**  10:28 a.m.

Clifton Dixon, who lives on Second Street and is a potential candidate for a legislative seat this year, said he felt confident with the mapping software being used.

But he attended the meetings and said he "repeatedly asked what other data besides the census data is being used to draw the lines for the majority minority districts."

He suggested the matter of the last-minute attempted manipulation of the lines in the 2nd, 3rd and 4th districts should be referred to the ethics committee.

Common Council member Anton Konev said the "perception was legislators got together to eliminate opponents," which the lawmakers denied.

Carolyn McLaughlin, president of the Common Council, expressed concerns over the process. The drawing of the lines was "made complicated" so it would be difficult for members of the public to understand, she said.

She also said the redistricting should have consistency. "Don't do one thing in district one through five and something different in other districts."

In other action, a resolution requiring restaurants to post their inspection grades was sent back to the health committee. Also, a new law requiring home improvement contractors to be licensed by the county was returned to committee.

Reach Carol DeMare at 454-5431 or cdemare@timesunion.com.

Printable Version　　Email This　　0 tweet

### World and national news

Displaying 1-4 of 12



- Convicted murderer says he believes Knox is guilty
- Famous industrial designs honored on new stamp set
- Broadway's 'Driving Miss Daisy' to go to London
- Bi-national effort saves 60-foot border mural

**Cancer Treatment Centers**
CTCA Is Recognized For The Best In Cancer Care. Explore Your Options!
www.CancerCenter.com

**FreeCreditReport.com®**
See Your Credit Report in Seconds! Easy to Read and Viewable Online.
www.FreeCreditReport.com/Official

**Strange Fruit Burns Fat**
Lose 8 Pounds and 2 Inches of Belly Fat in 28 Days.
HealthDiscoveriesMag.com

Ads by Yahoo!

**At noon: See the NYRA press conference live ... right here** 10:25 a.m.

FROM OUR HOMEPAGE


**The roundabout: Is it a vicious circle?**
Video


**SEEN: Jazz Fest 2011 at SPAC**


**Child abuse suspect beat rap, kept bail**


AdChoices

| TIMES UNION | Business | Obituaries | TOPICS | MARKETPLACE | SERVICES |
|---|---|---|---|---|---|
| Home | Technology | Births | 518 Moms | Cars | Help/Contact Us |
| News | Entertainment | Weddings/Celebrations | Pets | Find Albany jobs | Hope Fund |
| Local News | Living | Travel/Explore | Life @ Home | Homes | Copyright/Reprint |
| Your Town | Blogs | Photos and Video | Healthy Life | Classifieds | Classroom Enrichment |
| Capitol Confidential | Weather | Comics | Savings Source | Business Directory | Purchase Photos |
| Nation | Traffic | Games | | Shopping/Coupons | |
| World | Calendar | Contests | HOME DELIVERY | Source Card | OTHER EDITIONS |
| Opinion | Restaurants | Data Center | Newspaper Subscription | Today's Print Ads | Mobile site |
| Sports | Movies | Full Archives | Customer Care | Place an Ad | E-Edition |
| High School Sports | Television | 7-Day Archive | Deliver the Paper | Info for Advertisers | E-mail Alerts |

© 2011 Hearst Communications Inc.

HEARST newspapers RSS