# Exhibit 7

 **<u>MINUTES OF PUBLIC HEARING – 4/23/11</u>**

**This meeting was held at the Harold Joyce County Office Building, 112 State Street in Albany, at 1pm.**

**Present: Commissioner Thomas Cotrofeld**
**Commissioner Norma Chapman**
**Commissioner Lucille McKnight**
**Commissioner Norma Chapman**
**Excused: Chairman Shawn Morse**
**Commissioner Christine Benedict**
**Commissioner Peter Kermani**

**The meeting was called to order by Commissioner Tom Cotrofeld at 1:10 pm.**

**Mr. Cotrofeld gave an overview of the redistricting process.**

**Mr. Tim Carney identified himself and asked if there could be a draft presented at any meeting that may precede the final public hearing. Mr. Cotrofeld stated that there is no plan to do so based on the time constraints that the commission is under.**

**Councilman Richard Conti identified himself and asked a question concerning the cycle of redistricting. In particular whether the State Legislature has to have**

their redistricting finished before we can finish our lines.

Mr. Cotrofeld said that the timeline for the county lines has nothing to do with the state lines.

Daniel Curtis identified himself and asked if there would be a change in the date of the primary because of the timeframe.

Mr. Cotrofeld said that there was talk about that at one point, but we are attempting to get this done so that we have no interruption in the election process as it stands.

Judy Mazza asked if we are looking at a possible reduction in the number of County Legislators.

Mr. Cotrofeld answered that it is not the mission of the redistricting commission to make any recommendations on the size of the Legislature. The mission is to redraw the lines in coordination with state, and federal laws.

Clifton Dixon mentioned that the map of neighborhood associations is wrong.

Mr. Cotrofeld said that he is welcome to come to the office, and make his concerns known to John Merrill, and if they are wrong, they will be corrected.

Ann Pope asked if we are going to draw a 5th minority/majority district. She said that she has

concerns that the process is going quite fast and that people are not being given enough information to make decisions on the process.

Ms. Pope said that she hoped that the mistakes that were made 10 years ago are not repeated this year and that the commission should live by the Voting Rights act and the Civil Rights act.

Ms. Pope mentioned that she has heard that the first ward was going to be "wiping out" the first ward. She reminded the commission that it is illegal to have lines drawn because the current legislator wants certain people out of their district.

Commissioner Nardacci said that we will explore the possibility of creating a fifth district for the minority population based on the census numbers.

Commissioner Cotrofeld adjourned the meeting at 2:45pm