# Exhibit 8


