# Exhibit 10

## Population Summary Report

### Local Law C Districts  Wholly or Partially Contained in the City of Albany

| District | Pop. | Dev. | % Dev. | Minority | % Minority | 18+ Pop | 18+ Black | % 18+ Black | 18+ NH DOJ Black | %18+ NH DOJ Black | 18+ Any Part Black | %18+ Any Part Black | 18+ Hispanic | % 18+ Hispanic | 18+ Minority | % 18+ Minority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8030 | 230 | 2.95% | 6340 | 78.95% | 5779 | 3488 | 60.36% | 3419 | 59.16% | 3660 | 63.33% | 662 | 11.46% | 4282 | 74.10% |
| 2 | 7975 | 175 | 2.24% | 5950 | 74.61% | 6082 | 3443 | 56.61% | 3369 | 55.39% | 3602 | 59.22% | 534 | 8.78% | 4212 | 69.25% |
| 3 | 7444 | -356 | -4.56% | 5971 | 80.21% | 5150 | 3219 | 62.50% | 3180 | 61.75% | 3328 | 64.62% | 454 | 8.82% | 3819 | 74.16% |
| 4 | 7555 | -245 | -3.14% | 5979 | 79.14% | 5333 | 2987 | 56.01% | 2938 | 55.09% | 3134 | 58.77% | 578 | 10.84% | 3946 | 73.99% |
| 5 | 7973 | 173 | 2.22% | 2937 | 36.84% | 7009 | 1207 | 17.22% | 1191 | 16.99% | 1316 | 18.78% | 456 | 6.51% | 2224 | 31.73% |
| 6 | 8182 | 382 | 4.90% | 4107 | 50.20% | 6388 | 1668 | 26.11% | 1647 | 25.78% | 1771 | 27.72% | 505 | 7.91% | 2753 | 43.10% |
| 7 | 7763 | -37 | -0.47% | 2604 | 33.54% | 7107 | 1100 | 15.48% | 1080 | 15.20% | 1202 | 16.91% | 528 | 7.43% | 2111 | 29.70% |
| 8 | 7572 | -228 | -2.92% | 1907 | 25.18% | 6426 | 713 | 11.10% | 729 | 11.34% | 789 | 12.28% | 282 | 4.39% | 1414 | 22.00% |
| 9 | 8178 | 378 | 4.85% | 2146 | 26.24% | 6713 | 790 | 11.77% | 767 | 11.43% | 845 | 12.59% | 280 | 4.17% | 1468 | 21.87% |
| 10 | 7971 | 171 | 2.19% | 1311 | 16.45% | 6804 | 466 | 6.85% | 467 | 6.86% | 514 | 7.55% | 227 | 3.34% | 1008 | 14.81% |
| 11 | 7483 | -317 | -4.06% | 1423 | 19.02% | 6385 | 410 | 6.42% | 412 | 6.45% | 440 | 6.89% | 225 | 3.52% | 1073 | 16.81% |
| 12 | 7654 | -146 | -1.87% | 2262 | 29.55% | 7455 | 946 | 12.69% | 907 | 12.17% | 1045 | 14.02% | 707 | 9.48% | 2171 | 29.12% |
| 13 | 7608 | -192 | -2.46% | 2487 | 32.69% | 6481 | 766 | 11.82% | 752 | 11.60% | 850 | 13.12% | 407 | 6.28% | 1878 | 28.98% |

| District | Group Quarters College Dorms | Group Quarters Military | Group Quarters Incarcerated |
|---|---|---|---|
| 1 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 3 | 0 | 0 | 0 |
| 4 | 0 | 0 | 0 |
| 5 | 0 | 0 | 0 |
| 6 | 745 | 0 | 0 |
| 7 | 1071 | 0 | 0 |
| 8 | 0 | 0 | 0 |
| 9 | 0 | 0 | 0 |
| 10 | 0 | 0 | 0 |
| 11 | 0 | 0 | 0 |
| 12 | 5177 | 0 | 0 |
| 13 | 607 | 0 | **0** |

Note:  Group quaarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011