# Exhibit 11

# Population Summary Report

**AHEJC Districts Wholly or Partially Contained in the City of Albany**

| District | Pop. | Dev. | % Dev. | Minority | % Minority | 18+ Pop | 18+ Black | % 18+ Black | 18+ NH DOJ Black | %18+ NH DOJ Black | 18+ Any Part Black | %18+ Any Part Black | 18+ Hispanic | % 18+ Hispanic | 18+ Minority | % 18+ Minority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ND01 | 7726 | -74 | -0.95% | 5703 | 73.82% | 5526 | 2924 | 52.91% | 2883 | 52.17% | 3062 | 55.41% | 581 | 10.51% | 3761 | 68.06% |
| ND02 | 7805 | 5 | 0.06% | 5580 | 71.49% | 5769 | 3095 | 53.65% | 3038 | 52.66% | 3182 | 55.16% | 450 | 7.80% | 3719 | 64.47% |
| ND03 | 7762 | -38 | -0.49% | 5923 | 76.31% | 5553 | 2977 | 53.61% | 2925 | 52.67% | 3122 | 56.22% | 494 | 8.90% | 3911 | 70.43% |
| ND04 | 7760 | -40 | -0.51% | 5807 | 74.83% | 5575 | 2858 | 51.26% | 2812 | 50.44% | 3014 | 54.06% | 643 | 11.53% | 3864 | 69.31% |
| ND05 | 7871 | 71 | 0.91% | 2583 | 32.82% | 7088 | 1090 | 15.38% | 1070 | 15.10% | 1186 | 16.73% | 446 | 6.29% | 2045 | 28.85% |
| ND06 | 7800 | 0 | 0.00% | 5720 | 73.33% | 6049 | 3177 | 52.52% | 3119 | 51.56% | 3348 | 55.35% | 578 | 9.56% | 4105 | 67.86% |
| ND07 | 7802 | 2 | 0.03% | 2614 | 33.50% | 7047 | 987 | 14.01% | 980 | 13.91% | 1091 | 15.48% | 510 | 7.24% | 2084 | 29.57% |
| ND08 | 7797 | -3 | -0.04% | 2000 | 25.65% | 6493 | 709 | 10.92% | 710 | 10.93% | 782 | 12.04% | 279 | 4.30% | 1438 | 22.15% |
| ND09 | 7774 | -26 | -0.33% | 2295 | 29.52% | 6353 | 850 | 13.38% | 820 | 12.91% | 911 | 14.34% | 333 | 5.24% | 1534 | 24.15% |
| ND10 | 7730 | -70 | -0.90% | 1211 | 15.67% | 6416 | 391 | 6.09% | 395 | 6.16% | 427 | 6.66% | 174 | 2.71% | 900 | 14.03% |
| ND11 | 7800 | 0 | 0.00% | 2110 | 27.05% | 7248 | 749 | 10.33% | 723 | 9.98% | 830 | 11.45% | 600 | 8.28% | 1914 | 26.41% |
| ND12 | 7741 | -59 | -0.76% | 1723 | 22.26% | 7063 | 690 | 9.77% | 670 | 9.49% | 747 | 10.58% | 368 | 5.21% | 1453 | 20.57% |
| ND13 | 7762 | -38 | -0.49% | 2102 | 27.08% | 6728 | 705 | 10.48% | 711 | 10.57% | 792 | 11.77% | 379 | 5.63% | 1598 | 23.75% |

| District | Group Quarters College Dorms | Group Quarters Military | Group Quarters Incarcerated |
|---|---|---|---|
| 1 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 3 | 0 | 0 | 0 |
| 4 | 0 | 0 | 0 |
| 5 | 0 | 0 | 0 |
| 6 | 0 | 0 | 0 |
| 7 | 916 | 0 | 0 |
| 8 | 745 | 0 | 0 |
| 9 | 0 | 0 | 0 |
| 10 | 0 | 0 | 0 |
| 11 | 3674 | 0 | 0 |
| 12 | 1503 | 0 | 0 |
| 13 | 762 | 0 | **0** |

Note: Group quaarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011