# Exhibit 12



**Minutes of Redistricting Commission Public Hearing 4/18/2011**

**Present: Commissioner Thomas Cotrofeld**
**Commissioner Norma Chapman**
**Commissioner Lucille McKnight**

**Excused: Chairman Shawn Morse**
**Commissioner Tom Nardacci**
**Commissioner Christine Benedict**
**Commissioner Peter Kermani**

**This hearing was held at the Town of Bethlehem Town Hall**

**The hearing was called to order at 7:13 by Commissioner Tom Cotrofeld.**

**Commissioner Cotrofeld gave an overview of the mission of the Redistricting Commission. He made reference to the laws of the State of New York and the Federal Government concerning the variation in population that is allowed, as well as the "Communities of Interest" issue. Commissioner Cotrofeld explained that every attempt is being made to have the lines contiguous and to ensure that the boundaries include the interest of the majority of the community. He also remarked that the goal of the commission is to get as close to the 1% variation that the Governor would like, but no more than the 5% that is required by law..**

**A question was posed as to the Town of Coeymans having lost quite a bit of its population, and whether that would be rectified. Commissioner Cotrofeld remarked that the commission is aware of the decrease in the population, and that the people of that area remarked that they would like to have a specific district redrawn that was lost in 2001. He said that every attempt will be made to do that.**

**A question was asked as to the timeframe of the Commission's work. Commissioner Cotrofeld mentioned that they are committed to get this done so that there is no interference in the election cycle. He said that the census numbers were provided to New York State last, and that put us under quite a "crunch". The Commission has had 6 Public Hearings so far, and will have two more. So with tonight's meeting that will make eight, five more than that which is required by law. The Commission will be meeting practically every night to see to it that this gets done by petitioning time.**

**A question was asked as to whether or not incumbent Legislators will have to run against another incumbent. Mr. Cotrofeld said that may well be the case but at this point we are not sure.**

**A question was asked about the districts being contiguous, and that the city of Albany will be basing their redistricting on the County lines. Will there be any change in the city legislative districts? Mr. Cotrofeld explained that there may well be a decrease of possibly one district in the city based on the increase in population in the suburban areas. He mentioned, however that it is the desire of the commission to make the lines contiguous.**

**A question was asked if the commission would be recommending downsizing the number of legislative districts. Commissioner Cotrofeld said that it is not the mission of the commission to make any recommendations concerning the size of the legislature. Its mission is to redraw the lines according to state and federal guidelines.**