# Exhibit 13



→ Subscribe to Times Union
→ Customer Care Center
→ Place an Ad
→ Get TV Weekly Magazine

Weather | Traffic | Mobile site | E-Edition | Register | Sign In

# timesunion.com

Sunday, June 26, 2011
**73°F** Albany, NY
Mostly Cloudy

🔍 Search    timesunion.com    Web Search by **YAHOO!**    Businesses

| HOME | NEWS | SPORTS | BUSINESS | OPINION | ENTERTAINMENT | LIVING | BLOGS | PHOTOS |

| JOBS | HOMES | CARS | CLASSIFIEDS | HELP | INDEX |

Local | Your Town | Capitol Confidential | State | Nation | World | Technology | The Advocate | Databases | Special Reports | 7-Day Archive | School Closings

## Hearing Tuesday on vote maps

By CAROL DEMARE Staff writer
Published 12:01 a.m., Tuesday, May 17, 2011



A Larger | Smaller
🖨 Printable Version
✉ Email This
Font

0 tweets

tweet

ALBANY -- A reapportionment map is in place for the 39 districts of the Albany County Legislature, but lawmakers will consider comments made Tuesday night at a public hearing.

The new lines, as required by the 2010 census, emerged with four predominantly minority districts, up one from the current three districts, while the suburbs picked up a district.

"We anticipate people coming from the public and raising good suggestions of how the lines should be," said Legislator Shawn Morse, a Cohoes Democrat and chairman of the Albany County Redistricting Commission.

For instance, he said, it has come to the commission's attention that the village of Voorheesville is cut in half, and that will be looked at. "It was a computer-generated district," he said, done by a special software program designed to draw lines and create a map.

Thomas Marcelle, lawyer for the legislature's minority Republicans, said, after that the 2000 census, Albany Democrats "to keep the same number of seats had to creep into Bethlehem and Guilderland and Colonie."

At least five of the 14 city-based seats had suburbs as part of their district. Marcelle said redistricting was unfair to the suburbs, which were cheated out of the population gains they made 10 years ago.

As a result, with this year's redistricting, Albany went from 14 city seats to 13, and the new seat was drawn in the western part of the county, benefiting primarily Guilderland, he said.

Albany went up in population by 3.6 percent, an increase of 3,412, while Bethlehem grew by 7.4 percent or 2,318 more people. Colonie went up by 2.9 percent, an increase of 2,264, while Guilderland was up 3.7 percent or 1,258.

In making four minority districts, the first district in the city, which includes parts of Bethlehem, will no longer exist as currently configured, Morse said. Lucille McKnight, who currently represents District Two, will have to run for re-election in District One, a new minority district. All 39 lawmakers are up for election in November.

Marcelle acknowledged that some members of the minority community are not pleased with the lines. Several spoke at a public forum before the Legislature meeting last week.



**American Idol Live!**
Sun., Aug. 28
Click here for all event tickets

Get the Times Union delivered
subscribe

## Photo Galleries

  

Local photos    National photos    Weather photos

**Your Town**
Get expanded coverage of news and events targeted to your community.

## Top Jobs

**Activism: SUMMER JOBS FOR THE**
ENVIRONMENT NYPIRG is now hiring for an urgent campaign to protect... more »

**Print Production Branch**
Manager Blumberg Excelsior Inc., a national leader in offset, engr... more »

MORE »

A minority community leader, Aaron Mair, was involved in a successful civil rights federal lawsuit filed over complaints the last redistricting effort 10 years ago failed to accurately represent minority neighborhoods. He was critical of the new maps last week, particularly finding fault with the commission for having so many lawmakers on it. He said it should have been a "truly independent" group.

The new maps are available for viewing at the Clerk of the County Legislature, Room 710 at 112 State St., the county office building. The hearing begins at 7:15 p.m. in the first floor Cahill Room of the same building.

 Printable Version     Email This    0   tweet

## World and national news

Displaying 1-4 of 12


Washington Nationals make Davey Johnson manager


Paris' menswear week evaporates in record heat


Renovation complete on Charleston City Market


ND flooding in Canadian hands, but few complaints

**$79/Hr Job - 424 Openings**
Make $79/hr Working From Home. Requirements: Computer. As Seen On MSN.
www.athometypingjobs.org

**Mortgage Rate at 2.37%**
Get the Best Mortgage Rates. Refinance & Lower Your Mortgage Payment!
Mortgage.LeadSteps.com

**View Today's Rates**
Find Today's Interest Rates, Money Markets, CDs and Much More.
bankrate.com

**Ads by Yahoo!**

## Latest News

**Rain will go away - at least for one day**  11:58 a.m.

**Serious Thruway delays remain after fatal accident**  11:57 a.m.

**Photos: Jazz Festival at SPAC**  12:00 a.m.

**A study in social studies**  12:00 a.m.

### FROM OUR HOMEPAGE



**Same-sex marriage wins 33-29 in Senate**



**Hilly hits right note at Boys & Girls Club**



**Preparing students for their next steps**

**TIMES UNION**
- Home
- News
- Local News
- Your Town
- Capitol Confidential
- Nation
- World
- Opinion
- Sports
- High School Sports

- Business
- Technology
- Entertainment
- Living
- Blogs
- Weather
- Traffic
- Calendar
- Restaurants
- Movies
- Television

- Obituaries
- Births
- Weddings/Celebrations
- Travel/Explore
- Photos and Video
- Comics
- Games
- Contests
- Data Center
- Full Archives
- 7-Day Archive

**TOPICS**
- 518 Moms
- Pets
- Life @ Home
- Healthy Life
- Savings Source

**HOME DELIVERY**
- Newspaper Subscription
- Customer Care
- Deliver the Paper

**MARKETPLACE**
- Cars
- Find Albany jobs
- Homes
- Classifieds
- Business Directory
- Shopping/Coupons
- Source Card
- Today's Print Ads
- Place an Ad
- Info for Advertisers

**SERVICES**
- Help/Contact Us
- Hope Fund
- Copyright/Reprint
- Classroom Enrichment
- Purchase Photos

**OTHER EDITIONS**
- Mobile site
- E-Edition
- E-mail Alerts

© 2011 Hearst Communications Inc.

HEARST newspapers RSS