# Exhibit 16

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED

APR 2 5 2005

AT _____ O'CLOCK ____M
LAWRENCE K. BAERMAN, Clerk
UTICA

---

AARON MAIR, as President of
ARBOR HILL CONCERNED CITIZENS
NEIGHBORHOOD ASSOCIATION,

Plaintiff,

v.

CITY OF ALBANY, NEW YORK,

Defendant.

---

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 02-CV-1016
(DNH/RFT)

### Stipulation of Settlement

In order to resolve this matter without further litigation, plaintiff and defendant (the "Parties" or, singularly, a "Party") hereby stipulate and agree to the following:

1.  For all lead inspections undertaken by defendant City of Albany through its Albany Community Development Agency ("ACDA") or a contractor of ACDA, pursuant to Round Nine Renewal grants from the U.S. Department of Housing and Urban Development ("HUD") or any successor or subsequent grant from HUD, ACDA will prepare, or cause to be prepared, and will preserve for five years from the date of its creation, an Inspection Form, which is attached hereto as Exhibit A ("Inspection Form").  All information requested by the Inspection Form will be completed, as applicable, for each inspection, for so long as the requirements set forth at 40 C.F.R. § 745.227(b)(4), or reasonably similar requirements, remain in effect.

2.  For all lead abatement work undertaken under a program administered by ACDA pursuant to HUD Round Nine Renewal grants or any successor or subsequent HUD grant, or lead abatement work performed by a contractor that has been approved by ACDA to perform such work, ACDA will prepare, or cause to be prepared, and will preserve for five years from the date of its creation, an Abatement Form, which is attached hereto as Exhibit B ("Abatement Form").  All information requested by the Abatement Form will be completed, as applicable, for each abatement, for so long as the requirements set forth at 40 C.F.R. § 745.227(e)(10), or reasonably similar requirements, remain in effect.

3.  For all risk assessments undertaken by ACDA or a contractor of ACDA, pursuant to HUD Round Nine Renewal grants or any successor or subsequent HUD grant, ACDA will prepare, or cause to be prepared, and will preserve for five years from the date of its creation, a Risk Assessment Form, which is attached hereto as Exhibit C ("Risk Assessment Form").  All information requested by the Risk Assessment Form will be completed, as applicable, for each risk assessment, for so long as the requirements set forth at 40 C.F.R. § 745.227(d)(11), or reasonably similar requirements, remain in effect.

4.  On written request to the Records Access Officer, Office of the City Clerk of Albany, submitted by plaintiff or any other representative of the Arbor Hill Concerned Citizens Neighborhood Association ("AHCCNA") who has been authorized in writing by plaintiff or his successor, on the Freedom of Information Law Request Form ("Request Form") attached hereto as Exhibit D, ACDA will provide, within ten working days from receipt of a copy of the Request Form,

2

copies of any requested Inspection, Abatement, or Risk Assessment Form referred to in paragraphs 1-3 above.  Before producing the Forms, ACDA may redact, as appropriate, any confidential or statutorily protected information.

5.  Not later than 60 days following entry of this Stipulation, ACDA, at its own cost and expense, will mail to at least 1,000 families within the City of Albany, including all families whose homes have been inspected, assessed, or abated since January 1, 1999 as part of the HUD-funded lead abatement program, as well as other families selected at ACDA's discretion, a brochure entitled "Protect Your Family From Lead In Your Home," which brochure was prepared by the United States Environmental Protection Agency, the United States Consumer Product Safety Commission, and HUD.  The text of the brochure is appended hereto as Exhibit E.  Before mailing, ACDA will affix to each copy of the brochure a sticker or similar object that will identify and provide contact information for the Albany County Department of Health, Division of Environmental Health Lead Poisoning Program, and the New York State Department of Health Childhood Lead Poisoning Prevention Program.

6.  Defendant denies liability or culpability for any claim asserted in plaintiff's original Complaint or any amendment thereto.  The Parties acknowledge that the consideration tendered and received herein, the promises, undertakings, and agreements made, and the execution of this Stipulation are in compromise and settlement of disputed claims and are not admissions of liability on the part of defendant, and that both Parties are willing to perform their obligations hereunder for the purpose of resolving their differences and to avoid

the burden and expense of continued litigation.  Notwithstanding the foregoing, this Stipulation will be fully admissible in any proceeding relating to any alleged breach of this Stipulation, to enforce the Parties' rights and obligations hereunder.

