UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POPE, et al., | : |
| Plaintiffs, | : |
| vs. | : No. 11-cv-0736 (LEK) (DRH) |
| COUNTY OF ALBANY, et al., | : |
| Defendants. | : |

### DECLARATION OF PAUL DEROHANNESIAN

I, Paul DerOhannesian, hereby declare the following:

1. I am a member of the bar of this Court and a partner of the law firm of DerOhannesian & DerOhannesian, counsel to Anne Pope, Janis Gonzalez, and Wanda Willingham (collectively, "Plaintiffs"). I submit this declaration in support of Plaintiffs' application for a preliminary injunction.

2. Attached as Exhibit 1 is a true and correct copy of a Times Union article by Jordan Carleo-Evangelist, *City Says Fill Diversity Post* (Aug. 26, 2010).

3. Attached as Exhibit 2 is a true and correct copy of the Albany County Government's website, About Albany County webpage, http://www.albanycounty.com/aboutus.asp?id=392 (last visited July 15, 2011).

4. Attached as Exhibit 3 is a true and correct copy of Local Law C.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 15, 2011

_____
Paul DerOhannesian