UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANNE POPE, JANIS GONAZALEZ, and WANDA WILLINGHAM,

                          Plaintiffs,

vs.

COUNTY OF ALBANY and the ALBANY COUNTY BOARD OF ELECTIONS,

                          Defendants.

**CERTIFICATE OF SERVICE**

Civil Action #11-CV-736

      I hereby certify that on July 26, 2011, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. DEROHANNESIAN & DEROHANNESIAN
   (Att:   Paul DerOhannesian II, Esq.), and

2. GIBSON, DUNN & CRUTCHER LLP
   (Att: Mitchell A. Karlan, Esq.)

          As attorneys for Plaintiffs

    And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

1. None.

                                      /s/ Peter G. Barber

                                      Peter G. Barber, Esq.
                                      Bar Roll No. 301523