UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
ANNE POPE, et al,                                         :
:
                Plaintiff,                                :
:
  -against-                                                : No. 11-cv-0736 (LEK) (DRH)
:
COUNTY OF ALBANY, et al,                                  :
:
                Defendant.                                :
:
------------------------------------------------------------x

## DECLARATION OF SANDRA WEBB-WILLIAMS

I, Sandra Webb-Williams, hereby declare the following:

1. I am a black woman over the age of eighteen residing in the City of Albany, New York (the "City"). I give this declaration based upon personal knowledge.

2. I have lived in the City for approximately 48 years. I live in what is designated as District Nine under the Local Law C plan. I own my home and have lived at this address for approximately 15 years.

3. When I initially moved into the neighborhood 15 years ago, a majority of the neighborhood's occupants were white. In the past 15 years, the white occupants have, for the most part, moved out of the neighborhood. My neighborhood is now occupied primarily by minorities. The makeup of the neighborhood is now mostly black and Hispanic, along with some Asians.

4. The blacks, Hispanics, and Asians in my neighborhood get along well and help each other. They seem to have the same community concerns.

5. One of the concerns people in my neighborhood have is unemployment. Unemployment in our community is very high, especially for young black males. Our

community is also concerned about programs for young people -- to get them off the streets and into after-school programs, community centers, or help them get after-school jobs.

6. The people in my neighborhood also have concerns about the treatment of members of the minority community by Albany police. I often feel that the police I encounter in my neighborhood act disrespectfully towards the people in my community, and members of my community are often harassed by the police without provocation. Many minority people don't report these issues with the police because they don't believe anything will be done about it.

7. The City, County, and Albany Police have not been responsive to the needs and concerns of the minority community.

8. The people in my community have no one to turn to with their concerns.

9. Upon information and belief, the neighborhood where I live has no black political leaders. I am not aware of anyone in the neighborhood who is involved in City or County politics, and might represent our community. Upon information and belief, in the approximately 15 years I have lived at this address, this neighborhood has never been represented at any level by a minority.

10. Members of my neighborhood need someone who represents them who can ensure their complaints and concerns are taken seriously.

11. The members of my community would support a minority candidate from our community who understood our neighborhood concerns. The blacks in my neighborhood would support a Hispanic candidate from our community who chose to run for office, and the Hispanics in my neighborhood would support a black candidate running for office from our community, because these populations have the same community concerns.

12. If asked, I would be willing to serve as a plaintiff in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 29, 2011

_____
Sandra Webb-Williams