UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK


ANNE POPE, JANIS GONAZALEZ, and WANDA
WILLINGHAM,
                                                **CERTIFICATE OF SERVICE**

                                 Plaintiffs,

                 vs.                                    Civil Action #11-CV-736

COUNTY OF ALBANY and the ALBANY COUNTY BOARD
OF ELECTIONS,

                                 Defendants.


      I hereby certify that on July 29, 2011, I electronically filed Defendant's Response to Plaintiffs' Motion for a Preliminary Injunction with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

      1.       DEROHANNESIAN & DEROHANNESIAN
             (Att:    Paul DerOhannesian II, Esq.), and

      2.       GIBSON, DUNN & CRUTCHER LLP
             (Att: Mitchell A. Karlan, Esq.)

             As attorneys for Plaintiffs

     And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

      1.       None.

                                                    /s/ Thomas Marcelle
                                                    _____
                                                    Thomas Marcelle, Esq.