

District 39

Population: 7,985
Optimum: 7,800
Difference: +2.372%

TOT_POP: 7,985
POP_HL: 120
NH_WHITE: 7,721
NH_BLACK: 40
NH_NAM: 04
NH_ASIAN: 25
NH_HPI: 00
NH_SOR: 02
NH_2MR: 73
TOT_18: 6,290
HL_18: 77
NH18_WH: 6,113
NH18_BLK: 32
NH18_NAM: 03
NH18_ASN: 16
NH18_HPI: 00
NH18_SOR: 01
NH18_2MR: 48

Albany County Redistricting Commission

May 19, 2011

# District 1



| | |
|---|---|
| Population: | 8,030 |
| Optimum: | 7,800 |
| Difference: | +2.949% |
| TOT_POP: | 8,030 |
| POP_HL: | 1,133 |
| NH_WHITE: | 1,690 |
| NH_BLACK: | 4,731 |
| NH_NAM: | 18 |
| NH_ASIAN: | 149 |
| NH_HPI: | 03 |
| NH_SOR: | 20 |
| NH_2MR: | 286 |
| TOT_18: | 5,779 |
| HL_18: | 662 |
| NH18_WH: | 1,497 |
| NH18_BLK: | 3,338 |
| NH18_NAM: | 14 |
| NH18_ASN: | 98 |
| NH18_HPI: | 03 |
| NH18_SOR: | 14 |
| NH18_2MR: | 153 |

Albany County Redistricting Commission

May 19, 2011

# District 2



| | |
|---|---|
| Population: | 7,975 |
| Optimum: | 7,800 |
| Difference: | +2.244% |
| TOT_POP: | 7,975 |
| POP_HL: | 831 |
| NH_WHITE: | 2,025 |
| NH_BLACK: | 4,617 |
| NH_NAM: | 25 |
| NH_ASIAN: | 201 |
| NH_HPI: | 03 |
| NH_SOR: | 12 |
| NH_2MR: | 261 |
| TOT_18: | 6,082 |
| HL_18: | 534 |
| NH18_WH: | 1,870 |
| NH18_BLK: | 3,323 |
| NH18_NAM: | 22 |
| NH18_ASN: | 162 |
| NH18_HPI: | 01 |
| NH18_SOR: | 06 |
| NH18_2MR: | 164 |

Albany County Redistricting Commission

May 19, 2011





District 4

Population: 7,555
Optimum: 7,800
Difference: -3.141%

TOT_POP: 7,555
POP_HL: 963
NH_WHITE: 1,576
NH_BLACK: 4,291
NH_NAM: 30
NH_ASIAN: 336
NH_HPI: 00
NH_SOR: 43
NH_2MR: 316
TOT_18: 5,333
HL_18: 578
NH18_WH: 1,387
NH18_BLK: 2,885
NH18_NAM: 26
NH18_ASN: 260
NH18_HPI: 00
NH18_SOR: 30
NH18_2MR: 167

Albany County Redistricting Commission

May 19, 2011



## District 5

| | |
|---|---|
| Population: | 7,973 |
| Optimum: | 7,800 |
| Difference: | +2.218% |
| TOT_POP: | 7,973 |
| POP_HL: | 618 |
| NH_WHITE: | 5,036 |
| NH_BLACK: | 1,499 |
| NH_NAM: | 20 |
| NH_ASIAN: | 549 |
| NH_HPI: | 04 |
| NH_SOR: | 20 |
| NH_2MR: | 227 |
| TOT_18: | 7,009 |
| HL_18: | 456 |
| NH18_WH: | 4,785 |
| NH18_BLK: | 1,139 |
| NH18_NAM: | 18 |
| NH18_ASN: | 431 |
| NH18_HPI: | 04 |
| NH18_SOR: | 18 |
| NH18_2MR: | 158 |

Albany County Redistricting Commission

May 19, 2011

# District 6



Population: 8,182
Optimum: 7,800
Difference: +4.897%

TOT_POP: 8,182
POP_HL: 792
NH_WHITE: 4,075
NH_BLACK: 2,343
NH_NAM: 16
NH_ASIAN: 630
NH_HPI: 04
NH_SOR: 17
NH_2MR: 305
TOT_18: 6,388
HL_18: 505
NH18_WH: 3,635
NH18_BLK: 1,590
NH18_NAM: 12
NH18_ASN: 469
NH18_HPI: 04
NH18_SOR: 12
NH18_2MR: 161

