# District 20



Population: 7,999
Optimum: 7,800
Difference: +2.551%

TOT_POP: 7,999
POP_HL: 220
NH_WHITE: 6,390
NH_BLACK: 372
NH_NAM: 11
NH_ASIAN: 839
NH_HPI: 00
NH_SOR: 13
NH_2MR: 154
TOT_18: 6,377
HL_18: 145
NH18_WH: 5,272
NH18_BLK: 284
NH18_NAM: 10
NH18_ASN: 590
NH18_HPI: 00
NH18_SOR: 04
NH18_2MR: 72

Albany County
Redistricting
Commission

May 19, 2011

Case 1:11-cv-00736-LEK-CFH   Document 45   Filed 07/29/11   Page 2 of 19



# District 21

| | |
|---|---|
| Population: | 8,187 |
| Optimum: | 7,800 |
| Difference: | +4.962% |
| TOT_POP: | 8,187 |
| POP_HL: | 220 |
| NH_WHITE: | 7,301 |
| NH_BLACK: | 122 |
| NH_NAM: | 04 |
| NH_ASIAN: | 428 |
| NH_HPI: | 00 |
| NH_SOR: | 09 |
| NH_2MR: | 103 |
| TOT_18: | 7,028 |
| HL_18: | 189 |
| NH18_WH: | 6,333 |
| NH18_BLK: | 105 |
| NH18_NAM: | 03 |
| NH18_ASN: | 337 |
| NH18_HPI: | 00 |
| NH18_SOR: | 05 |
| NH18_2MR: | 56 |

Albany County Redistricting Commission

May 19, 2011

# District 22



| Field | Value |
|---|---|
| Population: | 7,792 |
| Optimum: | 7,800 |
| Difference: | -0.103% |
| TOT_POP: | 7,792 |
| POP_HL: | 237 |
| NH_WHITE: | 6,176 |
| NH_BLACK: | 678 |
| NH_NAM: | 06 |
| NH_ASIAN: | 568 |
| NH_HPI: | 02 |
| NH_SOR: | 16 |
| NH_2MR: | 109 |
| TOT_18: | 6,193 |
| HL_18: | 171 |
| NH18_WH: | 4,967 |
| NH18_BLK: | 579 |
| NH18_NAM: | 05 |
| NH18_ASN: | 390 |
| NH18_HPI: | 02 |
| NH18_SOR: | 07 |
| NH18_2MR: | 72 |

Albany County Redistricting Commission

May 19, 2011

# District 23



Population: 7,778
Optimum: 7,800
Difference: -0.282%

TOT_POP: 7,778
POP_HL: 206
NH_WHITE: 6,872
NH_BLACK: 247
NH_NAM: 05
NH_ASIAN: 356
NH_HPI: 00
NH_SOR: 05
NH_2MR: 87
TOT_18: 6,359
HL_18: 133
NH18_WH: 5,718
NH18_BLK: 182
NH18_NAM: 05
NH18_ASN: 271
NH18_HPI: 00
NH18_SOR: 03
NH18_2MR: 47

Albany County Redistricting Commission

May 19, 2011

# District 24



Population: 7,934
Optimum: 7,800
Difference: +1.718%

TOT_POP: 7,934
POP_HL: 264
NH_WHITE: 6,558
NH_BLACK: 442
NH_NAM: 21
NH_ASIAN: 512
NH_HPI: 01
NH_SOR: 16
NH_2MR: 120
TOT_18: 6,614
HL_18: 190
NH18_WH: 5,615
NH18_BLK: 354
NH18_NAM: 14
NH18_ASN: 382
NH18_HPI: 01
NH18_SOR: 09
NH18_2MR: 49

Albany County Redistricting Commission

May 19, 2011



District 25

| | |
|---|---|
| Population: | 8,135 |
| Optimum: | 7,800 |
| Difference: | +4.295% |
| TOT_POP: | 8,135 |
| POP_HL: | 265 |
| NH_WHITE: | 7,073 |
| NH_BLACK: | 297 |
| NH_NAM: | 08 |
| NH_ASIAN: | 314 |
| NH_HPI: | 03 |
| NH_SOR: | 13 |
| NH_2MR: | 162 |
| TOT_18: | 6,380 |
| HL_18: | 168 |
| NH18_WH: | 5,711 |
| NH18_BLK: | 202 |
| NH18_NAM: | 08 |
| NH18_ASN: | 211 |
| NH18_HPI: | 02 |
| NH18_SOR: | 10 |
| NH18_2MR: | 68 |

