

**DerOhannesian & DerOhannesian** Attorneys and Counselors at Law

677 Broadway, Suite 202
Albany, New York 12207-2985
(518) 465-6420  fax (518) 427-0614
www.derolaw.com

Paul DerOhannesian, Esq. (1953-2001)         Paul DerOhannesian II, Esq.

August 3, 2011

<u>*Via ECF*</u>
Hon. Lawrence E. Kahn, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207-2926

    RE:    Pope, et al. v. County of Albany, et al.
             Index No.: 11-cv-0736 (LEK/DRH)

Dear Judge Kahn:

    During the hearing today, the Court inquired about deadlines and timelines in the election process for Albany County Legislature. The primary is scheduled for September 13, 2011. Because of the immediacy of the issues involved in the election process, we are submitting to the Court an Order to Show Cause for a Temporary Restraining Order to be heard while the parties are before the Court tomorrow for the conclusion of the preliminary injunction hearing. Plaintiffs will be prepared to argue their motion for a temporary restraining order at the close of evidence.

    In addition to the ECF filing, my co-counsel, Mr. Karlan, advised Mr. Marcelle that Plaintiffs would be making this application.

                                         Respectfully yours,

                                         Paul DerOhannesian II, Esq.
                                         DerOhannesian & DerOhannesian

                                         Mitchell Karlan, Esq.
                                         Gibson, Dunn & Crutcher LLP

                                         *Attorneys for Plaintiffs*

PDII:klb

cc:    All counsel of record (via ECF)