A 000560

091003B.txt

25   the four?

A.S.E. REPORTING SERVICE (518) 458-1091

400

(Liu - Direct - DeroHannesian)

1    A    I'm sorry?
2    Q    Is one more important than the other or
3    are you just listing the four?
4    A    They are all important.
5    Q    Let's talk about the first. What is voter
6    eligibility?
7    A    The voters who are eligible to vote.
8    Q    Are all individuals who are over 18
9    eligible to vote?
10   A    Not necessarily.
11   Q    Why not?
12   A    Some voters -- I'm sorry, some people who
13   are older than 18 years old may be immigrants or
14   they are not naturalized and some of them may lose
15   their right to vote due to some law, state or local.
16   So some of them may not be eligible to vote.
17   Q    So that might include convicted felons?
18   A    Yes.
19   Q    It might include illegal immigrants?
20   A    Yes.
21   Q    Now, is that the type of data that you as
22   a statistician can readily find available?
23   A    No.
24   Q    Is it something to consider in the
25   creation of an effected majority district?

A.S.E. REPORTING SERVICE (518) 458-1091

A 000561

091003B.txt

401

(Liu - Direct - Dero'Hannesian)

1   A   Yes.
2   Q   When you talked about registration data;
3   is that correct?
4   A   Yes.
5   Q   By that you mean what?
6   A   I mean we should take consideration of the
7   level of registration for racial groups. History
8   has shown that different racial groups are
9   registered at a different level.
10   Q   And what does that show?
11   A   I do not have the data about Albany, New
12   York so I do not know.
13   Q   In general do whites and blacks register
14   at the same level?
15   A   No.
16   Q   Would it be important to consider whether
17   or not in a particular district there are issues of
18   voter interest to the minority voters?
19   A   Yes.
20   Q   You mentioned number three was voter
21   turnout?
22   A   Yeah.
23   Q   You have discussed your analysis of that
24   in Albany County; correct?
25   A   Yes.

A.S.E. REPORTING SERVICE (518) 458-1091

402

(Liu - Direct - Dero'Hannesian)

Page 36

A 000562

0910038.txt

```
 1       Q    That would be one factor to consider;
 2   correct?
 3       A    Yes.
 4       Q    Then the fourth factor was racially
 5   polarized voting and you have discussed for us today
 6   your analysis of that in Albany County; correct?
 7       A    Yes.
 8       Q    Areas three and four are those areas which
 9   you are particularly well-suited as a political
10   scientist to address; correct?
11       A    Yes.
12       Q    Are there other factors to consider in the
13   creation of effective majority districts that you
14   don't consider because they are outside your
15   professional field of expertise but are relevant
16   factors to consider?
17       A    Yes.
18       Q    What are some of those?
19       A    Factors that are related to community
20   interests, for example, and the shape of maps which
21   I am not an expert on.
22       Q    So when you say community and community
23   interests, what do you mean by that?
24       A    Newly created districts should protect
25   community interests and it takes local knowledge to
```

A.S.E. REPORTING SERVICE (518) 458-1091

403

(Liu - Direct - DerO'Hannesian)

```
 1   identify those interests. And it is again the
 2   expertise of those people who know the facts about
 3   communities to try to create districts that would
```

Page 37

A 000563

091003B.txt

```
 4   protect a variety of interests.
 5        Q    And then you mentioned shape, what do you
 6   mean? You said shape, was that your word?
 7        A    Yes.
 8        Q    What do you mean by shape?
 9        A    Well, I am not a scholar who is
10   specialized on map drawings so I do not have the
11   knowledge of, but I am aware of that the shapes of
12   maps may produce intended and unintended
13   consequences. For that I do not have knowledge.
14        Q    And that's the area of expertise of
15   someone who draws maps; correct?
16        A    That's not my area.
17        Q    For example, someone like William Cooper,
18   that would be his area; correct?
19             MR. LYNCH:  Objection.
20             THE COURT:  Sustained.
21   BY MR. DerO'HANNESIAN:
22        Q    In any event, political scientists such as
23   yourself do not get involved in reviewing the shape
24   as the factor; correct?
25        A    Correct.
```

A.S.E. REPORTING SERVICE (518) 458-1091

404

(Liu - Direct - DerO'Hannesian)

```
 1        Q    With respect to eligibility how does
 2   eligibility as you have defined it affect the
 3   creation of effective majority minority districts?
 4        A    Yes, although I do not have local
 5   knowledge about racial groups in terms of their
```

