UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
ANNE POPE, et al.,  :
:
                       Plaintiffs,  :  No. 11-cv-0736 (LEK) (DRH)
:
     vs.  :
:  **NOTICE OF APPEAL**
COUNTY OF ALBANY, et al.,  :
:
                       Defendants.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Notice is hereby given that Anne Pope, Wanda Willingham, and Janis Gonzalez, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order denying Plaintiffs' Motion for Preliminary Injunction entered in this action on the 18th day of August, 2011.

Dated:  New York, New York
           August 22, 2011

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By:  /s/ Mitchell A. Karlan
                                                Mitchell A. Karlan

                                        mkarlan@gibsondunn.com
                                        200 Park Avenue
                                        New York, New York 10166-0193
                                        Telephone: 212.351.4000
                                        Fax: 212.351.4035
                                        Bar Roll No. 511874677

                                        DEROHANNESIAN & DEROHANNESIAN
                                        Paul DerOhannesian II
                                        derolaw@verizon.net
                                        677 Broadway, Suite 202

        Albany, New York 12207-2996
        Telephone: 518.465.6420
        Fax: 518.427.0614
        Bar Roll No. 104792

        Attorneys for Plaintiffs

OF COUNSEL:

    Jeana Bisnar Maute, Esq.
    Molly M. Claflin, Esq.
    Brendon S. Fleming, Esq.
    Teresa R. Kung, Esq.
    Aric H. Wu, Esq.