UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
ANNE POPE, et al., :
:
                Plaintiffs, :    No. 11-cv-0736 (LEK) (DRH)
:
    vs. :    **CERTIFICATE OF SERVICE**
:
COUNTY OF ALBANY, et al., :
:
                Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I hereby certify that on August 22, 2011, I caused to be electronically filed the foregoing Notice of Appeal with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Thomas Marcelle
    Office of Thomas Marcelle
    2 E-Comm Square
    3rd Floor
    Albany, NY 12207
    518-427-1720
    Fax: 518-427-1764
    Email: tjmarcelle@yahoo.com

    Peter G. Barber
    Murphy, Burns Law Firm
    226 Great Oaks Boulevard
    Albany, NY 12203
    518-690-0096
    Fax: 518-690-0053
    Email: pgb@mbbmlaw.com

    *Attorneys for Defendants*

                                                             s/ Mitchell A. Karlan
                                                            Mitchell A. Karlan