# EXHIBIT F

# LOCAL LAW NO. 2 FOR 2004

**A LOCAL LAW OF THE COUNTY OF ALBANY AMENDING LOCAL LAW NO. 4 FOR 2003, AMENDING THE ALBANY COUNTY CHARTER FOR THE PURPOSE OF ESTABLISHING LEGISLATIVE DISTRICTS BASED ON THE 2000 CENSUS**

Introduced: 9/13/04

By Messrs. Ward, Aidala, Aylward, Beston, Clay, Collins, Commisso, Ms. Connolly, Messrs. Cunningham, Dawson, Domalewicz, Ethier, Feeney, Frederick, Gordon, Houghtaling, Infante, Joyce, Ms. Maffia-Tobler, Messrs. Mayo, McCoy, Ms. McKnight, Messrs. Monjeau, Nichols, Reilly, Riddick, Shafer, Steck, Mss. Wiley and Willingham:

BE IT ENACTED by the County Legislature of the County of Albany, that Local Law No. 8 for 1993 is hereby amended to read as follows:

SECTION 1. Section 206 of Local Law No. 8 for 1993, as amended by Local Law No. 7 for 2002 and Local Law No. 4 for 2003, is hereby amended as follows:

Appendix "A" and Appendix "B" of Local Law No. 7 for 2002, as amended by Local Law No. 4 for 2003 with respect to Legislative District Numbers 1,2,4,6,7,14 and 26 are amended as set forth in Appendix "A" and Appendix "B" of this Local Law:

(See Appendix "A" and descriptions in Appendix "B" - note Appendix "A" prevails in the event of inconsistencies between the Appendices)

The maps of the enumerated districts referred to above shall be filed with the clerk of the Albany County Legislature and shall remain on file and said maps shall be considered and hereby are made a part of this charter.

SECTION 2. This amendment to Local Law No. 8 for 1993, Local Law No. 7 for 2002 and Local Law No. 4 for 2003, shall be effective for the election of County legislators for terms commencing January 1, 2008 and thereafter and for all processes incidental thereto.

In the sections of Appendix "B" which describe the aforementioned seven Legislative Districts proposed for Albany County, the following shall apply.
The use of the terms County of Albany, County of Green, County of Rensselaer, County of Saratoga, County of Schenectady, City of Albany, City of Cohoes, City of Watervliet, Village of Altamont, Village of Colonie, Village of Green Island, Village of Menands, Village of Ravena, Village of Voorheesville, Town of Berne, Town of Bethlehem, Town of Coeymans, Town of Colonie, Town of Green

**Island, Town of Guilderland, Town of Knox, Town of New Scotland, Town of Rensselaerville and/or Town of Westerlo shall be construed to mean such as they were legally constituted as of the date of adoption of this local law.**

**The use of terms which describe compass directions and traverses along boundaries shall be construed to reflect physical and geopolitical features as depicted by the United States Bureau of Census.**

**Excepting conditions described in the following two sentences, references to Legislative boundary segments which follow mapped features such as streets, roads, roadbeds, railroads, rail bed, tracks, bridges, streams, kills, creeks, or geopolitical bounds or boundaries, including the image extensions of such features, shall be construed to mean a line segment drawn along the center line of such feature. The exception to the center line follow shall occur in those incidences where such Legislative boundary is described as following a geopolitical boundary which appears to follow a physical feature (real or extended) but which may be legally described as being offset from such center line. In such a circumstance the Legislative District boundary shall be construed as following the actual path of the geopolitical boundary referenced.**

**Any of the terms Bypass, Expressway, Highway, Hiway, Hwy, Route, Rte. and/or Thruway may be substituted one for the other where such substitution would more accurately reflect the feature being described.**

**The terms Penn Central Railroad and PCRR shall be construed to include the Penn Central Railroad Corporation, now or formerly, and its successors.**

**The terms Delaware and Hudson Railroad and D&H shall be construed to include the Delaware and Hudson Railroad Corporation, now or formerly, and its successors.**

# Appendix "A"

**District 01**

*BLK: 360010018019000*
> 9000

*BLK: 360010019023000*
> 3000 3001 3002 3010 3011

*BLK: 360010020002001*
> 2001 2004 2005 2006 3000 3001 3002 3003 3004 3005 3006 3007
> 3008 4000 4001 4002 4003 4004 4005 4006 4007 4008 4009 4010
> 4011 4012 4013 5000 5001 5002 5003 5004 5005 5006 5007 5008
> 5009 5010 6004 6005 6006 6007

