UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
ANNE POPE, et al.,

                Plaintiffs,

v.                                    No. 11-CV-736
                                          (LEK/DRH)

COUNTY OF ALBANY, et al.,

                Defendants.
-----------------------------------------------------------------

## ORDER

By letter dated May 17, 2012, plaintiffs requested a conference concerning various discovery issues. Dkt. No. 131. By letter dated May 21, 2012, defendants responded in opposition. Dkt. No. 132. A conference was held on-the-record concerning these issues on May 22, 2012. As directed during that conference and for the reasons stated at that time which are incorporated herein by reference, it is hereby

**ORDERED** that:

1. In accordance with N.D.N.Y.L.R. 7.1(b)(2), plaintiffs are granted leave to file motions for (a) sanctions for the spoliation of evidence and (b) leave to take the deposition of Thomas Marcelle, Esq. and such motions shall each proceed according to the following schedule:

    a. Plaintiffs shall file such motions on or before **May 29, 2012.**

    b. Defendants may file any responses in opposition to such motions on or before **June 12, 2012**;

    c. Plaintiffs may file a reply on or before **June 19, 2012**; and

    d. The motions will be taken on submission without oral argument;

2. The Uniform Pretrial Scheduling Order filed September 16, 2011 (Dkt. No. 83), as previously amended, is hereby further amended as follows:

      a. The deadline for completion of discovery is hereby extended to **August 1, 2012**;

      b. The deadline for filing dispositive motions is hereby extended to **October 1, 2012**;

      c. The "Trial Ready" date is hereby extended to **November 1, 2012**;

      d. The date for commencement of trial is hereby adjourned to **February 4, 2013**; and

      e. The Uniform Pretrial Scheduling Order, as amended, remains in full force and effect in all other respects.

**IT IS SO ORDERED.**

Dated: May 22, 2012
      Albany, New York

                        *David R. Homer*
                        United States Magistrate Judge