**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of May, two thousand twelve.

Before: JOSEPH M. McLAUGHLIN,
GUIDO CALABRESI,
REENA RAGGI,
  *Circuit Judges*.
_____
ANNE POPE, JANIS GONZALEZ,
WANDA WILLINGHAM,

  Plaintiffs - Appellants,                    JUDGMENT

  v.                                          Docket No.: 11-3439

COUNTY OF ALBANY, ALBANY COUNTY
BOARD OF ELECTIONS,

  Defendants - Appellees.
_____

The appeal in the above captioned case from a judgment of the United States District Court for the Northern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the District Court is AFFIRMED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/12/2012