UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANNE POPE, WANDA WILLINGHAM, GERALDINE
BELL, SAMUEL COLEMAN, and LEE PINCKNEY,

                                        Plaintiffs,      **CERTIFICATE OF**
                        vs.                                        **SERVICE**

COUNTY OF ALBANY and the ALBANY COUNTY      Civil Action #11-CV- 736
BOARD OF ELECTIONS,                                         LEK/CFH
                                        Defendants.
_____

       I hereby certify that, on April 30, 2013, I electronically filed Defendants' Memorandum of Law and Response to Plaintiffs' Statement of Material Facts with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

       1.       DEROHANNESIAN & DEROHANNESIAN
            (Att:    Paul DerOhannesian II, Esq.),

       2.       GIBSON, DUNN & CRUTCHER LLP
            (Att: Mitchell A. Karlan, Esq.)

            Attorneys for Plaintiffs

       3.       THOMAS MARCELLE, ESQ.
            Albany County Attorney

            Attorney for Defendant Albany County Board of Elections

                                                    /s/ Peter G. Barber
                                        _____
                                        Peter G. Barber, Esq.
                                        Bar Roll No. 301523