UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ANNE POPE et al,

           Plaintiff,

-against-

ALBANY COUNTY, et al.,

           Defendant.

---------------------------------------------------------x

No. 11-cv-0736 (LEK) (CFH)

# CONTINUED DECLARATION OF MITCHELL A. KARLAN
## IN SUPPORT OF PLAINTIFFS'
## OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**Mitchell A. Karlan**, an attorney admitted to practice before this Court, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel to Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

2. Attached hereto are true and correct copies of Exhibits 31 through 57 described in Docket No. 231, Declaration Of Mitchell A. Karlan In Support Of Plaintiffs' Opposition To Defendants' Motion For Summary Judgment.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: New York, New York
April 30, 2013

Respectfully submitted,

/s/ Mitchell A. Karlan
Mitchell A. Karlan