UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :
ANNE POPE, et al,                                         :
                                                          :
                         Plaintiffs,                      :
                                                          :
           -against-                                      :   No. 11-cv-0736 (LEK) (CFH)
                                                          :
ALBANY COUNTY, et al.,                                    :
                                                          :
                         Defendants.                      :
                                                          :
                                                          :
----------------------------------------------------------x

### DECLARATION OF BRITTANY GARMYN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT

**Brittany Garmyn**, an attorney admitted to practice *pro hac vice* before this Court,

declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel to

Plaintiffs.  I make this declaration in support of Plaintiffs' Reply Memorandum in Support of

Their Motion for Partial Summary Judgment.

2.      Attached as Exhibit 1 hereto is a true and correct copy of the Brief for

Defendants-Appellees in *Pope v. County of Albany*, No. 11-3439-cv (2d Cir. Nov. 10, 2011), 2d

Cir. Appeal Dkt. No. 56.

3.      Attached as Exhibit 2 hereto are true and correct excerpts from the transcript of

the Preliminary Injunction Hearing in this litigation, which took place before the Honorable

Lawrence E. Kahn on August 3–4, 2011.

4.      Attached as Exhibit 3 hereto is a true and correct copy of Appellants' Brief in

*Pope v. County of Albany*,  No. 11-3439-cv (2d Cir. Oct. 24, 2011), 2d Cir. Appeal Dkt. No. 43.

5.      Attached as Exhibit 4 hereto are true and correct excerpts from the deposition of Carolyn McLaughlin, which was taken on March 23, 2012.

6.      Attached as Exhibit 5 hereto are true and correct excerpts from the deposition of Anne Pope, which was taken on May 3, 2012.

7.      Attached as Exhibit 6 hereto is a true and correct copy of the Consent Decree and Judgment in *NAACP v. Albany County*, No. 03-CV-0502 (N.D.N.Y. Aug. 19, 2004), Dkt. No. 100-5.

8.      Attached as Exhibit 7 hereto is a true and correct copy of a Population Comparison Table, dated July 12, 2004, and entered as Exhibit 34 during the deposition of John Merrill, which was taken on April 25, 2012.

9.      Attached as Exhibit 8 hereto are true and correct excerpts from the deposition of John Merrill, which was taken on April 25, 2012.

10.      Attached as Exhibit 9 hereto is a true and correct copy of a map entitled "Mapping the 2010 U.S. Census" for Albany County, New York, from the New York Times, *available at* http://projects.nytimes.com/census/2010/map?nl=todaysheadlines&emc=thab1.

11.      Attached as Exhibit 10 hereto are true and correct excerpts from the deposition of Ronald Keith Gaddie, which was taken on April 20, 2012.

12.      Attached as Exhibit 11 hereto are true and correct excerpts from the continued deposition of Ronald Keith Gaddie, which was taken on March 4, 2013.

Dated:   New York, New York
         May 20, 2013

Respectfully submitted,

_____

Brittany Garmyn