UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

ANNE POPE, WANDA WILLINGHAM, GERALDINE
BELL, SAMUEL COLEMAN, LEE PINCKNEY,
VICENTE ALFONSO, ELAINE FRAZIER, and
STEPHANIE DAVIS

                                Plaintiffs,

vs.

COUNTY OF ALBANY and the ALBANY COUNTY
BOARD OF ELECTIONS,

                                Defendants.

**CERTIFICATE OF SERVICE**

Civil Action #11-CV-736 LEK/CFH

_____

      I hereby certify that, on February 12, 2014, I electronically filed Defendants' Answer to Plaintiffs' Second Amended Complaint with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

1. DEROHANNESIAN & DEROHANNESIAN
   (Att: Paul DerOhannesian II, Esq.)
   Attorneys for Plaintiffs

2. GIBSON, DUNN & CRUTCHER LLP
   (Att: Mitchell A. Karlan, Esq.)
   Attorneys for Plaintiffs

3. THOMAS MARCELLE, ESQ.
   Albany County Attorney
   Attorney for Defendant Albany County Board of Elections

                                                         /s/ Peter G. Barber
                                          _____
                                          Peter G. Barber, Esq.
                                          Bar Roll No. 301523