UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

ANNE POPE, JANIS GONZALEZ AND
WANDA WILLINGHAM,

                            Plaintiffs,                    Index No.: 1:11-cv-0736
                                                                          (LEK/DRH)

   -against-

COUNTY OF ALBANY AND THE ALBANY COUNTY
BOARD OF ELECTIONS,

                            Defendants.
───────────────────────────────────────────

## ORDER TO SHOW CAUSE

Upon reading and filing the declaration of George F. Carpinello, Esq. submitted on behalf of Daniel P. McCoy, Albany County Executive, the parties herein are hereby Ordered to Show Cause on or before _____ at _____ am/pm at the Federal Courthouse, 445 Broadway, Albany, New York 12207, why an order should not be entered vacating the settlement agreement approved by this Court on December 1, 2014 or, in the alternative, staying any action enforcing or implementing said settlement agreement pending a determination by this Court or an appropriate state court of the proper party to enter into such an agreement; and sufficient reason appearing therefore; it is hereby

**ORDERED,** that service of a copy of this order and the papers on which it is granted by ECF and email on counsel for Plaintiffs and upon special counsel Brian J. Goldberger on or before _____ shall be deemed good and sufficient service and it is further

**ORDERED** that any answering papers shall be served via ECF and e-mail to counsel for Daniel P. McCoy, George F. Carpinello at Boies, Schiller, and Flexner, LLP, 30 South Pearl Street, 11th Floor, Albany, NY 12207, on or before _____ and is further

**ORDERED** that any reply papers shall be served on counsel for Plaintiffs and upon special counsel via ECF and email on or before _____.

_____
Lawrence E. Kahn
United States District Judge

Dated: December ___, 2014
　　　　 Albany, NY

S:\wpdata\7549001\2014.12.01 Order to Show Cause - federal action.doc