United States District Court
for The Northern District of New York

Case No. <u>11-cv-736</u>
Date:_____
Presiding Judge: <u>Lawrence Kahn</u>

( X ) Plaintiff                              (  ) Defendant                              (  ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | | Albany County Legislature, Local Law No. "C" for 2011 |
| P-2 | | | | | Arbor Hill Environmental Justice Corporation Plan |
| P-3 | | | | | Minutes of Albany County Redistricting Commission Public Meeting (Feb. 24, 2011) |
| P-4 | | | | | Minutes of Albany County Redistricting Commission Public Hearing (Mar. 24, 2011) |
| P-5 | | | | | Minutes of Albany County Redistricting Commission Public Hearing (Mar. 31, 2011) |
| P-6 | | | | | Minutes of Albany County Redistricting Commission Public Hearing (Apr. 5, 2011) |
| P-7 | | | | | Minutes of Albany County Redistricting Commission Public Hearing (Apr. 14, 2011) |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-8 | | | | | Minutes of Albany County Redistricting Commission Public Hearing (Apr. 18, 2011) |
| P-9 | | | | | Minutes of Albany County Redistricting Commission Public Hearing (Apr. 23, 2011) |
| P-10 | | | | | CD of Redistricting Commission Public Hearing Regarding Albany County Legislative Redistricting Audio Recording (May 6, 2011) |
| P-11 | | | | | Public Hearing Regarding Albany County Legislative Redistricting Audio Recording Transcript, 03:43–04:23 (May 6, 2011) |
| P-12 | | | | | CD of Albany County Legislature Public Comment Period Audio Recording (May 9, 2011) |
| P-13 | | | | | CD of Albany County Legislature Public Comment Period Audio Recording (May 9, 2011) |
| P-14 | | | | | CD of Albany County Legislature Public Comment Period Audio Recording (May 9, 2011) |
| P-15 | | | | | CD of Albany County Legislature Public Comment Period Audio Recording (May 9, 2011) |
| P-16 | | | | | Transcript of Public Hearing on Proposed Local Law "C" for 2011 (May 17, 2011) |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-17 | | | | | Transcript of Public Hearing on Proposed Local Law "C" for 2011 (May 19, 2011) |
| P-18 | | | | | CD of Video of Public Hearing of the Albany County Legislature (May 23, 2011) |
| P-19 | | | | | Transcript of Public Hearing on Local Law "C" of 2011 (May 31, 2011) |
| P-20 | | | | | Consent Judgment and Decree, *NAACP v. Albany County*, Civ. No. 91-cv-1288 (N.D.N.Y. Nov. 13, 1991) |
| P-21 | | | | | Consent Decree, *Banks v. City of Albany, et al.*, No. 95-CV-761 (N.D.N.Y. Apr. 18, 1997) |
| P-22 | | | | | Memorandum-Decision and Order, Judge Norman A. Mordue, *Arbor Hill Concerned Citizens Neighborhood Ass'n, et al. v. County of Albany, et al.,* No. 03-CV-502 (N.D.N.Y. Aug. 22, 2003) |
| P-23 | | | | | Memorandum-Decision and Order, Judge Norman A. Mordue, *Arbor Hill Concerned Citizens Neighborhood Ass'n, et al. v. County of Albany, et al.*, No. 03-CV-502 (N.D.N.Y. Oct. 20, 2003) |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-24 | | | | | Consent Decree and Judgment, *Arbor Hill Concerned Citizens Neighborhood Ass'n, et al. v. County of Albany, et al.*, No. 03-CV-502 (N.D.N.Y. Aug. 19, 2004) |
| P-25 | | | | | Stipulation of Settlement, *Mair v. City of Albany*, Civ. Action No. 02-cv-1016 (N.D.N.Y. Apr. 25, 2005) |
| P-26 | | | | | Consent Decree, *Willingham, et al. v. County of Albany, et al.*, Civ. No. 04-cv-04-369 (N.D.N.Y. Jan. 22, 2007) |
| P-27 | | | | | Albany County Legislature, Resolution No. 161 |
| P-28 | | | | | Albany County Legislature, Resolution No. 26 |
| P-29 | | | | | Albany County Affirmative Action Plan Update |
| P-30 | | | | | Local Law No. 2 for 2004 |
| P-31 | | | | | Albany County Legislature, Resolution No. 7 |
| P-32 | | | | | Albany County Legislature, Resolution No. 116 |
| P-33 | | | | | Equal Employment Opportunity Commission, State and Local Government Information for Albany County (EEO-4) (2001) |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-34 | | | | | Equal Employment Opportunity Commission, State and Local Government Information for Albany County (EEO-4) (2003) |
| P-35 | | | | | Equal Employment Opportunity Commission, State and Local Government Information for Albany County (EEO-4) (2005) |
