UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                 :

ANNE POPE, et al.,

                Plaintiffs,

      -against-                                    No. 11-cv-736 (LEK/CFH)

COUNTY OF ALBANY, et al.,

                Defendants.
------------------------------------------------------------x

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Judgment as a Matter of Law, plaintiffs Anne Pope, Wanda Willingham, Geraldine Bell, Samuel Coleman, Lee Pinckney, Elaine Frazier, and Vicente Alfonso (the "Plaintiffs") move this Court, on January 22nd, 2015, for judgment as a matter of law pursuant to Rule 52(c) of the Federal Rules of Civil Procedure.

Plaintiffs bring this motion on the grounds that Plaintiffs carried their burden of proof on each of the *Gingles* preconditions at trial, and Defendants offered virtually no rebuttal evidence. Trial proceedings have now closed and the parties have been fully heard on all issues. *See* Fed. R. Civ. P. 52(c); Dkt. 403. Plaintiffs' Motion for Judgment as a Matter of Law renews Plaintiffs' motion for a directed verdict regarding the political cohesion of the County's Black population alone, originally made on November 6, 2014, and moves this Court for a directed verdict finding in favor of Plaintiffs on the first, second, and third *Gingles* preconditions with respect to their Black-only claim and combined Black and Hispanic claim, as well as finding in favor regarding the totality of the circumstances.

1

Plaintiffs respectfully request that this Court grant the Motion for Judgment as a Matter of Law and are available for oral argument subject to the Court's preference.

Dated this 22nd day of January, 2015

                                        Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP

                                        /s/ Mitchell A. Karlan

                                        Mitchell A. Karlan
                                        200 Park Avenue
                                        New York, NY  10166-0193
                                        Telephone:     212.351.4000
                                        Facsimile:      212.351.4035
                                        Bar Roll No. 511874

                                        DEROHANNESIAN & DEROHANNESIAN
                                        Paul DerOhannesian II
                                        paul@derolaw.com
                                        677 Broadway, Suite 707
                                        Albany, New York 12207
                                        Telephone:     518.465.6420
                                        Fax:               518.427.0614
                                        Bar Roll No. 104792

                                        *Attorney for Plaintiffs*