===============================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>    NORTHERN    </u>   DISTRICT OF   <u>    NEW YORK    </u>

JUDGMENT IN A CIVIL CASE

DOCKET NO: 1:11-cv-0736 (LEK/CFH)

---

ANNE POPE; WANDA WILLINGHAM;
GERALDINE BELL; SAMUEL
COLEMAN; LEE PINCKNEY; VICENTE
ALFONSO; and ELAINE FRAZIER,

                Plaintiffs,

-AGAINST-

COUNTY OF ALBANY; and ALBANY
COUNTY BOARD OF ELECTIONS,

                Defendants.

---

[     ]    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **XX** ]    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the Plaintiffs as against the Defendants, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated March 24, 2015.

DATE:    <u>March 24, 2015</u>                  <u>*LAWRENCE K. BAERMAN*</u>
                                                                 CLERK OF THE COURT

                                                                 *Scott A. Snyder*
                                                                 **Courtroom Deputy to the**
                                                                 **Honorable Lawrence E. Kahn**