# MURPHY BURNS BARBER & MURPHY LLP
### ATTORNEYS AND COUNSELORS AT LAW

226 GREAT OAKS BOULEVARD
ALBANY NEW YORK 12203
518.690.0096
FAX 518.690.0053
www.mbbmlaw.com

JAMES J. BURNS
PETER G. BARBER
THOMAS K. MURPHY

STEPHEN M. GROUDINE

\* also admitted in NM
† also admitted in DC
¤ also admitted in MA

April 14, 2015

CATHERINE A. BARBER\*†
JANET M. THAYER¤
Of Counsel

WILLIAM J. MURPHY
1926-2006

Hon. Lawrence E. Kahn
Senior Judge, U.S.D.C., N.D.N.Y.
James T. Foley U.S. Courthouse
Room 424
445 Broadway
Albany, New York, 12207-2936

Re: Anne Pope, et al. v. County of Albany and Albany County Board of Elections
Civil Action #11-CV-736

Dear Judge Kahn:

As ordered, see Dkt. No. 427 at 80-81, enclosed please find the County's remedial plan with five majority DOJ Black Districts, including the attached County-wide map and Census Bureau Equivalency Tables for each of the 39 Districts. For the Court's information, enclosed also is a map of the MMDs with DOJ Black and combined DOJ Black and Hispanic voting age population percentages.

Respectfully submitted,

MURPHY, BURNS, BARBER & MURPHY, LLP

By: Peter G. Barber, Esq.
Bar Roll No.: 301523

Thomas Marcelle, Esq.
Bar Roll No.: 117102

Attorneys for Defendants

PGB/mmw
Encs.