**Albany County
Remedial Redistricting Map
April 13, 2015**

### 39 Districts with 5 MMDs

| DIST | DIFF | TP_18 | %NH_DOJ_B18 | %DOJ_B_H18 |
|------|------|-------|-------------|------------|
| 1 | -138 | 5,454 | 52.37% | 62.69% |
| 2 | -348 | 5,421 | 58.49% | 67.98% |
| 3 | -294 | 5,529 | 51.42% | 58.93% |
| 4 | -330 | 5,383 | 51.51% | 61.92% |
| 6 | -384 | 5,614 | 50.55% | 61.95% |

0   1.25  2.5        5        7.5        10
Miles