# Albany County Remedial Redistricting Map—April 13, 2015 Block Equivalency File

360010143024000, District 38
360010143021015, District 36
360010143022027, District 38
360010142014018, District 36
360010141004007, District 9
360010143012043, District 36
360010141002017, District 9
360010142023031, District 33
360010142035018, District 38
360010141003026, District 9
360010141003021, District 34
360010142021000, District 34
360010141003028, District 34
360010143012002, District 36
360010142013011, District 35
360010142024006, District 33
360010142022015, District 34
360010142022021, District 34
360010142022022, District 34
360010142034014, District 34
360010142021014, District 34
360010142034008, District 34
360010142035035, District 35
360010142013003, District 34
360010142034005, District 34
360010142032000, District 34
360010142032001, District 34
360010142031009, District 34
360010142011008, District 34
360010142012007, District 35
360010142011017, District 34
360010142012011, District 35
360010142013005, District 35
360010142012016, District 35
360010142013030, District 35
360010142013029, District 35
360010142035029, District 38
360010142014026, District 36

360010142014029, District 36
360010141004015, District 33
360010143023013, District 35
360010143023010, District 35
360010141003012, District 34
360010143024085, District 38
360010143024067, District 36
360010144011056, District 37
360010144011074, District 37
360010144012057, District 37
360010144013063, District 37
360010144021014, District 37
360010144011072, District 37
360010144021004, District 37
360010144013065, District 37
360010144012054, District 37
360010144022032, District 37
360010144011058, District 37
360010144022031, District 37
360010144012037, District 37
360010144011021, District 37
360010144011066, District 37
360010144011064, District 37
360010144021008, District 37
360010144022037, District 37
360010144021011, District 37
360010130002008, District 18
360010130005023, District 18
360010128001015, District 17
360010130004004, District 16
360010130001001, District 18
360010129001015, District 18
360010129003007, District 18
360010129003006, District 18
360010129003003, District 18
360010130003008, District 18
360010130003004, District 17
360010130004003, District 16

360010128003010, District 17
360010128004015, District 17
360010128003006, District 17
360010129002018, District 17
360010130005010, District 18
360010130003000, District 18
360010127002005, District 17
360010129004002, District 18
360010127001019, District 17
360010127001020, District 17
360010127003000, District 17
360010127002021, District 17
360010130001014, District 18
360010127002002, District 17
360010135052000, District 21
360010137031062, District 22
360010135032015, District 18
360010136021000, District 14
360010136021056, District 14
360010140013004, District 26
360010140011005, District 24
360010136023026, District 14
360010138016014, District 27
360010136014008, District 21
360010137031137, District 22
360010136021036, District 14
360010135072000, District 22
360010136014011, District 21
360010136023014, District 14
360010135063003, District 20
360010138012029, District 27
360010137052007, District 24
360010135083036, District 19
360010135083032, District 19
360010137052002, District 24
360010137052009, District 24
360010135063008, District 20
360010139011017, District 26

360010138017006, District 27
360010136011013, District 15
360010137031082, District 22
360010137031080, District 22
360010136014028, District 14
360010137072039, District 25
360010135061048, District 16
360010137061021, District 25
360010135061060, District 16
360010137031073, District 22
360010138022000, District 22
360010135033013, District 20
360010137031079, District 22
360010136014033, District 21
360010137031058, District 22
360010136014009, District 21
360010136021016, District 14
360010137031088, District 22
360010137031003, District 22
360010140023010, District 25
360010136013003, District 21
360010137072030, District 23
360010136011047, District 14
360010136014010, District 21
360010136014018, District 14
360010137031112, District 22
360010137053029, District 25
360010137054013, District 25
360010136022008, District 14
360010137031021, District 22
360010138021024, District 22
360010138021019, District 22
360010139023012, District 23
360010137073019, District 23
360010139012014, District 26
360010139012005, District 26
360010139021016, District 23
360010139021004, District 23
360010139022004, District 26
360010139022005, District 26
360010004041009, District 12
360010026004017, District 1
360010017001018, District 10

360010001001037, District 3
360010020005037, District 1
360010020002001005, District 3
360010004034014, District 11
360010011001053, District 6
360010014003013, District 5
360010004034011, District 11
360010004034026, District 11
360010004034054, District 11
360010020005026, District 1
360010011001026, District 6
360010020005043, District 1
360010003001005, District 12
360010003001023, District 11
360010003001032, District 11
360010003003022, District 3
360010011001144, District 6
360010003001033, District 12
360010014003027, District 5
360010004034058, District 11
360010004011062, District 12
360010004011006, District 12
360010017001002, District 13
360010002001026, District 3
360010004011024, District 12
360010004011068, District 12
360010003004018, District 3
360010003004011, District 3
360010003003011, District 3
360010004032013, District 13
360010017001013, District 10
360010017001016, District 10
360010017003000, District 10
360010017001021, District 10
360010017002007, District 10
360010017002001, District 10
360010005022019, District 13
360010016004001, District 10
360010019013008, District 8
360010001001049, District 3
360010001001003, District 3
360010026004040, District 1
360010026001006, District 1

360010026003001, District 1
360010026004031, District 1
360010023002019, District 6
360010025005005, District 1
360010026003016, District 1
360010025003005, District 6
360010025003011, District 6
360010025003009, District 6
360010011001132, District 6
360010004011078, District 12
360010003001020, District 11
360010020005008, District 9
360010020004005, District 8
360010016003000, District 7
360010004011012, District 12
360010011001145, District 6
360010011001124, District 6
360010011001146, District 6
360010025001029, District 6
360010019023004, District 9
360010025003014, District 6
360010018022000, District 11
360010018021004, District 11
360010020005010, District 9
360010003003016, District 3
360010020001003, District 8
360010025002012, District 6
360010007001001, District 3
360010008001002, District 2
360010017003012, District 8
360010019022002, District 10
360010018015004, District 9
360010004034025, District 11
360010004034023, District 11
360010014003003, District 5
360010018013021, District 10
360010004034003, District 11
360010019022003, District 10
360010011001051, District 6
360010014003018, District 5
360010003001037, District 11
360010020005007, District 9
360010004041024, District 12

360010004034022, District 11
360010003003036, District 3
360010011001103, District 6
360010001002000, District 3
360010003001015, District 3
360010003001028, District 12
360010005022002, District 13
360010026004010, District 1
360010003003029, District 3
360010011001086, District 6
360010018022005, District 11
360010005022011, District 13
360010005022018, District 13
360010005014001, District 13
360010005022012, District 13
360010005012004, District 4
360010005012001, District 4
360010016001008, District 7
360010016001007, District 7
360010005011004, District 13
360010015001000, District 7
360010015004006, District 5
360010015004003, District 8
360010015003005, District 5
360010014003022, District 5
360010021003001, District 5
360010025003008, District 6
360010026004039, District 1
360010004033001, District 11
360010004033003, District 13
360010004031005, District 13
360010003001035, District 12
360010001001031, District 3
360010002004011, District 6
360010002004010, District 6
360010011001017, District 6
360010011001106, District 6
360010001001023, District 3
360010003003038, District 3
360010018022030, District 11
360010003003032, District 3
360010001001013, District 3
360010003003000, District 3

360010003003001, District 3
360010003003003, District 3
360010003003004, District 3
360010004011056, District 12
360010001002006, District 3
360010148011054, District 39
360010148011042, District 39
360010148012022, District 39
360010148012031, District 39
360010148012004, District 39
360010148012003, District 39
360010148012017, District 39
360010148012011, District 39
360010148012034, District 39
360010148012038, District 39
360010148012083, District 39
360010148012058, District 39
360010148011124, District 39
360010148012015, District 39
360010148011049, District 39
360010148012043, District 39
360010148011058, District 39
360010148012039, District 39
360010148011062, District 31
360010148011066, District 39
360010148011110, District 31
360010148012059, District 39
360010148011163, District 39
360010148011165, District 39
360010148011166, District 39
360010148011178, District 39
360010148011028, District 39
360010148011035, District 39
360010148012028, District 39
360010148011015, District 31
360010148011033, District 39
360010148011053, District 39
360010148011001, District 31
360010148011018, District 39
360010148011068, District 31
360010148011097, District 31
360010148011117, District 39
360010148011129, District 39

360010148011140, District 39
360010148011151, District 39
360010148011021, District 39
360010148011147, District 39
360010148011145, District 39
360010143023005, District 35
360010143011025, District 36
360010142035013, District 38
360010143024031, District 38
360010143024072, District 36
360010142012032, District 36
360010142035014, District 38
360010143022022, District 38
360010143024020, District 38
360010143012054, District 36
360010142014022, District 36
360010142013024, District 35
360010142014006, District 36
360010142011001, District 34
360010142014023, District 36
360010141004023, District 9
360010142024000, District 33
360010141004000, District 9
360010143022012, District 36
360010143022031, District 36
360010143024029, District 36
360010143012030, District 36
360010143012035, District 36
360010143012036, District 36
360010143011003, District 36
360010143011035, District 36
360010143021003, District 36
360010143012074, District 36
360010143012063, District 36
360010143012014, District 36
360010143024095, District 36
360010143024062, District 36
360010141002019, District 9
360010143023000, District 35
360010143023009, District 35
360010143021022, District 36
360010143021030, District 36
360010142035011, District 35

| | | |
|---|---|---|
| 360010142023006, District 33 | 360010144013034, District 37 | 360010140011017, District 24 |
| 360010143024008, District 38 | 360010144013020, District 37 | 360010140021001, District 24 |
| 360010142032024, District 35 | 360010144013024, District 37 | 360010137031095, District 22 |
| 360010018023015, District 11 | 360010144011073, District 37 | 360010135072014, District 22 |
| 360010018023010, District 11 | 360010128002008, District 17 | 360010140022001, District 24 |
| 360010018014013, District 10 | 360010127003015, District 17 | 360010137051015, District 24 |
| 360010018015029, District 9 | 360010127003004, District 17 | 360010135083027, District 19 |
| 360010018014014, District 10 | 360010128001001, District 17 | 360010135061003, District 16 |
| 360010018014017, District 10 | 360010127001001, District 17 | 360010135081010, District 19 |
| 360010026003021, District 1 | 360010127003003, District 17 | 360010137051010, District 24 |
| 360010018012012, District 10 | 360010127002013, District 17 | 360010137054006, District 25 |
| 360010002002008, District 2 | 360010127002023, District 17 | 360010135051004, District 21 |
| 360010002004009, District 6 | 360010129001003, District 18 | 360010135083058, District 19 |
| 360010011001089, District 6 | 360010129002009, District 17 | 360010135081017, District 19 |
| 360010002001003, District 3 | 360010135072009, District 22 | 360010135031010, District 19 |
| 360010001002003, District 3 | 360010136011018, District 14 | 360010135063005, District 20 |
| 360010001002004, District 3 | 360010138017019, District 26 | 360010135081020, District 18 |
| 360010002001010, District 3 | 360010140012006, District 26 | 360010135081016, District 19 |
| 360010004011000, District 12 | 360010139011013, District 26 | 360010135031000, District 19 |
| 360010011001052, District 6 | 360010135071001, District 22 | 360010135061022, District 20 |
| 360010018014010, District 10 | 360010137031011, District 22 | 360010135031002, District 19 |
| 360010004034051, District 11 | 360010137031053, District 22 | 360010135063017, District 20 |
| 360010004033007, District 11 | 360010139022008, District 26 | 360010135051003, District 21 |
| 360010018014006, District 10 | 360010139023013, District 26 | 360010135051008, District 21 |
| 360010018013025, District 10 | 360010140013003, District 26 | 360010020004002, District 8 |
| 360010018013017, District 10 | 360010138022002, District 22 | 360010020004006, District 9 |
| 360010003001045, District 11 | 360010137031013, District 22 | 360010020001006, District 8 |
| 360010143021005, District 36 | 360010137031012, District 22 | 360010020002004, District 1 |
| 360010143012029, District 36 | 360010135083043, District 22 | 360010020005025, District 1 |
| 360010141002010, District 9 | 360010138022011, District 22 | 360010002001036, District 3 |
| 360010144011076, District 37 | 360010138016001, District 27 | 360010007001007, District 3 |
| 360010144021000, District 37 | 360010135082014, District 19 | 360010011001152, District 2 |
| 360010144013050, District 37 | 360010135082004, District 19 | 360010020005028, District 1 |
| 360010144022005, District 37 | 360010135082006, District 19 | 360010003002002, District 4 |
| 360010144011001, District 37 | 360010135082017, District 19 | 360010007002002, District 4 |
| 360010144012010, District 37 | 360010135082019, District 19 | 360010007002001, District 4 |
| 360010144022025, District 37 | 360010135082033, District 19 | 360010006003017, District 5 |
| 360010144012060, District 37 | 360010139023015, District 26 | 360010008003005, District 4 |
| 360010144012061, District 37 | 360010140013014, District 26 | 360010008003004, District 4 |
| 360010144021001, District 37 | 360010137031122, District 26 | 360010008003000, District 4 |
| 360010144013052, District 37 | 360010140011014, District 24 | 360010021001001, District 5 |
| 360010144013058, District 37 | 360010135031013, District 19 | 360010008001005, District 2 |
| 360010144011051, District 37 | 360010138015009, District 27 | 360010014002002, District 2 |

| | | |
|---|---|---|
| 360010008001009, District 2 | 360010139022010, District 26 | 360010002002001, District 2 |
| 360010022001000, District 5 | 360010139022002, District 26 | 360010002001018, District 3 |
| 360010022001004, District 5 | 360010139012007, District 26 | 360010002001009, District 3 |
| 360010007003005, District 2 | 360010139023024, District 26 | 360010007003003, District 3 |
| 360010002002003, District 2 | 360010139011020, District 26 | 360010002002004, District 2 |
| 360010002001013, District 3 | 360010139023023, District 26 | 360010002001030, District 3 |
| 360010002001043, District 2 | 360010139011019, District 26 | 360010008001003, District 2 |
| 360010002004002, District 2 | 360010139011010, District 26 | 360010144022039, District 37 |
| 360010018015001, District 9 | 360010137031031, District 23 | 360010129002004, District 17 |
| 360010018024011, District 11 | 360010137031056, District 22 | 360010128001019, District 17 |
| 360010018024013, District 11 | 360010137031033, District 23 | 360010128001016, District 17 |
| 360010145022051, District 38 | 360010147001040, District 31 | 360010127002019, District 17 |
| 360010145023021, District 38 | 360010147001039, District 31 | 360010128001021, District 17 |
| 360010145023020, District 38 | 360010147001031, District 31 | 360010127002020, District 17 |
| 360010145011024, District 33 | 360010147002011, District 31 | 360010127002024, District 17 |
| 360010145011078, District 38 | 360010147002072, District 31 | 360010130004005, District 16 |
| 360010145022023, District 38 | 360010147002021, District 31 | 360010130002004, District 18 |
| 360010145022017, District 38 | 360010147002018, District 31 | 360010130002006, District 18 |
| 360010145021022, District 38 | 360010147002042, District 31 | 360010130002003, District 18 |
| 360010145012022, District 33 | 360010147002030, District 31 | 360010130002010, District 18 |
| 360010145011108, District 38 | 360010147002081, District 39 | 360010130005018, District 18 |
| 360010145023047, District 38 | 360010145011033, District 38 | 360010130002000, District 18 |
| 360010145011084, District 38 | 360010006002004, District 4 | 360010130004012, District 16 |
| 360010145011081, District 38 | 360010006001005, District 4 | 360010130001000, District 18 |
| 360010145011106, District 38 | 360010014003000, District 5 | 360010129001021, District 18 |
| 360010148012042, District 39 | 360010007004001, District 4 | 360010129001005, District 18 |
| 360010148012029, District 39 | 360010007004000, District 4 | 360010130001015, District 18 |
| 360010148011156, District 39 | 360010008003003, District 4 | 360010130002011, District 18 |
| 360010148011043, District 39 | 360010008002007, District 2 | 360010147002096, District 39 |
| 360010148011177, District 39 | 360010007004005, District 2 | 360010147002039, District 31 |
| 360010148011119, District 39 | 360010021002004, District 8 | 360010147001007, District 31 |
| 360010148012005, District 39 | 360010021001005, District 5 | 360010147001006, District 31 |
| 360010148012008, District 39 | 360010014001000, District 2 | 360010147001009, District 31 |
| 360010148012009, District 39 | 360010022002002, District 5 | 360010147001056, District 31 |
| 360010148012014, District 39 | 360010014001003, District 5 | 360010147001054, District 31 |
| 360010139011028, District 26 | 360010022001008, District 5 | 360010147002097, District 39 |
| 360010139012004, District 26 | 360010014001006, District 5 | 360010147002105, District 39 |
| 360010138017020, District 26 | 360010022001006, District 5 | 360010147002087, District 39 |
| 360010139021015, District 26 | 360010023001003, District 6 | 360010003001027, District 12 |
| 360010139021012, District 23 | 360010007003010, District 2 | 360010004041014, District 12 |
| 360010139021017, District 26 | 360010008001000, District 2 | 360010018012008, District 10 |
| 360010139023026, District 26 | 360010007003011, District 2 | 360010004011005, District 12 |
| 360010139021008, District 23 | 360010007003001, District 3 | 360010014003025, District 5 |

| | | |
|---|---|---|
| 360010004011004, District 12 | 360010132004009, District 15 | 360010138013008, District 27 |
| 360010004031001, District 13 | 360010134001009, District 15 | 360010138013011, District 26 |
| 360010005014005, District 13 | 360010134002007, District 15 | 360010138012030, District 27 |
| 360010004031011, District 13 | 360010134002011, District 15 | 360010140013023, District 26 |
| 360010003004009, District 3 | 360010134001004, District 14 | 360010135072007, District 22 |
| 360010003004026, District 3 | 360010134003021, District 15 | 360010135062009, District 20 |
| 360010004032010, District 13 | 360010134003039, District 15 | 360010140024010, District 25 |
| 360010004032004, District 13 | 360010134003016, District 15 | 360010136011003, District 15 |
| 360010017001020, District 10 | 360010132001015, District 16 | 360010136011004, District 15 |
| 360010005022008, District 13 | 360010132001018, District 16 | 360010011026, District 14 |
| 360010017002012, District 10 | 360010132001024, District 16 | 360010148022048, District 39 |
| 360010017001024, District 13 | 360010148032027, District 39 | 360010148022013, District 39 |
| 360010017001000, District 13 | 360010148032060, District 39 | 360010148023028, District 39 |
| 360010017003003, District 10 | 360010148032019, District 39 | 360010148021025, District 39 |
| 360010144012031, District 37 | 360010148032010, District 39 | 360010134003032, District 15 |
| 360010144011020, District 37 | 360010148031046, District 39 | 360010132001027, District 15 |
| 360010144013017, District 37 | 360010142011000, District 34 | 360010134003002, District 15 |
| 360010144011041, District 37 | 360010141002018, District 9 | 360010132001011, District 16 |
| 360010144011026, District 37 | 360010141002013, District 9 | 360010132004003, District 15 |
| 360010144011012, District 37 | 360010141001012, District 9 | 360010134003036, District 15 |
| 360010144021010, District 37 | 360010142023032, District 33 | 360010132004006, District 15 |
| 360010144011018, District 37 | 360010143024017, District 38 | 360010134003055, District 15 |
| 360010144011006, District 37 | 360010143024021, District 38 | 360010132004005, District 15 |
| 360010144011004, District 37 | 360010143012053, District 36 | 360010134003029, District 14 |
| 360010131001000, District 16 | 360010143021049, District 36 | 360010133003036, District 15 |
| 360010131002013, District 16 | 360010143024033, District 36 | 360010133002007, District 16 |
| 360010131003010, District 16 | 360010143021050, District 36 | 360010148011089, District 39 |
| 360010131003004, District 16 | 360010143012059, District 36 | 360010148012084, District 39 |
| 360010131001011, District 16 | 360010135072013, District 22 | 360010148012040, District 39 |
| 360010131001026, District 16 | 360010137031041, District 22 | 360010148012056, District 39 |
| 360010131001056, District 16 | 360010136015010, District 15 | 360010148011081, District 39 |
| 360010131002016, District 16 | 360010136013008, District 21 | 360010148011016, District 31 |
| 360010131003001, District 16 | 360010137031114, District 23 | 360010148011146, District 39 |
| 360010131001013, District 16 | 360010136023011, District 14 | 360010148011039, District 39 |
| 360010131003024, District 16 | 360010138015016, District 27 | 360010148012062, District 39 |
| 360010131001015, District 16 | 360010138017016, District 27 | 360010148011139, District 39 |
| 360010131001033, District 16 | 360010138011001, District 27 | 360010148011031, District 39 |
| 360010131001017, District 16 | 360010138011002, District 27 | 360010148011106, District 39 |
| 360010131003028, District 16 | 360010135083000, District 19 | 360010148011141, District 39 |
| 360010131001047, District 16 | 360010138023002, District 22 | 360010139012017, District 26 |
| 360010146075036, District 12 | 360010138011012, District 27 | 360010135061010, District 16 |
| 360010146081037, District 30 | 360010138012018, District 27 | 360010138016017, District 27 |
| 360010146133004, District 31 | 360010138012019, District 27 | 360010135083033, District 19 |

| | | |
|---|---|---|
| 360010135063019, District 20 | 360010148012081, District 39 | 360010015003004, District 5 |
| 360010135051021, District 21 | 360010148011174, District 39 | 360010019011001, District 8 |
| 360010135062017, District 20 | 360010148011065, District 31 | 360010015004004, District 5 |
| 360010140012012, District 26 | 360010148011004, District 31 | 360010015002004, District 5 |
| 360010140012009, District 26 | 360010148011118, District 39 | 360010015001005, District 7 |
| 360010140021000, District 24 | 360010148011121, District 39 | 360010021001003, District 5 |
| 360010140021005, District 24 | 360010148012000, District 39 | 360010025001028, District 6 |
| 360010140022014, District 24 | 360010148012006, District 39 | 360010025001000, District 6 |
| 360010140022013, District 24 | 360010138021026, District 22 | 360010018024001, District 11 |
| 360010140011011, District 25 | 360010136021035, District 14 | 360010006003002, District 4 |
| 360010140022020, District 24 | 360010137073013, District 23 | 360010006003006, District 4 |
| 360010137054003, District 24 | 360010138017029, District 27 | 360010011001064, District 2 |
| 360010140022015, District 24 | 360010136014027, District 14 | 360010017002009, District 10 |
| 360010140023003, District 25 | 360010135061015, District 16 | 360010006001000, District 4 |
| 360010140023004, District 25 | 360010135083014, District 19 | 360010007003007, District 4 |
| 360010135032012, District 18 | 360010135072002, District 22 | 360010021003005, District 5 |
| 360010136021033, District 14 | 360010136021050, District 14 | 360010021001000, District 5 |
| 360010140011007, District 24 | 360010139011015, District 26 | 360010021001002, District 5 |
| 360010137051001, District 24 | 360010135083046, District 19 | 360010007003000, District 3 |
| 360010145022010, District 38 | 360010135083042, District 22 | 360010007001010, District 3 |
| 360010145022042, District 38 | 360010137052021, District 24 | 360010138017028, District 27 |
| 360010145022032, District 38 | 360010137071012, District 23 | 360010139011005, District 26 |
| 360010145022045, District 38 | 360010137031083, District 22 | 360010140024018, District 25 |
| 360010145022063, District 38 | 360010135083022, District 19 | 360010139011027, District 26 |
| 360010145022066, District 38 | 360010147002020, District 31 | 360010136021040, District 14 |
| 360010145021026, District 38 | 360010147002069, District 31 | 360010137031076, District 22 |
| 360010145021025, District 38 | 360010145031018, District 33 | 360010137031075, District 22 |
| 360010145011007, District 33 | 360010145023028, District 38 | 360010135062003, District 20 |
| 360010145011109, District 33 | 360010145012021, District 33 | 360010138021025, District 22 |
| 360010145032007, District 33 | 360010145011064, District 38 | 360010137031087, District 22 |
| 360010145032004, District 33 | 360010145022043, District 38 | 360010137031009, District 22 |
| 360010145011002, District 33 | 360010145023027, District 38 | 360010137061026, District 25 |
| 360010145023050, District 38 | 360010145021047, District 38 | 360010135062004, District 20 |
| 360010002001039, District 6 | 360010005022010, District 13 | 360010139012018, District 26 |
| 360010011001014, District 6 | 360010005022015, District 13 | 360010137053003, District 25 |
| 360010011001105, District 6 | 360010005013001, District 13 | 360010136014002, District 21 |
| 360010011001004, District 3 | 360010005021003, District 13 | 360010140024012, District 25 |
| 360010001001053, District 3 | 360010016001002, District 7 | 360010136011020, District 14 |
| 360010002001035, District 6 | 360010005012000, District 13 | 360010136014013, District 14 |
| 360010018015007, District 10 | 360010015004000, District 7 | 360010145011110, District 38 |
| 360010018013023, District 10 | 360010019012000, District 8 | 360010145022074, District 38 |
| 360010017001019, District 10 | 360010015003000, District 7 | 360010145022015, District 38 |
| 360010148011111, District 31 | 360010015003001, District 7 | 360010145011034, District 38 |

