

DANIEL P. McCOY
COUNTY EXECUTIVE

THOMAS MARCELLE
COUNTY ATTORNEY

EUGENIA KOUTELIS CONDON
DEPUTY COUNTY ATTORNEY

JAMES GREEN
ASSISTANT DEPUTY COUNTY ATTORNEY

EVELYN A. KINNAH
ASSISTANT DEPUTY COUNTY ATTORNEY

COUNTY OF ALBANY
OFFICE OF THE COUNTY ATTORNEY
COUNTY OFFICE BUILDING
112 STATE STREET, ROOM 1010
ALBANY, NEW YORK 12207
PHONE: (518) 447-7110 FAX: (518) 447-5564
www.albanycounty.com

SENIOR ASSISTANT COUNTY ATTORNEY
ALBERT DINGLEY    JEFFREY KENNEDY
GREGORY A. RUTNIK  D. STEVE RAHMAS
TRACY A. MURPHY    WILLIAM P. ANDREWS
JOHN E. MANEY

ASSISTANT COUNTY ATTORNEY
CATHERINE E. BROWN  CARLY MOUSSEAU
JOSEPH ALUND        ADAM G. GIANGRECO
PATRICK J. COLLINS  LISABETH JORGENSEN
SIA ZOIS GOOGAS

April 17, 2015

Hon. Lawrence E. Kahn
U.S. District Court Judge
James T. Foley U.S. Courthouse
445 Broadway, Room
Albany, New York, 12207

    Re:    <u>Pope et al. v. County of Albany et al</u>, No. 11-cv-0736 (LEK/CFH)

Dear Judge Kahn:

We write with regard to plaintiffs' letter dated April 17, 2015 (Dkt No. 433) in which they approved of defendants' proposed Remedial Map (Dkt. No. 432), subject to adoption of the Remedial Map as a Local Law by the County Legislature and approval by the County Executive.

Defendants agree that this Remedial Map shall be the basis upon which elections for County Legislature will be conducted in 2015 and 2019.

We respectfully request that Your Honor approve this proposal so that the County may start the process for adopting the local law and allow the Board of Elections to draw election districts before the start of the petitioning process.

Thank you for Your Honor's consideration.

                          Respectfully submitted,

                    OFFICE OF THE ALBANY COUNTY ATTORNEY
                          <u>/s  Adam G. Giangreco</u>
                         By:  Adam G. Giangreco
                            Bar Roll No. 517518

Cc:    Mitchell Karlan, Esq.
         Paul DerOhannesian, Esq.
         All counsel of record