7.  All remaining claims asserted or that reasonably could have been asserted in plaintiff's Second Amended Complaint, dated May 23, 2003, are dismissed with prejudice.

8.  The Court retains jurisdiction to enforce the terms of this Stipulation for a period of five years from the date the Court endorses the Stipulation.

9.  ACDA will not be in breach of the terms of this Stipulation if it substantially complies with the requirements set forth in paragraphs 1-3 above.

10.  The parties do not intend to extend to nonparties to this litigation any right or privilege granted by this Stipulation that is not otherwise provided by law.

11.  The Parties represent and warrant that (a) they have read and understand the terms of this Stipulation, (b) they have been represented by counsel with respect to this Stipulation and all matters covered by and relating to it, and (c) they have entered into this Stipulation for reasons of their own and not based on representations of any other Party hereto.

12.  This Stipulation will be governed by the laws of the State of New York without regard to any conflict-of-laws rules that would require application of the laws of any other jurisdiction.  The Stipulation has been drafted jointly by the Parties, and should not be construed against either Party.

Dated:  April 19, 2005


Mitchell S. Bernard (BR No.: 104409)
Natural Resources Defense Council
40 West 20th Street
New York, New York 10011

Attorney for Plaintiff


Frank L. Amoroso (BR No.: 105936)
Nixon Peabody LLP
990 Stewart Avenue
Garden City, New York 11530

Attorney for Defendant


So ordered.

Honorable David N. Hurd
United States District Judge

Dated:  April 25, 2005

Utica, N.Y.

5

Exhibit
A

<u>City of Albany Community Development Agency</u>
Inspection Form

| | |
|---|---|
| 1. Building address | |
| 2. Apartment number | |
| 3. Construction date | |
| 4. Owner's name, address, and phone number (for each dwelling) | |
| 5. Inspection date | |
| 6. Name and certification number of Inspector and/or Risk Assessor conducting inspection | |
| 7. Inspector and/or Risk Assessor (copy of certification) | |
| 8. Firm employing Inspector and/or Risk Assessor (name, address, and phone number) | |
| 9. Soil Testing (conducted or, if not, why) | |
| 10. Describe method, location, and results of inspection<br><br>Include:<br><br>Method, device, sampling procedure including quality control data, and serial number of any XRF device, if used.  40 C.F.R. § 745.227(b)(4)(viii).<br><br>Location of each painted component tested.  <u>Id.</u> at § 745.227(b)(4)(ix).<br><br>Results expressed in terms appropriate to sampling method used.  <u>Id.</u> at § 745.227(b)(4)(x). | |

| 11. Individual completing form (name, title, signature, and date) | |
|---|---|

Exhibit

B

City of Albany Community Development Agency
Abatement Form

| | |
|---|---|
| 1. Abatement start and completion dates | |
| 2. Name, address, and certification number of the following:<br>2a. Firm<br><br>2b. Supervisor<br><br>2c. Individual conducting Abatement<br><br>2d. Inspector and/or Risk Assessor conducting Clearance Testing | |
| 3. Individual conducting lead-based paint activities (copy of certification) | |
| 4. Written Occupant Protection Plan (copy) | |
| 5. Clearance Testing date | |
| 6. Accredited laboratory name and address | |
| 7. Detailed written description of Abatement | |
| 8. All work was completed by one of the following:<br>8a. As specified in the attached work write up<br>8b. As specified in the attached work write up with the following modifications | |
| 9. Results of clearance testing and any soil analysis | |
| 10. Individual completing form (name, title, signature, and date) | |

# Exhibit C

City of Albany Community Development Agency
Risk Assessment Form*

| | |
|---|---|
| 1.  Date of Assessment | |
| 2.  Building address | |
| 3.  Apt. number (if applicable) | |
| 4.  Date of construction of building | |
| 5.  Name, address, and telephone number of each owner of building | |
| 6.  Name, signature, and certification number of Certified Risk Assessor conducting assessment | |
| 7.  Name, address, and telephone number of Certified Firm employing each Certified Risk Assessor | |
| 8.  Name, address, and telephone number of each recognized laboratory conducting analysis of collected samples | |
| 9.  Results of visual inspection | |
| 10.  Testing method and sampling procedure employed for paint analysis | |
| 11.  Specific location of each painted component tested for presence of lead | |
| 12.  All data collected from on-site testing, including quality control data and, if used, the serial number of any XRF device | |
| 13.  All results of laboratory analysis on collected paint, soil, and dust samples | |
| 14.  Any other sampling results | |
| 15.  Any background information collected | |
| 16.  To the extent used as part of the lead-based paint hazard determination, the results of any previous inspections or analyses for presence of lead-based paint, or other assessments of lead-based paint-related hazards | |
| 17.  Description of the location, type, and severity of identified lead-based paint hazards and any other potential lead hazards | |