Albany County Redistricting Commission

May 19, 2011





District 8 — Albany County Redistricting Commission, May 19, 2011

# District 9

| | |
|---|---|
| Population: | 8,178 |
| Optimum: | 7,800 |
| Difference: | +4.846% |
| TOT_POP: | 8,178 |
| POP_HL: | 437 |
| NH_WHITE: | 6,032 |
| NH_BLACK: | 1,047 |
| NH_NAM: | 08 |
| NH_ASIAN: | 453 |
| NH_HPI: | 03 |
| NH_SOR: | 21 |
| NH_2MR: | 177 |
| TOT_18: | 6,713 |
| HL_18: | 280 |
| NH18_WH: | 5,245 |
| NH18_BLK: | 742 |
| NH18_NAM: | 06 |
| NH18_ASN: | 330 |
| NH18_HPI: | 02 |
| NH18_SOR: | 14 |
| NH18_2MR: | 94 |

Albany County Redistricting Commission

May 19, 2011



# District 10



Population: 7,971
Optimum: 7,800
Difference: +2.192%

TOT_POP: 7,971
POP_HL: 297
NH_WHITE: 6,660
NH_BLACK: 553
NH_NAM: 08
NH_ASIAN: 326
NH_HPI: 01
NH_SOR: 21
NH_2MR: 105
TOT_18: 6,804
HL_18: 227
NH18_WH: 5,796
NH18_BLK: 437
NH18_NAM: 06
NH18_ASN: 252
NH18_HPI: 01
NH18_SOR: 14
NH18_2MR: 71

Albany County Redistricting Commission

May 19, 2011

# District 11

Population: 7,483
Optimum: 7,800
Difference: -4.064%

TOT_POP: 7,483
POP_HL: 317
NH_WHITE: 6,060
NH_BLACK: 528
NH_NAM: 08
NH_ASIAN: 426
NH_HPI: 19
NH_SOR: 13
NH_2MR: 112
TOT_18: 6,385
HL_18: 225
NH18_WH: 5,312
NH18_BLK: 400
NH18_NAM: 06
NH18_ASN: 360
NH18_HPI: 15
NH18_SOR: 05
NH18_2MR: 62

Albany County Redistricting Commission

May 19, 2011



# District 12

| | |
|---|---|
| Population: | 7,654 |
| Optimum: | 7,800 |
| Difference: | -1.872% |
| TOT_POP: | 7,654 |
| POP_HL: | 725 |
| NH_WHITE: | 5,392 |
| NH_BLACK: | 922 |
| NH_NAM: | 12 |
| NH_ASIAN: | 429 |
| NH_HPI: | 10 |
| NH_SOR: | 17 |
| NH_2MR: | 147 |
| TOT_18: | 7,455 |
| HL_18: | 707 |
| NH18_WH: | 5,284 |
| NH18_BLK: | 868 |
| NH18_NAM: | 12 |
| NH18_ASN: | 424 |
| NH18_HPI: | 10 |
| NH18_SOR: | 15 |
| NH18_2MR: | 135 |

Albany County Redistricting Commission

May 19, 2011



# District 13

| | |
|---|---|
| Population: | 7,608 |
| Optimum: | 7,800 |
| Difference: | -2.462% |
| TOT_POP: | 7,608 |
| POP_HL: | 536 |
| NH_WHITE: | 5,121 |
| NH_BLACK: | 1,054 |
| NH_NAM: | 11 |
| NH_ASIAN: | 664 |
| NH_HPI: | 00 |
| NH_SOR: | 28 |
| NH_2MR: | 194 |
| TOT_18: | 6,481 |
| HL_18: | 407 |
| NH18_WH: | 4,603 |
| NH18_BLK: | 715 |
| NH18_NAM: | 09 |
| NH18_ASN: | 614 |
| NH18_HPI: | 00 |
| NH18_SOR: | 18 |
| NH18_2MR: | 115 |