Albany County Redistricting Commission

May 19, 2011



District 26

Population: 7,437
Optimum: 7,800
Difference: -4.654%

TOT_POP: 7,437
POP_HL: 257
NH_WHITE: 6,242
NH_BLACK: 322
NH_NAM: 04
NH_ASIAN: 468
NH_HPI: 01
NH_SOR: 00
NH_2MR: 143
TOT_18: 5,941
HL_18: 152
NH18_WH: 5,125
NH18_BLK: 249
NH18_NAM: 04
NH18_ASN: 355
NH18_HPI: 01
NH18_SOR: 00
NH18_2MR: 55

Albany County Redistricting Commission

May 19, 2011

# District 27

Population: 7,704
Optimum: 7,800
Difference: -1.231%

TOT_POP: 7,704
POP_HL: 286
NH_WHITE: 6,594
NH_BLACK: 454
NH_NAM: 03
NH_ASIAN: 234
NH_HPI: 01
NH_SOR: 09
NH_2MR: 123
TOT_18: 6,187
HL_18: 187
NH18_WH: 5,410
NH18_BLK: 339
NH18_NAM: 03
NH18_ASN: 174
NH18_HPI: 01
NH18_SOR: 06
NH18_2MR: 67

Albany County Redistricting Commission

May 19, 2011



# District 28

| | |
|---|---|
| Population: | 7,422 |
| Optimum: | 7,800 |
| Difference: | -4.846% |
| TOT_POP: | 7,422 |
| POP_HL: | 185 |
| NH_WHITE: | 6,043 |
| NH_BLACK: | 207 |
| NH_NAM: | 07 |
| NH_ASIAN: | 853 |
| NH_HPI: | 00 |
| NH_SOR: | 17 |
| NH_2MR: | 110 |
| TOT_18: | 5,862 |
| HL_18: | 127 |
| NH18_WH: | 4,894 |
| NH18_BLK: | 153 |
| NH18_NAM: | 04 |
| NH18_ASN: | 617 |
| NH18_HPI: | 00 |
| NH18_SOR: | 11 |
| NH18_2MR: | 56 |

Albany County Redistricting Commission

May 19, 2011



# District 29



- Population: 7,438
- Optimum: 7,800
- Difference: -4.641%
- TOT_POP: 7,438
- POP_HL: 239
- NH_WHITE: 6,610
- NH_BLACK: 105
- NH_NAM: 16
- NH_ASIAN: 372
- NH_HPI: 07
- NH_SOR: 06
- NH_2MR: 83
- TOT_18: 5,577
- HL_18: 150
- NH18_WH: 5,049
- NH18_BLK: 78
- NH18_NAM: 12
- NH18_ASN: 243
- NH18_HPI: 07
- NH18_SOR: 05
- NH18_2MR: 33

Albany County Redistricting Commission

May 19, 2011



District 30

Population: 7,675
Optimum: 7,800
Difference: -1.603%

TOT_POP: 7,675
POP_HL: 241
NH_WHITE: 6,188
NH_BLACK: 306
NH_NAM: 07
NH_ASIAN: 803
NH_HPI: 06
NH_SOR: 15
NH_2MR: 109
TOT_18: 6,284
HL_18: 162
NH18_WH: 5,216
NH18_BLK: 242
NH18_NAM: 05
NH18_ASN: 578
NH18_HPI: 05
NH18_SOR: 08
NH18_2MR: 68

Albany County Redistricting Commission

May 19, 2011



District 31

| | |
|---|---|
| Population: | 7,692 |
| Optimum: | 7,800 |
| Difference: | -1.385% |
| TOT_POP: | 7,692 |
| POP_HL: | 126 |
| NH_WHITE: | 7,293 |
| NH_BLACK: | 95 |
| NH_NAM: | 09 |
| NH_ASIAN: | 74 |
| NH_HPI: | 00 |
| NH_SOR: | 06 |
| NH_2MR: | 89 |
| TOT_18: | 6,083 |
| HL_18: | 73 |
| NH18_WH: | 5,830 |
| NH18_BLK: | 68 |
| NH18_NAM: | 09 |
| NH18_ASN: | 57 |
| NH18_HPI: | 00 |
| NH18_SOR: | 03 |
| NH18_2MR: | 43 |

Albany County Redistricting Commission

May 19, 2011



District 32

Population: 7,772
Optimum: 7,800
Difference: -0.359%

TOT_POP: 7,772
POP_HL: 362
NH_WHITE: 6,301
NH_BLACK: 426
NH_NAM: 04
NH_ASIAN: 535
NH_HPI: 01
NH_SOR: 07
NH_2MR: 136
TOT_18: 6,458
HL_18: 304
NH18_WH: 5,261
NH18_BLK: 373
NH18_NAM: 03
NH18_ASN: 428
NH18_HPI: 01
NH18_SOR: 06
NH18_2MR: 82