Page 38

A 000564

0910038.txt

6   eligibility or their qualification. However,
7   literature has shown that different racial groups
8   may face different problems based on the fact that
9   certain racial groups, especially Latinos are likely
10  to be immigrants and they face this eligibility
11  problem. So you need to take consideration of
12  eligibility.
13      Q   Now, speaking of Latinos, by that you mean
14  Hispanic population?
15      A   Yes.
16      Q   In your opinion is there -- is it possible
17  to analyze Hispanic voters in Albany County for the
18  purpose of creation of effective majority minority
19  districts?
20      A   The answer is no.
21      Q   Why is that?
22      A   I tried to analyze the voting pattern for
23  Latinos in Albany, New York. However, my analysis
24  produced no meaningful results because the size of
25  Latinos doesn't allow me to do statistical

A.S.E. REPORTING SERVICE (518) 458-1091

405

(Liu - Direct - DerO'Hannesian)

1   meaningful analysis. And another fact is that
2   Latinos do not live in one particular area so that
3   you can use particular statistical procedure such as
4   homogenous analysis to estimate Latinas' voting
5   patterns.
6       Q   Is it your opinion that there does not
7   exist statistical information in Albany County to
8   include Hispanics in determining effective majority

Page 39

A 000565

0910038.txt

```
 9   minority districts?
10   A    I'm sorry, I need you -- could you repeat
11   that please?
12   Q    May I have that read back?
13            THE COURT: Is it your opinion that
14   there is not sufficient statistical information
15   available to include Hispanics or Latinos in
16   analyzing voting patterns in Albany County?
17   A    I do not have sufficient statistical data
18   to make any conclusion.
19   Q    When you talk about black voters what do
20   you mean? Can you define when you talk about black
21   density or black voters what you mean?
22   A    For the purposes of analysis I used voting
23   age population as the variable. I in particular
24   analyzed those people who are non-Hispanic
25   African-Americans.
```

A.S.E. REPORTING SERVICE (518) 458-1091

406

(Liu - Direct - DerO'Hannesian)

```
 1            MR. DerO'HANNESIAN: May I have a
 2   moment, your Honor.
 3            (Pause in proceedings.)
 4   BY MR. DerO'HANNESIAN:
 5   Q    Dr. Liu, is racial polarization in Albany
 6   County, based on your training and experience and
 7   your analysis of election data, a substantial factor
 8   to consider in the occasion of effective majority
 9   minority districts?
10   A    Yes.
```

Page 40

A 000566

0910038.txt

11   Q   Based on your background training and
12   experience, your research across the country as well
13   as your research of election data in Albany data
14   over the last ten years, is voter turnout of black
15   voters and white voters a substantial factor to
16   consider in the occasion of effective majority
17   minority districts?
18   A   Yes.
19   Q   Have you had an opportunity to review some
20   of the racial density information of the plan
21   offered by the County as a remedial plan?
22   A   Yes.
23   Q   Have you also had the opportunity to
24   review racial density information of the plaintiffs
25   or the Concerned Citizens of Arbor Hill NAACP plan?

A.S.E. REPORTING SERVICE (518) 458-1091

407

(Liu - Direct - DerO'Hannesian)

1   A   Yes.
2   Q   With respect to the county remedial plan,
3   do you have an opinion as to whether or not the
4   election District 2 creates an effective majority
5   minority district?
6   A   I think -- let me take it back. I -- my
7   opinion is based on the history that I saw in
8   bi-racial elections and uni-racial elections of
9   Albany, New York. I made my suggestion that in
10   order to provide a reasonable chance to
11   African-American candidate to win an election you
12   need to create a black dominant district. And for
13   that the Local Law E plan 19.16 percent seems to be

Page 41

A 000567

091003B.txt

14   low.

15   Q   Now, let's talk about District 2. Isn't
16   there indication from -- does it make a difference
17   to legislator McKnight, she is the incumbent.
18   A   It doesn't make a difference what the
19   density would be. My research has shown that white
20   voters are sensitive to the change in racial makeup.
21   And especially my recent article published by Urban
22   Affairs Review discussed incumbent advantages,
23   especially African-American incumbents who run
24   elections in different racial context. My findings
25   showed that when racial makeup changed from black

A.S.E. REPORTING SERVICE (518) 458-1091

408

(Liu - Direct - DeRo'Hannesian)

1   dominant to black-white or white dominant black
2   incumbent advantage tends to be reduced.
3   Q   In your review of Local Law E the County
4   remedial plan as well as the plaintiffs' plan or the
5   Arbor Hill NAACP plan, do you have an opinion as to
6   which plan maximized the opportunity to create four
7   effective majority minority districts?
8   A   Again, based on the findings with respect
9   to the history of Albany, New York, and my research
10   I think the plaintiffs' revised plan provides a
11   better chance.
12   Q   And I would like to briefly review some of
13   the exhibits that we have referred to or not
14   referred to. When you used the number I think it
15   was 49.16 percent was that the number you used in