*BLK: 360010026001000*
> 1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 2001
> 2002 2005 2006 2007 2008 2009 3004 3005 3006 3007 3008 3019

*BLK: 360010141003000*
> 3000 3001 3002 3003 3016 3017

*BLK: 360010142013002*
> 3002 9000 9001 9002 9003 9004 9005 9006 9007 9008 9009 9010
> 9011 9012 9013 9014 9015 9016 9017 9018 9019 9020 9998 9999

**District 02**

*BLK: 360010021002000*
> 2000

*BLK: 360010022002003*
> 2003 2004 2006

*BLK: 360010023001004*
> 1004 1005 1006 1007 1008 1009 2004 2005 4000 4001 4002 4003
> 4004 4005 4006

*BLK: 360010025001000*
> 1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
> 1012 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023
> 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010
> 2011 2012 2013 3000 3001 3002 3003 3004 3005 3006 3007 3008
> 3009 3010 3011 3012 3013 3014 3015 3016 3017 3018 3019 3020
> 4000 4001 4002 4003 4004 4005 5000 5001 5002 5003 5004 5005

*BLK: 360010026002000*
> 2000 2003 2004 3000 3001 3002 3003 3009 3010 3011 3012 3013
> 3014 3015 3016 3017 3018 9000 9001 9002 9003 9004 9005 9006
> 9007 9008 9009 9010 9011 9012 9013 9014 9015 9016 9017 9018
> 9019 9020 9021 9994 9995 9996 9997 9998 9999

**District 04**

*BLK: 360010002001006*
> 1006 1007 1008 1009 1010 1011 1012 1013 1014 1015 1018 1019
> 1020 1022 2001 2002 2005 2006 3002 3003 3006 3007

*BLK: 360010003002002*

5

```
                    2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013
                    2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024 2025
                    2026 2027 2028 2029 2030 2031 2032 2033 2035 2041 2042 2043
                    2999
```
*BLK: 360010005012001*
```
                    2001 2002 2003 3000 3001 3002
```
*BLK: 360010006003003*
```
                    3003
```
*BLK: 360010007001000*
```
                    1000 1001 1002 1003 1004 1005 1006 1007 1010 1011 1012 1013
                    1014 1015 1016 5000 5001
```

**District 06**

*BLK: 360010008001006*
```
                    1006 1007
```
*BLK: 360010011001038*
```
                    1038 1039 1041 1042 1045 1046 1047 1048 1049 1050 1057 1058
                    1059 1060 1061 1066 1067 1070 1071 1072 1073 1074 1075 1076
                    1077 1078 1079 1080 1081 1082 1083 1084 1085 1086 1087 1088
                    1089 1090 1091 1092 1093 1094 1095 1096 1097 1098 1099 1100
                    1101 1102 1103 1104 1105 1106 1107 1108 1109 1110 1111 1112
                    1113 1114 1115 1116 1117 1998
```
*BLK: 360010014001000*
```
                    1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 2000
                    2002 2003 2004 2005 3002 3003 3005
```
*BLK: 360010021001000*
```
                    1000 1001 1005 1006 1007 1008
```
*BLK: 360010022001000*
```
                    1000 1001 1002 1003 1004 1005 1006 1007 2000 2001 2002 2005
```
*BLK: 360010023001000*
```
                    1000 1001 1002 1003 2000 2001 2002 2003
```

**District 07**

*BLK: 360010015002000*
```
                    2000 2002 2003 2004 2005 3000 3004 3005 4000 4005 4006 4007
```
*BLK: 360010019021000*
```
                    1000 1001 1002 1003 1004 1005 1006 1007 2000 2001 2002
```
*BLK: 360010020001000*
```
                    1000 1001 1002 1003 1004 1005 1006 2000 2002 2003 6000 6001
                    6002 6003
```
*BLK: 360010021001002*
```
                    1002 1003 1004 2001 2002 2003 2004 2005 3000 3001 3002 3003
                    3004 3005
```

**District 14**

*BLK: 360010003001000*

    1000 1001 1007 1008 1009 1010 1011 1012 1013 1014 1015 1016
    1017 1018 1019 1020 1021 1022 1023 1024 1025 1026 1027