| P-36 | | | | | Albany County Employment Data as of June 30, 2007 |
| P-37 | | | | | Department of Human Resources, Division of Affirmative Action: Equal Employment Opportunity Report (Annual 2008) |
| P-38 | | | | | Department of Human Resources, Division of Affirmative Action: Equal Employment Opportunity Report (2009 First Quarter) |
| P-39 | | | | | Equal Employment Opportunity Commission, State and Local Government Information for Albany County (EEO-4) (2009) |
| P-40 | | | | | Equal Employment Opportunity Commission, State and Local Government Information for Albany County (EEO-4) (2013) |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-41 | | | | | Memorandum from Paula Wilkerson to Shawn Morse, re: EEO-4 Report - 2008 |
| P-42 | | | | | Department of Human Resources, Division of Affirmative Action: Equal Employment Opportunity Report (2010 Annual Report) |
| P-43 | | | | | Department of Human Resources, Division of Affirmative Action: Equal Employment Opportunity (EEO) Report (Fourth Quarter 2012) |
| P-44 | | | | | Memo from Wilkerson to Willingham re Adverse Impact (A.K.A. - Disparate Impact) |
| P-45 | | | | | County of Albany Division of Affirmative Action Case File: *Garland v. Albany Cty. Dep't of Health* (Lasone Garland-Bryan) |
| P-46 | | | | | County of Albany Division of Affirmative Action Case File: *Leroy Green v. Albany Cty. Dep't of Mental Health* (Leroy Green) |
| P-47 | | | | | County of Albany Division of Affirmative Action Case File: *Rodriguez v. Albany Cnty. Sheriff's Dep't* (Gabriel Rodriguez) |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-48 | | | | | County of Albany Division of Affirmative Action Case File: *The Estate of Marcos Dejesus Alvarez v. Albany County*, No. 11-CV-582 (N.D.N.Y. 2011) |
| P-49 | | | | | County of Albany Division of Affirmative Action Case File: *Clement v. Cnty. of Albany*, 1:07-CV-260 (N.D.N.Y. 2007) |
| P-50 | | | | | Exhibit D to Defendants' Production dated February 23, 2012 |
| P-51 | | | | | Notes on the Redistricting Process by John Merrill |
| P-52 | | | | | Local Law C – District Compactness figures |
| P-53 | | | | | AHEJ Plan – District Compactness figures |
| P-54 | | | | | *Records Retention and Disposition Schedule CO-2 for Use by Counties*, and Memorandum from Robert W. Arnold III, forwarding same to County Officials |
| P-55 | | | | | *Records Retention and Disposition Schedule CO-2 for Use by Counties* (Replacement Pages), and Memorandum from Geoffrey Huth, forwarding same to County Officials |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-56 | | | | | Albany County Hall of Records, Albany County Clerk, Transfer List No. 1100545 |
| P-57 | | | | | Use of Electronic Mail Directive, Albany County Department of Management and Budget, Division of Information Services |
| P-58 | | | | | Michael Conners, *First Week Interesting Mix*, Times Union City Brights (Jan. 7, 2012) |
| P-59 | | | | | Albany County Hall of Records, Records Destruction Authorization, County Executive |
| P-60 | | | | | Interoffice Memorandum from Thomas G. Clingan to Kerri Battle, re: Records Retention (draft) |
| P-61 | | | | | Albany County Executive Office call log |
| P-62 | | | | | Amended Declaration of William S. Cooper (Aug. 2, 2011) |
| P-63 | | | | | Compilation of 2000 and 2010 U.S. Census data for Albany County and the City of Albany |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-64 | | | | | Selected Socio-Economic Data, Albany County, New York, African American and White Hon-Hispanic, based on 2006-2008 American Community Survey 3-Year Estimates (Dec. 29, 2009) |
| P-65 | | | | | Selected Socio-Economic Data, Albany County, New York, Latino and White Hon-Hispanic, based on 2006-2008 American Community Survey 3-Year Estimates (Dec. 29, 2009) |
| P-66 | | | | | Analysis of William Cooper, Population Summary Report, Local Law 2 for 2004 Revision -- 2010 Census |
| P-67 | | | | | Analysis of William Cooper, Zoom in of map of AHEJC Plan and Population Summary Report |
| P-68 | | | | | Analysis of William Cooper, Zoom in of map of Local Law C Plan and Population Summary Report |
| P-69 | | | | | Analysis of William Cooper, map of Illustrative Plan 1 and Population Summary Report |