| | | |
|---|---|---|
| 360010145011037, District 38 | 360010148011161, District 39 | 360010145032012, District 33 |
| 360010145012008, District 33 | 360010148012027, District 39 | 360010018024017, District 11 |
| 360010145032002, District 33 | 360010148012055, District 39 | 360010018024006, District 11 |
| 360010145021002, District 38 | 360010148011173, District 39 | 360010018024010, District 11 |
| 360010145011072, District 38 | 360010148011024, District 39 | 360010004034030, District 11 |
| 360010135051006, District 21 | 360010148011025, District 39 | 360010018022007, District 11 |
| 360010135051007, District 21 | 360010148011008, District 31 | 360010018023012, District 11 |
| 360010135051018, District 21 | 360010148012024, District 39 | 360010018023003, District 11 |
| 360010135051023, District 21 | 360010135083018, District 19 | 360010017002013, District 10 |
| 360010135061035, District 20 | 360010135082016, District 19 | 360010018023018, District 11 |
| 360010140012000, District 26 | 360010135082018, District 19 | 360010018022002, District 11 |
| 360010140013027, District 26 | 360010135082032, District 19 | 360010018022011, District 11 |
| 360010140012013, District 26 | 360010139022006, District 26 | 360010018014004, District 9 |
| 360010140021008, District 25 | 360010137031093, District 22 | 360010018015028, District 9 |
| 360010140021010, District 25 | 360010137031105, District 23 | 360010018014011, District 10 |
| 360010140024001, District 25 | 360010139023035, District 26 | 360010018021000, District 11 |
| 360010140021002, District 24 | 360010140013010, District 26 | 360010018012007, District 10 |
| 360010140024008, District 25 | 360010137031128, District 26 | 360010014001002, District 5 |
| 360010140023001, District 25 | 360010135051001, District 21 | 360010002003002, District 2 |
| 360010135032004, District 18 | 360010137051013, District 24 | 360010011001067, District 2 |
| 360010138012011, District 27 | 360010135071019, District 22 | 360010011001075, District 5 |
| 360010137052015, District 24 | 360010135071015, District 20 | 360010002003005, District 2 |
| 360010138017026, District 27 | 360010135083005, District 19 | 360010005022003, District 13 |
| 360010138012008, District 27 | 360010135083021, District 19 | 360010001002001, District 3 |
| 360010136011000, District 15 | 360010135031007, District 19 | 360010001001014, District 3 |
| 360010135061045, District 24 | 360010135032029, District 19 | 360010001001009, District 3 |
| 360010138016022, District 27 | 360010135083069, District 20 | 360010004011047, District 12 |
| 360010145022041, District 38 | 360010135063010, District 20 | 360010018011004, District 11 |
| 360010145022034, District 38 | 360010135032019, District 18 | 360010018012002, District 10 |
| 360010145022036, District 38 | 360010135081018, District 19 | 360010018014008, District 10 |
| 360010145031017, District 33 | 360010145023017, District 38 | 360010130002018, District 18 |
| 360010145021029, District 38 | 360010145021005, District 38 | 360010130005008, District 18 |
| 360010145023046, District 38 | 360010145011076, District 38 | 360010129004000, District 18 |
| 360010145032045, District 38 | 360010145011033, District 33 | 360010129004007, District 18 |
| 360010148023058, District 39 | 360010145021017, District 38 | 360010130003009, District 18 |
| 360010148021010, District 39 | 360010145021015, District 38 | 360010128004014, District 17 |
| 360010148021018, District 39 | 360010145011096, District 38 | 360010128003012, District 17 |
| 360010148021054, District 39 | 360010145012003, District 33 | 360010128001008, District 17 |
| 360010148012026, District 39 | 360010145023000, District 38 | 360010128003005, District 17 |
| 360010148012025, District 39 | 360010145022000, District 38 | 360010128003016, District 17 |
| 360010148012023, District 39 | 360010145011068, District 38 | 360010130002012, District 18 |
| 360010148011080, District 39 | 360010145021039, District 38 | 360010129002016, District 17 |
| 360010148011096, District 39 | 360010145011036, District 38 | 360010129004005, District 18 |

360010128001002, District 17
360010127002001, District 17
360010127002014, District 17
360010127002018, District 17
360010127001010, District 17
360010127001008, District 17
360010127002003, District 17
360010136014016, District 14
360010138022005, District 22
360010147001019, District 31
360010147002002, District 31
360010147001000, District 31
360010147002052, District 31
360010147001032, District 31
360010147001045, District 31
360010147001020, District 31
360010147001028, District 31
360010017003010, District 8
360010016004009, District 8
360010019013004, District 8
360010019013010, District 8
360010019022006, District 8
360010026001003, District 1
360010026002001, District 6
360010025003013, District 6
360010023001006, District 1
360010026003000, District 1
360010026003002, District 1
360010026004022, District 1
360010026004019, District 1
360010023002021, District 6
360010025003012, District 6
360010025004000, District 1
360010026003015, District 1
360010025003010, District 6
360010025002014, District 6
360010025003003, District 6
360010003001025, District 11
360010016004005, District 8
360010020005004, District 9
360010011001129, District 6
360010025003002, District 6
360010002001049, District 3

360010018021001, District 11
360010003004012, District 3
360010020004003, District 9
360010144011033, District 37
360010144011030, District 37
360010144022013, District 37
360010144011027, District 37
360010144012044, District 37
360010144012036, District 37
360010144012027, District 37
360010144013039, District 37
360010144012065, District 37
360010144022024, District 37
360010144022055, District 37
360010146061004, District 29
360010146151012, District 29
360010146081033, District 32
360010146063006, District 29
360010146081032, District 32
360010146151015, District 32
360010146112015, District 29
360010146111002, District 32
360010146112009, District 29
360010146132025, District 31
360010146093012, District 32
360010148031019, District 39
360010148032023, District 39
360010148031101, District 39
360010148031104, District 39
360010148031148, District 39
360010148031098, District 39
360010148031070, District 39
360010148031152, District 39
360010148031099, District 39
360010148032050, District 39
360010143024027, District 36
360010143012048, District 36
360010143011032, District 36
360010141004009, District 9
360010143012066, District 36
360010143012065, District 36
360010143012070, District 36
360010142033018, District 34

360010142033016, District 35
360010143024037, District 36
360010143024026, District 36
360010142031019, District 34
360010143023019, District 35
360010143011021, District 36
360010143023023, District 35
360010141001009, District 11
360010143021029, District 35
360010141002030, District 9
360010141004005, District 9
360010141003020, District 34
360010137031130, District 26
360010137052001, District 24
360010137073008, District 23
360010137071006, District 23
360010137072031, District 23
360010137072026, District 23
360010137052018, District 24
360010137053005, District 25
360010136013011, District 21
360010135051014, District 21
360010135052027, District 21
360010136013019, District 21
360010137053015, District 25
360010137061024, District 25
360010137061028, District 25
360010136011045, District 14
360010136011043, District 14
360010136011023, District 14
360010135052029, District 21
360010136013009, District 21
360010136013001, District 21
360010137053006, District 25
360010136014001, District 21
360010137072028, District 23
360010137072040, District 23
360010133003035, District 15
360010133001002, District 16
360010133003028, District 15
360010133001009, District 16
360010132001005, District 16
360010132001006, District 16

360010133001012, District 16
360010132003016, District 15
360010134003045, District 15
360010132001013, District 16
360010132001003, District 16
360010132003009, District 16
360010132001016, District 16
360010132002009, District 16
360010133003021, District 15
360010132005011, District 15
360010134002000, District 14
360010133004008, District 15
360010133004016, District 15
360010134002001, District 14
360010134002003, District 14
360010134002015, District 14
360010132004007, District 15
360010134002008, District 15
360010134001007, District 14
360010134001012, District 14
360010134003000, District 15
360010132001023, District 16
360010132004012, District 15
360010133003007, District 15
360010143012055, District 36
360010143024061, District 38
360010142023034, District 33
360010143021000, District 36
360010142035028, District 38
360010142012000, District 35
360010142035007, District 35
360010142023033, District 33
360010143024060, District 36
360010143022007, District 36
360010143021044, District 36
360010141004016, District 9
360010143022033, District 36
360010143011011, District 36
360010143011017, District 36
360010135033002, District 16
360010139023027, District 26
360010137031020, District 22
360010135083019, District 19

360010135081001, District 18
360010138017008, District 27
360010138017025, District 27
360010138016027, District 27
360010138016004, District 27
360010138016003, District 27
360010138015004, District 27
360010138016015, District 27
360010135033010, District 20
360010135083059, District 19
360010145023048, District 38
360010145021007, District 38
360010145011014, District 33
360010148021030, District 39
360010148023003, District 39
360010148023054, District 39
360010148021031, District 39
360010148021041, District 39
360010148021060, District 39
360010148021070, District 39
360010148012071, District 39
360010148012061, District 39
360010148012016, District 39
360010148012021, District 39
360010148011102, District 39
360010148011095, District 39
360010148012050, District 39
360010148011083, District 39
360010148011000, District 31
360010148011063, District 31
360010148011100, District 31
360010148011162, District 39
360010135032013, District 18
360010135083010, District 19
360010135083020, District 19
360010137054010, District 25
360010140023008, District 25
360010140023011, District 25
360010140023015, District 25
360010136021005, District 14
360010137061001, District 25
360010136012014, District 14
360010135052002, District 21

360010136011024, District 14
360010137031121, District 23
360010137051004, District 24
360010136021001, District 14
360010137054016, District 25
360010145022049, District 38
360010145012010, District 33
360010145022068, District 38
360010145022052, District 38
360010145032016, District 33
360010145011062, District 38
360010145022075, District 38
360010145032035, District 33
360010002001019, District 3
360010008001001, District 2
360010001001020, District 3
360010018024016, District 11
360010018023005, District 11
360010018023014, District 11
360010018024014, District 11
360010018012006, District 10
360010018012020, District 10
360010018014015, District 10
360010018021005, District 11
360010018012001, District 10
360010011001063, District 2
360010014001008, District 5
360010014001007, District 5
360010002004013, District 2
360010002004012, District 6
360010001001028, District 3
360010001001008, District 3
360010001001007, District 3
360010004011017, District 12
360010004034050, District 11
360010004034053, District 11
360010018012009, District 10
360010018012023, District 11
360010018011007, District 10
360010136021054, District 14
360010138016024, District 27
360010137073012, District 23
360010140011011, District 24

| | | |
|---|---|---|
| 360010137054012, District 25 | 360010138012023, District 27 | 360010138012000, District 27 |
| 360010137031125, District 26 | 360010138012013, District 27 | 360010135032005, District 18 |
| 360010137072019, District 23 | 360010139023029, District 26 | 360010145011025, District 38 |
| 360010137061011, District 25 | 360010140022009, District 24 | 360010145011052, District 38 |
| 360010137053022, District 25 | 360010137031004, District 22 | 360010145031006, District 33 |
| 360010136011048, District 14 | 360010137031017, District 22 | 360010145011092, District 38 |
| 360010138021014, District 22 | 360010148021033, District 39 | 360010145032025, District 33 |
| 360010135032010, District 18 | 360010148021072, District 39 | 360010145011035, District 38 |
| 360010135032008, District 18 | 360010148022035, District 39 | 360010145031007, District 33 |
| 360010135061017, District 20 | 360010148021019, District 39 | 360010145031011, District 33 |
| 360010139012002, District 26 | 360010148021002, District 39 | 360010145021000, District 38 |
| 360010139023000, District 23 | 360010148023026, District 39 | 360010145021011, District 38 |
| 360010139023036, District 26 | 360010148021052, District 39 | 360010145023016, District 38 |
| 360010139011025, District 26 | 360010148021050, District 39 | 360010145012023, District 33 |
| 360010138022014, District 22 | 360010148021049, District 39 | 360010145031013, District 33 |
| 360010138022013, District 22 | 360010148011076, District 31 | 360010145021021, District 38 |
| 360010145023041, District 38 | 360010148011050, District 39 | 360010145031021, District 33 |
| 360010145011090, District 38 | 360010148011442, District 39 | 360010145011015, District 33 |
| 360010145011023, District 33 | 360010148011073, District 31 | 360010018013002, District 10 |
| 360010145011077, District 38 | 360010148011120, District 31 | 360010018013016, District 10 |
| 360010145011071, District 38 | 360010148011125, District 39 | 360010018013009, District 10 |
| 360010145032019, District 33 | 360010148011143, District 39 | 360010018013026, District 10 |
| 360010145032024, District 33 | 360010148011149, District 39 | 360010017004012, District 10 |
| 360010145021045, District 38 | 360010148011150, District 39 | 360010017004006, District 10 |
| 360010145011049, District 38 | 360010148011134, District 39 | 360010017004004, District 10 |
| 360010145011107, District 38 | 360010148011109, District 31 | 360010003001000, District 3 |
| 360010145032034, District 33 | 360010135072016, District 22 | 360010004034057, District 11 |
| 360010145011091, District 38 | 360010138016029, District 27 | 360010004034047, District 11 |
| 360010145032020, District 33 | 360010135032007, District 18 | 360010003001055, District 11 |
| 360010145011087, District 38 | 360010140012016, District 26 | 360010003001054, District 11 |
| 360010145011088, District 38 | 360010140013028, District 26 | 360010004033006, District 11 |
| 360010138021016, District 22 | 360010140012010, District 26 | 360010004033002, District 13 |
| 360010135032000, District 18 | 360010135032001, District 18 | 360010011001001, District 3 |
| 360010138016005, District 27 | 360010137053026, District 25 | 360010011001011, District 6 |
| 360010135083055, District 19 | 360010137073014, District 23 | 360010011001047, District 6 |
| 360010138016016, District 27 | 360010135033001, District 16 | 360010011001112, District 6 |
| 360010138017011, District 27 | 360010135083068, District 20 | 360010011001023, District 6 |
| 360010138021013, District 22 | 360010137073002, District 23 | 360010018022028, District 11 |
| 360010138011005, District 27 | 360010135083049, District 19 | 360010003003031, District 3 |
| 360010138023007, District 27 | 360010135083003, District 19 | 360010003003013, District 3 |
| 360010138021023, District 22 | 360010137073010, District 23 | 360010003003017, District 3 |
| 360010138023001, District 22 | 360010135083071, District 20 | 360010015001007, District 5 |
| 360010138012005, District 27 | 360010135061050, District 16 | 360010003001044, District 13 |

360010136022006, District 14
360010138012003, District 27
360010137071001, District 23
360010137073001, District 23
360010135061009, District 16
360010140011002, District 24
360010135052031, District 21
360010136021017, District 14
360010136021047, District 14
360010137053032, District 25
360010135083041, District 22
360010137073021, District 23
360010135083002, District 19
360010135083009, District 19
360010136011039, District 14
360010136011036, District 14
360010136021030, District 14
360010135083074, District 20
360010147001035, District 31
360010147001029, District 31
360010147001037, District 31
360010147002023, District 31
360010147002022, District 31
360010147002017, District 31
360010147002060, District 31
360010147002053, District 31
360010147002044, District 31
360010147002071, District 31
360010003003040, District 3
360010020005031, District 1
360010001001030, District 3
360010026001009, District 1
360010026003005, District 1
360010026002003, District 1
360010025001031, District 6
360010011001127, District 6
360010018015022, District 10
360010002001011, District 3
360010011001081, District 6
360010022002000, District 5
360010011001018, District 6
360010002001021, District 3
360010004011049, District 12

360010003001042, District 11
360010011001038, District 6
360010014003010, District 5
360010004011057, District 12
360010011001139, District 6
360010004034004, District 12
360010004011059, District 12
360010019022007, District 8
360010144022029, District 37
360010144022044, District 37
360010144021017, District 37
360010144012053, District 37
360010144011047, District 37
360010144012040, District 37
360010144022027, District 37
360010144012064, District 37
360010144013014, District 37
360010144013009, District 37
360010144013019, District 37
360010144013027, District 37
360010144012012, District 37
360010144012045, District 37
360010128002009, District 17
360010146063030, District 31
360010146081024, District 30
360010146081000, District 32
360010146132001, District 31
360010146071011, District 28
360010146075005, District 28
360010146075046, District 12
360010146144019, District 32
360010146142015, District 30
360010146082012, District 30
360010146082004, District 30
360010146144001, District 30
360010146143012, District 30
360010146132002, District 31
360010146092021, District 32
360010148032049, District 39
360010148032047, District 39
360010148032081, District 39
360010148032054, District 39
360010148031091, District 39

360010148031029, District 39
360010148031031, District 39
360010148032014, District 39
360010148031051, District 39
360010148031040, District 39
360010148032003, District 39
360010143012044, District 36
360010143023020, District 35
360010141003022, District 36
360010142014020, District 36
360010141001005, District 11
360010143024005, District 38
360010143021018, District 35
360010141003015, District 34
360010141001019, District 11
360010141002020, District 9
360010142023019, District 33
360010142022004, District 34
360010141003018, District 34
360010142031003, District 34
360010142013026, District 35
360010142013025, District 35
360010137061015, District 25
360010137072002, District 23
360010137072003, District 23
360010137061007, District 25
360010137071024, District 21
360010136015009, District 15
360010136013016, District 21
360010135052013, District 21
360010136012009, District 14
360010136011034, District 14
360010136021025, District 14
360010136022018, District 14
360010136021049, District 14
360010137031138, District 23
360010136021071, District 14
360010139011012, District 26
360010136021072, District 14
360010139023025, District 26
360010137053035, District 25
360010136012020, District 14
360010136022014, District 14

360010136021031, District 14
360010136021042, District 14
360010135061036, District 20
360010148031027, District 39
360010148032076, District 39
360010148031028, District 39
360010148031090, District 39
360010148032066, District 39
360010148031034, District 39
360010148031037, District 39
360010148032034, District 39
360010148031140, District 39
360010148031025, District 39
360010148031013, District 39
360010148031012, District 39
360010143011030, District 36
360010143011005, District 36
360010143012068, District 36
360010141001016, District 9
360010143024096, District 38
360010143022024, District 38
360010142034011, District 34
360010143012057, District 36
360010143024087, District 38
360010143021048, District 36
360010142021003, District 34
360010141001029, District 11
360010143012017, District 36
360010143021039, District 36
360010142021005, District 34
360010141004022, District 9
360010138016018, District 27
360010138015006, District 27
360010138023008, District 27
360010138021002, District 27
360010137031030, District 22
360010138012024, District 27
360010138012022, District 27
360010138013000, District 27
360010138012007, District 27
360010138012009, District 27
360010140022010, District 24
360010140022011, District 24

360010137031050, District 22
360010137073016, District 23
360010137073015, District 23
360010135061012, District 16
360010136011007, District 15
360010136011005, District 15
360010137031124, District 26
360010140011013, District 24
360010135071020, District 22
360010137073005, District 23
360010137072013, District 23
360010137072014, District 23
360010148021038, District 39
360010148022040, District 39
360010148021084, District 39
360010148021027, District 39
360010148021058, District 39
360010148023062, District 39
360010148023086, District 39
360010148023074, District 39
360010148022025, District 39
360010148022037, District 39
360010148021005, District 39
360010148023080, District 39
360010148023048, District 39
360010148011157, District 39
360010148011055, District 39
360010148011154, District 39
360010148011017, District 31
360010148011153, District 39
360010148011020, District 39
360010148011006, District 31
360010137053025, District 25
360010137072010, District 23
360010137072022, District 23
360010137052014, District 24
360010137031120, District 23
360010137031040, District 22
360010135083011, District 19
360010137051012, District 24
360010137031123, District 26
360010137051014, District 24
360010139021010, District 23

360010139021013, District 26
360010139021003, District 23
360010139022012, District 23
360010137031060, District 22
360010139023014, District 26
360010139011022, District 26
360010139023030, District 26
360010139011000, District 26
360010139011023, District 26
360010139011026, District 26
360010139011029, District 26
360010140013034, District 26
360010135083026, District 19
360010145012001, District 33
360010145011095, District 38
360010145011032, District 38
360010145023039, District 38
360010145011093, District 38
360010145023019, District 38
360010145023033, District 38
360010145023002, District 38
360010145011065, District 38
360010145022007, District 38
360010145032015, District 33
360010145021040, District 38
360010145022025, District 38
360010145011070, District 38
360010145031028, District 33
360010018014005, District 10
360010018014009, District 10
360010017004008, District 10
360010017004010, District 10
360010003001059, District 11
360010003001060, District 11
360010004033009, District 11
360010004031004, District 13
360010002001050, District 3
360010001001040, District 3
360010001001038, District 3
360010011001013, District 6
360010011001059, District 6
360010011001084, District 6
360010011001054, District 6

| | | |
|---|---|---|
| 360010011001055, District 6 | 360010145011000, District 33 | 360010143012072, District 36 |
| 360010011001021, District 6 | 360010145032001, District 33 | 360010143012018, District 36 |
| 360010011001020, District 6 | 360010145011050, District 38 | 360010143024050, District 38 |
| 360010001002010, District 3 | 360010145022014, District 38 | 360010142035009, District 35 |
| 360010001001022, District 3 | 360010145011102, District 33 | 360010143024053, District 38 |
| 360010004011051, District 12 | 360010145011008, District 33 | 360010143012042, District 36 |
| 360010004011050, District 12 | 360010137071005, District 23 | 360010138016028, District 27 |
| 360010018022027, District 11 | 360010137071020, District 23 | 360010138017003, District 27 |
| 360010026001007, District 1 | 360010137073024, District 23 | 360010138016025, District 27 |
| 360010148011012, District 31 | 360010137073011, District 23 | 360010138016000, District 27 |
| 360010135072015, District 22 | 360010137054001, District 25 | 360010138015020, District 27 |
| 360010135082008, District 19 | 360010137051019, District 24 | 360010138015005, District 27 |
| 360010135082011, District 19 | 360010137051003, District 24 | 360010139012003, District 26 |
| 360010135082001, District 19 | 360010137061016, District 25 | 360010139023022, District 26 |
| 360010135082003, District 19 | 360010135063020, District 20 | 360010135062014, District 20 |
| 360010135083029, District 19 | 360010135051022, District 21 | 360010135083057, District 19 |
| 360010135082021, District 19 | 360010135051024, District 21 | 360010135061008, District 16 |
| 360010135082030, District 19 | 360010137053038, District 25 | 360010136014019, District 14 |
| 360010137031043, District 23 | 360010137053036, District 25 | 360010136021044, District 14 |
| 360010139023020, District 26 | 360010136011028, District 14 | 360010138015015, District 27 |
| 360010139023019, District 26 | 360010136011042, District 14 | 360010138023005, District 27 |
| 360010140012015, District 26 | 360010135033012, District 20 | 360010138015002, District 27 |
| 360010140013007, District 26 | 360010136013010, District 21 | 360010138022004, District 22 |
| 360010140013024, District 26 | 360010137061013, District 25 | 360010145031000, District 33 |
| 360010140013018, District 26 | 360010137072037, District 25 | 360010145011060, District 38 |
| 360010137031129, District 26 | 360010137071023, District 21 | 360010145011058, District 38 |
| 360010140011018, District 24 | 360010136014014, District 14 | 360010145023007, District 38 |
| 360010135032026, District 19 | 360010135062024, District 20 | 360010145032031, District 33 |
| 360010135083056, District 19 | 360010135063016, District 20 | 360010145011097, District 33 |
| 360010135032022, District 19 | 360010135052005, District 21 | 360010145032030, District 33 |
| 360010137051009, District 24 | 360010148023067, District 39 | 360010145011047, District 38 |
| 360010135083004, District 19 | 360010148023094, District 39 | 360010145011067, District 38 |
| 360010135083030, District 19 | 360010148023090, District 39 | 360010145022004, District 38 |
| 360010145022003, District 38 | 360010148022026, District 39 | 360010145021009, District 38 |
| 360010145022037, District 38 | 360010148023001, District 39 | 360010145032027, District 33 |
| 360010145022064, District 38 | 360010148023005, District 39 | 360010145022019, District 38 |
| 360010145022009, District 38 | 360010148023031, District 39 | 360010148011092, District 39 |
| 360010145022062, District 38 | 360010148022001, District 39 | 360010148012068, District 39 |
| 360010145022065, District 38 | 360010148011127, District 39 | 360010148011067, District 31 |
| 360010145022058, District 38 | 360010148011079, District 39 | 360010148011007, District 31 |
| 360010145031026, District 33 | 360010142013013, District 35 | 360010148011132, District 39 |
| 360010145011013, District 33 | 360010143024059, District 36 | 360010148011075, District 31 |
| 360010145011005, District 33 | 360010143024094, District 36 | 360010148011123, District 31 |