| | |
|---|---|
| 18. Description of interim controls and/or abatement options for each identified lead-based paint hazard and a suggested prioritization for addressing each hazard | |
| 19. If the use of an encapsulant or enclosure is recommended, describe recommended maintenance and monitoring schedule for the encapsulant or enclosure | |

*To the extent information called for in this Form reiterates information entered on a contemporaneous Inspection Form covering the same dwelling unit, simply refer to the relevant information on the Inspection Form.

# Exhibit D

# FREEDOM OF INFORMATION LAW REQUEST

Records Access Officer
Office of the City Clerk
Room 202 – City Hall
Albany, New York 12207
518-434-5090 (phone)
518-434-5081 (fax)

Name of the person requesting documents:

Representing:

Mailing address:

Telephone number:

I hereby request the following lead Inspection, Abatement, and/or Risk Assessment Forms from the Albany Community Development Agency[1]:

Date: _____

_____
Signature

_____

[1] Pursuant a settlement agreement in <u>Mair v. City of Albany</u>, 02-CV-1016, the Albany Community Development Agency shall provide the requested Forms within ten working days of its receipt of a copy of this request.

# Exhibit E



## Are You Planning To Buy, Rent, or Renovate a Home Built Before 1978?

**M**any houses and apartments built before 1978 have paint that contains high levels of lead (called lead-based paint). Lead from paint, chips, and dust can pose serious health hazards if not taken care of properly.



**OWNERS, BUYERS, and RENTERS** are encouraged to check for lead (see page 6) before renting, buying or renovating pre-1978 housing.

**F**ederal law requires that individuals receive certain information before renting, buying, or renovating pre-1978 housing:



**LANDLORDS** have to disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a disclosure about lead-based paint.



**SELLERS** have to disclose known information on lead-based paint and lead-based paint hazards before selling a house. Sales contracts must include a disclosure about lead-based paint. Buyers have up to 10 days to check for lead.



**RENOVATORS** disturbing more than 2 square feet of painted surfaces have to give you this pamphlet before starting work.

# IMPORTANT!

## Lead From Paint, Dust, and Soil Can Be Dangerous If Not Managed Properly

**FACT:** Lead exposure can harm young children and babies even before they are born.

**FACT:** Even children who seem healthy can have high levels of lead in their bodies.

**FACT:** People can get lead in their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

**FACT:** People have many options for reducing lead hazards. In most cases, lead-based paint that is in good condition is not a hazard.

**FACT:** Removing lead-based paint improperly can increase the danger to your family.

If you think your home might have lead hazards, read this pamphlet to learn some simple steps to protect your family.

# Lead Gets in the Body in Many Ways

**Childhood lead poisoning remains a major environmental health problem in the U.S.**

**Even children who appear healthy can have dangerous levels of lead in their bodies.**

**People can get lead in their body if they:**

◆ Breathe in lead dust (especially during renovations that disturb painted surfaces).

◆ Put their hands or other objects covered with lead dust in their mouths.

◆ Eat paint chips or soil that contains lead.

**Lead is even more dangerous to children under the age of 6:**

◆ At this age children's brains and nervous systems are more sensitive to the damaging effects of lead.

◆ Children's growing bodies absorb more lead.

◆ Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

**Lead is also dangerous to women of childbearing age:**

◆ Women with a high lead level in their system prior to pregnancy would expose a fetus to lead through the placenta during fetal development.



2

### Lead's Effects

It is important to know that even exposure to low levels of lead can severely harm children.

### In children, lead can cause:

◆ Nervous system and kidney damage.

◆ Learning disabilities, attention deficit disorder, and decreased intelligence.

◆ Speech, language, and behavior problems.

◆ Poor muscle coordination.

◆ Decreased muscle and bone growth.

◆ Hearing damage.

While low-lead exposure is most common, exposure to high levels of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults too.

### In adults, lead can cause:

◆ Increased chance of illness during pregnancy.

◆ Harm to a fetus, including brain damage or death.