Albany County Redistricting Commission

May 19, 2011



# District 14

- Population: 8,046
- Optimum: 7,800
- Difference: +3.154%

- TOT_POP: 8,046
- POP_HL: 301
- NH_WHITE: 6,206
- NH_BLACK: 693
- NH_NAM: 13
- NH_ASIAN: 664
- NH_HPI: 03
- NH_SOR: 17
- NH_2MR: 149
- TOT_18: 6,486
- HL_18: 195
- NH18_WH: 5,173
- NH18_BLK: 531
- NH18_NAM: 09
- NH18_ASN: 484
- NH18_HPI: 01
- NH18_SOR: 07
- NH18_2MR: 86

Albany County Redistricting Commission

May 19, 2011





# District 15

| | |
|---|---|
| Population: | 8,044 |
| Optimum: | 7,800 |
| Difference: | +3.128% |
| TOT_POP: | 8,044 |
| POP_HL: | 474 |
| NH_WHITE: | 6,200 |
| NH_BLACK: | 693 |
| NH_NAM: | 25 |
| NH_ASIAN: | 431 |
| NH_HPI: | 00 |
| NH_SOR: | 09 |
| NH_2MR: | 212 |
| TOT_18: | 6,537 |
| HL_18: | 293 |
| NH18_WH: | 5,298 |
| NH18_BLK: | 515 |
| NH18_NAM: | 19 |
| NH18_ASN: | 323 |
| NH18_HPI: | 00 |
| NH18_SOR: | 02 |
| NH18_2MR: | 87 |

Albany County Redistricting Commission

May 19, 2011

# District 16



| | |
|---|---|
| Population: | 8,127 |
| Optimum: | 7,800 |
| Difference: | +4.192% |
| TOT_POP: | 8,127 |
| POP_HL: | 326 |
| NH_WHITE: | 6,964 |
| NH_BLACK: | 427 |
| NH_NAM: | 12 |
| NH_ASIAN: | 186 |
| NH_HPI: | 02 |
| NH_SOR: | 19 |
| NH_2MR: | 191 |
| TOT_18: | 6,416 |
| HL_18: | 194 |
| NH18_WH: | 5,693 |
| NH18_BLK: | 296 |
| NH18_NAM: | 11 |
| NH18_ASN: | 140 |
| NH18_HPI: | 02 |
| NH18_SOR: | 08 |
| NH18_2MR: | 72 |

Albany County Redistricting Commission

May 19, 2011

# District 17



Population: 7,478
Optimum: 7,800
Difference: -4.128%

TOT_POP: 7,478
POP_HL: 334
NH_WHITE: 6,415
NH_BLACK: 436
NH_NAM: 15
NH_ASIAN: 38
NH_HPI: 00
NH_SOR: 06
NH_2MR: 234
TOT_18: 5,860
HL_18: 191
NH18_WH: 5,249
NH18_BLK: 282
NH18_NAM: 15
NH18_ASN: 31
NH18_HPI: 00
NH18_SOR: 00
NH18_2MR: 92

Albany County Redistricting Commission

May 19, 2011

# District 18



| | |
|---|---|
| Population: | 8,105 |
| Optimum: | 7,800 |
| Difference: | +3.910% |
| TOT_POP: | 8,105 |
| POP_HL: | 246 |
| NH_WHITE: | 7,318 |
| NH_BLACK: | 221 |
| NH_NAM: | 16 |
| NH_ASIAN: | 134 |
| NH_HPI: | 00 |
| NH_SOR: | 14 |
| NH_2MR: | 156 |
| TOT_18: | 6,593 |
| HL_18: | 163 |
| NH18_WH: | 6,069 |
| NH18_BLK: | 148 |
| NH18_NAM: | 16 |
| NH18_ASN: | 103 |
| NH18_HPI: | 00 |
| NH18_SOR: | 09 |
| NH18_2MR: | 85 |

Albany County
Redistricting
Commission

May 19, 2011

# District 19



Population: 7,867
Optimum: 7,800
Difference: +0.859%

TOT_POP: 7,867
POP_HL: 206
NH_WHITE: 6,619
NH_BLACK: 269
NH_NAM: 02
NH_ASIAN: 610
NH_HPI: 03
NH_SOR: 20
NH_2MR: 138
TOT_18: 5,919
HL_18: 124
NH18_WH: 5,119
NH18_BLK: 180
NH18_NAM: 02
NH18_ASN: 418
NH18_HPI: 01
NH18_SOR: 10
NH18_2MR: 65

Albany County Redistricting Commission

May 19, 2011