Albany County Redistricting Commission

May 19, 2011

# District 33



Population: 7,538
Optimum: 7,800
Difference: -3.359%

TOT_POP: 7,538
POP_HL: 155
NH_WHITE: 7,122
NH_BLACK: 50
NH_NAM: 08
NH_ASIAN: 122
NH_HPI: 00
NH_SOR: 04
NH_2MR: 77
TOT_18: 5,779
HL_18: 94
NH18_WH: 5,520
NH18_BLK: 36
NH18_NAM: 07
NH18_ASN: 91
NH18_HPI: 00
NH18_SOR: 02
NH18_2MR: 29

Albany County Redistricting Commission

May 19, 2011

# District 34

| | |
|---|---|
| Population: | 7,840 |
| Optimum: | 7,800 |
| Difference: | +0.513% |
| TOT_POP: | 7,840 |
| POP_HL: | 192 |
| NH_WHITE: | 7,239 |
| NH_BLACK: | 148 |
| NH_NAM: | 10 |
| NH_ASIAN: | 120 |
| NH_HPI: | 00 |
| NH_SOR: | 15 |
| NH_2MR: | 116 |
| TOT_18: | 5,927 |
| HL_18: | 105 |
| NH18_WH: | 5,586 |
| NH18_BLK: | 112 |
| NH18_NAM: | 03 |
| NH18_ASN: | 76 |
| NH18_HPI: | 00 |
| NH18_SOR: | 04 |
| NH18_2MR: | 41 |

Albany County Redistricting Commission

May 19, 2011



# District 35

| | |
|---|---|
| Population: | 7,463 |
| Optimum: | 7,800 |
| Difference: | -4.321% |
| TOT_POP: | 7,463 |
| POP_HL: | 174 |
| NH_WHITE: | 6,739 |
| NH_BLACK: | 116 |
| NH_NAM: | 08 |
| NH_ASIAN: | 319 |
| NH_HPI: | 00 |
| NH_SOR: | 11 |
| NH_2MR: | 96 |
| TOT_18: | 5,402 |
| HL_18: | 102 |
| NH18_WH: | 4,949 |
| NH18_BLK: | 81 |
| NH18_NAM: | 07 |
| NH18_ASN: | 215 |
| NH18_HPI: | 00 |
| NH18_SOR: | 03 |
| NH18_2MR: | 45 |

Albany County Redistricting Commission

May 19, 2011



# District 36

| | |
|---|---|
| Population: | 7,594 |
| Optimum: | 7,800 |
| Difference: | -2.641% |
| TOT_POP: | 7,594 |
| POP_HL: | 267 |
| NH_WHITE: | 6,654 |
| NH_BLACK: | 356 |
| NH_NAM: | 11 |
| NH_ASIAN: | 191 |
| NH_HPI: | 03 |
| NH_SOR: | 02 |
| NH_2MR: | 110 |
| TOT_18: | 5,823 |
| HL_18: | 164 |
| NH18_WH: | 5,205 |
| NH18_BLK: | 266 |
| NH18_NAM: | 08 |
| NH18_ASN: | 131 |
| NH18_HPI: | 03 |
| NH18_SOR: | 02 |
| NH18_2MR: | 44 |

Albany County Redistricting Commission

May 19, 2011



# District 37



Population: 7,915
Optimum: 7,800
Difference: +1.474%

TOT_POP: 7,915
POP_HL: 377
NH_WHITE: 7,142
NH_BLACK: 192
NH_NAM: 15
NH_ASIAN: 50
NH_HPI: 01
NH_SOR: 08
NH_2MR: 130
TOT_18: 6,074
HL_18: 226
NH18_WH: 5,598
NH18_BLK: 141
NH18_NAM: 13
NH18_ASN: 38
NH18_HPI: 01
NH18_SOR: 03
NH18_2MR: 54

Albany County Redistricting Commission

May 19, 2011

0   0.3   0.6   1.2 Miles

# District 38



Population: 7,849
Optimum: 7,800
Difference: +0.628%

TOT_POP: 7,849
POP_HL: 167
NH_WHITE: 7,208
NH_BLACK: 122
NH_NAM: 12
NH_ASIAN: 194
NH_HPI: 06
NH_SOR: 07
NH_2MR: 133
TOT_18: 6,012
HL_18: 100
NH18_WH: 5,621
NH18_BLK: 91
NH18_NAM: 09
NH18_ASN: 128
NH18_HPI: 02
NH18_SOR: 04
NH18_2MR: 57

Albany County Redistricting Commission

May 19, 2011