Page 42

A 000568

091003B.txt
16   referring to the county's plan?
17        A    Yes.
18        Q    What does that refer to?
19        A    County legislature District Number 2.
20        Q    What is that 19.16 percent?
21        A    Percent in DOJ black.
22        Q    The Department of Justice denominated
23   black voters; correct?
24        A    Uh-huh.
25        Q    Now, look at Exhibits 15 and 16. I want

A.S.E. REPORTING SERVICE (518) 458-1091

409

(Liu - Direct - Dero'Hannesian)
1    to identify those; what are those?
2         A    15 and 16?
3         Q    Yes.
4         A    These are the estimation of racial voting
5    for Board of Education elections.
6         Q    Does that reflect data that you analyzed
7    and utilized in performing your opinions today?
8         A    Correct.
9         Q    And if you look at Exhibits 20 and 21 and
10   22 would you identify each one of those exhibits?
11        A    20, yes.
12        Q    21 and 22?
13        A    Yes. After I presented my preliminary
14   report I was asked by counsel to do analysis of
15   turnout. So P 20 is an exhibit which shows turnout
16   rates for non-African-American voters and
17   African-American voters in the 1991 county
18   legislature District 4 primary election.
Page 43

A 000569

091003B.txt

```
19    Q    And P. 21?
20    A    P 21 was another election that I was told
21   bi-racial. And I did the analysis for this
22   election, i.e. the 1993 president of common council
23   Democratic primary election after I submitted my
24   preliminary report.
25    Q    And that reflects your findings in that
```

A.S.E. REPORTING SERVICE (518) 458-1091

410

(Liu - Direct - DerO'Hannesian)

```
1    race?
2    A    Yes, it confirms of my findings.
3    Q    And Plaintiffs' 22 for identification?
4    A    22 is a graphic presentation of data with
5   respect to the 1993 president of common council
6   primary election.
7    Q    And that also reflects your analysis of
8   that election; correct?
9    A    Yes.
10           MR. DerO'HANNESIAN: At this time,
11   your Honor, I would like to offer into evidence
12   Plaintiffs' Exhibits 13 through 22?
13           THE COURT: Any objection.
14           MR. LYNCH: I object to Plaintiff's
15   Exhibits 21 and 22. They speak to racial
16   polarization not turnout and if I understand the
17   Court's ruling earlier they are not relevant to this
18   proceeding.
19           THE COURT: Well, as I said before
20   the matter of degree of voter polarization is.
```

Page 44

091003B.txt
21                 MR. LYNCH:  If they are received for
22     that.
23                 THE COURT:  All right.  Any other
24     objections?
25                 MR. LYNCH:  No.

         A.S.E. REPORTING SERVICE (518) 458-1091

                                                     411

              (Liu - Direct - DerO'Hannesian)
1                 THE COURT:  Plaintiffs' Exhibits 13
2      through 22 will be received into evidence.
3                 MR. DerO'HANNESIAN:  Nothing else.
4                 THE COURT:  Mr. Lynch?
5                      CROSS-EXAMINATION
6      BY MR. LYNCH:
7          Q    Good afternoon, Dr. Liu.
8          A    Good afternoon.
9          Q    Doctor, you have used the phrase black
10     dominant district in your testimony; can you define
11     that, please?
12         A    Yes.  I define black dominant district as
13     the district where the racial makeup is in the favor
14     of African-Americans and I particularly use 55
15     percent of the voting age population that is black.
16     That is my strategy.
17         Q    So the district that was under 55 percent
18     voting age population for blacks would not be
19     considered a black dominant district?
20         A    Yes.
21         Q    Now, with respect to creating the new
22     district I believe you testified the point is to
23     make certain that that district has a reasonable
                        Page 45

A 000571

091003B.txt

24   chance that the minority preferred candidate would
25   be elected; is that correct?