*BLK: 360010004031000*

    1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
    1012 1013 1014 1015 1016 1017 2000 2001 2002 2003 2004 2005
    2006 2007 2008 3000 3001 3004 3005 3006 3007 3010 3011

*BLK: 360010005013003*

    3003 3004 3005 4000 4001 4002 4003 4004 4005 4006

*BLK: 360010005021001*

    1001 1004 1005 2000 2001 2002 2003 2004 2005 2006 2007 3000
    3001 3002 3003 3004 3005 3006 3007

**District 26**

*BLK: 360010137051000*

    1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
    1012 1013 1014 1015 1016 1017 1018 1019 1020 1021 1022 1023
    1024 1025 1026 1027 1028 1029 1030 1031 1032 1033 1034 1035
    1036 1037 1038 1039 1040 1041 1042 1043 1044 1045 1046 1047
    1048 1999

*BLK: 360010137063000*

    3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
    3012 3013 3014 3015 3016 3017 3018 3019 3020 3021 3022 3023
    3024 3025 3026 3027 3032 3033 3999

*BLK: 360010140023000*

    3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
    3012 3013 3014 4000 4001 4002 4003 4004 4005 4006 4007 4008
    4009 4010 4011 4012 4013 4014 5008 5009 5010 5011 5012

# Appendix "B"

COUNTY LEGISLATIVE DISTRICT 1:

All that portion of the County of Albany, containing parts of the City of Albany and the Town of Bethlehem, and further described and bounded as follows:

Beginning at the boundary between the City of Albany and the Town of Bethlehem where South Pearl Street meets River Road; then proceeding southerly along River Road to its intersection with Glenmont Road (Route 910A); then southwesterly in a clockwise fashion along Glenmont Road to its intersection with Old Route 9W; then northeasterly along Old Route 9W to its intersection with the Delmar Bypass (Route 32); then northwesterly along the Delmar Bypass to its intersection with Kenwood Avenue; then northwesterly along Kenwood Avenue to its intersection with Rockefeller Road; then northerly in a meandering fashion along Rockefeller Road to its intersection with Delaware Avenue; then southwesterly along Delaware Avenue to its intersection with Salisbury Road; then northerly along Salisbury Road to the point where the Delmar Zip Code 12054 and Albany Zip Code 12208 meet; then easterly along the zip code line to the Normans Kill; then northeasterly along the Normans Kill, which serves as the boundary between the City of Albany and the Town of Bethlehem, to the, fence line separating the Albany Municipal Golf Course and the Stevens Farm; then easterly along the fence line to its intersection with I-87; then southeasterly along I-87 to its intersection with Rose Court; then northeasterly along Rose Court to its intersection with Whitehall Road; then southeasterly along Whitehall Road to its intersection with Delaware Avenue; then northeasterly along Delaware Avenue to its intersection with Jeanette Street; then southerly along Jeanette Street to its intersection with 2nd Avenue; then easterly along 2nd Avenue to its intersection with Hurlbut Street; then northerly along Hurlbut Street to its intersection with Delaware Avenue; then northeasterly along Delaware Avenue to its intersection with Morton Avenue; then easterly along Morton Avenue to its intersection with South Swan Street; then southerly along South Swan Street to the point where it joins Moore Street; then southerly along Moore Street to the point where it joins a paper street named Babcock; then southerly along the Babcock paper street to the point where it joins St. Georges Place; then westerly along St. Georges Place to its intersection with Moore Street; then southerly along Moore Street to its intersection with 2nd Avenue; then easterly along 2nd Avenue to its intersection with Grandview Terrace; then southerly along Grandview Terrace to its intersection with Liebel Street; then easterly along Liebel Street to its intersection with Leonard Street; then southerly along Leonard Street to the point where it becomes Seymore Avenue; then southeasterly along Seymore Avenue to its intersection with Benjamin Street; then southwesterly along Benjamin Street to its intersection with 1st Avenue; then easterly along 1st Avenue to its intersection with Cherry Hill Street; then southwesterly along Cherry Hill Street to its intersection with McCarty Avenue; then westerly along McCarty Avenue to its intersection with Southern Boulevard; then southerly along Southern Boulevard to its intersection at the boundary between the City of Albany and the Town of Bethlehem; then southeasterly along

the City of Albany/Town of Bethlehem boundary in a zig-zag fashion to the junction of South Pearl Street and River Road, at the point of origin.