| P-70 | | | | | Analysis of William Cooper, map of Illustrative Plan 1, area shifted outside Local Law C majority minority districts |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-71 | | | | | Analysis of William Cooper, map of Illustrative Plan 2 and Population Summary Report |
| P-72 | | | | | Analysis of William Cooper, map of Illustrative Plan 3 and Population Summary Report |
| P-73 | | | | | Analysis of William Cooper, map of Illustrative Plan 3, area shifted outside Local Law C majority minority districts |
| P-74 | | | | | Supplemental Declaration of William S. Cooper (Dec. 20, 2011) |
| P-75 | | | | | Curriculum Vitae of William S. Cooper |
| P-76 | | | | | Selected Socio-Economic Data, Albany County, New York, African American and Latino vis-à-vis Non-Hispanic White, based on 2008-2010 American Community Survey 3-Year Estimates (Dec. 10, 2011) |
| P-77 | | | | | Selected Socio-Economic Data, Albany City, New York, African American and Latino vis-à-vis Non-Hispanic White, based on 2008-2010 American Community Survey 3-Year Estimates (Dec. 10, 2011) |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-78 | | | | | Rebuttal Report of William S. Cooper in Response to the Report of Ronald Keith Gaddie (Apr. 16, 2012) |
| P-79 | | | | | Analysis of William Cooper, Map of Illustrative Plan 4 and Population Summary Report |
| P-80 | | | | | Declaration of William S. Cooper (Apr. 29, 2013) |
| P-81 | | | | | Analysis of William Cooper, Map of Illustrative Plan 5 and Population Summary Report |
| P-82 | | | | | Declaration of Dr. Baodong (Paul) Liu  (July 15, 2011) |
| P-83 | | | | | Analysis of Dr. Liu, Estimated Racial Support for Black Candidate in County-Wide Elections |
| P-84 | | | | | Analysis of Dr. Liu, Estimated Racial Support for Black Candidate in Albany Mayoral Elections |
| P-85 | | | | | Analysis of Dr. Liu, Estimated Racial Support for Black Candidate in Common Council President and City Treasurer Elections |
| P-86 | | | | | Analysis of Dr. Liu, Estimated Racial Support for Black Candidate in County Legislature Democratic Primary Elections |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-87 | | | | | Analysis of Dr. Liu, Estimated Racial Support for Black Candidate in County Legislature Republican Primary Elections |
| P-88 | | | | | Analysis of Dr. Liu, Homogeneous Precinct Analysis |
| P-89 | | | | | Curriculum Vitae of Baodong Liu, Ph.D. |
| P-90 | | | | | Declaration of Baodong (Paul) Liu & Preliminary Report by Baodong (Paul) Liu, Ph.D. (May 29, 2003) |
| P-91 | | | | | Supplemental Declaration & Supplemental Expert Report by Baodong (Paul) Liu, Ph.D. (Dec. 20, 2011) |
| P-92 | | | | | CD of Election Data Considered by Dr. Baodong (Paul) Liu, Microsoft Excel files and SPSS data files |
| P-93 | | | | | Rebuttal Expert Report in Response to the Expert Report of Dr. Ronald Keith Gaddie By Baodong (Paul) Liu, Ph.D (Apr. 16, 2012) |
| P-94 | | | | | Supplemental  Declaration of Dr. Baodong (Paul) Liu (May 1, 2012) |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-95 | | | | | CD of Excel spreadsheet labeled "13 Elections by Race from 2004-2010 within Albany County (2).xls," corrected version of Liu Supp., Appendix D above |
| P-96 | | | | | CD of Excel worksheet labeled "2005 ALB COMM CON REP PRIM. 8TH," within Excel spreadsheet providing vote tabulation for the 2005 Republican Primary Election in Ward 8 for Albany City Common Council |
| P-97 | | | | | Corrected Table 3: Findings on 34 Single-Member Elections involving Black and White Candidates |
| P-98 | | | | | Corrected Table 3: Findings on 34 Single-Member Elections involving Black and White Candidates |
| P-99 | | | | | Supplemental Expert Report of Dr. Baodong (Paul) Liu (Jan. 20, 2013) |
| P-100 | | | | | Supplemental Declaration of Aaron Mair (Dec. 20, 2011) |
| P-101 | | | | | Map of distribution of racial/ethnic populations in Albany County overlaid with Local Law C majority-minority district lines in black |
| P-102 | | | | | Local Law C Population Summary Report |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-103 | | | | | AHEJC Plan Population Summary Report |