| | | |
|---|---|---|
| 360010148011128, District 39 | 360010015004008, District 5 | 360010146131023, District 31 |
| 360010148011040, District 39 | 360010021002003, District 8 | 360010146132027, District 31 |
| 360010139011016, District 26 | 360010021003003, District 5 | 360010146112023, District 29 |
| 360010135033015, District 16 | 360010025001034, District 6 | 360010146112024, District 29 |
| 360010135083072, District 20 | 360010025001025, District 6 | 360010146082001, District 30 |
| 360010139021000, District 23 | 360010019021001, District 9 | 360010148031043, District 39 |
| 360010135071012, District 20 | 360010019023005, District 9 | 360010148031032, District 39 |
| 360010140013013, District 26 | 360010020005002, District 9 | 360010148032025, District 39 |
| 360010139023007, District 23 | 360010020005001, District 9 | 360010017002010, District 10 |
| 360010137031067, District 23 | 360010020001007, District 8 | 360010003004022, District 3 |
| 360010136011031, District 14 | 360010020003000, District 1 | 360010025001008, District 6 |
| 360010135071016, District 20 | 360010127002027, District 17 | 360010025001020, District 6 |
| 360010137071003, District 23 | 360010128001026, District 17 | 360010003003034, District 3 |
| 360010136011041, District 14 | 360010127003017, District 17 | 360010011001009, District 6 |
| 360010135061061, District 16 | 360010129002003, District 17 | 360010014003024, District 5 |
| 360010136021046, District 14 | 360010127002009, District 17 | 360010011001118, District 6 |
| 360010136014015, District 14 | 360010127001013, District 17 | 360010001001047, District 3 |
| 360010135083047, District 19 | 360010127021027, District 17 | 360010003003030, District 3 |
| 360010136022001, District 14 | 360010127002016, District 17 | 360010011001100, District 5 |
| 360010145023013, District 38 | 360010129001004, District 18 | 360010003001036, District 11 |
| 360010145031019, District 33 | 360010129002019, District 17 | 360010014003020, District 5 |
| 360010145012005, District 33 | 360010130001011, District 18 | 360010004011055, District 12 |
| 360010145022031, District 38 | 360010128001013, District 17 | 360010026003019, District 1 |
| 360010145022060, District 38 | 360010129001018, District 18 | 360010142035016, District 38 |
| 360010145021010, District 38 | 360010129001017, District 18 | 360010142022002, District 34 |
| 360010145021046, District 38 | 360010130005014, District 18 | 360010142022001, District 34 |
| 360010145022001, District 38 | 360010130002007, District 18 | 360010142022011, District 34 |
| 360010145011009, District 33 | 360010130002015, District 18 | 360010142033013, District 34 |
| 360010145031024, District 33 | 360010130004000, District 17 | 360010142035023, District 38 |
| 360010004034007, District 11 | 360010129001019, District 18 | 360010142021015, District 34 |
| 360010018015011, District 9 | 360010130005002, District 18 | 360010142035032, District 35 |
| 360010005022017, District 13 | 360010129003000, District 18 | 360010142032022, District 35 |
| 360010005022020, District 13 | 360010130005021, District 18 | 360010142031007, District 34 |
| 360010005021000, District 13 | 360010146144017, District 32 | 360010142011019, District 34 |
| 360010005021005, District 7 | 360010146092006, District 32 | 360010142011009, District 34 |
| 360010003004027, District 4 | 360010146093007, District 32 | 360010142013021, District 35 |
| 360010006003000, District 4 | 360010146092003, District 32 | 360010142014010, District 36 |
| 360010005011000, District 4 | 360010146111015, District 29 | 360010143021028, District 36 |
| 360010015001003, District 7 | 360010146144002, District 30 | 360010143023027, District 35 |
| 360010005011001, District 4 | 360010146093021, District 32 | 360010142014002, District 36 |
| 360010006003014, District 7 | 360010146062005, District 29 | 360010142013008, District 36 |
| 360010015002001, District 7 | 360010146062008, District 29 | 360010143023004, District 35 |
| 360010019012005, District 8 | 360010146121004, District 31 | 360010138017017, District 27 |

| | | |
|---|---|---|
| 360010131001042, District 16 | 360010142013009, District 36 | 360010148023104, District 39 |
| 360010131001028, District 16 | 360010141002023, District 9 | 360010148022006, District 39 |
| 360010131001008, District 16 | 360010141001015, District 11 | 360010148022047, District 39 |
| 360010131003017, District 16 | 360010141001023, District 11 | 360010148011010, District 31 |
| 360010131003007, District 16 | 360010142023000, District 33 | 360010148011013, District 31 |
| 360010131001049, District 16 | 360010142023012, District 33 | 360010148011133, District 39 |
| 360010131001048, District 16 | 360010141004011, District 9 | 360010148011074, District 31 |
| 360010131002004, District 16 | 360010142011002, District 34 | 360010148012073, District 39 |
| 360010131002002, District 16 | 360010135051015, District 21 | 360010141003013, District 34 |
| 360010131002001, District 16 | 360010135062012, District 20 | 360010143024049, District 36 |
| 360010131001038, District 16 | 360010135052023, District 21 | 360010143024052, District 38 |
| 360010146074012, District 28 | 360010136013005, District 21 | 360010141002004, District 9 |
| 360010146063020, District 31 | 360010137053012, District 25 | 360010143022023, District 38 |
| 360010146133009, District 31 | 360010137053040, District 25 | 360010143012016, District 36 |
| 360010146121012, District 31 | 360010137061034, District 25 | 360010143022019, District 38 |
| 360010146151031, District 32 | 360010137061035, District 25 | 360010142024004, District 33 |
| 360010146151014, District 29 | 360010136023022, District 14 | 360010143012040, District 36 |
| 360010146093024, District 30 | 360010136021012, District 14 | 360010143022026, District 38 |
| 360010148031065, District 39 | 360010137054018, District 25 | 360010142013001, District 35 |
| 360010148031077, District 39 | 360010136013007, District 21 | 360010137031002, District 22 |
| 360010148031067, District 39 | 360010137072029, District 23 | 360010135083016, District 19 |
| 360010148031074, District 39 | 360010136012002, District 14 | 360010135061000, District 16 |
| 360010148031123, District 39 | 360010135062015, District 20 | 360010135082026, District 19 |
| 360010148031129, District 39 | 360010135052003, District 21 | 360010137031110, District 23 |
| 360010148031135, District 39 | 360010135052004, District 21 | 360010139023028, District 26 |
| 360010148031087, District 39 | 360010135062022, District 20 | 360010140013005, District 26 |
| 360010148031130, District 39 | 360010136012017, District 14 | 360010140013025, District 26 |
| 360010148031117, District 39 | 360010136021014, District 14 | 360010140013016, District 26 |
| 360010148031080, District 39 | 360010136022019, District 14 | 360010140011027, District 24 |
| 360010148031151, District 39 | 360010136023021, District 14 | 360010140011020, District 24 |
| 360010148032046, District 39 | 360010136023019, District 14 | 360010137031102, District 23 |
| 360010148032059, District 39 | 360010136023027, District 14 | 360010137031094, District 22 |
| 360010141004019, District 9 | 360010136021067, District 14 | 360010137031106, District 22 |
| 360010142023026, District 33 | 360010140023012, District 25 | 360010135061005, District 16 |
| 360010142023030, District 33 | 360010138015012, District 27 | 360010135083061, District 19 |
| 360010142035037, District 38 | 360010148023037, District 39 | 360010139011007, District 26 |
| 360010142035000, District 35 | 360010148023017, District 39 | 360010135081021, District 19 |
| 360010142013016, District 35 | 360010148023033, District 39 | 360010135072017, District 22 |
| 360010143022044, District 36 | 360010148023098, District 39 | 360010140022007, District 24 |
| 360010142035034, District 35 | 360010148023101, District 39 | 360010135081007, District 18 |
| 360010141001014, District 11 | 360010148023100, District 39 | 360010145011089, District 38 |
| 360010141002031, District 9 | 360010148023091, District 39 | 360010145032021, District 33 |
| 360010143012058, District 36 | 360010148022024, District 39 | 360010145031032, District 33 |

| | | |
|---|---|---|
| 360010145022047, District 38 | 360010148021016, District 39 | 360010133002008, District 16 |
| 360010145022059, District 38 | 360010148021026, District 39 | 360010133002003, District 16 |
| 360010145022061, District 38 | 360010148021073, District 39 | 360010133002023, District 16 |
| 360010145021048, District 38 | 360010148021041, District 39 | 360010133004003, District 15 |
| 360010145031020, District 33 | 360010148021021, District 39 | 360010133003022, District 15 |
| 360010145022054, District 38 | 360010148023049, District 39 | 360010132002006, District 16 |
| 360010145031023, District 33 | 360010136015003, District 15 | 360010133003019, District 15 |
| 360010145011006, District 33 | 360010136011038, District 14 | 360010143024024, District 38 |
| 360010145021016, District 38 | 360010136021053, District 14 | 360010143012067, District 36 |
| 360010145011061, District 38 | 360010136021052, District 14 | 360010143012020, District 36 |
| 360010148011046, District 39 | 360010140012007, District 26 | 360010142032009, District 35 |
| 360010148012089, District 39 | 360010136022002, District 14 | 360010143024064, District 36 |
| 360010148012049, District 39 | 360010138012004, District 27 | 360010143022037, District 36 |
| 360010148012080, District 39 | 360010138012014, District 27 | 360010143021017, District 35 |
| 360010148012045, District 39 | 360010138017014, District 27 | 360010141004018, District 9 |
| 360010148012019, District 39 | 360010136021018, District 14 | 360010142032012, District 35 |
| 360010148012064, District 39 | 360010135033007, District 16 | 360010141003014, District 34 |
| 360010148011136, District 39 | 360010135061029, District 20 | 360010143023011, District 35 |
| 360010135083007, District 19 | 360010131003022, District 16 | 360010143024025, District 38 |
| 360010135083078, District 20 | 360010131001030, District 16 | 360010141001028, District 11 |
| 360010135033009, District 20 | 360010131001007, District 16 | 360010142022005, District 34 |
| 360010137031023, District 22 | 360010131001054, District 16 | 360010142023003, District 33 |
| 360010138021011, District 22 | 360010131001004, District 16 | 360010138011011, District 27 |
| 360010135083035, District 19 | 360010131001032, District 16 | 360010138012020, District 27 |
| 360010135063014, District 20 | 360010131001031, District 16 | 360010138012017, District 27 |
| 360010135061018, District 20 | 360010131001044, District 16 | 360010138014005, District 27 |
| 360010140012014, District 26 | 360010148021080, District 39 | 360010138013007, District 27 |
| 360010140021009, District 25 | 360010148023000, District 39 | 360010138012021, District 27 |
| 360010140022016, District 24 | 360010132004004, District 15 | 360010137031039, District 22 |
| 360010140012008, District 26 | 360010132005009, District 15 | 360010135033011, District 20 |
| 360010140024013, District 25 | 360010132001021, District 16 | 360010137031015, District 22 |
| 360010140024016, District 25 | 360010134003057, District 15 | 360010135062016, District 20 |
| 360010140021012, District 25 | 360010134003052, District 14 | 360010135081012, District 19 |
| 360010140024011, District 25 | 360010134003005, District 15 | 360010137031048, District 22 |
| 360010140024003, District 25 | 360010132002011, District 16 | 360010136011015, District 15 |
| 360010140024009, District 25 | 360010133001003, District 16 | 360010136011010, District 15 |
| 360010140024015, District 25 | 360010134003061, District 14 | 360010136011006, District 15 |
| 360010140024014, District 25 | 360010134003037, District 15 | 360010136015012, District 15 |
| 360010138012001, District 27 | 360010132003013, District 15 | 360010140011012, District 24 |
| 360010136021043, District 14 | 360010132003015, District 15 | 360010140011015, District 24 |
| 360010137071016, District 23 | 360010134003004, District 15 | 360010137073009, District 23 |
| 360010145011027, District 38 | 360010133002006, District 16 | 360010137073007, District 23 |
| 360010148021006, District 39 | 360010133001004, District 16 | 360010137073006, District 23 |

360010137072015, District 23
360010137072035, District 25
360010137051007, District 24
360010145022050, District 38
360010145031034, District 33
360010145021024, District 38
360010145031012, District 33
360010148021071, District 39
360010148021078, District 39
360010148021034, District 39
360010148021067, District 39
360010148021042, District 39
360010148021032, District 39
360010148022005, District 39
360010148021077, District 39
360010148012001, District 39
360010148012002, District 39
360010148011048, District 39
360010148012072, District 39
360010148011047, District 39
360010148012048, District 39
360010148012088, District 39
360010148012066, District 39
360010136022004, District 14
360010140023013, District 25
360010135052001, District 21
360010136012007, District 14
360010137073004, District 23
360010135063021, District 20
360010135052010, District 21
360010136022011, District 14
360010136015013, District 15
360010136021009, District 14
360010137071009, District 23
360010140011010, District 24
360010137031131, District 26
360010137072004, District 23
360010138021009, District 22
360010137051017, District 24
360010140022003, District 24
360010137031045, District 23
360010137031139, District 23
360010139023001, District 23

360010139012015, District 26
360010145032005, District 33
360010145011046, District 38
360010145031027, District 33
360010145011044, District 38
360010145032003, District 33
360010145012006, District 33
360010145023032, District 38
360010145023038, District 38
360010145023037, District 38
360010145023031, District 38
360010145012014, District 33
360010145032017, District 33
360010145023035, District 38
360010145031001, District 33
360010007001003, District 3
360010003003014, District 3
360010003002006, District 4
360010006003016, District 7
360010006001001, District 4
360010014002003, District 5
360010022001003, District 5
360010014002004, District 5
360010014001004, District 5
360010007004004, District 2
360010002002002, District 2
360010002002000, District 2
360010003003010, District 3
360010002001012, District 3
360010002004001, District 2
360010018023019, District 11
360010018023007, District 11
360010018023002, District 11
360010004034036, District 11
360010018022018, District 11
360010018023016, District 11
360010018022006, District 11
360010018021013, District 11
360010018021009, District 11
360010018022010, District 11
360010018021003, District 11
360010018012016, District 10
360010130004002, District 17

360010129003005, District 18
360010130003015, District 17
360010128004002, District 17
360010128004013, District 17
360010129002015, District 17
360010128003001, District 17
360010128001010, District 17
360010128001006, District 17
360010128003003, District 17
360010128002002, District 17
360010128001025, District 17
360010129001000, District 18
360010127002000, District 17
360010127002008, District 17
360010127001014, District 17
360010127001026, District 17
360010127003009, District 17
360010127001011, District 17
360010130005012, District 18
360010135061014, District 16
360010136015000, District 15
360010146151023, District 28
360010146133016, District 31
360010146071003, District 28
360010146151001, District 28
360010146074013, District 29
360010146131028, District 31
360010146063040, District 29
360010146063022, District 31
360010146063021, District 31
360010146121014, District 31
360010146131042, District 31
360010146133010, District 31
360010146062002, District 29
360010146062000, District 29
360010146062013, District 29
360010146061000, District 29
360010146075001, District 28
360010146063031, District 31
360010003001051, District 11
360010025002004, District 6
360010020005020, District 1
360010004041005, District 12

| | | |
|---|---|---|
| 360010011001045, District 6 | 360010148031137, District 39 | 360010131003006, District 16 |
| 360010011001050, District 6 | 360010148031001, District 39 | 360010131002006, District 16 |
| 360010011001043, District 6 | 360010148031026, District 39 | 360010131003029, District 16 |
| 360010003001038, District 11 | 360010142031006, District 34 | 360010131002008, District 16 |
| 360010002001007, District 3 | 360010142014027, District 36 | 360010131001057, District 16 |
| 360010017001012, District 10 | 360010142013020, District 35 | 360010148023027, District 39 |
| 360010003001056, District 3 | 360010142013027, District 35 | 360010148023056, District 39 |
| 360010002001001, District 3 | 360010142023028, District 33 | 360010148021043, District 39 |
| 360010018015000, District 9 | 360010142024005, District 33 | 360010133003003, District 15 |
| 360010018023009, District 11 | 360010142021006, District 34 | 360010134003011, District 15 |
| 360010003003025, District 3 | 360010142021017, District 34 | 360010132001017, District 16 |
| 360010003003044, District 3 | 360010142022018, District 34 | 360010132001019, District 16 |
| 360010005022005, District 13 | 360010142022017, District 34 | 360010134003049, District 15 |
| 360010004011054, District 12 | 360010142034000, District 34 | 360010134003044, District 15 |
| 360010004011060, District 12 | 360010142022020, District 34 | 360010132003006, District 16 |
| 360010143023003, District 35 | 360010142021009, District 34 | 360010134003043, District 15 |
| 360010142032029, District 35 | 360010142021013, District 34 | 360010132001001, District 16 |
| 360010143012013, District 36 | 360010142033008, District 34 | 360010133003038, District 15 |
| 360010143022025, District 38 | 360010142033007, District 34 | 360010133002005, District 16 |
| 360010143024092, District 36 | 360010142011024, District 34 | 360010133001000, District 16 |
| 360010143024004, District 38 | 360010142011005, District 34 | 360010133003016, District 15 |
| 360010143024046, District 36 | 360010142011003, District 34 | 360010133004004, District 15 |
| 360010143024077, District 36 | 360010142032010, District 35 | 360010133004013, District 15 |
| 360010143022013, District 36 | 360010142012013, District 35 | 360010142024014, District 33 |
| 360010141002000, District 9 | 360010142012015, District 35 | 360010143012041, District 36 |
| 360010146144000, District 30 | 360010142012017, District 35 | 360010143024019, District 38 |
| 360010146133001, District 31 | 360010142013006, District 35 | 360010142014003, District 36 |
| 360010146112011, District 29 | 360010142013028, District 35 | 360010143021013, District 35 |
| 360010146092012, District 32 | 360010135061030, District 20 | 360010141002001, District 9 |
| 360010146132046, District 31 | 360010137071004, District 23 | 360010142023035, District 33 |
| 360010146063027, District 29 | 360010136012010, District 14 | 360010143022032, District 36 |
| 360010146075030, District 12 | 360010136021003, District 14 | 360010143012034, District 36 |
| 360010146081009, District 32 | 360010136014017, District 14 | 360010143012052, District 36 |
| 360010146074008, District 28 | 360010135033017, District 20 | 360010143023006, District 35 |
| 360010146075025, District 12 | 360010137073003, District 23 | 360010135083006, District 19 |
| 360010146075003, District 28 | 360010137053011, District 25 | 360010135063012, District 20 |
| 360010146062004, District 29 | 360010137053004, District 25 | 360010135061025, District 20 |
| 360010146075056, District 28 | 360010138021018, District 22 | 360010135063013, District 20 |
| 360010146081020, District 30 | 360010136011001, District 15 | 360010135071005, District 22 |
| 360010148032075, District 39 | 360010131001043, District 16 | 360010136014034, District 21 |
| 360010148032056, District 39 | 360010131003013, District 16 | 360010135051016, District 21 |
| 360010148031072, District 39 | 360010131001016, District 16 | 360010135051002, District 21 |
| 360010148031000, District 39 | 360010131003021, District 16 | 360010140021007, District 24 |

| | | |
|---|---|---|
| 360010140021004, District 24 | 360010139023005, District 23 | 360010134001008, District 14 |
| 360010140023000, District 25 | 360010135032014, District 18 | 360010134002002, District 14 |
| 360010140023005, District 25 | 360010138017010, District 27 | 360010132005013, District 15 |
| 360010135032011, District 18 | 360010138017013, District 27 | 360010134002012, District 14 |
| 360010137031054, District 22 | 360010138016030, District 27 | 360010134002009, District 15 |
| 360010137053033, District 25 | 360010138016007, District 27 | 360010134003020, District 15 |
| 360010137031070, District 22 | 360010138016002, District 27 | 360010132001020, District 16 |
| 360010135061019, District 20 | 360010138015011, District 27 | 360010132003017, District 15 |
| 360010138012002, District 27 | 360010135083064, District 19 | 360010148031049, District 39 |
| 360010136021057, District 14 | 360010135031017, District 19 | 360010148031048, District 39 |
| 360010137053042, District 25 | 360010135031001, District 19 | 360010148031147, District 39 |
| 360010136011029, District 14 | 360010148022031, District 39 | 360010148031069, District 39 |
| 360010135061028, District 20 | 360010148023052, District 39 | 360010148031153, District 39 |
| 360010138021008, District 22 | 360010148021064, District 39 | 360010142014000, District 36 |
| 360010148021044, District 39 | 360010148023061, District 39 | 360010143011006, District 36 |
| 360010148021063, District 39 | 360010148022038, District 39 | 360010143022034, District 36 |
| 360010148021081, District 39 | 360010148021083, District 39 | 360010143011013, District 36 |
| 360010148022019, District 39 | 360010148023087, District 39 | 360010143011031, District 36 |
| 360010148022039, District 39 | 360010148023065, District 39 | 360010143022001, District 36 |
| 360010148021047, District 39 | 360010148022029, District 39 | 360010143011002, District 36 |
| 360010148023085, District 39 | 360010131002009, District 16 | 360010143011001, District 36 |
| 360010148023051, District 39 | 360010131002000, District 16 | 360010143011037, District 36 |
| 360010148011108, District 39 | 360010131001005, District 16 | 360010143012005, District 36 |
| 360010148011082, District 39 | 360010131003011, District 16 | 360010143012012, District 36 |
| 360010148012053, District 39 | 360010131003012, District 16 | 360010143024039, District 36 |
| 360010148012033, District 39 | 360010131001022, District 16 | 360010143011018, District 36 |
| 360010148012035, District 39 | 360010131001018, District 16 | 360010143011036, District 36 |
| 360010148011113, District 39 | 360010146132004, District 31 | 360010143021026, District 36 |
| 360010148011167, District 39 | 360010146131002, District 31 | 360010137051021, District 24 |
| 360010148011164, District 39 | 360010146063043, District 29 | 360010140023009, District 25 |
| 360010148011009, District 31 | 360010146075039, District 12 | 360010137061014, District 25 |
| 360010148011023, District 39 | 360010146111043, District 32 | 360010137051020, District 24 |
| 360010148011014, District 31 | 360010146132016, District 31 | 360010135052015, District 21 |
| 360010148011002, District 31 | 360010146075042, District 12 | 360010137053018, District 25 |
| 360010148011176, District 39 | 360010146112016, District 29 | 360010137061032, District 25 |
| 360010148011114, District 39 | 360010132002002, District 16 | 360010137061029, District 25 |
| 360010135083050, District 22 | 360010132003010, District 15 | 360010136011017, District 14 |
| 360010140013032, District 26 | 360010132005001, District 15 | 360010136011021, District 14 |
| 360010136014032, District 21 | 360010132005000, District 15 | 360010136021051, District 14 |
| 360010136021059, District 14 | 360010134003038, District 15 | 360010137054017, District 25 |
| 360010135061039, District 16 | 360010132005008, District 15 | 360010137072017, District 23 |
| 360010136013018, District 21 | 360010133004019, District 15 | 360010137072021, District 23 |
| 360010135083037, District 22 | 360010134003024, District 14 | 360010136012022, District 14 |

| | | |
|---|---|---|
| 360010137061018, District 25 | 360010139011021, District 26 | 360010017003006, District 10 |
| 360010137071022, District 21 | 360010139023021, District 26 | 360010018013005, District 10 |
| 360010136014007, District 21 | 360010137031029, District 22 | 360010004034041, District 11 |
| 360010137072036, District 25 | 360010135083045, District 19 | 360010004034045, District 11 |
| 360010137061020, District 25 | 360010135072018, District 22 | 360010004034043, District 11 |
| 360010136012003, District 14 | 360010135083025, District 19 | 360010004031003, District 13 |
| 360010135052006, District 21 | 360010135072004, District 22 | 360010001001060, District 3 |
| 360010136014012, District 21 | 360010135083024, District 19 | 360010001002009, District 3 |
| 360010135061055, District 16 | 360010135082024, District 19 | 360010011001046, District 6 |
| 360010135061054, District 16 | 360010135082031, District 19 | 360010011001060, District 6 |
| 360010148022032, District 39 | 360010137073020, District 23 | 360010011001048, District 6 |
| 360010148022044, District 39 | 360010140013030, District 26 | 360010135072003, District 22 |
| 360010148021022, District 39 | 360010140013026, District 26 | 360010137031024, District 22 |
| 360010148023060, District 39 | 360010145023011, District 38 | 360010140012004, District 26 |
| 360010148022033, District 39 | 360010145022021, District 38 | 360010140022008, District 24 |
| 360010148021040, District 39 | 360010145022008, District 38 | 360010135052021, District 21 |
| 360010148021059, District 39 | 360010145022035, District 38 | 360010135083013, District 19 |
| 360010148023066, District 39 | 360010145023015, District 38 | 360010136022007, District 14 |
| 360010148022018, District 39 | 360010145021032, District 38 | 360010137053019, District 25 |
| 360010148021013, District 39 | 360010145023043, District 38 | 360010135061063, District 20 |
| 360010148021004, District 39 | 360010145021049, District 36 | 360010135031006, District 19 |
| 360010148021035, District 39 | 360010145032026, District 33 | 360010135083067, District 20 |
| 360010148023063, District 39 | 360010145022022, District 38 | 360010137071011, District 23 |
| 360010148023103, District 39 | 360010145011069, District 38 | 360010146133000, District 31 |
| 360010148023089, District 39 | 360010145011085, District 38 | 360010146063046, District 29 |
| 360010148012047, District 39 | 360010145011100, District 33 | 360010146063010, District 29 |
| 360010148012067, District 39 | 360010145031003, District 33 | 360010146061008, District 29 |
| 360010148012076, District 39 | 360010002004000, District 2 | 360010146131043, District 31 |
| 360010148011098, District 31 | 360010011001072, District 5 | 360010146131057, District 31 |
| 360010148011099, District 31 | 360010002002005, District 2 | 360010146131052, District 31 |
| 360010148011160, District 39 | 360010002002009, District 2 | 360010146132054, District 31 |
| 360010148012052, District 39 | 360010011001094, District 6 | 360010146133023, District 31 |
| 360010148011169, District 39 | 360010011001078, District 6 | 360010146063032, District 29 |
| 360010137031037, District 22 | 360010011001091, District 6 | 360010146063008, District 29 |
| 360010138012025, District 23 | 360010011001083, District 6 | 360010146121026, District 31 |
| 360010138012027, District 23 | 360010001002008, District 3 | 360010146144013, District 30 |
| 360010139021007, District 23 | 360010004011013, District 12 | 360010146073006, District 28 |
| 360010139012006, District 26 | 360010004011018, District 12 | 360010146074001, District 29 |
| 360010139022000, District 23 | 360010018014007, District 10 | 360010146131048, District 31 |
| 360010139022011, District 26 | 360010018011006, District 11 | 360010146092007, District 32 |
| 360010139012010, District 26 | 360010004034056, District 11 | 360010002001038, District 3 |
| 360010139012016, District 26 | 360010018013001, District 10 | 360010004011077, District 12 |
| 360010139011003, District 26 | 360010018013011, District 10 | 360010014003021, District 5 |