◆ Fertility problems (in men and women).

◆ High blood pressure.

◆ Digestive problems.

◆ Nerve disorders.

◆ Memory and concentration problems.

◆ Muscle and joint pain.



Brain or Nerve Damage

Hearing Problems

Slowed Growth

Digestive Problems

Reproductive Problems (Adults)

**Lead affects the body in many ways.**

3

## Where Lead-Based Paint Is Found

**In general, the older your home, the more likely it has lead-based paint.**

**Many homes built before 1978 have lead-based paint.** The federal government banned lead-based paint from housing in 1978. Some states stopped its use even earlier. Lead can be found:

◆ In homes in the city, country, or suburbs.

◆ In apartments, single-family homes, and both private and public housing.

◆ Inside and outside of the house.

◆ In soil around a home. (Soil can pick up lead from exterior paint or other sources such as past use of leaded gas in cars.)

## Checking Your Family for Lead

**Get your children and home tested if you think your home has high levels of lead.**

**To reduce your child's exposure to lead, get your child checked, have your home tested (especially if your home has paint in poor condition and was built before 1978), and fix any hazards you may have.** Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect high levels of lead. Blood tests are usually recommended for:

◆ Children at ages 1 and 2.

◆ Children or other family members who have been exposed to high levels of lead.

◆ Children who should be tested under your state or local health screening plan.

Your doctor can explain what the test results mean and if more testing will be needed.

4

# Identifying Lead Hazards

**Lead-based paint** is usually not a hazard if it is in good condition, and it is not on an impact or friction surface, like a window. It is defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter, or more than 0.5% by weight.

**Deteriorating lead-based paint (peeling, chipping, chalking, cracking or damaged)** is a hazard and needs immediate attention. It may also be a hazard when found on surfaces that children can chew or that get a lot of wear-and-tear, such as:

◆ Windows and window sills.

◆ Doors and door frames.

◆ Stairs, railings, banisters, and porches.

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Dust also forms when painted surfaces bump or rub together. Lead chips and dust can get on surfaces and objects that people touch. Settled lead dust can re-enter the air when people vacuum, sweep, or walk through it. The following two federal standards have been set for lead hazards in dust:

◆ 40 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors.

◆ 250 $\mu g/ft^2$ and higher for interior window sills.

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. The following two federal standards have been set for lead hazards in residential soil:

◆ 400 parts per million (ppm) and higher in play areas of bare soil.

◆ 1,200 ppm (average) and higher in bare soil in the remainder of the yard.

The only way to find out if paint, dust and soil lead hazards exist is to test for them. The next page describes the most common methods used.

> **Lead from paint chips, which you can see, and lead dust, which you can't always see, can both be serious hazards.**

5

# Checking Your Home for Lead

**Just knowing that a home has lead-based paint may not tell you if there is a hazard.**

You can get your home tested for lead in several different ways:

◆ A paint **inspection** tells you whether your home has lead-based paint and where it is located. It won't tell you whether or not your home currently has lead hazards.

◆ A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards.

◆ A combination risk assessment and inspection tells you if your home has any lead hazards and if your home has any lead-based paint, and where the lead-based paint is located.

Hire a trained and certified testing professional who will use a range of reliable methods when testing your home.



◆ Visual inspection of paint condition and location.

◆ A portable x-ray fluorescence (XRF) machine.

◆ Lab tests of paint, dust, and soil samples.

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency (see bottom of page 11) for more information, or call **1-800-424-LEAD (5323)** for a list of contacts in your area.

**Home test kits for lead are available, but may not always be accurate.** Consumers should not rely on these kits before doing renovations or to assure safety.

# What You Can Do Now To Protect Your Family

If you suspect that your house has lead hazards, you can take some immediate steps to reduce your family's risk:



◆ **If you rent, notify your landlord of peeling or chipping paint.**

◆ **Clean up paint chips immediately.**

◆ **Clean floors, window frames, window sills, and other surfaces weekly.** Use a mop or sponge with warm water and a general all-purpose cleaner or a cleaner made specifically for lead. REMEMBER: NEVER MIX AMMONIA AND BLEACH PRODUCTS TOGETHER SINCE THEY CAN FORM A DANGEROUS GAS.

◆ **Thoroughly rinse sponges and mop heads after cleaning dirty or dusty areas.**



◆ **Wash children's hands often, especially before they eat and before nap time and bed time.**

◆ **Keep play areas clean.** Wash bottles, pacifiers, toys, and stuffed animals regularly.