A.S.E. REPORTING SERVICE (518) 458-1091

412

(Liu - Direct - DerO'Hannesian)

1    A    Yes.
2    Q    In terms -- you were asked a question
3    specifically about proposed district to in the
4    county remedial plan Local Law E and you referred to
5    a percentage which I understood related to the
6    Department of Justice black, and I believe testimony
7    from you of 49.16 percent; was that correct?
8    A    Uh-huh.
9         THE COURT:  You have to answer yes
10   or no.
11   A    Yes, yes.  I'm sorry.
12   Q    And I believe you testified that the
13   number seems to be low.  Now, in reviewing the
14   effectiveness of the proposed District 2 did you
15   consider the political cohesiveness between the two
16   groups blacks and Hispanics?
17   A    May I ask you to repeat?
18   Q    Did you consider the political
19   cohesiveness between the two groups blacks and
20   Hispanics?
21   A    No.
22   Q    Are you familiar with a category for
23   census purposes, that is of the non-Hispanic black
24   plus two?
25   A    I am not familiar with that.  That is not

Page 46

A 000572

091003B.txt

A.S.E. REPORTING SERVICE (518) 458-1091

413

(Liu - Direct - DeroHannesian)

1   my area.
2   Q   You are not familiar. Does it make a
3   difference to you in terms of determining the
4   effectiveness of a district, let's assume that
5   blacks and Hispanics are a politically cohesive
6   group for the purposes of this question. Does it
7   make a difference to you if the category of blacks,
8   the percentage in the district and I am going to
9   speak to District 2, I'm looking at county's Exhibit
10  5 B on the demographics for reference?
11  A   I do not have that.
12  Q   Let me see. Is that exhibit up at the
13  bench? Let me get it for you, Doctor.
14  A   Thanks.
15  Q   Doctor, if you look at the exhibit the
16  second column is for District 2 going down along the
17  left-hand margin and if you look in the far right
18  margin you will see a category called total
19  non-Hispanic 18 plus two, and in the exhibit you
20  will see that the percentage for non-Hispanic black
21  plus two is 50.06. You will also see in the exhibit
22  a category that combines Hispanic and non-Hispanic
23  black plus two and that is 9 columns over starting
24  from the left side for District 2. Do you see the
25  percentage number 58.41 percent?

A.S.E. REPORTING SERVICE (518) 458-1091

414

A 000573

0910038.txt

(Liu - Direct - DerO'Hannesian)

1    A    I saw that.
2    Q    I'm sorry, I am going to go over one other
3    column. It's Hispanic plus non-Hispanic black plus
4    two. Do you see the category for 58.93 for District
5    2?
6    A    Yes, I saw that.
7    Q    Now, for the purposes of this question
8    assume that blacks and Hispanics are a political
9    cohesive group, District 2 is a combined percentage
10   as reflected on this chart of 58.41 percent. Does
11   that change your opinion as to the effectiveness of
12   the county's proposed District 2?
13           MR. DerO'HANNESIAN: Objection.
14           THE COURT: Overruled.
15   A    If I can demonstrate that 58.53 percent
16   among these people we don't have a problem with
17   eligibility problem, registration problem and
18   turnout problem, yes, I would say that will change
19   my opinion.
20   Q    And what would your opinion be assuming
21   those?
22   A    Assuming, assuming African-American and
23   Latins are cohesive?
24   Q    Yes.
25   A    This level of density would make me think

A.S.E. REPORTING SERVICE (518) 458-1091

415

(Liu - Direct - DerO'Hannesian)
1    that it is reasonable to predict that an

Page 48

A 000574

091003B.txt

2   African-American candidate can be elected. But you
3   have to make the assumption about the factors that I
4   just mentioned.
5   Q   Thank you. Doctor, let me refer you to
6   Plaintiffs' Exhibit 19, do you have that, doctor?
7   A   (Nods.)
8   Q   Now, in this exhibit and I see you
9   reviewed 1999 primary and general elections for
10  Districts 2, 3 and 5; is that correct?
11  A   Yes.
12  Q   Are you aware that Districts 2, 3 and 5
13  are the three majority minority districts within the
14  Albany County legislature?
15  A   Yes.
16  Q   Do you understand that to have been the
17  result of the consent decree back in 1991 requiring
18  the creation of three majority minority districts?
19  A   How that took place I wasn't aware of --
20  Q   Do you --
21  A   -- but I did -- I did know that there was
22  an agreement but I don't know the content.
23  Q   Do you know that the consent decree
24  required the creation of three majority minority
25  districts combining blacks and Hispanics to achieve

A.S.E. REPORTING SERVICE (518) 458-1091

416

(Liu - Direct - DerO'Hannesian)

1   a 63 per total population?
2   A   I do not know that.
3   Q   If you assume that, let me show you
4   Plaintiffs' Exhibit 5 A?