## COUNTY LEGISLATIVE DISTRICT 2:

All that portion of the County of Albany, contained wholly within the City of Albany, and further described and bounded as follows:
Beginning at that point in the City of Albany where State Highways 20 and 9 cross the Hudson River at the City of Albany's eastern boundary, and proceeding southerly along the City's eastern boundary to its intersection with the Town of Bethlehem; then proceeding westward in a zig-zag fashion along the City of Albany/Town of Bethlehem boundary to its intersection with Southern Boulevard; then northerly along Southern Boulevard to its intersection with McCarty Avenue; then easterly along McCarty Avenue to its intersection with Cherry Hill Street; then northeasterly along Cherry Hill Street to its intersection 1st Avenue; then westerly along 1st Avenue to its intersection with Benjamin Street; then northeasterly along Benjamin Street to its intersection with Seymore Avenue; then proceeding northwesterly along Seymore Avenue to the point where it becomes Leonard Street; then proceeding northerly along Leonard Street to its intersection with Liebel Street; then westerly along Liebel Street to its intersection with Grandview Terrace; then northerly along Grandview Terrace to its intersection with 2nd Avenue; then westerly along 2nd Avenue to its intersection with Moore Street; then northerly along Moore Street to its intersection with St. Georges Place; then proceeding easterly along St. Georges Place to its intersection with a paper street named Babcock; then proceeding northerly along the Babcock paper street to the point where it joins Moore Street; then northerly along Moore Street to the point where it joins South Swan Street; then proceeding northerly along South Swan Street to its intersection with Morton Avenue; then proceeding westerly along Morton Avenue to its intersection with Delaware Avenue where Holland Avenue begins; then proceeding northwesterly along Holland Avenue to its intersection with a paper street named Cornell Drive; then proceeding northeasterly along the Cornell Drive paper street, following the line of an access road behind Hackett Middle School, to its intersection with Myrtle Avenue; then easterly along Myrtle Avenue to its intersection with Park Avenue; the proceeding easterly along Park Avenue its intersection with Eagle Street; then northerly along Eagle Street to its intersection with Myrtle Avenue; then easterly along Myrtle Avenue to its intersection with Grand Street; then northerly along Grand Street to its intersection with Madison Avenue, or State Highway 20; then easterly along Madison Avenue or Route 20 to its merger with State Highway 9 at the point where the highways cross the Hudson River at the eastern boundary of the City of Albany, at the point of origin.

## COUNTY LEGISLATIVE DISTRICT 4:

All that portion of the County of Albany, contained wholly within the City of Albany, and further described and bounded as follows:

Beginning at that point in the City of Albany where the boundary between the City of Albany and the Town of Colonie intersect at Birch Hill Road; then proceeding southerly, and with a sharp easterly turn along Birch Hill Road to its intersection with Greyledge Drive; then following Greyledge Drive in a zig-zag pattern to its intersection with St. Agnes Lane; then southwesterly along St. Agnes Lane to its intersection with Albany Shaker Road; then southeasterly along Albany Shaker Road to its intersection with State Highway 9; then southwesterly along State Highway 9 to its intersection with Interstate 90; then easterly along I-90 to its intersection with State Highway 443; then southwesterly along State Highway 443 to its intersection with the Penn Central Railroad (PCRR); then following the PCRR southeasterly to its intersection with Pleasant Street; then easterly along Pleasant Street to its intersection with North Pearl Street; then southwesterly along North Pearl Street with a zig-zag to the west and east to its intersection with Livingston Avenue; then northwesterly along Livingston Avenue to its intersection with Ten Broeck Street; then southeasterly along Ten Broeck Street to its intersection with Ten Broeck Place; then westerly along Ten Broeck Place to its intersection with Hall Place; then southerly along Hall Place to its intersection with St. Josephs Terrace; then southerly along St. Josephs Terrace to its intersection with 1st Street; then westerly along 1st Street to its intersection with North Hawk Street; then southerly along North Hawk Street to its intersection with Clinton Avenue; then northwesterly along Clinton Avenue to its intersection with Lark Street; then northeasterly along Lark Street to its intersection with North Manning Boulevard; then northwesterly along North Manning Boulevard to its intersection with Henry Johnson Boulevard; then northerly along Henry Johnson Boulevard to its intersection with Northern Boulevard; then westerly along Northern Boulevard to the point where it meets McCrossin Avenue at its juncture with Pennsylvania Avenue; then westerly along McCrossin Avenue to its intersection with Thornton Street; then southerly along Thornton Street to its intersection with Beverly Avenue; then northwesterly along Beverly Avenue to its intersection with Wilkins Avenue; then southerly along Wilkins Avenue to its intersection with Livingston Avenue; then northwesterly along Livingston Avenue to its intersection with Judson Street; then southerly along Judson Street to its intersection 3rd Street; then westerly along 3rd Street to its intersection with Quail Street; then northerly along Quail Street to its intersection with Livingston Avenue; then westerly along Livingston Avenue to its intersection with Ontario Street; then southerly along Ontario Street to its intersection with 3rd Street; then westerly along 3rd Street to its intersection with North Manning Boulevard; then southwesterly along North Manning Boulevard, continuing as Manning Boulevard past its intersection with Central Avenue, to the intersection with West Lawrence Street; then northerly along West Lawrence Street to its intersection with West Street; then westerly