| P-104 | | | | | Email from Merrill to McCoy, McElroy re past mistakes |
| P-105 | | | | | Email from Merrill to Scarff, Morse, McElroy, McCoy re meeting with Marcelle |
| P-106 | | | | | Email from Merrill to Morse, Scarff, McCoy, McElroy re meetings |
| P-107 | | | | | Email from Ragaini to Merrill re Decision from Marcelle |
| P-108 | | | | | Email from Scarff to Redistricting Commissioners re Luci McKnight and coffee |
| P-109 | | | | | Email from Merrill to Redistricting Commissioners, et al. re redistricting proposal |
| P-110 | | | | | Email from Merrill to Scarff re new map |
| P-111 | | | | | Email from McKnight to Merrill re Redistricting |
| P-112 | | | | | CD of  Video Recording of Public Hearing on Local Law "C" of 2011 (May 23, 2011) |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-113 | | | | | Email from Mair to Merrill, Scarff re block equivalency file |
| P-114 | | | | | Email from Mair to Merrill, et al. re block equivalency file |
| P-115 | | | | | Email from Benedict to Merrill, Marcelle re What is your phone number? Tom Marcelle needs to talk to you asap…. |
| P-116 | | | | | Email from Morse to Merrill re You did good!! |
| P-117 | | | | | Email from Scarff to Merrill re maps |
| P-118 | | | | | Email from Merrill to Scarff re Gil |
| P-119 | | | | | Email from Merrill to redistricting@albanycounty.com re web page |
| P-120 | | | | | Email from Mair to countyexec@albanycounty.com, et al. re Protect Voter Rights! Oppose Local Law C - AHEJ vs Albany County City Compararive Analysis |
| P-121 | | | | | Email from Morse to William Aylward, et al. re Local Law C of 2011 |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-122 | | | | | Email from Mary Duryea to William Aylward, et al. re Local Law C of 2011 |
| P-123 | | | | | Albany County Redistricting Committee, County Legislative Districts 8b, 33b, 34c, 38b, and 40b |
| P-124 | | | | | Albany County Redistricting Committee, County Legislative Districts 22c and 27c |
| P-125 | | | | | Carole Demare, *Hearing Tuesday on Vote Maps*, Albany Times Union (May 17, 2011) |
| P-126 | | | | | Carole Demare, *Fifth Minority District Excluded From New Plan*, Albany Times Union (May 24, 2011) |
| P-127 | | | | | Email from  Merrill to Deborah Shannon re census…redistricting |
| P-128 | | | | | Email from Scarff to Ragaini, Craw, Benedict re DISTRICT MAPS |
| P-129 | | | | | Email from Morse to Merrill re Redistricting Proposal |
| P-130 | | | | | Jordan Carleo-Evangelist, *Blog Comment Spurs Calls to Resign*, Albany Times Union (Nov.  21, 2010) |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-131 | | | | | [intentionally left blank] |
| P-132 | | | | | [intentionally left blank] |
| P-133 | | | | | Albany County, New York: 1991 Census Tracts |
| P-134 | | | | | Email from Bill Hoblock to Paula Fusco, et al. re ACL Lawsuit |
| P-135 | | | | | Carol Demare, *New Lines Draw Critics*, Albany Times Union (May 10, 2011) |
| P-136 | | | | | Email from Maureen O'Brien to democrats@nycap.rr.com re Vote NO on redistricting proposal May 23 |
| P-137 | | | | | Email from Willingham to Arlene Way, et al. re PLEASE READ AND PASS THIS ON |
| P-138 | | | | | Email from Willingham to Bell re AHEJ FIVE MAJORITY MINORITY DISTRICTS MAP & Background Material: A to Z's Notes on Key Voting Rights Terms |
| P-139 | | | | | Email from Lebron to Benedict, et al. re County Exec Interest |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-140 | | | | | Email from Jordan Carleo-Evangelist to Nathan Lebron, re: Was there a ruling yesterday? |
| P-141 | | | | | Letter from Michael Hickey to Chairman Harold Joyce |
| P-142 | | | | | Letter from U.S. Dept. of Education Determination Office of Civil Rights to Stacey Civello |
| P-143 | | | | | Email from Wanda Willingham, re: VETO LOCAL LAW "C" |
| P-144 | | | | | Map of Plan 4B2 |
| P-145 | | | | | Population Summary report, Plan 4B2 - Albany County, NY |
| P-146 | | | | | Email from Priti Mathur to Merrill re Redistricting Webinar and DISTRICTSolv Demo on Feb 28th & March 3rd |
| P-147 | | | | | Email from Merrill to Morse, Scarff, McElroy, McCoy re Redist. |
| P-148 | | | | | Email from Benedict to Colonie Committee |