360010019022009, District 9
360010021002005, District 5
360010004033010, District 11
360010023002008, District 6
360010025001017, District 6
360010004041003, District 12
360010025001003, District 6
360010025001007, District 6
360010011001099, District 5
360010004034015, District 11
360010004011007, District 12
360010007001002, District 3
360010003001013, District 3
360010004031008, District 13
360010003004010, District 3
360010007001015, District 3
360010004032011, District 13
360010005022000, District 13
360010017003004, District 10
360010017002000, District 10
360010017002006, District 10
360010017001004, District 10
360010017002002, District 10
360010143021011, District 36
360010141004010, District 9
360010143024098, District 36
360010142023009, District 33
360010142013004, District 35
360010144011078, District 37
360010144011057, District 37
360010144011015, District 37
360010144011019, District 37
360010144011014, District 37
360010146072005, District 29
360010146132021, District 31
360010146132031, District 31
360010146111036, District 32
360010146142021, District 30
360010146142022, District 30
360010146144025, District 30
360010146093020, District 32
360010146142018, District 30
360010146142013, District 30

360010146142012, District 30
360010146151002, District 28
360010146143003, District 30
360010146133006, District 31
360010146111010, District 32
360010146111048, District 32
360010146081007, District 32
360010146132033, District 32
360010148032040, District 39
360010148031036, District 39
360010148031038, District 39
360010148032015, District 39
360010003001009, District 3
360010018015018, District 9
360010018012018, District 10
360010011001015, District 6
360010026004011, District 1
360010025001021, District 6
360010011001117, District 6
360010025001002, District 6
360010011001035, District 6
360010142014012, District 9
360010142032006, District 35
360010142032016, District 35
360010142032017, District 35
360010142032014, District 35
360010143022004, District 36
360010142014015, District 36
360010143012049, District 36
360010141003008, District 34
360010143023012, District 35
360010143024093, District 38
360010143024015, District 38
360010143021024, District 36
360010143024042, District 38
360010143021002, District 36
360010143024091, District 36
360010143024089, District 36
360010143012009, District 36
360010143023008, District 35
360010146073015, District 28
360010146063017, District 31
360010146063003, District 29

360010146131009, District 31
360010146075038, District 12
360010146075023, District 12
360010146151030, District 29
360010146111000, District 32
360010146151018, District 32
360010146072020, District 29
360010146132018, District 31
360010134003048, District 15
360010132001009, District 16
360010132002003, District 16
360010132002001, District 16
360010132003011, District 15
360010132003007, District 16
360010132003023, District 15
360010134003041, District 15
360010133004015, District 15
360010134002004, District 14
360010134003059, District 14
360010134002006, District 14
360010134003023, District 15
360010134003022, District 15
360010134003030, District 15
360010132002000, District 16
360010132001028, District 16
360010132003019, District 15
360010133003012, District 15
360010133003037, District 15
360010148032070, District 39
360010148031105, District 39
360010148032048, District 39
360010143022009, District 36
360010143022038, District 36
360010143011028, District 36
360010143011029, District 36
360010143011024, District 36
360010143011019, District 36
360010143011039, District 36
360010141004002, District 9
360010143021037, District 36
360010141001008, District 11
360010143012069, District 36
360010143023002, District 35

| | | |
|---|---|---|
| 360010139023003, District 23 | 360010143024069, District 36 | 360010133003034, District 15 |
| 360010138015018, District 27 | 360010142013018, District 35 | 360010133003030, District 15 |
| 360010138015017, District 27 | 360010142024011, District 33 | 360010146111019, District 32 |
| 360010138015007, District 27 | 360010142014008, District 36 | 360010146073021, District 28 |
| 360010139011024, District 26 | 360010143012004, District 36 | 360010146132036, District 31 |
| 360010135031012, District 19 | 360010143024090, District 36 | 360010146112010, District 29 |
| 360010138017021, District 26 | 360010142014024, District 36 | 360010146063007, District 29 |
| 360010138015003, District 27 | 360010143024051, District 36 | 360010146073002, District 28 |
| 360010138023004, District 22 | 360010136014030, District 14 | 360010146073017, District 28 |
| 360010138022007, District 22 | 360010138023006, District 27 | 360010146063024, District 31 |
| 360010138014007, District 27 | 360010138014006, District 27 | 360010146133005, District 31 |
| 360010138011009, District 27 | 360010138021001, District 22 | 360010146132009, District 31 |
| 360010138011008, District 27 | 360010138011007, District 27 | 360010148031084, District 39 |
| 360010139012000, District 27 | 360010138013002, District 27 | 360010148031131, District 39 |
| 360010135031003, District 19 | 360010138013010, District 27 | 360010148031136, District 39 |
| 360010135071011, District 20 | 360010138012015, District 27 | 360010148032072, District 39 |
| 360010135063022, District 20 | 360010138012012, District 27 | 360010148031089, District 39 |
| 360010140011025, District 24 | 360010138022003, District 22 | 360010148031150, District 39 |
| 360010137031135, District 22 | 360010135083051, District 20 | 360010148031006, District 39 |
| 360010135061011, District 16 | 360010140011016, District 24 | 360010148031004, District 39 |
| 360010137052008, District 24 | 360010135071021, District 22 | 360010148031010, District 39 |
| 360010137072009, District 23 | 360010137072012, District 23 | 360010148031058, District 39 |
| 360010137072011, District 23 | 360010137073023, District 23 | 360010148031015, District 39 |
| 360010137072008, District 23 | 360010137072016, District 23 | 360010148031155, District 39 |
| 360010137072032, District 23 | 360010137072033, District 23 | 360010143012056, District 36 |
| 360010137052010, District 24 | 360010137072018, District 23 | 360010143024056, District 38 |
| 360010148022000, District 39 | 360010137053001, District 25 | 360010143021025, District 36 |
| 360010148021007, District 39 | 360010137051002, District 24 | 360010142035031, District 35 |
| 360010148021017, District 39 | 360010137053002, District 25 | 360010142021010, District 34 |
| 360010148022020, District 39 | 360010137071017, District 23 | 360010143024014, District 38 |
| 360010148023069, District 39 | 360010148022028, District 39 | 360010142032028, District 35 |
| 360010148023075, District 39 | 360010148023012, District 39 | 360010142023025, District 33 |
| 360010148023072, District 39 | 360010148023014, District 39 | 360010141003023, District 34 |
| 360010148023046, District 39 | 360010148023071, District 39 | 360010143021004, District 36 |
| 360010148021028, District 39 | 360010148023097, District 39 | 360010141001024, District 11 |
| 360010148021000, District 39 | 360010148023020, District 39 | 360010142014021, District 36 |
| 360010148011107, District 39 | 360010148023007, District 39 | 360010141004024, District 9 |
| 360010143024054, District 38 | 360010148022010, District 39 | 360010141003019, District 34 |
| 360010143022006, District 36 | 360010148023092, District 39 | 360010141001025, District 11 |
| 360010143024070, District 36 | 360010134003008, District 15 | 360010141004004, District 9 |
| 360010143024068, District 36 | 360010132001014, District 16 | 360010143024022, District 38 |
| 360010143024058, District 36 | 360010134003033, District 15 | 360010143012021, District 36 |
| 360010143012031, District 36 | 360010133003014, District 15 | 360010143021020, District 35 |

| | | |
|---|---|---|
| 360010141001018, District 11 | 360010140011021, District 24 | 360010148011060, District 31 |
| 360010135083053, District 20 | 360010135072012, District 22 | 360010148011126, District 39 |
| 360010136021064, District 14 | 360010135081009, District 19 | 360010148011041, District 39 |
| 360010136023007, District 14 | 360010135081005, District 18 | 360010148011045, District 39 |
| 360010136023013, District 14 | 360010135032020, District 19 | 360010148012057, District 39 |
| 360010136022009, District 14 | 360010135063011, District 20 | 360010138021006, District 22 |
| 360010136023004, District 14 | 360010135062005, District 20 | 360010136021038, District 14 |
| 360010136023000, District 14 | 360010135032023, District 19 | 360010137031117, District 22 |
| 360010137053039, District 25 | 360010135033006, District 20 | 360010135033016, District 16 |
| 360010137054007, District 25 | 360010135071007, District 22 | 360010134014005, District 21 |
| 360010136015002, District 15 | 360010135062006, District 20 | 360010140013001, District 26 |
| 360010135081008, District 19 | 360010140013029, District 26 | 360010140013012, District 26 |
| 360010135071006, District 22 | 360010140024004, District 25 | 360010137031099, District 22 |
| 360010137031026, District 22 | 360010140024007, District 25 | 360010139023009, District 23 |
| 360010137053017, District 25 | 360010140023006, District 25 | 360010137031109, District 23 |
| 360010135061032, District 20 | 360010137052020, District 24 | 360010135081014, District 19 |
| 360010131001035, District 16 | 360010135061038, District 20 | 360010140011003, District 24 |
| 360010131001040, District 16 | 360010145031029, District 33 | 360010135031005, District 19 |
| 360010148023044, District 39 | 360010145011043, District 38 | 360010140012001, District 26 |
| 360010148023018, District 39 | 360010145022026, District 38 | 360010137054014, District 25 |
| 360010148023077, District 39 | 360010145022028, District 38 | 360010139011006, District 26 |
| 360010148023084, District 39 | 360010145022033, District 38 | 360010136021008, District 14 |
| 360010148023095, District 39 | 360010145022044, District 38 | 360010146092009, District 32 |
| 360010148023042, District 39 | 360010145022046, District 38 | 360010146151003, District 28 |
| 360010148023055, District 39 | 360010145022039, District 38 | 360010146092001, District 32 |
| 360010148023081, District 39 | 360010145022067, District 38 | 360010146112007, District 29 |
| 360010148022011, District 39 | 360010145011019, District 33 | 360010146143010, District 30 |
| 360010148023024, District 39 | 360010145011018, District 33 | 360010146112014, District 29 |
| 360010148023029, District 39 | 360010145011003, District 33 | 360010146111038, District 32 |
| 360010148023108, District 39 | 360010011001058, District 6 | 360010146111021, District 32 |
| 360010148011131, District 39 | 360010011001120, District 6 | 360010146071007, District 28 |
| 360010148012082, District 39 | 360010011001007, District 6 | 360010146082018, District 30 |
| 360010148012054, District 39 | 360010011001003, District 3 | 360010146082011, District 30 |
| 360010148011093, District 39 | 360010011001028, District 6 | 360010146143004, District 30 |
| 360010148011168, District 39 | 360010002001048, District 6 | 360010146093003, District 30 |
| 360010148011030, District 39 | 360010022001002, District 5 | 360010146151007, District 28 |
| 360010148011084, District 39 | 360010004011036, District 12 | 360010146111031, District 32 |
| 360010148011152, District 39 | 360010018022033, District 10 | 360010146111042, District 32 |
| 360010148011026, District 39 | 360010004011052, District 12 | 360010147002093, District 39 |
| 360010148011070, District 31 | 360010021002002, District 8 | 360010147002041, District 31 |
| 360010148011022, District 39 | 360010001002002, District 3 | 360010147001008, District 31 |
| 360010148011038, District 39 | 360010017001005, District 10 | 360010017002003, District 10 |
| 360010148011142, District 39 | 360010148011115, District 31 | 360010017001025, District 13 |

| | | |
|---|---|---|
| 360010016002000, District 7 | 360010144022006, District 37 | 360010144013018, District 37 |
| 360010017003005, District 10 | 360010144022003, District 37 | 360010144013008, District 37 |
| 360010017003008, District 8 | 360010146092025, District 32 | 360010144011007, District 37 |
| 360010017003002, District 10 | 360010146141003, District 32 | 360010144013030, District 37 |
| 360010019022001, District 8 | 360010146081029, District 32 | 360010144012047, District 37 |
| 360010026001000, District 6 | 360010146075057, District 28 | 360010144022018, District 37 |
| 360010026001005, District 1 | 360010146131001, District 31 | 360010144011071, District 37 |
| 360010026003006, District 1 | 360010146112006, District 29 | 360010144011022, District 37 |
| 360010023001005, District 1 | 360010146081004, District 32 | 360010144011040, District 37 |
| 360010026003003, District 1 | 360010146144011, District 30 | 360010144021006, District 37 |
| 360010026003009, District 1 | 360010146093000, District 32 | 360010146144009, District 30 |
| 360010026003023, District 1 | 360010146131003, District 31 | 360010146063042, District 29 |
| 360010026003013, District 1 | 360010146131018, District 31 | 360010146111024, District 32 |
| 360010023001002, District 6 | 360010146132048, District 31 | 360010146074002, District 29 |
| 360010025004005, District 1 | 360010146121019, District 31 | 360010146075034, District 12 |
| 360010026003024, District 1 | 360010146121017, District 31 | 360010146061009, District 29 |
| 360010011001142, District 6 | 360010146081010, District 32 | 360010146093013, District 32 |
| 360010025003016, District 6 | 360010146093001, District 30 | 360010146075013, District 28 |
| 360010025002008, District 6 | 360010146074011, District 28 | 360010146133002, District 31 |
| 360010003001043, District 11 | 360010018015019, District 9 | 360010146071001, District 28 |
| 360010018012022, District 11 | 360010026004007, District 1 | 360010146144006, District 30 |
| 360010003004006, District 3 | 360010011001115, District 6 | 360010146082013, District 30 |
| 360010016004002, District 8 | 360010026004002, District 1 | 360010146142009, District 30 |
| 360010016002002, District 10 | 360010021002001, District 5 | 360010146081022, District 30 |
| 360010019012002, District 8 | 360010003001012, District 12 | 360010146082006, District 30 |
| 360010025003001, District 6 | 360010025001001, District 6 | 360010146142003, District 30 |
| 360010004011040, District 12 | 360010004034010, District 11 | 360010148032012, District 39 |
| 360010144012005, District 37 | 360010011001024, District 6 | 360010148031141, District 39 |
| 360010144011070, District 37 | 360010026004013, District 1 | 360010148031005, District 39 |
| 360010144011023, District 37 | 360010002001045, District 2 | 360010148031142, District 39 |
| 360010144013037, District 37 | 360010011001027, District 6 | 360010148031107, District 39 |
| 360010144012063, District 37 | 360010011001153, District 6 | 360010148031092, District 39 |
| 360010144011000, District 37 | 360010020005019, District 1 | 360010148032024, District 39 |
| 360010144011028, District 37 | 360010011001104, District 6 | 360010148031116, District 39 |
| 360010144011024, District 37 | 360010002001004, District 3 | 360010148031108, District 39 |
| 360010144022016, District 37 | 360010141002026, District 9 | 360010148031121, District 39 |
| 360010144022021, District 37 | 360010142021020, District 34 | 360010148031126, District 39 |
| 360010144011067, District 37 | 360010143021007, District 36 | 360010148031063, District 39 |
| 360010144022020, District 37 | 360010143021008, District 36 | 360010143011014, District 36 |
| 360010144022043, District 37 | 360010141004017, District 9 | 360010143012015, District 36 |
| 360010144022049, District 37 | 360010143021016, District 36 | 360010143024071, District 36 |
| 360010144011062, District 37 | 360010144012051, District 37 | 360010143023021, District 35 |
| 360010144012056, District 37 | 360010144012067, District 37 | 360010143012047, District 36 |

360010143021043, District 36
360010143012011, District 36
360010142032023, District 35
360010142011006, District 34
360010142024009, District 33
360010142024007, District 33
360010137051008, District 24
360010137051000, District 24
360010135051013, District 21
360010135051019, District 21
360010135052028, District 21
360010137061010, District 25
360010137053014, District 25
360010137061027, District 25
360010137061030, District 25
360010136011046, District 14
360010136011033, District 14
360010136021004, District 14
360010136011008, District 15
360010137071025, District 21
360010136013000, District 21
360010137072005, District 23
360010137061009, District 25
360010136013017, District 21
360010136015006, District 15
360010137061003, District 25
360010135062010, District 20
360010135052019, District 21
360010148021003, District 39
360010148023041, District 39
360010148023059, District 39
360010148022014, District 39
360010148023039, District 39
360010148023038, District 39
360010148023032, District 39
360010148023002, District 39
360010142024008, District 33
360010143024041, District 38
360010142014004, District 36
360010142013012, District 35
360010141004020, District 9
360010143021047, District 36
360010143024018, District 38

360010143022011, District 36
360010143021031, District 36
360010143022005, District 36
360010142035002, District 35
360010143022041, District 36
360010143011038, District 36
360010143024083, District 38
360010143012046, District 36
360010143021021, District 35
360010143024032, District 36
360010137071000, District 23
360010136014006, District 21
360010137061023, District 25
360010137061025, District 25
360010136011049, District 14
360010136011032, District 14
360010137072025, District 23
360010137071000, District 25
360010137053009, District 25
360010137061012, District 25
360010136012023, District 14
360010135052012, District 21
360010135062021, District 20
360010135052032, District 21
360010135052007, District 21
360010136012004, District 14
360010136014025, District 14
360010140012002, District 26
360010136021026, District 14
360010135061047, District 16
360010133002015, District 16
360010133002000, District 16
360010132001010, District 16
360010133004011, District 15
360010133004021, District 15
360010133003026, District 15
360010133003027, District 15
360010133003032, District 15
360010133002016, District 16
360010133003020, District 15
360010132003022, District 15
360010133004020, District 15
360010133004009, District 15

360010132005014, District 15
360010134002010, District 15
360010134003010, District 15
360010134001013, District 14
360010134001014, District 15
360010134003018, District 15
360010132003002, District 16
360010134003001, District 15
360010133003006, District 15
360010148031158, District 39
360010148031114, District 39
360010146111029, District 32
360010146075050, District 28
360010146075017, District 28
360010146073020, District 28
360010146132017, District 31
360010146072004, District 29
360010146131049, District 31
360010146143009, District 30
360010146082023, District 30
360010146142020, District 30
360010146142007, District 30
360010146142017, District 30
360010146142010, District 30
360010146142001, District 30
360010146142000, District 30
360010146071014, District 28
360010148031053, District 39
360010148031018, District 39
360010148031021, District 39
360010148032039, District 39
360010148032043, District 39
360010148031035, District 39
360010148031134, District 39
360010018013022, District 10
360010011001010, District 6
360010002001023, District 3
360010004034033, District 11
360010142035019, District 38
360010142023002, District 33
360010141003027, District 9
360010142023017, District 33
360010142021001, District 34

| | | |
|---|---|---|
| 360010141003011, District 34 | 360010133003023, District 15 | 360010137053021, District 25 |
| 360010142031001, District 34 | 360010133004006, District 15 | 360010136021002, District 14 |
| 360010142035021, District 38 | 360010132002004, District 16 | 360010145031022, District 33 |
| 360010142022003, District 34 | 360010133004010, District 15 | 360010145031016, District 33 |
| 360010142022008, District 34 | 360010133003008, District 15 | 360010145011016, District 33 |
| 360010142022000, District 34 | 360010134003028, District 15 | 360010145032008, District 33 |
| 360010141003007, District 34 | 360010133004005, District 15 | 360010145021019, District 38 |
| 360010142035006, District 35 | 360010142013014, District 35 | 360010145011099, District 33 |
| 360010142022010, District 34 | 360010143024011, District 38 | 360010145011017, District 33 |
| 360010142022012, District 34 | 360010143024066, District 36 | 360010145011030, District 38 |
| 360010142021012, District 34 | 360010142021007, District 34 | 360010148021012, District 39 |
| 360010142034010, District 34 | 360010142014011, District 36 | 360010148021015, District 39 |
| 360010142033021, District 34 | 360010142024013, District 33 | 360010148021061, District 39 |
| 360010131002012, District 16 | 360010141004003, District 9 | 360010148021029, District 39 |
| 360010131003009, District 16 | 360010141001011, District 11 | 360010148021066, District 39 |
| 360010131002010, District 16 | 360010141002005, District 9 | 360010148021085, District 39 |
| 360010131002005, District 16 | 360010143024099, District 38 | 360010148021082, District 39 |
| 360010131003013, District 16 | 360010142035003, District 35 | 360010148022015, District 39 |
| 360010131003025, District 16 | 360010143022003, District 36 | 360010148022022, District 39 |
| 360010131001027, District 16 | 360010143022029, District 38 | 360010148012075, District 39 |
| 360010131001003, District 16 | 360010142023040, District 33 | 360010148012065, District 39 |
| 360010131001019, District 16 | 360010141001006, District 11 | 360010148012079, District 39 |
| 360010146081002, District 32 | 360010141001017, District 9 | 360010148012077, District 39 |
| 360010146144010, District 30 | 360010136012006, District 14 | 360010148011064, District 39 |
| 360010146111011, District 32 | 360010137031113, District 23 | 360010148011059, District 31 |
| 360010148023019, District 39 | 360010137052017, District 24 | 360010148011057, District 39 |
| 360010148023025, District 39 | 360010137053034, District 25 | 360010137061005, District 25 |
| 360010148022012, District 39 | 360010137031127, District 26 | 360010136015011, District 15 |
| 360010133002014, District 16 | 360010136023017, District 14 | 360010139022007, District 26 |
| 360010132003014, District 15 | 360010138022009, District 22 | 360010138021010, District 22 |
| 360010132003005, District 15 | 360010135071022, District 22 | 360010137073022, District 23 |
| 360010132001022, District 16 | 360010139023004, District 23 | 360010136022013, District 14 |
| 360010134003034, District 15 | 360010135081000, District 18 | 360010136021045, District 14 |
| 360010134003060, District 14 | 360010135032009, District 18 | 360010135061007, District 16 |
| 360010134003009, District 15 | 360010138016013, District 27 | 360010138011004, District 27 |
| 360010134003019, District 15 | 360010138016009, District 27 | 360010136014024, District 21 |
| 360010133003010, District 16 | 360010138016008, District 27 | 360010136021060, District 14 |
| 360010133003011, District 15 | 360010138016012, District 27 | 360010136014023, District 21 |
| 360010133001013, District 16 | 360010138016020, District 27 | 360010137031077, District 22 |
| 360010133001006, District 16 | 360010138015014, District 27 | 360010137031084, District 22 |
| 360010133001011, District 16 | 360010137031119, District 22 | 360010135061033, District 20 |
| 360010133002010, District 16 | 360010135061016, District 20 | 360010147001011, District 31 |
| 360010133001007, District 16 | 360010137054002, District 25 | 360010147002090, District 39 |