◆ **Keep children from chewing window sills or other painted surfaces.**

◆ **Clean or remove shoes before entering your home to avoid tracking in lead from soil.**

◆ **Make sure children eat nutritious, low-fat meals high in iron and calcium,** such as spinach and dairy products. Children with good diets absorb less lead.



7

# Reducing Lead Hazards In The Home

**Removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**

**Always use a professional who is trained to remove lead hazards safely.**



In addition to day-to-day cleaning and good nutrition:

◆ You can **temporarily** reduce lead hazards by taking actions such as repairing damaged painted surfaces and planting grass to cover soil with high lead levels. These actions (called "interim controls") are not permanent solutions and will need ongoing attention.

◆ To **permanently** remove lead hazards, you should hire a certified lead "abatement" contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent removal.

Always hire a person with special training for correcting lead problems—someone who knows how to do this work safely and has the proper equipment to clean up thoroughly. Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

Once the work is completed, dust cleanup activities must be repeated until testing indicates that lead dust levels are below the following:

◆ 40 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors;

◆ 250 $\mu g/ft^2$ for interior windows sills; and

◆ 400 $\mu g/ft^2$ for window troughs.

Call your state or local agency (see bottom of page 11) for help in locating certified professionals in your area and to see if financial assistance is available.

8

## Remodeling or Renovating a Home With Lead-Based Paint

Take precautions before your contractor or you begin remodeling or renovating anything that disturbs painted surfaces (such as scraping off paint or tearing out walls):

◆ **Have the area tested for lead-based paint.**

◆ **Do not use a belt-sander, propane torch, high temperature heat gun, dry scraper, or dry sandpaper** to remove lead-based paint. These actions create large amounts of lead dust and fumes. Lead dust can remain in your home long after the work is done.

◆ **Temporarily move your family** (especially children and pregnant women) out of the apartment or house until the work is done and the area is properly cleaned. If you can't move your family, at least completely seal off the work area.

◆ **Follow other safety measures to reduce lead hazards.** You can find out about other safety measures by calling 1-800-424-LEAD. Ask for the brochure "Reducing Lead Hazards When Remodeling Your Home." This brochure explains what to do before, during, and after renovations.

If you have already completed renovations or remodeling that could have released lead-based paint or dust, get your young children tested and follow the steps outlined on page 7 of this brochure.



**If not conducted properly, certain types of renovations can release lead from paint and dust into the air.**



9

## Other Sources of Lead



**While paint, dust, and soil are the most common sources of lead, other lead sources also exist.**





◆ **Drinking water.** Your home might have plumbing with lead or lead solder. Call your local health department or water supplier to find out about testing your water. You cannot see, smell, or taste lead, and boiling your water will not get rid of lead. If you think your plumbing might have lead in it:

- Use only cold water for drinking and cooking.

- Run water for 15 to 30 seconds before drinking it, especially if you have not used your water for a few hours.

◆ **The job.** If you work with lead, you could bring it home on your hands or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

◆ Old painted **toys** and **furniture.**

◆ Food and liquids stored in **lead crystal** or **lead-glazed pottery or porcelain.**

◆ **Lead smelters** or other industries that release lead into the air.

◆ **Hobbies** that use lead, such as making pottery or stained glass, or refinishing furniture.

◆ **Folk remedies** that contain lead, such as "greta" and "azarcon" used to treat an upset stomach.

10

# Simple Steps To Protect Your Family From Lead Hazards

## If you think your home has high levels of lead:

◆ Get your young children tested for lead, even if they seem healthy.

◆ Wash children's hands, bottles, pacifiers, and toys often.

◆ Make sure children eat healthy, low-fat foods.

◆ Get your home checked for lead hazards.

◆ Regularly clean floors, window sills, and other surfaces.

◆ Wipe soil off shoes before entering house.

◆ Talk to your landlord about fixing surfaces with peeling or chipping paint.

◆ Take precautions to avoid exposure to lead dust when remodeling or renovating (call 1-800-424-LEAD for guidelines).

◆ Don't use a belt-sander, propane torch, high temperature heat gun, scraper, or sandpaper on painted surfaces that may contain lead.

◆ Don't try to remove lead-based paint yourself.

Recycled/Recyclable
Printed with vegetable oil based inks on recycled paper (minimum 50% postconsumer) process chlorine free.