Page 49

A 000575

091003B.txt

5     THE COURT: Plaintiffs' or
6  Defendant's?
7     MR. LYNCH: I'm sorry, excuse me,
8  Defendant's Exhibit 5 A.
9  BY MR. LYNCH:
10    Q  Doctor, if you look at the exhibit the
11 third column over the category, excuse me, third
12 column over from the left and look in the category
13 at the top of the document that's Hispanic plus
14 non-Hispanic black plus two; do you find that number
15 or that category?
16    A  No.
17    Q  Okay. If you count over from the left
18 margin nine categories?
19    A  Yes.
20    Q  Okay. Do you find it now? Now, if you go
21 down the left hand margin to District 2?
22    A  Yes.
23    Q  This is the document that provides total
24 population under the County's proposed plan and in
25 the category for Hispanics and non-Hispanic blacks

A.S.E. REPORTING SERVICE (518) 458-1091

417

(Liu - Direct - DeRo'Hannesian)
1  plus two, I would like point out for you that that
2  District 2 total percentage 65.89 percent; do you
3  see that?
4     A  Yes.
5     Q  For District 3 it is 65.09 percent?
6     A  Yes.

Page 50

A 000576

091003B.txt

```
 7    Q    District 4 it's 67.4 percent?
 8    A    Yes.
 9    Q    And District 5 it's 67.07 percent?
10    A    Yes.
11    Q    Okay. Now, Doctor, I have advised you
12   that the consent decree back in 1991 required the
13   majority minority districts with a total population
14   of 63 percent, and are you aware of the fact that
15   from 1992 through the present that each of the
16   majority minority districts have elected a black
17   candidate; are you aware of that?
18             MR. DerO'HANNESIAN:  Objection.
19             THE COURT:  Overruled.
20    A    Districts 2, 3 and 5?
21    Q    2, 3 and 5, yes.
22    A    Yes.
23    Q    So in terms of total population would you
24   agree that the proposed districts in the county plan
25   2, 3, 4 and 5 are similar to the districts you
```

A.S.E. REPORTING SERVICE (518) 458-1091

418

(Liu - Direct - DerO'Hannesian)

```
 1   reviewed 2, 3 and 5 in 1999?
 2    A    I do not have an opinion on this because I
 3   need to understand the meaning of category.
 4    Q    I'm sorry?
 5    A    The meaning of this category.
 6    Q    I'm sorry?
 7             THE COURT:  He needs to understand
 8   the meaning of category.
 9   BY MR. LYNCH:
```

Page 51

A 000577

0910038.txt

10    Q    Oh, the category, I'm sorry.
11    A    Yeah. What are these numbers for I don't
12  understand the meaning of.
13    Q    Well, let me see if I can explain this to
14  you. The category that I am looking at is a total
15  population percentage of minority group at each of
16  four districts being proposed as majority minority
17  districts. And the category of the group includes
18  Hispanics plus all individuals who identified
19  themselves in the category of non-Hispanic black
20  plus two in the 2000 census. The percentage is a
21  total of those categories.
22    A    Yes, I understand what you said. But I
23  still don't understand NHB plus two, because as I
24  repeated I am not an expert on demographic.
25    Q    Let me see if I can just clarify that if I

A.S.E. REPORTING SERVICE (518) 458-1091

419

(Liu - Direct - DerO'Hannesian)

1  may.
2    A    Okay.
3    Q    Non-Hispanic black plus two as I
4  understand it includes blacks plus blacks and one
5  other race and black who identifies himself as --
6  himself or herself as including two other races.
7  It's a census category that includes black and
8  multiple race blacks?
9              MR. DerO'HANNESIAN: I object to Mr.
10  Lynch testifying.
11              THE COURT: I believe you are asking

Page 52

A 000578

091003B.txt

12   the witness to assume all this; is that correct?
13              MR. LYNCH: I'm asking the witness
14   to assume all this, yes, yes, I am.
15              THE COURT: Overruled.
16     A   Yes.
17     Q   In assuming that, Doctor --
18     A   Yes.
19     Q   -- and considering the combination of the
20   category Hispanic and the non-Hispanic black plus
21   two category, I have just indicated when you look at
22   the percentages here can you agree that from a total
23   population perspective the districts in proposed
24   Local Law E, 2, 3, 4 and 5 are similar to those
25   ruled Districts 2, 3 5 in 1999 in your Exhibit 19?

A:S.E. REPORTING SERVICE (518) 458-1091

420

(Liu - Direct - Dero'Hannesian)

1     A   I can't make that agreement. I do not
2   agree, meaning I -- I have concerns with respect the
3   level that you just indicated. I do not know for
4   sure whether this -- these levels are enough.
5     Q   Well, for the purposes of this question --
6     A   Yes.
7     Q   -- the levels that are on the chart I'm
8   asking you to assume those are the total population
9   percentages. And I'm asking you to assume that the
10  consent decree required the County to create three
11  majority minority districts with a combined black
12  and Hispanic population of 63 percent. On that
13  basis can you agree that they are simply total
14  population standpoint?

Page 53