along West Street to its intersection with North Allen Street; then northerly along North Allen Street to its intersection with Central Avenue; then northwesterly along Central Avenue to its intersection with Everett Road Extended; then northerly along Everett Road Extended to the point where it intersects with the boundary between the City of Albany and the Town of Colonie; then following the boundary line in a generally easterly direction to the point where the boundary between the City of Albany and the Town of Colonie intersects with Birch Hill Road, at the point of origin.

## COUNTY LEGISLATIVE DISTRICT 6:

All that portion of the County of Albany, contained wholly within the City of Albany, and further described and bounded as follows:

Beginning at that point in the City of Albany where Elk Street intersects with Lark Street and proceeding southwesterly along Lark Street to its intersection with Central Avenue; then northwesterly along Central Avenue to its intersection with Henry Johnson Boulevard; then southwesterly along Henry Johnson Boulevard to its intersection with State Street at the boundary of Washington Park; then northwesterly along State Street to its intersection with Western Avenue; then westerly along Western Avenue to its intersection with South Lake Avenue; then southerly along South Lake Avenue to its intersection with Madison Avenue; then southeasterly along Madison Avenue to its intersection with Knox Street; then southerly along Knox Street to its intersection with Myrtle Avenue; then southeasterly along Myrtle Avenue to its intersection with Park Avenue; then continuing along Park Avenue to its intersection with Eagle Street; then northerly along Eagle Street to its intersection Myrtle Avenue; then southeasterly along Myrtle Avenue to its intersection with Grand Street; then northerly along Grand Street to its intersection with Madison Avenue; then southeasterly along Madison Avenue to the point where Routes 20 and 9 join to cross the Hudson River and intersect with the boundary of the City of Albany; then proceeding northerly along the City's eastern boundary to the point where it intersects with the Penn Central Railroad (PCRR) as it crosses over the Hudson River; then westerly along the PCRR to its intersection with Interstate 787; then southerly along I-787 to its intersection with Clinton Avenue Extended and Clinton Avenue; then westerly along Clinton Avenue Extended and Clinton Avenue to its intersection with Broadway; then southerly along Broadway to its intersection with Orange Street; then westerly along Orange Street to its intersection with North Pearl Street; then southerly along North Pearl Street to its intersection with Pine Street; then westerly along Pine Street to its intersection with Eagle Street; then northeasterly along Eagle Street to its intersection with Elk Street; then northwesterly along Elk Street to its intersection with Lark Street, at the point of origin.

COUNTY LEGISLATIVE DISTRICT 7:

All that portion of the County of Albany, contained wholly within the City of Albany, and further described and bounded as follows:

Beginning at that point in the City of Albany where Madison Avenue intersects with Knox Street and proceeding southerly along Knox Street to its intersection with Myrtle Avenue; then easterly along Myrtle Avenue to its intersection with a paper street called Cornell Drive, following the line of an access road behind Hackett Middle School, to its intersection with Holland Avenue; then southeasterly along Holland Avenue to its intersection with Delaware Avenue; then southwesterly along Delaware Avenue to its intersection with Hurlbut Street; then southerly along Hurlbut Street to its intersection with 2nd Avenue; then westerly along 2nd Avenue to its intersection with Jeanette Street; then northerly along Jeanette Street to its intersection with Delaware Avenue; then southwesterly along Delaware Avenue to the intersection where 2nd Avenue flows into Whitehall Road; then proceeding northwesterly along Whitehall Road to its intersection with Sycamore Street; then northerly along Sycamore Street to its intersection with Hackett Boulevard; then southeasterly along Hackett Boulevard to its intersection with Academy Road; then northerly along Academy Road to its intersection with New Scotland Avenue; then westerly along New Scotland Avenue to its intersection with Quail Street; then northeasterly along Quail Street to its intersection with Myrtle Avenue; then northwesterly along Myrtle Avenue to its intersection with Ontario Street; then northerly along Ontario Street to its intersection with Yates Street, then easterly along Yates Street to its intersection with Quail Street; then northerly along Quail Street to its intersection with Madison Avenue, then southeasterly along Madison Avenue to its intersection with Knox Street, at the point of origin.

COUNTY LEGISLATIVE DISTRICT 14:

All that portion of the County of Albany, contained wholly within the City of Albany, and further described and bounded as follows:

Beginning at that point in the City of Albany where Washington Avenue intersects with Partridge Street, and proceeding generally southwesterly along Partridge Street to its intersection with Western Avenue; then northwesterly along Western Avenue to its intersection with Eileen Street; then northeasterly along Eileen Street to its intersection with Washington Avenue; then northwesterly along Washington Avenue to its intersection with State Highway 85; then northerly along State Highway 85 to its intersection with Interstate 90; then northeasterly along I-90 to its intersection with Central Avenue; then northwesterly along Central Avenue to its intersection with the boundary between the City of Albany and the Town of Colonie; then proceeding generally easterly along the boundary line to its intersection with Everett Road Extended; then southerly along Everett Road

Extended to its intersection with Central Avenue; then southeasterly along Central Avenue to its intersection with North Allen Street; then southerly along North Allen Street to its intersection with West Street; then easterly along West Street to its intersection with West Lawrence Street; then southerly along West Lawrence Street to its intersection with Manning Boulevard; then easterly along Manning Boulevard to its intersection with North Main Avenue; then southerly along North Main Avenue to its intersection with Washington Avenue, then southeasterly along Washington Avenue to its intersection with Partridge Street, at the point of origin.

## COUNTY LEGISLATIVE DISTRICT 26:

All that portion of the County of Albany, contained wholly within the Town of Colonie, and further described and bounded as follows:

Beginning in the Town of Colonie at the intersection County Highway 154 (Osborne Road, CR 154) and Route 9 and proceeding generally southerly along Route 9 to its intersection with the boundary between the Town of Colonie and the City of Albany; then proceeding generally westerly along the boundary to its juncture with Central Avenue; then northwesterly along Central Avenue to its intersection with Reynolds Street; then northeasterly along Reynolds Street to its intersection with Brayton Street; then southeasterly along Brayton Street to its intersection with Osborne Road (Route 154); then northeasterly along Osborne Road to its intersection with Sand Creek Road; then northwesterly along Sand Creek Road to its intersection with Osborne Road; then continuing in a northeasterly direction along Osborne Road to its intersection with Albany Shaker Road; then southerly along Albany Shaker Road to its intersection with Shaker Road; then easterly along Shaker Road to its intersection with Robinia Drive; then northerly along Robinia Drive to its intersection with Osborne Road; then proceeding easterly along Osborne Road to its intersection with Route 9, at the point of origin.

*Referred to Redistricting Commission. 9/13/04*
*Favorable Recommendation - Redistricting Commission. 9/27/04*
*On roll call vote the following voted in favor: Mr. Aidala, Mss. Barlette, Benedict, Messrs. Beston, Clay, Clouse, Collins, Commisso, Ms. Connolly, Messrs. Cunningham, Dawson, Domalewicz, Ethier, Feeney, Frederick, Gordon, Houghtaling, Infante, Joyce, Mayo, McCoy, Ms. McKnight, Messrs. Monjeau, Morse, Nichols, Ms. Prentiss, Messrs. Reilly, Riddick, Shafer, Steck, Tunny, Ward and Ms. Wiley - 33.*
*Those opposed: 0.*
*Local Law was adopted. 10/12/04*