| P-149 | | | | | AHEJ 2011 Plan Summary Comparison |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-150 | | | | | Email from Mair re Analysis of Plan Voted on Friday Compared to the "Switched" Plan on Review Tonight! |
| P-151 | | | | | Email from Merrill to Redistricting Commissioners re May 19 meeting |
| P-152 | | | | | Email from Benedict to Republican Legislators re Redistricting, etc. |
| P-153 | | | | | Email from Merrill to Merrill re dist |
| P-154 | | | | | Google Calendar notification to John Merrill re redist mtng |
| P-155 | | | | | Email from Merrill to Morse, McElroy re district maps - e-mail 1 of 2 |
| P-156 | | | | | Email from Merrill to Morse, McElroy re district maps - e-mail 2 of 2 |
| P-157 | | | | | Email from Feeney to Merrill re census data |
| P-158 | | | | | Email from Merrill to Feeney re voting districts |
| P-159 | | | | | Email from Merrill to Morse re Maps, etc… |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-160 | | | | | Email from Nguyen to Merrill re DistrictSolv User Manual |
| P-161 | | | | | Email from Merrill to Dixon re thematic maps |
| P-162 | | | | | Email from Merrill to McElroy re mail delivery problems |
| P-163 | | | | | Email from Merrill to Morse, McElroy re redistricting law |
| P-164 | | | | | Email from Merrill to Brown, Cross re redistricting |
| P-165 | | | | | Email from Dixon to Merrill, Morse re NH_2 or more races density map |
| P-166 | | | | | Email from Merrill to Merrill re fc |
| P-167 | | | | | Email from Merrill to Merrill re rich possible |
| P-168 | | | | | Email from Merrill to Signoracci re gil's closeup |
| P-169 | | | | | Email to Ryan Horstmyer re Facebook Message from Wanda Willingham |
| P-170 | | | | | Email from Merrill to Merrill re m |
| P-171 | | | | | Email from Merrill to Merrill re ma |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-172 | | | | | Email from Merrill to Merrill re map |
| P-173 | | | | | Email from Merrill to Morse re pdfs to show tonight |
| P-174 | | | | | Email from Merrill to Scarff re Proposal 1 maps |
| P-175 | | | | | Email from Merrill to Scarff re Proposal 1 maps |
| P-176 | | | | | Email from Merrill to Scarff re Proposal 1 maps |
| P-177 | | | | | Email from Merrill to Scarff re Proposal 1 maps |
| P-178 | | | | | Email from Merrill to Scarff re Proposal 1 maps |
| P-179 | | | | | Email from Merrill to Morse, Scarff, McElroy, McCoy re Proposal(s) |
| P-180 | | | | | Email from Merrill to Merrill |
| P-181 | | | | | Email from Merrill to Merrill |
| P-182 | | | | | Email from Merrill to Morse re district maps |
| P-183 | | | | | Email from Merrill to Morse re District maps |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-184 | | | | | Email from Merrill to Morse, Scarff re countydistreportleds |
| P-185 | | | | | Email from Merrill to Cross re maps |
| P-186 | | | | | Email from Merill to Cross, Scarff re District maps |
| P-187 | | | | | Email from Merrill to Scarff re smaller map |
| P-188 | | | | | Email from Merrill to Scarff re Full plan |
| P-189 | | | | | Email from Merrill to Scarff re district maps |
| P-190 | | | | | Emali from Merrill to Scarff re district maps continued |
| P-191 | | | | | Email from Merrill to Scarff re district maps with changes |
| P-192 | | | | | Email from Scarff to Ragaini, Craw, Benedict re District Maps mailing 1 of 4 |
| P-193 | | | | | Email from Scarff to Ragaini, Craw, Benedict re District Maps mailing 2 of 4 |
| P-194 | | | | | Email from Scarff to Ragaini, Craw,  Benedict re District Maps mailing 3 of 4 |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-195 | | | | | Email from Scarff to Ragaini, Craw, Benedict re District Maps mailing 4 of 4 |
| P-196 | | | | | Email from Benedict to Republican Legislators re redistricting maps 1 of 3 |
| P-197 | | | | | Email from Benedict to Republican Legislators re redistricting transmission number 3 |
| P-198 | | | | | Email from Benedict to Republican Legislators re the last of the district maps |
| P-199 | | | | | Email from Benedict to Republican Legislators re redistricting…final thoughts |
| P-200 | | | | | Email from Kathleen Scales to J. Gonzalez re Meeting |