360010147002082, District 39
360010147002108, District 39
360010147001048, District 31
360010147002079, District 39
360010147002098, District 39
360010147002119, District 39
360010147002109, District 39
360010147001004, District 31
360010147002032, District 31
360010147001081, District 39
360010018023006, District 11
360010003004015, District 3
360010020005034, District 1
360010026002004, District 1
360010002001042, District 2
360010003001019, District 11
360010002001002, District 3
360010018022003, District 11
360010025003015, District 6
360010004011048, District 12
360010014003004, District 5
360010011001080, District 6
360010004011039, District 12
360010011001039, District 6
360010004032005, District 13
360010018022016, District 11
360010004011081, District 12
360010004032007, District 13
360010011001097, District 6
360010017001009, District 10
360010017001011, District 10
360010011001073, District 5
360010004011035, District 12
360010003001031, District 12
360010144021005, District 37
360010144013033, District 37
360010144013047, District 37
360010144022008, District 37
360010144012000, District 37
360010144022046, District 37
360010127001000, District 17
360010128001004, District 17
360010128001023, District 17

360010127003014, District 17
360010127002011, District 17
360010129002017, District 17
360010127003012, District 17
360010127001018, District 17
360010127003002, District 17
360010127001012, District 17
360010146063029, District 31
360010146132007, District 31
360010146063044, District 29
360010146063035, District 29
360010146062003, District 29
360010146073023, District 28
360010146063001, District 29
360010146074018, District 29
360010146074021, District 29
360010146131040, District 31
360010146131056, District 31
360010146132039, District 31
360010146151005, District 28
360010146073029, District 28
360010146073033, District 28
360010146075021, District 28
360010146075054, District 28
360010146074006, District 29
360010146093016, District 32
360010146144021, District 32
360010003001061, District 12
360010004011038, District 12
360010004011053, District 12
360010002001000, District 3
360010020005042, District 1
360010026004006, District 1
360010004011079, District 12
360010004011058, District 12
360010004011063, District 12
360010004011022, District 12
360010011001113, District 6
360010019022008, District 9
360010011001133, District 6
360010002001027, District 3
360010017004014, District 10
360010004011016, District 12

360010020005033, District 1
360010019013000, District 8
360010003001016, District 3
360010002001015, District 3
360010008002002, District 2
360010004031002, District 13
360010144013074, District 37
360010144013072, District 37
360010144013061, District 37
360010144013066, District 37
360010144012024, District 37
360010144013031, District 37
360010144013069, District 37
360010144012033, District 37
360010144012058, District 37
360010144012055, District 37
360010144011037, District 37
360010146082024, District 30
360010146082017, District 30
360010146091004, District 30
360010146133019, District 31
360010146144026, District 30
360010146143013, District 30
360010146093006, District 32
360010146141006, District 32
360010146072000, District 28
360010146071005, District 28
360010146075024, District 12
360010146093009, District 30
360010146111009, District 32
360010146073030, District 28
360010146075028, District 12
360010146121029, District 31
360010146143002, District 30
360010146075011, District 28
360010146112002, District 29
360010148031138, District 39
360010148031146, District 39
360010148032055, District 39
360010148032005, District 39
360010148031002, District 39
360010148031030, District 39
360010148031044, District 39

| | | |
|---|---|---|
| 360010148032011, District 39 | 360010148022017, District 39 | 360010136021074, District 14 |
| 360010148031139, District 39 | 360010148023057, District 39 | 360010136023008, District 14 |
| 360010148024013, District 38 | 360010148023010, District 39 | 360010136023024, District 14 |
| 360010143024063, District 36 | 360010148023022, District 39 | 360010135061062, District 20 |
| 360010141001021, District 11 | 360010148021048, District 39 | 360010135032006, District 18 |
| 360010142024003, District 33 | 360010133004022, District 15 | 360010136021069, District 14 |
| 360010143023001, District 35 | 360010134003027, District 15 | 360010136021032, District 14 |
| 360010142021016, District 34 | 360010132001026, District 15 | 360010135081006, District 19 |
| 360010142035026, District 35 | 360010132002007, District 16 | 360010136015005, District 15 |
| 360010141002022, District 9 | 360010134003051, District 15 | 360010135083012, District 19 |
| 360010141002003, District 9 | 360010134003044, District 14 | 360010137052012, District 23 |
| 360010141001003, District 11 | 360010133003031, District 15 | 360010131001002, District 16 |
| 360010141001026, District 11 | 360010132005002, District 15 | 360010131001014, District 16 |
| 360010141003025, District 33 | 360010133003013, District 15 | 360010131001009, District 16 |
| 360010142023007, District 33 | 360010132003018, District 15 | 360010131001024, District 16 |
| 360010142023016, District 33 | 360010132002010, District 16 | 360010131001041, District 16 |
| 360010141003004, District 34 | 360010134003053, District 14 | 360010131001010, District 16 |
| 360010142031000, District 34 | 360010132004000, District 15 | 360010148031071, District 39 |
| 360010143012027, District 36 | 360010134003042, District 15 | 360010148032030, District 39 |
| 360010143012019, District 36 | 360010134002013, District 14 | 360010148032013, District 39 |
| 360010142013022, District 35 | 360010133002009, District 16 | 360010148031047, District 39 |
| 360010142022006, District 34 | 360010133002012, District 16 | 360010148031059, District 39 |
| 360010135052016, District 21 | 360010133003025, District 15 | 360010148031100, District 39 |
| 360010135052009, District 21 | 360010133003018, District 15 | 360010148031125, District 39 |
| 360010136013015, District 21 | 360010132001004, District 16 | 360010148031109, District 39 |
| 360010136012000, District 14 | 360010133004002, District 15 | 360010146111007, District 32 |
| 360010136012004, District 14 | 360010143012023, District 36 | 360010146072003, District 28 |
| 360010136012011, District 14 | 360010142014001, District 36 | 360010146151019, District 32 |
| 360010136011040, District 14 | 360010143024043, District 38 | 360010146143014, District 30 |
| 360010136021041, District 14 | 360010142014028, District 36 | 360010146111034, District 32 |
| 360010136023025, District 14 | 360010141002029, District 9 | 360010146111044, District 32 |
| 360010136023018, District 14 | 360010142023015, District 33 | 360010146144018, District 32 |
| 360010136021034, District 14 | 360010143021019, District 35 | 360010146093002, District 30 |
| 360010140024005, District 25 | 360010143014013, District 36 | 360010146082010, District 30 |
| 360010138023011, District 27 | 360010143012039, District 36 | 360010146091003, District 30 |
| 360010138011003, District 27 | 360010143021033, District 36 | 360010146081001, District 32 |
| 360010138012010, District 27 | 360010141004001, District 9 | 360010146081025, District 30 |
| 360010138012006, District 27 | 360010142023024, District 33 | 360010146075004, District 28 |
| 360010136021027, District 14 | 360010143021009, District 36 | 360010146061001, District 29 |
| 360010136015014, District 15 | 360010143024038, District 36 | 360010023002003, District 6 |
| 360010135081011, District 19 | 360010143023022, District 35 | 360010003001041, District 11 |
| 360010137031025, District 22 | 360010141001022, District 11 | 360010002001016, District 3 |
| 360010138017000, District 27 | 360010143012006, District 36 | 360010002001046, District 2 |

| | | |
|---|---|---|
| 360010018015006, District 10 | 360010146081023, District 30 | 360010138022012, District 22 |
| 360010003001003, District 12 | 360010146081026, District 30 | 360010138022010, District 22 |
| 360010011001041, District 6 | 360010146151025, District 28 | 360010137031071, District 22 |
| 360010011001016, District 6 | 360010146131016, District 31 | 360010137031034, District 23 |
| 360010014003008, District 5 | 360010146132012, District 31 | 360010137031022, District 22 |
| 360010001001048, District 3 | 360010146131000, District 31 | 360010138013004, District 27 |
| 360010003002000, District 3 | 360010132001008, District 16 | 360010138017015, District 27 |
| 360010011001137, District 6 | 360010132003021, District 15 | 360010135082022, District 19 |
| 360010025002009, District 6 | 360010132003008, District 16 | 360010137031016, District 22 |
| 360010014003019, District 5 | 360010132003012, District 15 | 360010135083070, District 20 |
| 360010003001022, District 11 | 360010133004007, District 15 | 360010136021058, District 14 |
| 360010025001013, District 6 | 360010134002016, District 14 | 360010138017024, District 26 |
| 360010001001000, District 3 | 360010132004002, District 15 | 360010136011012, District 15 |
| 360010025001006, District 6 | 360010134001001, District 14 | 360010135061059, District 16 |
| 360010014003015, District 5 | 360010134003013, District 15 | 360010137031103, District 23 |
| 360010011001114, District 6 | 360010133003005, District 15 | 360010137072034, District 23 |
| 360010007001006, District 3 | 360010148032017, District 39 | 360010137052019, District 24 |
| 360010142034007, District 34 | 360010148031093, District 39 | 360010137054000, District 25 |
| 360010142021008, District 34 | 360010148031106, District 39 | 360010137053000, District 25 |
| 360010142033020, District 34 | 360010148031133, District 39 | 360010135062011, District 20 |
| 360010142033017, District 34 | 360010148032026, District 39 | 360010135051012, District 21 |
| 360010142031012, District 34 | 360010148031075, District 39 | 360010148021062, District 39 |
| 360010142031011, District 34 | 360010148031112, District 39 | 360010148021036, District 39 |
| 360010142031015, District 34 | 360010148031085, District 39 | 360010148021055, District 39 |
| 360010142031020, District 34 | 360010148031102, District 39 | 360010148022016, District 39 |
| 360010142031008, District 35 | 360010143021051, District 36 | 360010148023034, District 39 |
| 360010142032003, District 34 | 360010142024015, District 33 | 360010148021057, District 39 |
| 360010142011010, District 34 | 360010142035020, District 38 | 360010148023096, District 39 |
| 360010142012005, District 35 | 360010143012020, District 36 | 360010148023076, District 39 |
| 360010142031024, District 35 | 360010143011020, District 36 | 360010148023035, District 39 |
| 360010142023013, District 33 | 360010143012037, District 36 | 360010148023045, District 39 |
| 360010142032020, District 35 | 360010143022010, District 36 | 360010148022045, District 39 |
| 360010142014016, District 36 | 360010143022039, District 36 | 360010148022034, District 39 |
| 360010141002002, District 9 | 360010143022042, District 36 | 360010148021045, District 39 |
| 360010142013015, District 35 | 360010143011026, District 36 | 360010148011056, District 39 |
| 360010143021046, District 36 | 360010143011015, District 36 | 360010148011137, District 31 |
| 360010143024007, District 38 | 360010143011016, District 36 | 360010148011101, District 39 |
| 360010143024080, District 36 | 360010143011034, District 36 | 360010148011158, District 39 |
| 360010143022016, District 36 | 360010143011008, District 36 | 360010148011094, District 39 |
| 360010143022043, District 38 | 360010143011012, District 36 | 360010148011175, District 39 |
| 360010143022030, District 36 | 360010141001027, District 11 | 360010148012074, District 39 |
| 360010146131010, District 31 | 360010138015001, District 27 | 360010148011085, District 39 |
| 360010146082000, District 30 | 360010138022006, District 22 | 360010148011037, District 39 |

| | | |
|---|---|---|
| 360010148011032, District 39 | 360010019021007, District 8 | 360010146075045, District 12 |
| 360010138023000, District 22 | 360010019011000, District 8 | 360010146081028, District 32 |
| 360010135083015, District 19 | 360010015001004, District 7 | 360010146111005, District 32 |
| 360010137031089, District 22 | 360010021003002, District 5 | 360010146111045, District 32 |
| 360010138023013, District 22 | 360010021003004, District 5 | 360010146132047, District 31 |
| 360010135071010, District 20 | 360010025001036, District 6 | 360010146072013, District 29 |
| 360010137072006, District 23 | 360010025001019, District 6 | 360010146132023, District 31 |
| 360010136014029, District 21 | 360010025001024, District 6 | 360010146111020, District 32 |
| 360010135061057, District 16 | 360010025001022, District 6 | 360010146071000, District 28 |
| 360010136022022, District 14 | 360010026004016, District 1 | 360010146092028, District 32 |
| 360010136011027, District 14 | 360010026004003, District 1 | 360010146151009, District 28 |
| 360010135052026, District 21 | 360010025002000, District 6 | 360010146132050, District 31 |
| 360010137054015, District 25 | 360010018015016, District 9 | 360010003004002, District 3 |
| 360010135061056, District 16 | 360010018015013, District 9 | 360010003001014, District 3 |
| 360010137052005, District 24 | 360010127003001, District 17 | 360010005014002, District 13 |
| 360010137052000, District 23 | 360010127003007, District 17 | 360010004032012, District 13 |
| 360010137054004, District 25 | 360010127002007, District 17 | 360010018011000, District 10 |
| 360010135052018, District 21 | 360010129002008, District 17 | 360010018011001, District 10 |
| 360010135032018, District 18 | 360010129002002, District 17 | 360010017001006, District 10 |
| 360010147001025, District 31 | 360010128003004, District 17 | 360010017001003, District 13 |
| 360010147002010, District 31 | 360010130001006, District 18 | 360010017001001, District 13 |
| 360010147001034, District 31 | 360010130001005, District 18 | 360010016002001, District 7 |
| 360010147002078, District 31 | 360010130004010, District 16 | 360010016001005, District 7 |
| 360010147002004, District 31 | 360010130001007, District 18 | 360010019013006, District 8 |
| 360010147002064, District 31 | 360010130002013, District 18 | 360010019013003, District 8 |
| 360010147002047, District 31 | 360010128002007, District 17 | 360010026001001, District 6 |
| 360010147002026, District 31 | 360010130004013, District 16 | 360010026003007, District 1 |
| 360010147002067, District 31 | 360010130001004, District 18 | 360010026003004, District 1 |
| 360010145021030, District 38 | 360010130001003, District 18 | 360010003001026, District 12 |
| 360010145023018, District 38 | 360010130001016, District 18 | 360010026003018, District 1 |
| 360010020005024, District 1 | 360010129004006, District 18 | 360010023002018, District 6 |
| 360010026004038, District 1 | 360010129002006, District 18 | 360010023002009, District 6 |
| 360010004041015, District 12 | 360010130005009, District 18 | 360010023002013, District 6 |
| 360010004041011, District 12 | 360010130003002, District 18 | 360010023002015, District 6 |
| 360010003001011, District 12 | 360010130003007, District 17 | 360010023002014, District 6 |
| 360010018015024, District 9 | 360010130003003, District 17 | 360010023002011, District 6 |
| 360010019021000, District 9 | 360010130003012, District 17 | 360010023002017, District 6 |
| 360010016001004, District 7 | 360010128003009, District 17 | 360010025004002, District 6 |
| 360010006003001, District 4 | 360010146093010, District 32 | 360010025001010, District 6 |
| 360010016001000, District 7 | 360010146091000, District 30 | 360010144022035, District 37 |
| 360010015001001, District 7 | 360010146091006, District 30 | 360010144022002, District 37 |
| 360010006003009, District 7 | 360010146092000, District 32 | 360010144013013, District 37 |
| 360010015003002, District 7 | 360010146092010, District 32 | 360010144013049, District 37 |

360010144013003, District 37
360010144012019, District 37
360010144012059, District 37
360010144013026, District 37
360010144022053, District 37
360010144013010, District 37
360010144013040, District 37
360010128001028, District 17
360010128004011, District 17
360010130005003, District 18
360010127003008, District 17
360010146081018, District 30
360010146121000, District 31
360010146144008, District 30
360010146072015, District 29
360010146121003, District 31
360010146132011, District 31
360010146121008, District 31
360010146121023, District 31
360010146081012, District 32
360010146063023, District 31
360010146062007, District 29
360010146062010, District 29
360010146062012, District 29
360010146074017, District 29
360010146063041, District 29
360010146151033, District 32
360010148032033, District 39
360010148032063, District 39
360010148032067, District 39
360010148032002, District 39
360010003003046, District 3
360010003004023, District 3
360010004033013, District 13
360010011001090, District 6
360010003001034, District 12
360010018022035, District 10
360010018022022, District 10
360010011001032, District 6
360010026004005, District 6
360010004034024, District 11
360010004011026, District 12
360010004041001, District 12

360010001001055, District 3
360010001001026, District 3
360010142022013, District 34
360010142022019, District 34
360010142034006, District 34
360010142034004, District 34
360010142033006, District 34
360010142033014, District 34
360010142031004, District 34
360010142031013, District 34
360010142032019, District 35
360010142032004, District 35
360010142031017, District 35
360010142031018, District 35
360010142012010, District 35
360010142012004, District 35
360010142031021, District 35
360010143024035, District 36
360010142012012, District 35
360010142013003, District 35
360010142013002, District 35
360010142013000, District 36
360010143023025, District 35
360010142013023, District 35
360010142031016, District 35
360010142035005, District 35
360010135031004, District 19
360010131001029, District 16
360010131003018, District 16
360010131003008, District 16
360010131001039, District 16
360010131003003, District 16
360010131001050, District 16
360010131002007, District 16
360010131003005, District 16
360010131001058, District 16
360010131002018, District 16
360010131003000, District 16
360010131001001, District 16
360010131002014, District 16
360010146112021, District 29
360010146131005, District 31
360010146061003, District 29

360010132001002, District 16
360010132005004, District 15
360010132005007, District 15
360010132005010, District 15
360010132005015, District 15
360010134003040, District 15
360010134001000, District 14
360010132004010, District 15
360010134002014, District 14
360010134002005, District 14
360010134001005, District 14
360010134001006, District 14
360010134001010, District 15
360010134001011, District 15
360010134003014, District 15
360010134003012, District 15
360010134003015, District 15
360010134003050, District 15
360010134003025, District 14
360010148032073, District 39
360010148032028, District 39
360010148031042, District 39
360010148032078, District 39
360010148031014, District 39
360010148031022, District 39
360010148031096, District 39
360010148031094, District 39
360010148031009, District 39
360010143024084, District 38
360010142013010, District 35
360010141002014, District 9
360010142032026, District 35
360010141002015, District 9
360010141001013, District 11
360010141001010, District 11
360010142023005, District 33
360010142023008, District 33
360010142021002, District 34
360010141004008, District 9
360010142023022, District 33
360010142023029, District 33
360010142023023, District 33
360010141003006, District 34

360010141003009, District 34
360010143012026, District 36
360010143012073, District 36
360010142023036, District 33
360010142022023, District 34
360010131001060, District 16
360010131002015, District 16
360010131001051, District 16
360010131001061, District 16
360010131001053, District 16
360010131003027, District 16
360010131003023, District 16
360010131001023, District 16
360010131001037, District 16
360010131001046, District 16
360010131001052, District 16
360010146144016, District 30
360010146132020, District 31
360010146111017, District 31
360010146112018, District 29
360010146131011, District 31
360010148031110, District 39
360010148031060, District 39
360010148031120, District 39
360010148031111, District 39
360010148031064, District 39
360010148031076, District 39
360010148032020, District 39
360010148032022, District 39
360010148032029, District 39
360010146133021, District 31
360010146073031, District 28
360010146131019, District 31
360010146131039, District 31
360010146073016, District 28
360010146143000, District 30
360010146131013, District 31
360010146131012, District 31
360010146121015, District 31
360010146121022, District 31
360010146121011, District 31
360010146075014, District 28
360010146073014, District 28

360010146074023, District 29
360010146131035, District 31
360010146075022, District 28
360010146133015, District 31
360010146062006, District 29
360010146081035, District 32
360010146075010, District 28
360010017001017, District 10
360010026004018, District 6
360010011001116, District 6
360010003003002, District 3
360010001001033, District 3
360010025001015, District 6
360010004011067, District 12
360010004011046, District 12
360010004034008, District 11
360010018022024, District 11
360010041001076, District 12
360010001001004, District 3
360010025002001, District 6
360010004041012, District 12
360010023002005, District 6
360010003002004, District 4
360010003004013, District 3
360010003004007, District 3
360010004033008, District 13
360010018012000, District 10
360010017004001, District 10
360010143022014, District 36
360010141002009, District 9
360010141004012, District 9
360010143021001, District 36
360010141004013, District 9
360010144012016, District 37
360010144013005, District 37
360010144012008, District 37
360010144012034, District 37
360010144021012, District 37
360010144013075, District 37
360010144011041, District 37
360010144013042, District 37
360010144022004, District 37
360010144012002, District 37

360010144012003, District 37
360010144011009, District 37
360010144022036, District 37
360010144022030, District 37
360010146092030, District 32
360010146112012, District 29
360010146081016, District 30
360010146111028, District 32
360010146092014, District 32
360010146072010, District 28
360010146132013, District 31
360010146075053, District 28
360010146075000, District 28
360010146075006, District 28
360010146075051, District 28
360010146073000, District 28
360010146073028, District 28
360010146132051, District 31
360010148031083, District 39
360010148031143, District 39
360010148031016, District 39
360010148031024, District 39
360010148031020, District 39
360010148031011, District 39
360010148032016, District 39
360010148032062, District 39
360010148032057, District 39
360010148032018, District 39
360010148032044, District 39
360010142021004, District 34
360010142011012, District 34
360010143011033, District 36
360010142011023, District 34
360010143024075, District 36
360010143011023, District 36
360010142021011, District 34
360010143023018, District 35
360010142023004, District 33
360010143021006, District 36
360010142035025, District 38
360010143023016, District 35
360010143021045, District 36
360010143021040, District 36

| | | |
|---|---|---|
| 360010143024040, District 38 | 360010132001029, District 16 | 360010145031033, District 33 |
| 360010141003001, District 34 | 360010132003000, District 16 | 360010145022011, District 38 |
| 360010142024010, District 33 | 360010132003004, District 15 | 360010145021018, District 38 |
| 360010142035003, District 35 | 360010148011019, District 39 | 360010145022057, District 38 |
| 360010135051000, District 21 | 360010148011036, District 39 | 360010145032013, District 33 |
| 360010135083066, District 19 | 360010148011122, District 39 | 360010145011053, District 38 |
| 360010137061033, District 25 | 360010148011135, District 39 | 360010145011059, District 38 |
| 360010136011044, District 14 | 360010148011148, District 39 | 360010019023010, District 9 |
| 360010136021007, District 14 | 360010148011171, District 39 | 360010020005015, District 9 |
| 360010136021010, District 14 | 360010148011027, District 39 | 360010020002000, District 1 |
| 360010136011030, District 14 | 360010148012063, District 39 | 360010020002002, District 1 |
| 360010136023001, District 14 | 360010148011078, District 39 | 360010004011028, District 12 |
| 360010136013004, District 21 | 360010148012060, District 39 | 360010014003017, District 5 |
| 360010135052030, District 21 | 360010148011105, District 39 | 360010026004023, District 1 |
| 360010137072001, District 23 | 360010143011027, District 36 | 360010007001000, District 3 |
| 360010137072024, District 23 | 360010142023014, District 33 | 360010003003009, District 3 |
| 360010137061002, District 25 | 360010143022021, District 38 | 360010003003050, District 3 |
| 360010137072038, District 25 | 360010137051018, District 24 | 360010003002005, District 4 |
| 360010137071018, District 21 | 360010135061002, District 16 | 360010006003008, District 4 |
| 360010136022017, District 14 | 360010137031065, District 22 | 360010006003015, District 7 |
| 360010135062023, District 20 | 360010137031036, District 22 | 360010006002001, District 4 |
| 360010135052008, District 21 | 360010138017022, District 26 | 360010006002002, District 4 |
| 360010136013013, District 21 | 360010139012001, District 26 | 360010006001002, District 4 |
| 360010135052014, District 21 | 360010139012011, District 26 | 360010017001014, District 10 |
| 360010135052017, District 21 | 360010139022001, District 23 | 360010008003006, District 4 |
| 360010136012005, District 14 | 360010139021000, District 23 | 360010007003008, District 4 |
| 360010137053028, District 25 | 360010139021006, District 23 | 360010008002001, District 2 |
| 360010136011035, District 14 | 360010139012013, District 26 | 360010014003005, District 2 |
| 360010135061051, District 16 | 360010139012008, District 26 | 360010021002009, District 8 |
| 360010148021024, District 39 | 360010140013033, District 26 | 360010021001008, District 5 |
| 360010148022009, District 39 | 360010140013009, District 26 | 360010022002004, District 6 |
| 360010148023088, District 39 | 360010137031000, District 22 | 360010022002003, District 6 |
| 360010148023064, District 39 | 360010136023012, District 14 | 360010002003001, District 2 |
| 360010148022049, District 39 | 360010135082009, District 19 | 360010007003002, District 3 |
| 360010148023013, District 39 | 360010135082027, District 19 | 360010129001023, District 18 |
| 360010148023036, District 39 | 360010135082010, District 19 | 360010128004008, District 17 |
| 360010148023079, District 39 | 360010135082028, District 19 | 360010128001014, District 17 |
| 360010148022050, District 39 | 360010135082029, District 19 | 360010128002000, District 17 |
| 360010148023008, District 39 | 360010135082020, District 19 | 360010128001022, District 17 |
| 360010148022003, District 39 | 360010135082025, District 19 | 360010130002021, District 18 |
| 360010134003046, District 15 | 360010145021004, District 38 | 360010128004009, District 17 |
| 360010133003002, District 15 | 360010145011039, District 38 | 360010128002004, District 17 |
| 360010133004023, District 15 | 360010145021038, District 38 | 360010127001016, District 17 |