# For More Information

**The National Lead Information Center**



Call **1-800-424-LEAD (424-5323)** to learn how to protect children from lead poisoning and for other information on lead hazards. To access lead information via the web, visit **www.epa.gov/lead** and **www.hud.gov/offices/lead/**.

**EPA's Safe Drinking Water Hotline**

Call **1-800-426-4791** for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**



To request information on lead in consumer products, or to report an unsafe consumer product or a product-related injury call **1-800-638-2772**, or visit CPSC's Web site at: **www.cpsc.gov.**

**Health and Environmental Agencies**

Some cities, states, and tribes have their own rules for lead-based paint activities. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your local contacts on the Internet at **www.epa.gov/lead** or contact the National Lead Information Center at **1-800-424-LEAD.**

> For the hearing impaired, call the Federal Information Relay Service at **1-800-877-8339** to access any of the phone numbers in this brochure.

# EPA Regional Offices

Your Regional EPA Office can provide further information regarding regulations and lead protection programs.

**EPA Regional Offices**

**Region 1** (Connecticut, Massachusetts, Maine, New Hampshire, Rhode Island, Vermont)

Regional Lead Contact
U.S. EPA Region 1
Suite 1100 (CPT)
One Congress Street
Boston, MA 02114-2023
1 (888) 372-7341

**Region 2** (New Jersey, New York, Puerto Rico, Virgin Islands)

Regional Lead Contact
U.S. EPA Region 2
2890 Woodbridge Avenue
Building 209, Mail Stop 225
Edison, NJ 08837-3679
(732) 321-6671

**Region 3** (Delaware, Maryland, Pennsylvania, Virginia, Washington DC, West Virginia)

Regional Lead Contact
U.S. EPA Region 3 (3WC33)
1650 Arch Street
Philadelphia, PA 19103
(215) 814-5000

**Region 4** (Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee)

Regional Lead Contact
U.S. EPA Region 4
61 Forsyth Street, SW
Atlanta, GA 30303
(404) 562-8998

**Region 5** (Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin)

Regional Lead Contact
U.S. EPA Region 5 (DT-8J)
77 West Jackson Boulevard
Chicago, IL 60604-3666
(312) 886-6003

**Region 6** (Arkansas, Louisiana, New Mexico, Oklahoma, Texas)

Regional Lead Contact
U.S. EPA Region 6
1445 Ross Avenue, 12th Floor
Dallas, TX 75202-2733
(214) 665-7577

**Region 7** (Iowa, Kansas, Missouri, Nebraska)

Regional Lead Contact
U.S. EPA Region 7
(ARTD-RALI)
901 N. 5th Street
Kansas City, KS 66101
(913) 551-7020

**Region 8** (Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming)

Regional Lead Contact
U.S. EPA Region 8
999 18th Street, Suite 500
Denver, CO 80202-2466
(303) 312-6021

**Region 9** (Arizona, California, Hawaii, Nevada)

Regional Lead Contact
U.S. Region 9
75 Hawthorne Street
San Francisco, CA 94105
(415) 947-4164

**Region 10** (Alaska, Idaho, Oregon, Washington)

Regional Lead Contact
U.S. EPA Region 10
Toxics Section WCM-128
1200 Sixth Avenue
Seattle, WA 98101-1128
(206) 553-1985

12

## CPSC Regional Offices

Your Regional CPSC Office can provide further information regarding regulations and consumer product safety.

**Eastern Regional Center**
Consumer Product Safety Commission
201 Varick Street, Room 903
New York, NY 10014
(212) 620-4120

**Western Regional Center**
Consumer Product Safety Commission
1301 Clay Street, Suite 610-N
Oakland, CA 94612
(510) 637-4050

**Central Regional Center**
Consumer Product Safety Commission
230 South Dearborn Street, Room 2944
Chicago, IL 60604
(312) 353-8260

## HUD Lead Office

Please contact HUD's Office of Healthy Homes and Lead Hazard Control for information on lead regulations, outreach efforts, and lead hazard control and research grant programs.

**U.S. Department of Housing and Urban Development**
Office of Healthy Homes and Lead Hazard Control
451 Seventh Street, SW, P-3206
Washington, DC 20410
(202) 755-1785

This document is in the public domain. It may be reproduced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statutes governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U.S. EPA Washington DC 20460
U.S. CPSC Washington DC 20207
U.S. HUD Washington DC 20410

EPA747-K-99-001
June 2003

13