| P-201 | | | | | Email from  Benedict to Patrice Lockart, Peter Tunny, Lee Carman re redistricting transmission number 3 |
| P-202 | | | | | Richard Rivera Recuadacion de Fondos (Fundraiser) |
| P-203 | | | | | Email from John Merrill to Redistricting Commissioners, et al. re redistricting maps 1 of 3 |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-204 | | | | | Email from John Merrill to Redistricting Commissioners, et al. re redistricting transmission number 3 |
| P-205 | | | | | Email from John Merrill to Redistricting Commissioners, et al. re the last of the district maps |
| P-206 | | | | | Email from Merrill to Redistricting Commissioners re redistricting…final thoughts |
| P-207 | | | | | Unofficial Transcript of Paul Vandenburgh Show (June 1, 2012) |
| P-208 | | | | | DVD of Paul Vandenburgh Show (June 1, 2012) |
| P-209 | | | | | [intentionally left blank] |
| P-210 | | | | | Wanda Willingham Spanish language campaign materials |
| P-211 | | | | | [intentionally left blank] |
| P-212 | | | | | [intentionally left blank] |
| P-213 | | | | | Defendants' Expert Disclosure Provided by John E. Merrill (with Exhibits A-F) (CD including native digital files) |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-214 | | | | | The New York State School Report Card, Albany High School, Comprehensive Information Report 2009–2010 |
| P-215 | | | | | The New York State School Report Card, Albany High School, Accountability and Overview Report 2009–10 |
| P-216 | | | | | New York State Education Department, District and School Performance: Albany School of Humanities, 2010–11 Grades 3–8 English Language Arts and Mathematics Assessments |
| P-217 | | | | | New York State Education Department District and School Performance: Albany City School District, 2010–11 Grades 3–8 English Language Arts and Mathematics Assessments |
| P-218 | | | | | New York State Education Department District and School Performance: Phillip J. Schuyler Achievement Academy, 2010–11 Grades 3–8 English Language Arts and Mathematics Assessments |
| P-219 | | | | | New York State Education Department District and School Performance: Brighter Choice Charter School for Boys, 2010–11 Grades 3–8 English Language Arts and Mathematics Assessments |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-220 | | | | | New York State Education Department District and School Performance: Kipp Tech Valley Charter School, 2010–11 Grades 3–8 English Language Arts and Mathematics Assessments |
| P-221 | | | | | New York State Education Department District and School Performance: Albany Preparatory Charter School, 2010–11 Grades 3–8 English Language Arts and Mathematics Assessments |
| P-222 | | | | | New York State Education Department District and School Performance: Albany Community Charter School, 2010–11 Grades 3–8 English Language Arts and Mathematics Assessments |
| P-223 | | | | | New York State Education Department District and School Performance: Brighter Choice Charter Middle School for Girls, 2010–11 Grades 3–8 English Language Arts and Mathematics Assessments |
| P-224 | | | | | School Accountability Status for the 2011–12 School Year |
| P-225 | | | | | District Accountability Status for the 2011–12 School Year |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-226 | | | | | The New York State School Report Card, Albany High School, Accountability and Overview Report, 2010–11 |
| P-227 | | | | | Email from Elizabeth Diamantatos to Michael Perrin re Correspondence eligible for destruction |
| P-228 | | | | | Alice Green, The Center for Law and Justice, The Disproportionate Impact of the Criminal Justice System on People of Color in the Capital Region |
| P-229 | | | | | Payroll spreadsheet |
| P-230 | | | | | Layoff spreadsheet |
| P-231 | | | | | New York Civil Liberties Union, Taking Tasers Seriously: The Need for Better Regulation of Stun Guns in New York |
| P-232 | | | | | 2009 Community Health Profile, Healthy Capital District Initiative |
| P-233 | | | | | Albany County Demographic Report 2009, as presented to Albany Common Council (2009) |
| P-234 | | | | | Employee Listing |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-235 | | | | | Recommendations of Transition Team Subcommittees, Presented to Mayor Kathy Sheehan |