360010127001022, District 17
360010129001010, District 18
360010129001007, District 18
360010137071008, District 23
360010135061042, District 16
360010137031066, District 22
360010136011019, District 14
360010140011022, District 24
360010146121020, District 31
360010146063012, District 29
360010147002025, District 31
360010147001070, District 39
360010147001049, District 31
360010147002089, District 39
360010147002099, District 39
360010147002106, District 39
360010147002107, District 39
360010147002102, District 39
360010147002100, District 39
360010004011072, District 12
360010004011008, District 12
360010020001008, District 8
360010002001022, District 3
360010011001101, District 6
360010025002002, District 6
360010025003006, District 6
360010020005006, District 9
360010018022012, District 11
360010003001050, District 13
360010020004007, District 9
360010020005017, District 1
360010007001014, District 3
360010018015021, District 9
360010018012014, District 10
360010017004000, District 10
360010011001134, District 6
360010007001005, District 3
360010004034001, District 12
360010023002007, District 6
360010018014000, District 10
360010018022017, District 11
360010004011025, District 12
360010127001017, District 17

360010127001023, District 17
360010127003011, District 17
360010127003013, District 17
360010130004006, District 16
360010130001008, District 18
360010130002016, District 18
360010130002002, District 18
360010130001010, District 18
360010130004008, District 16
360010130002020, District 18
360010130004007, District 16
360010129004004, District 18
360010129001014, District 18
360010129001012, District 18
360010129003002, District 18
360010130005004, District 18
360010130003010, District 18
360010130003011, District 17
360010130004001, District 17
360010128003011, District 17
360010128003008, District 17
360010128003013, District 17
360010128002010, District 17
360010128003000, District 17
360010146131037, District 31
360010146131054, District 31
360010146133025, District 31
360010146121006, District 31
360010146132032, District 31
360010146081027, District 30
360010146132049, District 31
360010146132030, District 31
360010146141007, District 32
360010146141004, District 32
360010146092004, District 32
360010146092026, District 32
360010146092032, District 32
360010146112022, District 29
360010146111013, District 31
360010146112003, District 29
360010146132022, District 31
360010146132024, District 31
360010146111026, District 32

360010146072017, District 29
360010146082016, District 30
360010146075037, District 28
360010146081021, District 30
360010004011002, District 12
360010018015009, District 9
360010004041000, District 12
360010014003012, District 5
360010020005035, District 1
360010004011080, District 12
360010014003026, District 5
360010020005041, District 1
360010025001005, District 6
360010026004030, District 1
360010004011020, District 12
360010018021014, District 11
360010018013024, District 10
360010004011071, District 12
360010017004011, District 10
360010004033011, District 11
360010004011027, District 12
360010004011032, District 12
360010025001012, District 6
360010025001018, District 6
360010142032013, District 35
360010143023007, District 35
360010142014019, District 36
360010142023020, District 33
360010143021027, District 36
360010143024009, District 38
360010143024006, District 38
360010143024002, District 38
360010143024074, District 36
360010143024081, District 36
360010143012008, District 36
360010141001000, District 11
360010146131021, District 31
360010146151013, District 29
360010146063016, District 31
360010146131044, District 31
360010146112020, District 29
360010146112017, District 29

| | | |
|---|---|---|
| 360010146112000, District 29 | 360010146151017, District 29 | 360010017001026, District 13 |
| 360010146112005, District 29 | 360010146131029, District 31 | 360010017002011, District 10 |
| 360010146133026, District 31 | 360010146073034, District 28 | 360010001001045, District 3 |
| 360010146132053, District 31 | 360010146062014, District 29 | 360010001001002, District 3 |
| 360010148031127, District 39 | 360010146131015, District 31 | 360010001001001, District 3 |
| 360010148031081, District 39 | 360010146081003, District 32 | 360010001001050, District 3 |
| 360010148031073, District 39 | 360010146063000, District 29 | 360010001001056, District 3 |
| 360010148031119, District 39 | 360010146075027, District 12 | 360010026004021, District 1 |
| 360010148031115, District 39 | 360010146075002, District 28 | 360010026003011, District 1 |
| 360010148031079, District 39 | 360010146093026, District 30 | 360010026004020, District 1 |
| 360010148031066, District 39 | 360010146072006, District 29 | 360010026004027, District 1 |
| 360010148032021, District 39 | 360010148032080, District 39 | 360010023002010, District 6 |
| 360010148032032, District 39 | 360010148031145, District 39 | 360010023002016, District 6 |
| 360010148032031, District 39 | 360010148031156, District 39 | 360010023002020, District 6 |
| 360010148032058, District 39 | 360010148031122, District 39 | 360010025004004, District 6 |
| 360010148032074, District 39 | 360010148031023, District 39 | 360010025005002, District 6 |
| 360010142034016, District 34 | 360010148031017, District 39 | 360010025004003, District 6 |
| 360010142034018, District 34 | 360010148031055, District 39 | 360010025005000, District 6 |
| 360010142034003, District 34 | 360010148031056, District 39 | 360010026004009, District 1 |
| 360010142034009, District 34 | 360010148032041, District 39 | 360010025003004, District 6 |
| 360010142033009, District 34 | 360010148032061, District 39 | 360010020004004, District 9 |
| 360010142034017, District 34 | 360010148032069, District 39 | 360010016004011, District 8 |
| 360010142033012, District 34 | 360010146073013, District 28 | 360010144013062, District 37 |
| 360010142021019, District 34 | 360010146081006, District 32 | 360010144011049, District 37 |
| 360010142034001, District 34 | 360010146092005, District 32 | 360010144013043, District 37 |
| 360010142033002, District 34 | 360010146092024, District 32 | 360010144012023, District 37 |
| 360010142033004, District 34 | 360010146093011, District 32 | 360010144012026, District 37 |
| 360010142033000, District 34 | 360010146112019, District 32 | 360010144012017, District 37 |
| 360010142033011, District 34 | 360010146073027, District 28 | 360010144012020, District 37 |
| 360010142033015, District 35 | 360010146072018, District 29 | 360010144013044, District 37 |
| 360010142031010, District 34 | 360010146132019, District 31 | 360010146142004, District 30 |
| 360010142032018, District 35 | 360010146112001, District 29 | 360010146142005, District 30 |
| 360010142012001, District 35 | 360010146151016, District 29 | 360010146144005, District 30 |
| 360010142012002, District 35 | 360010146132044, District 31 | 360010146144004, District 30 |
| 360010142011013, District 34 | 360010146061005, District 29 | 360010146082020, District 30 |
| 360010142031022, District 35 | 360010146072014, District 29 | 360010146142008, District 30 |
| 360010142012008, District 35 | 360010146072022, District 29 | 360010146091005, District 30 |
| 360010142012006, District 35 | 360010146072011, District 29 | 360010146151008, District 28 |
| 360010142035004, District 35 | 360010146111050, District 32 | 360010146144012, District 30 |
| 360010142013031, District 35 | 360010146092002, District 32 | 360010146144023, District 30 |
| 360010142033010, District 34 | 360010146075008, District 28 | 360010146111030, District 32 |
| 360010146131006, District 31 | 360010146133024, District 31 | 360010146071006, District 28 |
| 360010146074022, District 29 | 360010017001010, District 10 | 360010146131031, District 31 |

| | | |
|---|---|---|
| 360010146111033, District 32 | 360010136012021, District 14 | 360010134001002, District 14 |
| 360010146121010, District 31 | 360010136012012, District 14 | 360010134001003, District 14 |
| 360010146131038, District 31 | 360010136022026, District 14 | 360010134003056, District 15 |
| 360010146072021, District 29 | 360010136014022, District 14 | 360010134003058, District 14 |
| 360010146151010, District 28 | 360010136014021, District 14 | 360010132004008, District 15 |
| 360010148032006, District 39 | 360010135083031, District 19 | 360010132004011, District 15 |
| 360010148031050, District 39 | 360010135032017, District 18 | 360010132004013, District 15 |
| 360010148032000, District 39 | 360010137052011, District 24 | 360010132004014, District 15 |
| 360010148032079, District 39 | 360010138021017, District 22 | 360010134003007, District 15 |
| 360010148031052, District 39 | 360010138015010, District 27 | 360010142035024, District 38 |
| 360010001001035, District 3 | 360010138021003, District 27 | 360010142033019, District 34 |
| 360010003001008, District 3 | 360010136011002, District 15 | 360010143011004, District 36 |
| 360010025002010, District 6 | 360010131003020, District 16 | 360010142024016, District 33 |
| 360010017003009, District 8 | 360010131001045, District 16 | 360010142011015, District 34 |
| 360010026004001, District 1 | 360010131001036, District 16 | 360010142011016, District 34 |
| 360010011001040, District 6 | 360010131002011, District 16 | 360010143012051, District 36 |
| 360010003004000, District 3 | 360010131002017, District 16 | 360010143024078, District 36 |
| 360010141002007, District 9 | 360010131003002, District 16 | 360010142035012, District 38 |
| 360010142035008, District 35 | 360010131001059, District 16 | 360010143011010, District 36 |
| 360010143012028, District 36 | 360010131001055, District 16 | 360010139023011, District 23 |
| 360010143022008, District 36 | 360010131003026, District 16 | 360010137031046, District 23 |
| 360010141002016, District 9 | 360010131001021, District 16 | 360010139011004, District 26 |
| 360010142023039, District 33 | 360010132003003, District 15 | 360010139023033, District 26 |
| 360010141001002, District 11 | 360010132003001, District 16 | 360010140013015, District 26 |
| 360010141001001, District 11 | 360010133003009, District 15 | 360010140013006, District 26 |
| 360010141002008, District 9 | 360010134003006, District 15 | 360010140013017, District 26 |
| 360010142023011, District 33 | 360010133003004, District 15 | 360010135071009, District 22 |
| 360010142021018, District 34 | 360010133003033, District 15 | 360010135063000, District 20 |
| 360010141003002, District 34 | 360010133003001, District 15 | 360010135083062, District 19 |
| 360010142011007, District 34 | 360010133001010, District 16 | 360010135071003, District 22 |
| 360010143012007, District 36 | 360010133003015, District 15 | 360010135032003, District 18 |
| 360010143012022, District 36 | 360010133003024, District 15 | 360010135082000, District 19 |
| 360010142013019, District 35 | 360010133003029, District 15 | 360010135072010, District 22 |
| 360010142014025, District 36 | 360010133003017, District 15 | 360010135071000, District 22 |
| 360010142035017, District 38 | 360010133004001, District 15 | 360010135032016, District 19 |
| 360010142024001, District 33 | 360010133001001, District 16 | 360010135031011, District 19 |
| 360010142035022, District 38 | 360010133002001, District 16 | 360010135063015, District 20 |
| 360010141003010, District 34 | 360010133004000, District 15 | 360010145012011, District 33 |
| 360010142022016, District 34 | 360010133004012, District 15 | 360010145021001, District 38 |
| 360010136022021, District 14 | 360010133002004, District 16 | 360010145011066, District 38 |
| 360010136021073, District 14 | 360010132005003, District 15 | 360010145031015, District 33 |
| 360010136014031, District 21 | 360010133004018, District 15 | 360010145031014, District 33 |
| 360010137054019, District 25 | 360010133004017, District 15 | 360010145012002, District 33 |

360010145012004, District 33
360010145031002, District 33
360010145012018, District 33
360010145023010, District 38
360010145021042, District 38
360010145021012, District 38
360010007003004, District 3
360010002001044, District 2
360010002001031, District 3
360010001001042, District 3
360010018024008, District 11
360010018024003, District 11
360010018021010, District 11
360010004034038, District 11
360010018023004, District 11
360010018023017, District 11
360010018024018, District 11
360010018022026, District 11
360010018021011, District 11
360010018022019, District 11
360010018014002, District 10
360010018012019, District 10
360010018015025, District 9
360010018014012, District 10
360010004034037, District 11
360010018012011, District 10
360010002004004, District 2
360010002003006, District 2
360010001001015, District 3
360010001001016, District 3
360010001002005, District 3
360010001001021, District 3
360010004011029, District 12
360010138015000, District 27
360010138017001, District 27
360010138021005, District 22
360010137031047, District 23
360010136015001, District 15
360010137072000, District 23
360010137072023, District 23
360010137053013, District 25
360010140011028, District 24
360010137031007, District 22

360010137031014, District 22
360010147001017, District 31
360010147001052, District 31
360010147001024, District 31
360010147001044, District 31
360010147002009, District 31
360010147001042, District 31
360010147001030, District 31
360010147001038, District 31
360010147001075, District 31
360010147002049, District 31
360010147002062, District 31
360010147002058, District 31
360010147002057, District 31
360010147002031, District 31
360010004034039, District 11
360010004011044, District 12
360010004034035, District 11
360010020005038, District 9
360010011001092, District 6
360010026003012, District 1
360010004011082, District 12
360010018022008, District 11
360010019012001, District 8
360010005022009, District 13
360010005014006, District 13
360010005013003, District 13
360010005013002, District 13
360010006003012, District 7
360010016003006, District 8
360010015004005, District 5
360010019011002, District 8
360010015002000, District 7
360010019011004, District 8
360010015001006, District 7
360010025001039, District 6
360010026004037, District 1
360010026004004, District 6
360010025001033, District 6
360010025001032, District 6
360010018015014, District 9
360010129002011, District 17
360010129001022, District 18

360010129002000, District 17
360010128001000, District 17
360010127003010, District 17
360010127002010, District 17
360010127001002, District 17
360010127001015, District 17
360010129001008, District 18
360010129001020, District 18
360010130002001, District 18
360010135033000, District 16
360010146111047, District 32
360010146142019, District 30
360010146151004, District 28
360010146143011, District 30
360010146111027, District 32
360010146063009, District 29
360010146131004, District 31
360010147002088, District 39
360010147002035, District 31
360010147002040, District 31
360010147002110, District 39
360010147002084, District 39
360010147001005, District 31
360010147002115, District 39
360010025001016, District 6
360010005014000, District 13
360010003004017, District 3
360010003004014, District 3
360010003004021, District 3
360010007001021, District 3
360010004033015, District 13
360010017001007, District 10
360010017002008, District 10
360010017002004, District 10
360010017001023, District 13
360010017001027, District 13
360010019013005, District 8
360010019022010, District 8
360010019013011, District 8
360010001001036, District 3
360010026001002, District 1
360010026002006, District 1
360010023001004, District 1

| | | |
|---|---|---|
| 360010026002008, District 1 | 360010148031154, District 39 | 360010146131046, District 31 |
| 360010026002000, District 6 | 360010148032042, District 39 | 360010148032064, District 39 |
| 360010026003022, District 1 | 360010148032037, District 39 | 360010148032007, District 39 |
| 360010026004026, District 1 | 360010148032008, District 39 | 360010148031041, District 39 |
| 360010011001121, District 6 | 360010026004003, District 1 | 360010148031039, District 39 |
| 360010026003017, District 1 | 360010011001019, District 6 | 360010148032009, District 39 |
| 360010025005001, District 6 | 360010011001008, District 6 | 360010148031068, District 39 |
| 360010025002007, District 6 | 360010142035001, District 35 | 360010148031008, District 39 |
| 360010143022020, District 38 | 360010143024057, District 38 | 360010146063039, District 29 |
| 360010143021034, District 36 | 360010143024016, District 38 | 360010147002076, District 31 |
| 360010143021036, District 36 | 360010143024082, District 36 | 360010147002113, District 39 |
| 360010143024036, District 36 | 360010143022000, District 36 | 360010147001059, District 31 |
| 360010144022047, District 37 | 360010143024076, District 36 | 360010147001060, District 31 |
| 360010144013056, District 37 | 360010143022036, District 36 | 360010147002103, District 39 |
| 360010144013000, District 37 | 360010143021042, District 36 | 360010147002080, District 39 |
| 360010144012018, District 37 | 360010141002011, District 9 | 360010147002117, District 39 |
| 360010144013032, District 37 | 360010143021012, District 36 | 360010147001072, District 39 |
| 360010144011052, District 37 | 360010143021041, District 36 | 360010147002086, District 39 |
| 360010144011055, District 37 | 360010144011075, District 37 | 360010147002083, District 39 |
| 360010146151027, District 28 | 360010144011077, District 37 | 360010147002120, District 39 |
| 360010146092011, District 32 | 360010144012043, District 37 | 360010147002001, District 31 |
| 360010146072001, District 28 | 360010144013053, District 37 | 360010016004006, District 8 |
| 360010146111035, District 32 | 360010146144003, District 30 | 360010016004010, District 8 |
| 360010146081011, District 32 | 360010146075029, District 12 | 360010019013001, District 8 |
| 360010146151028, District 28 | 360010146111018, District 31 | 360010019022004, District 9 |
| 360010146075033, District 12 | 360010146082022, District 30 | 360010025002003, District 6 |
| 360010146093022, District 32 | 360010146142002, District 30 | 360010011001098, District 5 |
| 360010146131017, District 31 | 360010146082014, District 30 | 360010025002005, District 6 |
| 360010146121002, District 31 | 360010146082007, District 30 | 360010018024007, District 11 |
| 360010146092008, District 32 | 360010146142016, District 30 | 360010003004005, District 3 |
| 360010146073001, District 28 | 360010146142011, District 30 | 360010019023006, District 9 |
| 360010146075041, District 12 | 360010146143005, District 30 | 360010002003003, District 2 |
| 360010146073003, District 28 | 360010146111003, District 32 | 360010002001020, District 3 |
| 360010146075032, District 12 | 360010146091002, District 30 | 360010002001014, District 3 |
| 360010146081017, District 30 | 360010146141002, District 32 | 360010003004024, District 4 |
| 360010146081013, District 32 | 360010146074024, District 29 | 360010011001093, District 6 |
| 360010146073011, District 28 | 360010146151034, District 32 | 360010026001008, District 1 |
| 360010148032071, District 39 | 360010146111041, District 32 | 360010011001107, District 6 |
| 360010148031082, District 39 | 360010146144015, District 30 | 360010004034046, District 11 |
| 360010148031003, District 39 | 360010146093014, District 32 | 360010011001110, District 6 |
| 360010148031054, District 39 | 360010146121025, District 31 | 360010004041020, District 12 |
| 360010148031045, District 39 | 360010146073019, District 28 | 360010016002007, District 7 |
| 360010148031007, District 39 | 360010146073025, District 28 | 360010018015023, District 9 |

| | | |
|---|---|---|
| 360010001001019, District 3 | 360010002001037, District 2 | 360010146111004, District 32 |
| 360010018023001, District 11 | 360010025001004, District 6 | 360010134003017, District 15 |
| 360010004041004, District 12 | 360010007001018, District 3 | 360010132001000, District 16 |
| 360010017004002, District 10 | 360010018014003, District 10 | 360010132004001, District 15 |
| 360010144012030, District 37 | 360010003003049, District 3 | 360010132005006, District 15 |
| 360010144013070, District 37 | 360010004011014, District 12 | 360010134003054, District 15 |
| 360010144012021, District 37 | 360010005022006, District 13 | 360010148032038, District 39 |
| 360010144022000, District 37 | 360010004011023, District 12 | 360010148032036, District 39 |
| 360010144022011, District 37 | 360010142034002, District 34 | 360010148031078, District 39 |
| 360010144012035, District 37 | 360010142034015, District 34 | 360010148031095, District 39 |
| 360010144022022, District 37 | 360010142034019, District 34 | 360010148031062, District 39 |
| 360010144012038, District 37 | 360010142034020, District 34 | 360010148031103, District 39 |
| 360010144012041, District 37 | 360010142033005, District 34 | 360010141001020, District 11 |
| 360010144012052, District 37 | 360010142032021, District 35 | 360010143012050, District 36 |
| 360010144022026, District 37 | 360010142033001, District 34 | 360010143022028, District 38 |
| 360010144012062, District 37 | 360010142032007, District 35 | 360010143011022, District 36 |
| 360010144013035, District 37 | 360010142014005, District 36 | 360010143023026, District 35 |
| 360010144013064, District 37 | 360010142011022, District 34 | 360010143022017, District 38 |
| 360010144012004, District 37 | 360010142011020, District 34 | 360010142024017, District 33 |
| 360010144013048, District 37 | 360010142011011, District 34 | 360010142035030, District 35 |
| 360010146151000, District 28 | 360010142032011, District 35 | 360010143022035, District 36 |
| 360010146074003, District 29 | 360010142031023, District 35 | 360010143024045, District 36 |
| 360010146063018, District 31 | 360010142012009, District 35 | 360010143012045, District 36 |
| 360010146133013, District 31 | 360010142012014, District 35 | 360010143024028, District 36 |
| 360010146131024, District 31 | 360010142012018, District 35 | 360010143022040, District 36 |
| 360010146121018, District 31 | 360010142035010, District 35 | 360010143011009, District 36 |
| 360010146131022, District 31 | 360010142032015, District 35 | 360010135071013, District 20 |
| 360010146131027, District 31 | 360010143023015, District 35 | 360010135063018, District 20 |
| 360010146072009, District 29 | 360010142014014, District 36 | 360010138021004, District 22 |
| 360010146063037, District 31 | 360010143022002, District 36 | 360010136021013, District 14 |
| 360010003001002, District 12 | 360010131001025, District 16 | 360010135051009, District 21 |
| 360010023002002, District 6 | 360010131001034, District 16 | 360010135051010, District 21 |
| 360010007001004, District 3 | 360010131001020, District 16 | 360010135062018, District 20 |
| 360010017003001, District 10 | 360010146081036, District 30 | 360010140022012, District 24 |
| 360010004032009, District 13 | 360010146132000, District 31 | 360010140024017, District 25 |
| 360010011001126, District 6 | 360010146111016, District 29 | 360010140023002, District 25 |
| 360010003003015, District 3 | 360010146144022, District 30 | 360010140022019, District 24 |
| 360010011001033, District 6 | 360010146132029, District 31 | 360010135083044, District 19 |
| 360010026004012, District 6 | 360010146063034, District 29 | 360010135063007, District 20 |
| 360010001001044, District 3 | 360010146131007, District 31 | 360010138014002, District 27 |
| 360010001001034, District 3 | 360010146151011, District 29 | 360010140024006, District 25 |
| 360010002001041, District 2 | 360010146081034, District 32 | 360010135033014, District 16 |
| 360010001001059, District 3 | 360010146111001, District 32 | 360010140013020, District 26 |

| | | |
|---|---|---|
| 360010135061004, District 16 | 360010148011090, District 39 | 360010006002005, District 4 |
| 360010135061044, District 16 | 360010137071021, District 21 | 360010006002003, District 4 |
| 360010136021070, District 14 | 360010137031018, District 22 | 360010006001004, District 4 |
| 360010138017002, District 27 | 360010135083001, District 19 | 360010018015005, District 10 |
| 360010138016011, District 27 | 360010137031118, District 22 | 360010003001030, District 12 |
| 360010138016010, District 27 | 360010137031092, District 22 | 360010008003002, District 4 |
| 360010138016019, District 27 | 360010135062008, District 20 | 360010007004002, District 4 |
| 360010145021036, District 38 | 360010135083039, District 19 | 360010008002000, District 2 |
| 360010145021037, District 38 | 360010136023002, District 14 | 360010014003001, District 5 |
| 360010145021033, District 38 | 360010136023009, District 14 | 360010021001004, District 5 |
| 360010145011063, District 38 | 360010135081019, District 19 | 360010008002006, District 2 |
| 360010145032029, District 33 | 360010137031097, District 22 | 360010014002001, District 2 |
| 360010145022069, District 38 | 360010137052016, District 24 | 360010137031027, District 22 |
| 360010145022024, District 38 | 360010135083065, District 19 | 360010136022016, District 14 |
| 360010145011041, District 38 | 360010135061027, District 20 | 360010138022001, District 22 |
| 360010145022020, District 38 | 360010139023032, District 26 | 360010140011001, District 24 |
| 360010145022029, District 38 | 360010135083076, District 21 | 360010136015004, District 15 |
| 360010145022038, District 38 | 360010147002068, District 31 | 360010136021024, District 14 |
| 360010004033014, District 13 | 360010147002038, District 31 | 360010135071017, District 20 |
| 360010018012015, District 10 | 360010145031009, District 33 | 360010137031100, District 22 |
| 360010018013010, District 10 | 360010145021003, District 38 | 360010136022025, District 14 |
| 360010017004005, District 10 | 360010145023004, District 38 | 360010136022015, District 14 |
| 360010018012017, District 10 | 360010145012012, District 33 | 360010135083073, District 21 |
| 360010018013007, District 10 | 360010145011051, District 38 | 360010135031008, District 19 |
| 360010019022000, District 8 | 360010145031005, District 33 | 360010135083052, District 20 |
| 360010017003013, District 8 | 360010145021028, District 38 | 360010136021022, District 14 |
| 360010003001046, District 11 | 360010145022053, District 38 | 360010137031107, District 23 |
| 360010004033000, District 11 | 360010018015015, District 9 | 360010147001067, District 39 |
| 360010004033005, District 11 | 360010020004009, District 9 | 360010147002033, District 31 |
| 360010004033004, District 11 | 360010020005011, District 9 | 360010147001023, District 31 |
| 360010002001032, District 3 | 360010020004001, District 8 | 360010147001015, District 31 |
| 360010011001000, District 3 | 360010020003004, District 1 | 360010147001050, District 31 |
| 360010001001005, District 3 | 360010020001000, District 8 | 360010147001018, District 31 |
| 360010011001049, District 6 | 360010020001005, District 8 | 360010147002016, District 31 |
| 360010011001036, District 6 | 360010020003003, District 1 | 360010147002012, District 31 |
| 360010025001037, District 6 | 360010020005044, District 1 | 360010147001051, District 31 |
| 360010003001040, District 11 | 360010003004025, District 4 | 360010147001043, District 31 |
| 360010003003024, District 3 | 360010003003012, District 3 | 360010004011075, District 12 |
| 360010003003007, District 3 | 360010003003043, District 3 | 360010016002004, District 10 |
| 360010002004003, District 2 | 360010003002001, District 4 | 360010016004000, District 8 |
| 360010002002006, District 6 | 360010007002004, District 4 | 360010016003003, District 8 |
| 360010004011037, District 12 | 360010007001011, District 3 | 360010019013012, District 8 |
| 360010148011005, District 31 | 360010007002003, District 4 | 360010019023003, District 9 |