| P-236 | | | | | [intentionally left blank] |
| P-237 | | | | | [intentionally left blank] |
| P-238 | | | | | [intentionally left blank] |
| P-239 | | | | | [intentionally left blank] |
| P-240 | | | | | Letter from Department of Mental Health to New York State Office of Alcoholism and Substance Abuse Services |
| P-241 | | | | | [intentionally left blank] |
| P-242 | | | | | Alice Green, The Center for Law and Justice, *The Albany Police Chief Advisory Selection Committee: A Companion Report* |
| P-243 | | | | | Declaration of Leon Dukes, *Arbor Hill Concerned Citizens Neighborhood Ass'n, et al. v. County of Albany, et al.*, No. 03-cv-0502 |
| P-244 | | | | | [intentionally left blank] |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-245 | | | | | The Civil Rights Project, New York State's Extreme School Segregation |
| P-246 | | | | | [intentionally left blank] |
| P-247 | | | | | [intentionally left blank] |
| P-248 | | | | | CD of Video of 9/16/2014 police incident |
| P-249 | | | | | [intentionally left blank] |
| P-250 | | | | | *To Protect and Serve? A Status Report on the Relationship Between the Community and the Albany Police Department*, The Center for Law and Justice (June 1998) |
| P-251 | | | | | Consolidated Albany County Charter |
| P-252 | | | | | Letter from Thomas Marcelle and Peter G. Barber to Judge Kahn (with Exhibits A–C) (July 2, 2014) |
| P-253 | | | | | Letter from Thomas Marcelle and Peter G. Barber to Judge Kahn (July 25, 2014) |
| P-254 | | | | | Letter from Thomas Marcelle to Judge Kahn (Aug. 20, 2014) |

Exhibits Returned to Counsel (Date):_____
Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-255 | | | | | Defendants' Amended Disclosure Provided by Professor Ronald Keith Gaddie (Gaddie Dep. Ex. 7) (Apr. 20, 2012) |
| P-256 | | | | | Errata Sheet of Ronald Keith Gaddie (Mar. 24, 2013) |
| P-257 | | | | | Excerpts of Transcript of Ronald Keith Gaddie (Apr. 20, 2012) |
| P-258 | | | | | Brief of *Amici Curiae* Professors Ronald Keith Gaddie, Charles S. Bullock, III, and Stephen Ansolabehere In Support of Neither Party, *Alabama Democratic Conference, et al. v. The State of Alabama, et al.*, No. 13-1138 (Aug. 20, 2014) |
| P-259 | | | | | Defendants' Amended Disclosure Provided by Professor Ronald Keith Gaddie (with Exhibit A & B) (Apr. 2, 2012) (CD including native digital files) |
| P-260 | | | | | Selected Socio-Economic Data, Albany City, New York, African American and Latino vis-à-vis Non-Hispanic White, based on 2011-2013 American Community Survey 3-Year Estimates (Nov. 20, 2014) |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-261 | | | | | Selected Socio-Economic Data, Albany County, New York, African American and Latino vis-à-vis Non-Hispanic White, based on 2011-2013 American Community Survey 3-Year Estimates (Nov. 20, 2014) |
| P-262 | | | | | Population Figures for Albany County Plan 4b2 |
| P-263 | | | | | Handwritten note of William Cooper |
| P-264 | | | | | Stipulation of Settlement and Order (Dec. 23, 2014) |
| P-265 | | | | | Jordan Carleo-Evangelist, *Settlement sought in voting rights lawsuit*, Times Union (Nov. 20, 2014) |
| P-266 | | | | | Tweet by Jordan Carleo-Evangelist (Nov. 30, 2014) |
| P-267 | | | | | Tweet by Jordan Carleo-Evangelist (Nov. 30, 2014) |
| P-268 | | | | | Tweet by Jordan Carleo-Evangelist (Nov. 30, 2014) |
| P-269 | | | | | Jordan Carleo-Evangelist, *Settlement in works in Albany County redistricting lawsuit*, Times Union (Nov. 30, 2014) |
| P-270 | | | | | Jordan Carleo-Evangelist, *Veto fear scuttles settlement vote*, Times Union (Dec. 2, 2014) |
| P-271 | | | | | Tweet by Chris Higgins (Dec. 2, 2014) |
| P-272 | | | | | Tweet by County Executive Dan McCoy (Dec. 2, 2014) |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-273 | | | | | Tweet by Jordan Carleo-Evangelist (Dec. 2, 2014) |
| P-274 | | | | | Tweet by Jordan Carleo-Evangelist (Dec. 2, 2014) |
| P-275 | | | | | Tweet by Jordan Carleo-Evangelist (Dec. 2, 2014) |
| P-276 | | | | | Tweet by Jordan Carleo-Evangelist (Dec. 2, 2014) |
| P-277 | | | | | Tweet by Jordan Carleo-Evangelist (Dec. 2, 2014) |