360010016003004, District 8
360010016003005, District 8
360010019023000, District 9
360010018014018, District 10
360010018022014, District 11
360010017004015, District 10
360010015004002, District 8
360010020002001, District 1
360010001002007, District 3
360010011001128, District 6
360010011001125, District 6
360010011001088, District 6
360010026004036, District 1
360010011001096, District 6
360010021002007, District 6
360010026001004, District 1
360010018023011, District 11
360010004041025, District 12
360010144011038, District 37
360010144011031, District 37
360010144021016, District 37
360010144011048, District 37
360010144012006, District 37
360010144012009, District 37
360010144011016, District 37
360010144011029, District 37
360010144022017, District 37
360010144022012, District 37
360010144013021, District 37
360010144022007, District 37
360010144011046, District 37
360010144012066, District 37
360010144022028, District 37
360010144011035, District 37
360010144012025, District 37
360010144012029, District 37
360010146111037, District 32
360010146082009, District 30
360010146093017, District 32
360010146082003, District 30
360010146142006, District 30
360010146142014, District 30
360010146082008, District 30

360010146143008, District 30
360010146151006, District 28
360010146141005, District 32
360010146141001, District 32
360010146075049, District 12
360010146144007, District 30
360010146141008, District 32
360010146132014, District 31
360010146144014, District 30
360010146092013, District 32
360010146093005, District 32
360010146151026, District 28
360010146075019, District 28
360010146072008, District 29
360010146144027, District 30
360010004011034, District 12
360010007001016, District 3
360010011001042, District 6
360010011001034, District 6
360010011001149, District 6
360010004034013, District 11
360010003004008, District 3
360010004011003, District 12
360010018015010, District 9
360010004034016, District 11
360010026004015, District 1
360010020005023, District 1
360010001001058, District 3
360010004041002, District 12
360010001001054, District 3
360010144011003, District 37
360010144013073, District 37
360010144013011, District 37
360010144012007, District 37
360010144012014, District 37
360010144022010, District 37
360010144012001, District 37
360010144011053, District 37
360010144011054, District 37
360010144013059, District 37
360010144022050, District 37
360010144011010, District 37
360010144022009, District 37

360010144012046, District 37
360010144013060, District 37
360010144011011, District 37
360010144011008, District 37
360010144013071, District 37
360010144022033, District 37
360010146131025, District 31
360010146151022, District 28
360010146073018, District 28
360010146074005, District 29
360010146074010, District 28
360010146074019, District 29
360010146111006, District 32
360010146093018, District 32
360010146131020, District 31
360010146143006, District 30
360010146133003, District 31
360010146062011, District 29
360010146062009, District 29
360010146062015, District 29
360010146073004, District 28
360010146063045, District 29
360010146063038, District 29
360010146131045, District 31
360010147001082, District 39
360010147001021, District 31
360010147002000, District 31
360010147001001, District 31
360010147002005, District 31
360010147002015, District 31
360010147001061, District 31
360010147001080, District 39
360010147002008, District 31
360010147001022, District 31
360010147001033, District 31
360010147002003, District 31
360010147001073, District 31
360010011001135, District 6
360010018013020, District 10
360010021002000, District 5
360010011001030, District 6
360010023002006, District 6
360010004032008, District 13

360010003003047, District 3
360010017001008, District 10
360010011001119, District 6
360010004034009, District 11
360010004034018, District 11
360010026004014, District 1
360010018015026, District 9
360010019022014, District 9
360010004031010, District 13
360010005014004, District 13
360010005022013, District 13
360010005012003, District 4
360010005012005, District 13
360010005013000, District 13
360010005011003, District 4
360010016001001, District 7
360010015001002, District 7
360010016002006, District 7
360010015002003, District 5
360010127001009, District 17
360010127002017, District 17
360010129001016, District 18
360010130005019, District 18
360010130001019, District 18
360010130005001, District 18
360010129001002, District 18
360010130001012, District 18
360010130002005, District 18
360010130005000, District 18
360010129004003, District 18
360010129004008, District 18
360010129003004, District 18
360010130005022, District 18
360010130004011, District 16
360010128002005, District 17
360010128004004, District 17
360010128003014, District 17
360010128002003, District 17
360010128001009, District 17
360010128002001, District 17
360010128001017, District 17
360010146132028, District 31
360010146132006, District 31

360010146063028, District 31
360010146075018, District 28
360010146073035, District 28
360010146063048, District 29
360010146133020, District 31
360010146131047, District 31
360010146131051, District 31
360010146132052, District 31
360010146131050, District 31
360010146132038, District 31
360010146063036, District 31
360010146063014, District 29
360010146073008, District 28
360010146075015, District 28
360010146074014, District 29
360010146063047, District 29
360010146131030, District 31
360010004041014, District 12
360010004041010, District 12
360010004011042, District 12
360010004011031, District 12
360010003001053, District 11
360010026004032, District 1
360010003001007, District 12
360010004011021, District 12
360010011001131, District 6
360010020005012, District 9
360010004032002, District 13
360010003004019, District 3
360010007001008, District 3
360010007001013, District 3
360010005022004, District 13
360010005022007, District 13
360010016004008, District 8
360010019013009, District 8
360010019022005, District 8
360010001001057, District 3
360010026001011, District 1
360010026002007, District 1
360010026002005, District 1
360010143012024, District 36
360010143012025, District 36
360010141004006, District 9

360010143024023, District 38
360010143022018, District 38
360010143024030, District 38
360010143024048, District 36
360010143024001, District 38
360010143021023, District 36
360010143024047, District 36
360010143024088, District 36
360010143022015, District 36
360010143021010, District 36
360010143021035, District 36
360010143023017, District 35
360010146081015, District 30
360010146063002, District 29
360010146074007, District 29
360010146132035, District 31
360010146144020, District 30
360010146072002, District 28
360010146131055, District 31
360010146121005, District 31
360010146112008, District 29
360010146073037, District 28
360010146132041, District 31
360010146074000, District 29
360010146131008, District 31
360010146141000, District 32
360010146082019, District 30
360010146144024, District 30
360010146082002, District 30
360010146143007, District 30
360010146091001, District 30
360010146081008, District 32
360010146151036, District 32
360010146151035, District 32
360010146111040, District 32
360010148031128, District 39
360010148031118, District 39
360010148031149, District 39
360010148031097, District 39
360010148031086, District 39
360010148031124, District 39
360010148031061, District 39
360010148031088, District 39

| | | |
|---|---|---|
| 360010143011007, District 36 | 360010148022027, District 39 | 360010145012016, District 33 |
| 360010143011000, District 36 | 360010148021051, District 39 | 360010145012007, District 33 |
| 360010143012071, District 36 | 360010148021068, District 39 | 360010145023036, District 38 |
| 360010143012064, District 36 | 360010148022002, District 39 | 360010145011004, District 33 |
| 360010142032002, District 34 | 360010148021053, District 39 | 360010145012024, District 33 |
| 360010142031025, District 35 | 360010148011071, District 31 | 360010145022072, District 38 |
| 360010143024097, District 38 | 360010148011104, District 39 | 360010145011057, District 38 |
| 360010143012062, District 36 | 360010148011044, District 39 | 360010021001007, District 5 |
| 360010142014030, District 36 | 360010148012010, District 39 | 360010022001007, District 5 |
| 360010142014031, District 36 | 360010148012037, District 39 | 360010014001005, District 5 |
| 360010142013017, District 35 | 360010148012044, District 39 | 360010022002001, District 5 |
| 360010143021032, District 36 | 360010148012085, District 39 | 360010022002006, District 6 |
| 360010143021014, District 36 | 360010148012013, District 39 | 360010002003000, District 2 |
| 360010141002028, District 9 | 360010148012030, District 39 | 360010003003021, District 3 |
| 360010143012033, District 36 | 360010137031069, District 22 | 360010002001029, District 3 |
| 360010138015019, District 27 | 360010137071014, District 23 | 360010002001040, District 2 |
| 360010138015013, District 27 | 360010137031081, District 22 | 360010002003009, District 6 |
| 360010139022003, District 26 | 360010135063004, District 20 | 360010011001065, District 2 |
| 360010135083060, District 19 | 360010139023031, District 26 | 360010002001008, District 3 |
| 360010138023003, District 22 | 360010135032025, District 19 | 360010002001017, District 3 |
| 360010137031091, District 22 | 360010136022003, District 14 | 360010004034005, District 11 |
| 360010137071026, District 23 | 360010137031006, District 22 | 360010018024000, District 11 |
| 360010138014000, District 27 | 360010137053016, District 25 | 360010018023008, District 11 |
| 360010138023010, District 27 | 360010136022000, District 14 | 360010018023013, District 11 |
| 360010138023009, District 27 | 360010136014020, District 14 | 360010003001052, District 11 |
| 360010138011000, District 27 | 360010137061019, District 14 | 360010018023000, District 11 |
| 360010138014001, District 27 | 360010137061019, District 25 | 360010018021012, District 11 |
| 360010135072008, District 22 | 360010140023007, District 25 | 360010018014001, District 10 |
| 360010138014003, District 27 | 360010137061037, District 25 | 360010018014019, District 10 |
| 360010138011006, District 27 | 360010135061058, District 16 | 360010018021006, District 11 |
| 360010138013006, District 27 | 360010140011024, District 24 | 360010018012010, District 10 |
| 360010138013009, District 27 | 360010137031134, District 23 | 360010011001066, District 2 |
| 360010138011010, District 27 | 360010137052013, District 24 | 360010002003004, District 2 |
| 360010145021034, District 38 | 360010135061040, District 16 | 360010002004006, District 2 |
| 360010145011101, District 33 | 360010135052025, District 21 | 360010137031132, District 23 |
| 360010145012017, District 33 | 360010135083054, District 19 | 360010137031108, District 23 |
| 360010145031030, District 33 | 360010145023005, District 38 | 360010137071015, District 23 |
| 360010148021074, District 39 | 360010145032023, District 33 | 360010137031064, District 22 |
| 360010148021009, District 39 | 360010145032010, District 33 | 360010136023016, District 14 |
| 360010148021056, District 39 | 360010145032009, District 33 | 360010137031019, District 22 |
| 360010148021020, District 39 | 360010145011104, District 38 | 360010136012013, District 14 |
| 360010148021039, District 39 | 360010145011105, District 38 | 360010135033005, District 20 |
| 360010148022004, District 39 | 360010145023008, District 38 | 360010135083008, District 19 |

360010135061037, District 20
360010137031086, District 22
360010140011009, District 24
360010135061041, District 16
360010136021048, District 14
360010147002014, District 31
360010147002024, District 31
360010147002046, District 31
360010147002063, District 31
360010147002091, District 39
360010147002061, District 31
360010147001002, District 31
360010145011028, District 38
360010145011103, District 38
360010145032028, District 33
360010145032032, District 33
360010145011011, District 33
360010145021023, District 33
360010018015008, District 9
360010018015027, District 9
360010011001147, District 6
360010004011033, District 12
360010007001017, District 3
360010019022011, District 8
360010018022036, District 10
360010011001138, District 6
360010011001074, District 5
360010020005027, District 1
360010003001048, District 11
360010004034031, District 11
360010004041017, District 12
360010001001046, District 3
360010002001025, District 3
360010020005039, District 9
360010011001111, District 6
360010011001143, District 6
360010017004003, District 10
360010011001031, District 6
360010018021008, District 11
360010011001087, District 6
360010004011064, District 12
360010144013022, District 37
360010144012032, District 37

360010144013057, District 37
360010144013067, District 37
360010144011065, District 37
360010144011045, District 37
360010144011068, District 37
360010144011069, District 37
360010144021013, District 37
360010144022048, District 37
360010144021002, District 37
360010144011059, District 37
360010144021009, District 37
360010144013007, District 37
360010144013036, District 37
360010144013016, District 37
360010144013023, District 37
360010146151020, District 28
360010146121024, District 31
360010146075020, District 28
360010146073022, District 28
360010146075031, District 12
360010146131026, District 31
360010146131014, District 31
360010146073009, District 28
360010146112026, District 29
360010146121001, District 31
360010146063026, District 29
360010146133028, District 31
360010146121013, District 31
360010146133030, District 31
360010146132056, District 31
360010146063025, District 31
360010146132005, District 31
360010146133011, District 31
360010014003016, District 5
360010025001014, District 6
360010004041006, District 12
360010011001044, District 6
360010004011070, District 12
360010003004004, District 3
360010003004003, District 3
360010020005036, District 9
360010004041021, District 12
360010002001033, District 3

360010017001015, District 10
360010004034055, District 11
360010014003023, District 5
360010004034020, District 11
360010004011061, District 12
360010004011041, District 12
360010004011015, District 12
360010003001024, District 11
360010007001009, District 3
360010144022019, District 37
360010144022041, District 37
360010144011044, District 37
360010144011063, District 37
360010144011043, District 37
360010144012049, District 37
360010144022040, District 37
360010144012048, District 37
360010144022054, District 37
360010144022001, District 37
360010144011079, District 37
360010144013006, District 37
360010144013004, District 37
360010144013051, District 37
360010144013046, District 37
360010128004001, District 17
360010128001024, District 17
360010129022005, District 17
360010130002017, District 18
360010146132055, District 31
360010146121007, District 31
360010146074016, District 29
360010146121016, District 31
360010146151029, District 28
360010146073010, District 28
360010146073012, District 28
360010146131032, District 31
360010146092031, District 32
360010146092017, District 32
360010146092015, District 32
360010146092018, District 32
360010146092029, District 32
360010146092019, District 32
360010146133017, District 31

| | | |
|---|---|---|
| 360010146072023, District 29 | 360010127002006, District 17 | 360010025005004, District 1 |
| 360010146111022, District 32 | 360010127002022, District 17 | 360010025005003, District 1 |
| 360010147002073, District 31 | 360010128002006, District 17 | 360010025002006, District 6 |
| 360010147002006, District 31 | 360010127003016, District 17 | 360010011001140, District 6 |
| 360010147002075, District 31 | 360010130002019, District 18 | 360010018014016, District 10 |
| 360010147002019, District 31 | 360010130001013, District 18 | 360010016004007, District 8 |
| 360010147002051, District 31 | 360010130005007, District 18 | 360010019013002, District 8 |
| 360010147002048, District 31 | 360010138017018, District 27 | 360010016003001, District 10 |
| 360010147002054, District 31 | 360010136012016, District 14 | 360010003003008, District 3 |
| 360010147002055, District 31 | 360010140013011, District 26 | 360010004033012, District 11 |
| 360010147002085, District 39 | 360010136021015, District 14 | 360010011001102, District 6 |
| 360010145032006, District 33 | 360010136021022, District 14 | 360010025002013, District 6 |
| 360010145031010, District 33 | 360010136022010, District 14 | 360010004011043, District 12 |
| 360010025001027, District 6 | 360010135061049, District 16 | 360010001001012, District 3 |
| 360010025003000, District 6 | 360010135031009, District 19 | 360010001001043, District 3 |
| 360010017004013, District 10 | 360010136014004, District 21 | 360010026003010, District 1 |
| 360010026004025, District 1 | 360010136011037, District 14 | 360010020003007, District 1 |
| 360010026004000, District 1 | 360010135083017, District 19 | 360010144013068, District 37 |
| 360010011001123, District 6 | 360010146081005, District 32 | 360010144012013, District 37 |
| 360010011001130, District 6 | 360010146092027, District 32 | 360010144013045, District 37 |
| 360010011001076, District 2 | 360010146081030, District 32 | 360010144013025, District 37 |
| 360010019023008, District 9 | 360010146092023, District 32 | 360010144013015, District 37 |
| 360010019021003, District 9 | 360010146111008, District 32 | 360010144011050, District 37 |
| 360010019021002, District 9 | 360010146111032, District 32 | 360010144012015, District 37 |
| 360010020005009, District 9 | 360010146133007, District 31 | 360010144011013, District 37 |
| 360010020005000, District 9 | 360010146093019, District 32 | 360010144011017, District 37 |
| 360010020002003, District 1 | 360010146071004, District 28 | 360010144011025, District 37 |
| 360010020003001, District 1 | 360010146071002, District 28 | 360010146111049, District 32 |
| 360010026003008, District 1 | 360010146071009, District 28 | 360010146081014, District 32 |
| 360010020003006, District 1 | 360010146111046, District 32 | 360010146111014, District 29 |
| 360010014003007, District 2 | 360010146143015, District 30 | 360010146081031, District 32 |
| 360010020005032, District 1 | 360010146132015, District 31 | 360010146151021, District 28 |
| 360010003003039, District 3 | 360010146075044, District 12 | 360010146132026, District 31 |
| 360010003003041, District 3 | 360010146075058, District 12 | 360010146073026, District 28 |
| 360010006003005, District 4 | 360010146063019, District 31 | 360010146073032, District 28 |
| 360010006003007, District 4 | 360010020005018, District 1 | 360010146131033, District 31 |
| 360010006001003, District 4 | 360010026004041, District 1 | 360010146131041, District 31 |
| 360010007002005, District 4 | 360010026004008, District 1 | 360010146132010, District 31 |
| 360010008002004, District 2 | 360010026004029, District 1 | 360010146081019, District 30 |
| 360010130002014, District 18 | 360010026004024, District 1 | 360010146062001, District 29 |
| 360010128004010, District 17 | 360010023001001, District 6 | 360010146074009, District 29 |
| 360010127001003, District 17 | 360010011001141, District 6 | 360010146093015, District 32 |
| 360010127001025, District 17 | 360010023002012, District 6 | 360010146073024, District 28 |

360010146121028, District 31
360010146131036, District 31
360010146133012, District 31
360010146063015, District 29
360010148031113, District 39
360010148031157, District 39
360010148032035, District 39
360010148032052, District 39
360010148032051, District 39
360010148032077, District 39
360010148031144, District 39
360010148032053, District 39
360010148031132, District 39
360010148031057, District 39
360010148032045, District 39
360010143024003, District 38
360010143024012, District 38
360010142032025, District 35
360010141004021, District 9
360010143024010, District 38
360010143021038, District 36
360010142011018, District 34
360010143024044, District 36
360010143012038, District 36
360010142024012, District 33
360010142034012, District 34
360010141002024, District 9
360010142023037, District 33
360010141002021, District 9
360010141001007, District 11
360010138014004, District 27
360010138013005, District 27
360010138013001, District 27
360010138013003, District 27
360010138012016, District 27
360010138012028, District 27
360010139021011, District 26
360010138012026, District 23
360010139021014, District 23
360010137031096, District 22
360010140024002, District 25
360010140023016, District 25
360010138017005, District 27

360010135061031, District 20
360010136011009, District 15
360010136011011, District 15
360010137071007, District 23
360010137071010, District 23
360010135061013, District 16
360010137051005, District 24
360010137071002, District 23
360010135051020, District 21
360010136013006, District 21
360010137061031, District 25
360010137053031, District 25
360010137061036, District 25
360010137053023, District 25
360010148022021, District 39
360010148021065, District 39
360010148023082, District 39
360010148023070, District 39
360010148021046, District 39
360010148021001, District 39
360010148023093, District 39
360010148022023, District 39
360010148022042, District 39
360010148022007, District 39
360010148022043, District 39
360010148022041, District 39
360010148023004, District 39
360010148012069, District 39
360010148011091, District 39
360010148011172, District 39
360010148011072, District 39
360010148011112, District 31
360010148011088, District 39
360010148011103, District 39
360010148012051, District 39
360010148012086, District 39
360010148012036, District 39
360010137031008, District 22
360010138021007, District 22
360010138021012, District 22
360010140022006, District 24
360010135061001, District 16
360010140022004, District 24

360010137031133, District 23
360010137051006, District 24
360010138017023, District 26
360010137031042, District 22
360010139021001, District 23
360010139021002, District 23
360010137031035, District 23
360010137031032, District 23
360010139011018, District 26
360010139023006, District 26
360010139011001, District 26
360010137031051, District 22
360010137031068, District 22
360010135082015, District 19
360010135082007, District 19
360010135082023, District 19
360010145022018, District 38
360010145023006, District 38
360010145023040, District 38
360010145011082, District 38
360010145022005, District 38
360010145031004, District 33
360010145022076, District 38
360010145022071, District 38
360010145022013, District 38
360010145022040, District 38
360010145021031, District 38
360010145021043, District 38
360010145021044, District 38
360010145031025, District 33
360010002003008, District 6
360010011001077, District 6
360010002004008, District 6
360010011001082, District 6
360010001001029, District 3
360010001001018, District 3
360010004011001, District 12
360010004011019, District 12
360010004034052, District 11
360010018013013, District 10
360010003001047, District 11
360010004031007, District 13
360010011001108, District 6

| | | |
|---|---|---|
| 360010011001057, District 6 | 360010004011066, District 12 | 360010130001002, District 18 |
| 360010011001006, District 6 | 360010004041007, District 12 | 360010130001017, District 18 |
| 360010011001005, District 3 | 360010018014020, District 10 | 360010130005020, District 18 |
| 360010011001022, District 6 | 360010019012004, District 8 | 360010129004001, District 18 |
| 360010011001025, District 6 | 360010004031009, District 13 | 360010129001011, District 18 |
| 360010004011030, District 12 | 360010005013004, District 13 | 360010130004014, District 16 |
| 360010002001047, District 6 | 360010005012002, District 13 | 360010130003006, District 17 |
| 360010018022029, District 10 | 360010016002005, District 7 | 360010146132008, District 31 |
| 360010018022032, District 10 | 360010005011005, District 7 | 360010146132003, District 31 |
| 360010003003018, District 3 | 360010006003011, District 7 | 360010146132045, District 31 |
| 360010003003019, District 3 | 360010015003003, District 5 | 360010146074015, District 29 |
| 360010021002006, District 6 | 360010019011003, District 8 | 360010146074020, District 29 |
| 360010136022023, District 14 | 360010015004007, District 8 | 360010146121027, District 31 |
| 360010137054008, District 25 | 360010015002005, District 7 | 360010146111039, District 32 |
| 360010137031005, District 22 | 360010025001030, District 6 | 360010146075026, District 12 |
| 360010135061053, District 16 | 360010025003007, District 6 | 360010146072019, District 29 |
| 360010137053007, District 25 | 360010026004034, District 1 | 360010146131034, District 31 |
| 360010136013002, District 21 | 360010018015020, District 9 | 360010146131058, District 31 |
| 360010137031111, District 23 | 360010019023001, District 9 | 360010146131053, District 31 |
| 360010136023020, District 14 | 360010019021004, District 8 | 360010146133031, District 31 |
| 360010139023018, District 26 | 360010020005003, District 9 | 360010146133022, District 31 |
| 360010137054011, District 25 | 360010020001004, District 8 | 360010146075052, District 28 |
| 360010136023006, District 14 | 360010020004008, District 9 | 360010146075009, District 28 |
| 360010137052006, District 24 | 360010020005014, District 9 | 360010146121009, District 31 |
| 360010140011023, District 24 | 360010020003005, District 1 | 360010146082015, District 30 |
| 360010137053030, District 25 | 360010023002004, District 6 | 360010146093004, District 30 |
| 360010135061034, District 20 | 360010003003020, District 3 | 360010004011011, District 12 |
| 360010137071019, District 23 | 360010144013001, District 37 | 360010025002011, District 6 |
| 360010136021055, District 14 | 360010144022023, District 37 | 360010020005005, District 9 |
| 360010135063002, District 20 | 360010144012039, District 37 | 360010004034006, District 11 |
| 360010137031028, District 22 | 360010144022052, District 37 | 360010003003035, District 3 |
| 360010137031049, District 22 | 360010144011036, District 37 | 360010003001057, District 3 |
| 360010145011080, District 38 | 360010128001003, District 17 | 360010008002003, District 2 |
| 360010145022012, District 38 | 360010129002010, District 18 | 360010017001022, District 10 |
| 360010145022056, District 38 | 360010128001018, District 17 | 360010011001029, District 6 |
| 360010145012009, District 33 | 360010127001004, District 17 | 360010004031000, District 13 |
| 360010145021013, District 38 | 360010128001005, District 17 | 360010004031012, District 13 |
| 360010145021006, District 38 | 360010127001024, District 17 | 360010003004020, District 3 |
| 360010145012020, District 33 | 360010127002026, District 17 | 360010003003037, District 3 |
| 360010145022027, District 38 | 360010129001006, District 18 | 360010003003028, District 3 |
| 360010145011010, District 33 | 360010130005006, District 18 | 360010017002005, District 10 |
| 360010145011022, District 33 | 360010130005015, District 18 | 360010005021002, District 13 |
| 360010145022016, District 38 | 360010130005011, District 18 | 360010016001006, District 7 |