| P-278 | | | | | *Redistricting in Albany Put on Hold*, CBS6 Albany (Dec. 2, 2014) |
| P-279 | | | | | Anna Meller, *Redistricting case continues in court after Albany County Legislature throws out settlement*, WNYT (Dec. 2, 2014) |
| P-280 | | | | | Tweets by Jordan Carleo-Evangelist and Tim Nichols (Dec. 2, 2014) |
| P-281 | | | | | Press Release, Redistricting Settlement Proposal Withdrawn; County Executive's Suit Pressures Legislative Leaders, Albany County Executive's Office (Dec. 3, 2014) |
| P-282 | | | | | Tweets by Chris Higgins (Dec. 3, 2014) |
| P-283 | | | | | Facebook Post by Albany County Executive Dan McCoy (Dec. 4, 2014) |
| P-284 | | | | | Jordan Carleo-Evangelist, *Inside Politics: Legislative downsizing is back on the table*, Times Union (Dec. 4, 2014) |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-285 | | | | | Jordan Carleo-Evangelist, *Albany County Legislature: Downsizing?  Sure.  But how?*, Times Union (Dec. 5, 2014) |
| P-286 | | | | | Jordan Carleo-Evangelist, *Update: McCoy Says Judge Will Back Up County in Settlement Dispute*, Times Union (Dec. 29, 2014) |
| P-287 | | | | | Tweets by Jordan Carleo-Evangelist  (Dec. 29, 2014) |
| P-288 | | | | | Tweet by Jordan Carleo-Evangelist (Dec. 29, 2014) |
| P-289 | | | | | Tweets by Jordan Carleo-Evangelist  (Dec. 29, 2014) |
| P-290 | | | | | Tweets by Jordan Carleo-Evangelist  (Dec. 29, 2014) |
| P-291 | | | | | Tweet by Jordan Carleo-Evangelist (Dec. 29, 2014) |
| P-292 | | | | | Tweets by Jordan Carleo-Evangelist  (Dec. 29, 2014) |
| P-293 | | | | | Tweets by Jordan Carleo-Evangelist  (Dec. 29, 2014) |
| P-294 | | | | | Tweet by Jordan Carleo-Evangelist (Dec. 29, 2014) |
| P-295 | | | | | Tweets by Jordan Carleo-Evangelist (Dec. 29, 2014) |
| P-296 | | | | | Tweets by Jordan Carleo-Evangelist (Dec. 29, 2014) |
| P-297 | | | | | Tweet by Chris Higgins (Dec. 29, 2014) |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-298 | | | | | Jordan Carleo-Evangelist, *Voting Rights Accord Rejected,* Times Union (Dec. 30, 2014) |
| P-299 | | | | | Objections Pursuant to 28 USC 636 [B] [1] |
| P-300 | | | | | Response Pursuant to Fed. R. Civ. P. 72[b] |
| P-301 | | | | | Intervenors' Objections to Report and Recommendation of Magistrate Judge Homer |
| P-302 | | | | | Stipulation of Settlement and Order (Dec. 2, 2014) |
| P-303 | | | | | Handwritten notes regarding remedial plans |
| P-304 | | | | | Certified Transcript of May 6, 2011 Redistricting Commission Public Hearing |
| P-305 | | | | | Certified Transcript of May 23, 2011 County Legislature Public Hearing |
| P-306 | | | | | NAACP, *The Impact of Redistricting in YOUR Community: A Guide to Redistricting* |
| P-307 | | | | | Preliminary Injunction Testimony Designation of Carlos Gonzalez |
| P-308 | | | | | Preliminary Injunction Testimony Designation of Janis Gonzalez |
| P-309 | | | | | Deposition Testimony Designation of Michael Perrin |
| P-310 | | | | | Deposition Testimony Designation of Thomas Scarff (May 3, 2012) |
| P-311 | | | | | Deposition Testimony Designation of Paula Wilkerson (Feb. 28, 2012) |

Exhibits Returned to Counsel (Date):_____

Signature:_____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-312 | | | | | Deposition Testimony Designation of Paula Wilkerson (Apr. 12, 2012) |
| P-313 | | | | | Deposition Testimony Designation of Thomas Scarff (Apr. 12, 2012) |
| P-314 | | | | | Deposition Testimony Designation of Shawn Morse |
| P-315 | | | | | Deposition Testimony Designation of John Merrill |
| P-316 | | | | | Deposition Testimony Designation of Daniel McCoy |
| P-317 | | | | | Deposition Testimony Designation of Robert Conway |
| P-318 | | | | | Deposition Testimony Designation of Eugenia Condon |
| P-319 | | | | | Deposition Testimony Designation of Christine Benedict |
| P-320 | | | | | Deposition Testimony Designation of Michael Breslin |
| P-321 | | | | | Deposition Testimony Designation of Frank Commisso |
| P-322 | | | | | Preliminary Injunction Testimony Designation of John Merrill |
| P-323 | | | | | Deposition Testimony Designation of Janis Gonzalez |
| P-324 | | | | | Candidate Petition carried by Gustavo Santos |

Exhibits Returned to Counsel (Date):_____

Signature:_____