360010019013007, District 8
360010001001032, District 3
360010129002007, District 17
360010129002001, District 17
360010127003005, District 17
360010127003006, District 17
360010128001011, District 17
360010128001012, District 17
360010130001018, District 18
360010130004015, District 16
360010129001009, District 18
360010130003001, District 18
360010129001013, District 18
360010129004009, District 18
360010129001001, District 18
360010129003001, District 18
360010128004012, District 18
360010130003005, District 17
360010128004016, District 17
360010128004000, District 17
360010128004005, District 17
360010128004006, District 17
360010128003002, District 17
360010129002013, District 17
360010129002014, District 17
360010128004007, District 17
360010130005013, District 18
360010128001027, District 17
360010130005016, District 18
360010146075055, District 28
360010146072012, District 29
360010146075007, District 28
360010146112025, District 29
360010146082021, District 30
360010146075035, District 12
360010146075040, District 12
360010146093008, District 32
360010146133014, District 31
360010147002043, District 31
360010147001010, District 31
360010147002104, District 39
360010147001084, District 31
360010147002114, District 39

360010147002112, District 39
360010147002118, District 39
360010147001065, District 31
360010145031008, District 33
360010145011038, District 38
360010145011074, District 38
360010145022073, District 38
360010145021008, District 38
360010145021020, District 38
360010145022055, District 38
360010145022002, District 38
360010145023024, District 38
360010008002008, District 2
360010014002000, District 2
360010008001006, District 2
360010014001001, District 2
360010022001005, District 5
360010007003009, District 2
360010002001006, District 3
360010018024005, District 11
360010018024012, District 11
360010018021007, District 11
360010018022021, District 10
360010018022020, District 10
360010019023009, District 9
360010018021002, District 11
360010018012013, District 10
360010018012004, District 11
360010014001010, District 2
360010023002000, District 5
360010002004007, District 2
360010011001151, District 2
360010002003007, District 6
360010011001070, District 2
360010011001069, District 6
360010011001150, District 2
360010011001061, District 6
360010011001068, District 6
360010001001010, District 3
360010138016026, District 27
360010136011016, District 15
360010139023010, District 23
360010135052022, District 21

360010135072001, District 22
360010140013002, District 26
360010135032028, District 19
360010138021020, District 22
360010137053041, District 25
360010137031059, District 22
360010136014035, District 21
360010136011014, District 15
360010135083077, District 20
360010137031055, District 22
360010137053037, District 25
360010136021039, District 14
360010135061043, District 16
360010137031078, District 22
360010138022008, District 22
360010140011004, District 24
360010146063033, District 29
360010146143001, District 30
360010147001074, District 31
360010147002036, District 31
360010147001003, District 31
360010147001014, District 31
360010147001057, District 31
360010147001058, District 31
360010147002095, District 39
360010147001069, District 39
360010147002116, District 39
360010147001063, District 39
360010147001071, District 31
360010003001010, District 3
360010018011002, District 10
360010007001019, District 3
360010017003011, District 8
360010005022001, District 13
360010004041022, District 12
360010020005016, District 1
360010004034028, District 12
360010018022023, District 10
360010018013019, District 8
360010003003048, District 3
360010001001052, District 3
360010018022004, District 11
360010004011074, District 12

| | | |
|---|---|---|
| 360010004032006, District 13 | 360010146112004, District 29 | 360010136021020, District 14 |
| 360010005021001, District 13 | 360010146132034, District 31 | 360010136021011, District 14 |
| 360010004011073, District 12 | 360010146132043, District 31 | 360010136021021, District 14 |
| 360010001001051, District 3 | 360010146132040, District 31 | 360010136013014, District 21 |
| 360010002001024, District 3 | 360010148032065, District 39 | 360010136013012, District 21 |
| 360010018022025, District 10 | 360010148032068, District 39 | 360010137072020, District 23 |
| 360010018015017, District 9 | 360010148032001, District 39 | 360010137053010, District 25 |
| 360010005014003, District 13 | 360010148031033, District 39 | 360010137061004, District 25 |
| 360010005022016, District 13 | 360010148032004, District 39 | 360010137061008, District 25 |
| 360010005022014, District 13 | 360010026004035, District 36 | 360010135062007, District 20 |
| 360010005013005, District 13 | 360010025001009, District 6 | 360010135052020, District 21 |
| 360010006003003, District 4 | 360010003003023, District 3 | 360010135062001, District 20 |
| 360010005021004, District 7 | 360010003004001, District 3 | 360010135052033, District 21 |
| 360010144011005, District 37 | 360010011001155, District 6 | 360010136022020, District 14 |
| 360010144011080, District 37 | 360010011001056, District 6 | 360010136012018, District 14 |
| 360010144011034, District 37 | 360010004041016, District 12 | 360010136021029, District 14 |
| 360010144011039, District 37 | 360010014003002, District 5 | 360010136021062, District 14 |
| 360010144021007, District 37 | 360010001011045, District 12 | 360010136021063, District 14 |
| 360010144011002, District 37 | 360010004034029, District 12 | 360010136021037, District 14 |
| 360010144012022, District 37 | 360010025001011, District 6 | 360010136022024, District 14 |
| 360010144013054, District 37 | 360010141002012, District 9 | 360010148023016, District 39 |
| 360010144012028, District 37 | 360010141001004, District 11 | 360010148023102, District 39 |
| 360010144013038, District 37 | 360010141002025, District 9 | 360010148023083, District 39 |
| 360010144013055, District 37 | 360010141002027, District 9 | 360010148023006, District 39 |
| 360010144011042, District 37 | 360010142023001, District 33 | 360010148023009, District 39 |
| 360010146063013, District 29 | 360010142023027, District 33 | 360010148023073, District 39 |
| 360010146073007, District 28 | 360010141003024, District 33 | 360010148023105, District 39 |
| 360010146073005, District 28 | 360010141003003, District 34 | 360010148022008, District 39 |
| 360010146063004, District 29 | 360010142031002, District 34 | 360010148023021, District 39 |
| 360010146061007, District 29 | 360010142023018, District 33 | 360010148023107, District 39 |
| 360010146133029, District 31 | 360010142024002, District 33 | 360010148023030, District 39 |
| 360010146063005, District 29 | 360010142035027, District 38 | 360010148023023, District 39 |
| 360010146075012, District 28 | 360010142022007, District 34 | 360010148011170, District 39 |
| 360010146063011, District 29 | 360010142022009, District 34 | 360010148011052, District 39 |
| 360010146073036, District 28 | 360010142022014, District 34 | 360010148011003, District 31 |
| 360010146075016, District 28 | 360010142034013, District 34 | 360010148011034, District 39 |
| 360010146133027, District 31 | 360010142031014, District 35 | 360010148011061, District 31 |
| 360010146092016, District 32 | 360010142032005, District 35 | 360010148011029, District 39 |
| 360010146092020, District 32 | 360010142011021, District 34 | 360010148011011, District 31 |
| 360010146092022, District 32 | 360010142011004, District 34 | 360010148011077, District 31 |
| 360010146133008, District 31 | 360010142012003, District 35 | 360010135082002, District 19 |
| 360010146133018, District 31 | 360010142013007, District 35 | 360010137031090, District 22 |
| 360010146112013, District 29 | 360010136011025, District 14 | 360010139011009, District 26 |

360010139023017, District 26
360010140013022, District 26
360010140013008, District 26
360010140013031, District 26
360010137031098, District 22
360010137031101, District 22
360010140022018, District 24
360010140022002, District 24
360010135063001, District 20
360010135071018, District 22
360010137031061, District 22
360010135083034, District 19
360010135063006, District 20
360010135051005, District 20
360010135061023, District 20
360010135032024, District 19
360010135062020, District 20
360010135033003, District 20
360010135071004, District 22
360010140011000, District 24
360010145011029, District 38
360010145011020, District 33
360010145023044, District 38
360010145022030, District 38
360010148023050, District 39
360010148021075, District 39
360010148023109, District 39
360010148021037, District 39
360010148021069, District 39
360010148021076, District 39
360010148021079, District 39
360010148021008, District 39
360010148023043, District 39
360010148012041, District 39
360010148012012, District 39
360010148012020, District 39
360010148012087, District 39
360010148011051, District 39
360010148012007, District 39
360010148012046, District 39
360010138021000, District 22
360010138021021, District 22
360010135061026, District 16

360010137031038, District 22
360010139021005, District 23
360010139012009, District 26
360010139022009, District 26
360010139012012, District 26
360010139011002, District 26
360010139011014, District 26
360010135082005, District 19
360010135082012, District 19
360010135072006, District 22
360010135072005, District 22
360010135082013, District 19
360010135082034, District 19
360010139011008, District 26
360010139023034, District 26
360010145011075, District 38
360010145011001, District 33
360010145012026, District 38
360010145023014, District 38
360010145023001, District 38
360010145012019, District 33
360010145023022, District 38
360010145012015, District 33
360010145011040, District 38
360010145023051, District 38
360010145011021, District 33
360010145023003, District 38
360010145021035, District 38
360010145023009, District 38
360010145023026, District 38
360010003003006, District 3
360010003002003, District 4
360010007001012, District 3
360010007001020, District 3
360010006003004, District 4
360010006002000, District 4
360010003001006, District 12
360010003001029, District 12
360010008003001, District 4
360010007004003, District 4
360010007003006, District 4
360010008002005, District 2
360010021002008, District 8

360010014003006, District 2
360010008001004, District 2
360010008001008, District 2
360010014003014, District 5
360010014002005, District 5
360010021001006, District 5
360010022002005, District 5
360010002001028, District 3
360010018024015, District 11
360010018024004, District 11
360010018024002, District 11
360010003001004, District 12
360010004034059, District 12
360010004034021, District 11
360010130003014, District 17
360010130003013, District 17
360010129002012, District 17
360010128003007, District 17
360010128003015, District 17
360010128001007, District 17
360010128001020, District 16
360010130002009, District 18
360010130001009, District 18
360010130002022, District 18
360010130005005, District 18
360010127001021, District 17
360010127002015, District 17
360010127002025, District 17
360010127001005, District 17
360010127001007, District 17
360010136014026, District 14
360010136012015, District 14
360010136012019, District 14
360010146132042, District 31
360010146061006, District 29
360010146132037, District 31
360010146111023, District 32
360010146111012, District 32
360010146072016, District 29
360010146151024, District 28
360010146071008, District 28
360010146071010, District 28

| | | |
|---|---|---|
| 360010146075047, District 12 | 360010135031016, District 19 | 360010001001024, District 3 |
| 360010147002070, District 31 | 360010147001068, District 39 | 360010001001025, District 3 |
| 360010147001013, District 31 | 360010147002027, District 31 | 360010018022034, District 10 |
| 360010147002121, District 31 | 360010147001027, District 31 | 360010018022031, District 10 |
| 360010147001062, District 31 | 360010147001026, District 31 | 360010003003033, District 3 |
| 360010147002094, District 39 | 360010147002101, District 39 | 360010018024009, District 11 |
| 360010147001055, District 31 | 360010147001053, District 31 | 360010016001003, District 7 |
| 360010026004028, District 1 | 360010147001066, District 31 | 360010136014003, District 21 |
| 360010026001010, District 1 | 360010147001036, District 31 | 360010136015008, District 15 |
| 360010026002002, District 1 | 360010147002013, District 31 | 360010137031085, District 22 |
| 360010023002001, District 6 | 360010147002039, District 39 | 360010137054005, District 25 |
| 360010026003020, District 1 | 360010147002077, District 31 | 360010137054009, District 25 |
| 360010025004001, District 1 | 360010147002050, District 31 | 360010140023014, District 25 |
| 360010026003014, District 1 | 360010145023012, District 38 | 360010135052024, District 21 |
| 360010025003017, District 6 | 360010145021014, District 38 | 360010137061006, District 25 |
| 360010011001095, District 6 | 360010145032033, District 33 | 360010137053020, District 25 |
| 360010018015012, District 9 | 360010145032000, District 33 | 360010137053027, District 25 |
| 360010019023002, District 9 | 360010145011012, District 33 | 360010140012003, District 25 |
| 360010019022012, District 9 | 360010145023034, District 38 | 360010137073000, District 23 |
| 360010016002003, District 10 | 360010145011054, District 38 | 360010137052004, District 24 |
| 360010016004004, District 8 | 360010145023029, District 38 | 360010136023010, District 14 |
| 360010016004003, District 8 | 360010145023030, District 38 | 360010137061017, District 25 |
| 360010019022013, District 9 | 360010145012013, District 33 | 360010137072007, District 23 |
| 360010019012003, District 8 | 360010145023042, District 38 | 360010137053024, District 25 |
| 360010007001022, District 3 | 360010145023049, District 38 | 360010138021022, District 22 |
| 360010003001001, District 3 | 360010145021041, District 38 | 360010138023014, District 22 |
| 360010018022015, District 11 | 360010018013004, District 10 | 360010138017009, District 27 |
| 360010003001018, District 11 | 360010004011010, District 12 | 360010139023008, District 23 |
| 360010020005021, District 1 | 360010018012003, District 11 | 360010147001083, District 39 |
| 360010020001002, District 8 | 360010018013015, District 10 | 360010147001079, District 39 |
| 360010130005017, District 18 | 360010018013018, District 10 | 360010147001076, District 31 |
| 360010130004009, District 16 | 360010018013014, District 10 | 360010147001016, District 31 |
| 360010127001006, District 17 | 360010004034040, District 11 | 360010147001012, District 31 |
| 360010127002004, District 17 | 360010003001049, District 11 | 360010147002007, District 31 |
| 360010127003018, District 17 | 360010004034042, District 11 | 360010147002037, District 31 |
| 360010127002012, District 17 | 360010004034044, District 11 | 360010147001077, District 31 |
| 360010137052003, District 24 | 360010004032003, District 13 | 360010147001047, District 31 |
| 360010136014000, District 21 | 360010001001027, District 3 | 360010006003013, District 7 |
| 360010135081013, District 19 | 360010001001039, District 3 | 360010005011002, District 7 |
| 360010135032027, District 19 | 360010011001002, District 3 | 360010006003010, District 7 |
| 360010137031072, District 22 | 360010002002007, District 6 | 360010016003002, District 7 |
| 360010138023012, District 22 | 360010011001122, District 6 | 360010015004001, District 8 |
| 360010137053038, District 25 | 360010011001109, District 6 | 360010015002002, District 7 |

360010021003000, District 5
360010025001026, District 6
360010025001035, District 6
360010025001023, District 6
360010025001038, District 6
360010004034032, District 11
360010004034012, District 11
360010019023007, District 9
360010019021005, District 8
360010019021006, District 8
360010020004000, District 8
360010020002005, District 1
360010020003002, District 1
360010020002006, District 1
360010020003008, District 1
360010004041023, District 12
360010020005022, District 9
360010003003005, District 3
360010003003026, District 3
360010007002000, District 4
360010007001023, District 3
360010144011060, District 37
360010144011061, District 37
360010144011032, District 37
360010144022034, District 37
360010144022015, District 37
360010144022042, District 37
360010144022038, District 37
360010144022051, District 37
360010144021015, District 37
360010144022014, District 37
360010144021003, District 37
360010144013012, District 37
360010144013028, District 37
360010144013029, District 37
360010144013002, District 37
360010144012011, District 37
360010144012050, District 37
360010144022045, District 37
360010146151032, District 32
360010146093023, District 32
360010146072024, District 29
360010146072007, District 29

360010146071012, District 28
360010146071013, District 28
360010146082005, District 30
360010146093025, District 30
360010146111025, District 32
360010146075043, District 12
360010146075048, District 12
360010146074004, District 29
360010146121021, District 31
360010146061002, District 29
360010147002034, District 31
360010011001148, District 6
360010020005040, District 1
360010004011009, District 12
360010018023020, District 11
360010020005030, District 1
360010004034027, District 11
360010011001037, District 6
360010004011069, District 12
360010011001136, District 6
360010011001154, District 6
360010003004016, District 3
360010014003011, District 5
360010003001021, District 11
360010003003045, District 3
360010003003042, District 3
360010020005029, District 1
360010018012005, District 11
360010017003014, District 8
360010004041026, District 12
360010011001012, District 6
360010004011065, District 12
360010003001058, District 3
360010143023024, District 35
360010142032008, District 35
360010142035036, District 35
360010143012061, District 36
360010142032027, District 35
360010141004014, District 33
360010143023014, District 35
360010142023021, District 33
360010143024086, District 38
360010143024055, District 38

360010143024065, District 36
360010143024073, District 36
360010143012010, District 36
360010141002006, District 9
360010141003005, District 34
360010143024034, District 36
360010144012042, District 37
360010136021066, District 14
360010136023005, District 14
360010136021065, District 14
360010136022005, District 14
360010135083040, District 19
360010136023015, District 14
360010137031001, District 22
360010135032002, District 18
360010136022012, District 14
360010136023003, District 14
360010136021068, District 14
360010136023023, District 14
360010136021028, District 14
360010140013021, District 26
360010137073018, District 23
360010137031044, District 23
360010131003019, District 16
360010131003014, District 16
360010131001006, District 16
360010131001012, District 16
360010131003015, District 16
360010131003016, District 16
360010148023040, District 39
360010148021023, District 39
360010134003047, District 15
360010132002008, District 16
360010134003003, District 15
360010134003031, District 15
360010132001025, District 15
360010132005012, District 15
360010134003035, District 15
360010133003000, District 16
360010133001005, District 16
360010133001014, District 16
360010133002011, District 16
360010133002002, District 16

360010133001008, District 16
360010132001012, District 16
360010132001007, District 16
360010133004014, District 15
360010132003020, District 15
360010132002005, District 16
360010132005005, District 15
360010148011138, District 31
360010148011130, District 39
360010148011069, District 31
360010142011014, District 34
360010143024079, District 36
360010143012003, District 36
360010143012060, District 36
360010142014007, District 36
360010142031005, District 34
360010141003016, District 34
360010141003000, District 34
360010141003017, District 34
360010142014017, District 36
360010142023038, District 33
360010142023010, District 33
360010143012001, District 36
360010142013032, District 35
360010142035015, District 38
360010142014009, District 36
360010135051017, District 21
360010135062002, District 20
360010135062019, District 20
360010140022017, District 24
360010140012011, District 26
360010140021003, District 24
360010140021006, District 24
360010140024000, District 25
360010137031010, District 22
360010140011006, District 24
360010135083048, District 19
360010138021015, District 22
360010137031116, District 23
360010138017004, District 27
360010135062013, District 20
360010135062000, District 20
360010135081003, District 18

360010138017012, District 27
360010138016006, District 27
360010138016021, District 27
360010138015008, District 27
360010135031015, District 19
360010148022046, District 39
360010148022036, District 39
360010148021011, District 39
360010148023011, District 39
360010148023015, District 39
360010148022030, District 39
360010148023047, District 39
360010148023106, District 39
360010148023053, District 39
360010148023068, District 39
360010148023099, District 39
360010148023078, District 39
360010148012070, District 39
360010148011116, District 39
360010148012078, District 39
360010148012032, District 39
360010148012018, District 39
360010148011155, District 39
360010148011086, District 39
360010148011087, District 39
360010148011159, District 39
360010139023002, District 23
360010140013019, District 26
360010137051011, District 24
360010137031136, District 22
360010140011019, District 24
360010140022000, District 24
360010140022005, District 24
360010135083028, District 19
360010135061021, District 20
360010135071008, District 22
360010135061020, District 20
360010138017007, District 27
360010137051016, District 24
360010135082035, District 22
360010135083038, District 22
360010135063009, District 20
360010135081015, District 19

360010135061024, District 20
360010135032021, District 19
360010135033008, District 20
360010135033004, District 20
360010135051011, District 21
360010135071014, District 20
360010145011079, District 38
360010145011086, District 38
360010145022048, District 38
360010145011055, District 38
360010145011056, District 38
360010145011048, District 38
360010145022070, District 38
360010145011073, District 38
360010145023025, District 38
360010145011045, District 38
360010145011098, District 33
360010145011094, District 38
360010145011042, District 38
360010145031031, District 33
360010145032018, District 33
360010145032022, District 33
360010018022013, District 11
360010018022001, District 11
360010018022009, District 11
360010002004005, District 2
360010014001009, District 5
360010011001071, District 2
360010011001062, District 2
360010011001079, District 6
360010001001017, District 3
360010001001006, District 3
360010004034049, District 11
360010004034048, District 11
360010018011005, District 11
360010018011003, District 11
360010018012021, District 10
360010018015003, District 9
360010017004007, District 10
360010017004009, District 10
360010018013012, District 10
360010018013003, District 10
360010018013008, District 8

360010018013006, District 10
360010004031006, District 13
360010004032000, District 13
360010004032001, District 13
360010001001041, District 3
360010137061022, District 25
360010136021006, District 14
360010137072027, District 23
360010139023016, District 26
360010137031057, District 22
360010135083063, District 19
360010137031126, District 26
360010135071002, District 22
360010135061052, District 16
360010137071013, District 23
360010135052011, District 21
360010135061006, District 16
360010135061046, District 16
360010140011008, District 24
360010135081004, District 18
360010147001064, District 39
360010147001046, District 31
360010147001078, District 39
360010147002092, District 39
360010147001041, District 31
360010147002029, District 31
360010147002111, District 31
360010147002028, District 31
360010147002065, District 31
360010147002045, District 31
360010020001001, District 8
360010022001001, District 5
360010001001011, District 3
360010004034000, District 12
360010008001007, District 2
360010004034034, District 11
360010004034002, District 12
360010020005013, District 9
360010002001034, District 3
360010004034019, District 11
360010014003009, District 5
360010004041013, District 12
360010003001039, District 11

360010018015002, District 9
360010023001000, District 6
360010004034017, District 11
360010003003027, District 3
360010017003007, District 10
360010011001085, District 6
360010018013000, District 10
360010004041019, District 12
360010004041008, District 12
360010140011026, District 24
360010137031052, District 22
360010136015007, District 15
360010140013000, District 26
360010135072011, District 22
360010135031014, District 19
360010136021061, District 14
360010137072041, District 23
360010135083023, District 19
360010137031104, District 23
360010137031074, District 22
360010136021023, District 14
360010136012001, District 14
360010138016023, District 27
360010139011011, District 26
360010135083075, District 20
360010140012005, District 26
360010137031115, District 23
360010137073017, District 23
360010138017027, District 27
360010137031063, District 22
360010135081002, District 18
360010147002059, District 31
360010147002056, District 31
360010147002066, District 31
360010145023023, District 38
360010145012000, District 33
360010145032014, District 33
360010145022006, District 38
360010145021027, District 38
360010145011083, District 38
360010145011031, District 38